DAVID C. SHONKA
Acting General Counsel
IOANA RUSU
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-2077 (Rusu)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: irusu@ftc.gov, gashe@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No. 2:16-cv-02022** |
| Plaintiff, | |
| v. | **COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |
| **OMICS GROUP INC.,** a Nevada corporation, also d/b/a OMICS Publishing Group, **IMEDPUB LLC**, a Delaware corporation, **CONFERENCE SERIES LLC**, a Delaware corporation, and **SRINUBABU GEDELA**, | |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1.  The FTC brings this action under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b) to obtain permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief for Defendants' acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a) and 53(b).

3.  Venue is proper in this district under 28 U.S.C. § 1391(b)(3) and (c)(3) and 15 U.S.C. § 53(b).

## PLAINTIFF

4.  The FTC is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58.  The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce.

5.  The FTC is authorized to initiate federal district court proceedings, by its own attorneys, to enjoin violations of the FTC Act and to secure such equitable relief as may be appropriate, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies.  15 U.S.C. §§ 53(b) and 56(a)(2)(A).

## DEFENDANTS

6.  Defendant **OMICS Group Inc.** ("OMICS") is a Nevada corporation with its principal place of business at SEZ Unit, Building No. 20, 9th Floor, APIIC Layout, HITEC City, Hyderabad, AP 500081, India.  OMICS also has used mailing addresses at 2360

Corporate Circle, Suite 400, Henderson, Nevada, 5716 Corsa Avenue, Suite 110, Westlake Village, California, and Foster City, California.  OMICS transacts or has transacted business in this district and throughout the United States.

7.  Defendant **iMedPub LLC** ("iMedPub") is a Delaware corporation with its principal place of business at SEZ Unit, Building No. 20, 9th Floor, APIIC Layout, HITEC City, Hyderabad, AP 500081, India.  iMedPub also has used a mailing address at 1201 Orange Street, Suite 600, Wilmington, Delaware.  iMedPub transacts or has transacted business in this district and throughout the United States.

8.  Defendant **Conference Series LLC** ("Conference Series") is a Delaware corporation with its principal place of business at SEZ Unit, Building No. 20, 9th Floor, APIIC Layout, HITEC City, Hyderabad, AP 500081, India.  Conference Series also has used mailing addresses at 1201 Orange Street, Suite 600, Wilmington, Delaware and Foster City, California.  Conference Series transacts or has transacted business in this district and throughout the United States.

9.  Defendant **Srinubabu Gedela** is an Indian National who is the president and director of OMICS, iMedPub, and Conference Series.  He is also the owner of the fictitious business name OMICS Publishing Group.  Defendant Gedela is a signatory on the bank accounts of OMICS and iMedPub.  At all times material to this Complaint, acting alone or in concert with others, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices set forth in this Complaint.  Defendant Gedela, in connection with the matters alleged herein, transacts or has transacted business in this district and throughout the United States.

10. Defendants OMICS, iMedPub, and Conference Series (collectively, "Corporate Defendants") have operated as a common enterprise while engaging in the unfair and deceptive acts and practices alleged below. Defendants have conducted the business practices described below through an interrelated network of companies that have common ownership, managers, business functions, and that commingle funds. Because these Corporate Defendants have operated as a common enterprise, each of them is jointly and severally liable for the acts and practices alleged below. Defendant Gedela has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of the Corporate Defendants that constitute the common enterprise.

**COMMERCE**

11. At all times material to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

**DEFENDANTS' BUSINESS ACTIVITIES**

12. Since at least 2009, Defendants have published numerous online publications styled as academic journals. To solicit articles and manuscripts from consumers, Defendants represent that various academic experts serve as editors, are members of the editorial boards, or are otherwise associated with Defendants' journals, and that consumers' articles are subject to industry-standard peer review before publishing. Defendants also represent that their journals have high "impact factors" (meaning they are cited frequently, using a metric calculated by Thomson Reuters) and are listed in PubMed Central, a well-known and prestigious database maintained by the United States National Library of Medicine ("NLM") at the National Institutes of Health ("NIH").

13. In reality, in many instances, the academic experts identified by Defendants lack any connection with Defendants' journals.  Further, in many instances, articles submitted for publishing do not undergo standard peer review before publishing.  And Defendants' journals' impact factors are not calculated by Thomson Reuters, nor are their journals included in PubMed Central.  Moreover, Defendants fail to disclose, or disclose adequately, that consumers must pay a publishing fee for each published article.  As a result, in many instances, consumers only discover that their articles will not be peer-reviewed and that they owe fees ranging from several hundred to several thousands of dollars *after* Defendants inform them that their articles have been approved for publication.  Consumers' attempts to withdraw their articles are frequently rejected, thereby preventing them from publishing in other journals.

14. In addition to their various journals, Defendants also organize scientific conferences in the United States and abroad.  To solicit consumers to register for these conferences, Defendants represent that various academic experts have agreed to participate in the conferences.  In reality, in many instances, the identified academic experts have not agreed to participate in these conferences.  Consumers spend hundreds or thousands of dollars on registration fees and travel costs to attend these scientific conferences.

### Background on Academic Journal Publishing

15. An academic or scholarly journal is a peer-reviewed publication in which scholarship relating to a particular academic or scientific discipline is published. Content typically takes the form of articles presenting original research, review articles, commentaries or clinical case studies.  Under the standard academic journal publishing model, publishers

charge user-based subscription fees to libraries or to individuals for access to the published material.

16. When an author submits an article to an academic journal, the journal typically makes an initial determination regarding whether to accept the article for peer review and further consideration, or to reject it outright.  For any article under consideration, the journal then typically begins the peer review process, which consists of subjecting the article to the scrutiny of others who are experts in the same field.

17. Peer review typically requires the participation of a community of experts in a given (and often narrowly defined) field, who are qualified and available to perform impartial review.  The peer review process can take several months, during which authors are expected to respond to peer reviewer comments and implement any recommendations (or, alternatively, justify the rejection of any proposed revisions).  After the peer review process is complete, the journal publishes the final article.  Ethical guidelines prevent an article from being published in more than one journal.

18. An academic journal's prestige is established over time, and can reflect many factors, some of which may be expressed in objective, quantifiable terms.  In the scientific publishing industry, the "impact factor" is often used as one such measure of the prestige or relative importance of a journal in its field.   The impact factor rates the relative importance (impact) of a journal by measuring the average number of citations in the scholarly literature to the articles published by that journal in the previous two years.  A higher impact factor would indicate a more important or credible journal.  The term "impact factor" specifically is understood in the industry to mean the proprietary citation measure calculated and published by Thomson Reuters in its Journal Citation Reports.

19. The United States National Library of Medicine ("NLM") at the National Institutes of Health ("NIH") maintains and manages PubMed Central, a freely accessible bibliographical database of selected articles in the life sciences and biomedical fields. NLM also maintains and manages MEDLINE, a database that is a large subset (about 90%) of the PubMed database. Inclusion in PubMed Central and MEDLINE is generally recognized as a measure of quality in scientific publishing. Only journals that meet NLM's strict scientific standards are indexed in PubMed Central and MEDLINE. In addition, PubMed Central is required by law to index specific articles funded through NIH grants, but this does not mean that the journals in which such articles are published are indexed in PubMed Central, and such publishing does not constitute endorsement by PubMed Central of such journal.

**Defendants' Deceptive Academic Publishing Practices**

20. Defendants maintain several websites, including OMICSonline.org and iMedPub.com, containing so-called academic journals on a wide variety of topics, including medicine, chemistry, nursing, engineering, and genetics, among others.

21. Defendant Gedela is the registrant and technical, administrative, and billing contact for many of Defendants' websites. The domain registration and hosting fees for Defendants' websites are often paid for with Defendant Gedela's personal credit cards.

**Defendants Misrepresent the Nature of Their Journals and Publishing Practices**

22. To induce consumers to submit articles to their journals, Defendants make numerous representations on their websites and in their email solicitations regarding the reputation and credibility of their journals and their publishing process.

23. In numerous instances, Defendants invite scientists and other academics to submit articles to their journals via email solicitations, some of which purport to be sent by noted academics in the consumers' field of study. (*See, e.g.*, Ex. 1.)  In addition, Defendants represent that their journals are reviewed and edited by specific scientists, researchers, and academics whose names, pictures, and biographies appear on Defendants' websites, or that those individuals are on the editorial boards or are otherwise associated with Defendants' journals.

24. In fact, in numerous instances, individuals who Defendants have represented are editors, members of editorial boards, or otherwise associated with Defendants' journals either have not agreed to be associated with Defendants' journals or initially agreed to serve as editors, but later changed their minds and asked to be removed from Defendants' websites, with no success.

25. In numerous instances, Defendants represent that articles and manuscripts submitted to Defendants' journals are subject to peer review practices that are standard in the academic journal publishing industry.  For example, Defendants state:

   a. With the help of a strong 30,000 experts as editorial board members and reviewers, OMICS Group journals uphold the standard review process.  All articles submitted for publication are subjected to a blind peer review. (*See, e.g.*, Ex. 2.)

   b. OMICS Scholarly Journals strictly adhere to standard review process. (*See, e.g.*, *id.*)

c.  OMICS Group International peer-review policies are highly appreciated, accepted and adaptable to the criteria that have been prescribed by the international agencies such as NIH, PubMed etc.  (*See*, *e.g.*, Ex. 3.)

d.  The peer-review process subjects scientific research papers to independent scrutiny by other qualified scientific experts (peers) before they are made public… Peer-reviewed articles provide a trusted form of scientific communication.  Articles published by these Academic Journals are peer-reviewed and edited by the experts in the related areas for a good impact in the scholarly and academic society.  (*See*, *e.g.*, Ex. 4.)

26. In reality, many of Defendants' online publications do not adopt the rigorous peer review practices that are standard in the scholarly journal publishing industry.  In numerous instances, individuals who have agreed to serve as peer reviewers for Defendants either never receive any manuscripts to review or discover that, when they access the online manuscript review system to review their assigned articles, the articles have already been approved for publication.  In addition, in numerous instances, consumers receive no edits or, at most, only stylistic edits before Defendants publish the work.

27. In numerous instances, Defendants represent that their publications have high impact factors.  For example, Defendants state that their medical journals have good impact factors and have been reviewed and cited by many researchers.  They explain that because their journals "are freely available" they "can be cited by researchers easily." (*See*, *e.g.*, Ex. 5.)

28. In reality, none of Defendants' journals' impact factors are calculated by Thomson Reuters.  Instead, Defendants calculate their own impact factors and do not disclose or disclose adequately that those factors are not listed in Thomson Reuters' Journal Citation Reports.

29. In numerous instances, Defendants represent that their publications are included in various academic journal indexing services, such as PubMed Central or MEDLINE.  For

example, Defendants state "[m]ost of these journals are are [sic] indexed in MEDLINE [and] PUBMED." (*See*, *e.g.*, Ex. 6.)

30. In reality, neither PubMed Central nor MEDLINE index any of Defendants' online publications.  In fact, in April 2013, the U.S. Department of Health and Human Services' Public Health Division sent a cease-and-desist letter to Defendants because of Defendants' claims that their journals are indexed in PubMed Central and for using quotes from and photographs of NIH employees on Defendants' websites without permission.

**Defendants Fail to Disclose Material Facts**

31. Defendants have not adopted the traditional, predominant academic journal publishing model, under which publishers charge user-based subscription fees for access to published material.  Instead, Defendants engage in "open access" publishing, making their content available online for free but charging authors publication fees.  Defendants typically charge consumers between several hundred to several thousand dollars to publish consumers' articles, depending on article length and the consumer's country of origin.

32. In many instances, Defendants' email solicitations to consumers do not mention these publishing fees.  Neither do Defendants' journal websites disclose or disclose adequately that consumers must pay a fee in order to be published.

33. In many instances, consumers discover they must pay a publishing fee only after Defendants advise them, via email, that their article has been accepted for publication and that they owe payment.  (*See*, *e.g.*, Ex. 7.)  In the invoice attached to this email, Defendants instruct consumers to submit payment by filling out a form with their credit

card information, by wiring payment to Defendants' bank account, or by sending a check. (*See*, *e.g.*, Ex. 8.)

34. In the same email informing consumers, for the first time, that they have to pay significant publishing fees, Defendants also notify consumers that their article will be published.  Defendants invite consumers to submit typographical corrections to the article within 48 hours, after which time Defendants "assume that [consumers] agreed to publish without corrections."  (*See*, *e.g.*, Ex. 7.)

35. In numerous instances, Defendants proceed to publish consumers' articles just days after the consumer's initial submission, often without peer review and without regard to any subsequent communication from the consumer.  In many instances, even if consumers immediately inform the journal that they wish to withdraw their article, either because they were unaware of the publication fees or because they doubt the journal's legitimacy due to its questionable review practices, Defendants nonetheless publish the article over consumers' objections.

36. Because ethical requirements prohibit submitting an article for publication to more than one journal, in many instances, when Defendants ignore a consumer's withdrawal request and publish their work, they prevent that consumer from publishing that work in other, more reputable publications.

**Defendants' Deceptive Conference Practices**

37. Defendants organize scientific conferences in the United States and abroad.  To promote their conferences, Defendants send emails to consumers and advertise on their websites. Defendants charge consumers fees ranging from several hundreds to over $1,000 to register for these conferences.

38. In numerous instances, to induce consumers to register for these conferences, Defendants represent that various academic experts have agreed to participate in the conferences.

39. In fact, in numerous instances, individuals who Defendants have represented will be participating in Defendants' conferences either have not agreed to participate in those conferences or are unaware that their names have been used by Defendants.

## VIOLATIONS OF THE FTC ACT

40. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

41. Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

42. Acts or practices are unfair under Section 5 of the FTC Act if they cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition.  15 U.S.C. § 45(n).

## COUNT I
### Misrepresentations Regarding Journal Publishing

43. In numerous instances, in connection with the marketing of academic journal publishing services, Defendants have represented, directly or indirectly, expressly or by implication, that:

    a.   Their journals and other publications follow peer review processes standard in the academic journal industry;

    b.   That specific individuals are editors of, members of an editorial board for, or otherwise associated or affiliated with Defendants' journals or other publications;

     c.   Their publications have high impact factors listed in Thomson Reuters'

         Journal Citation Reports; and

     d.   Their publications are included in well-known, reputable academic journal

         indexing services, such as PubMed Central and MEDLINE.

44. In numerous instances, the representations set forth in Paragraph 43 are false or

misleading or were not substantiated at the time the representations were made.

45. Therefore, the making of the representations as set forth in Paragraph 43 of this

Complaint constitutes a deceptive act or practice, in or affecting commerce in violation of

Section 5(a).

## COUNT II
### Misrepresentations Regarding Conferences

46. In numerous instances, in connection with the marketing of scientific conferences,

Defendants have represented, directly or indirectly, expressly or by implication, that

specific individuals have agreed to participate in Defendants' scientific conferences.

47. In numerous instances, the representation set forth in Paragraph 46 is false or misleading

or was not substantiated at the time the representation was made.

48. Therefore, the making of the representation as set forth in Paragraph 46 of this Complaint

constitutes a deceptive act or practice, in or affecting commerce in violation of Section

5(a).

## COUNT III
### Deceptive Failure to Disclose Publishing Fees

49. In numerous instances, Defendants have represented, directly or indirectly, expressly or

by implication, that consumers may submit articles or manuscripts to Defendants for

publication in one of Defendants' journals or other publications.

50. In numerous instances in which Defendants have made the representation set forth in Paragraph 49 of this Complaint, Defendants have failed to disclose or disclose adequately to consumers that consumers must pay a publishing fee ranging from several hundred to several thousand dollars.  This additional information would be material to consumers in deciding to submit articles or manuscripts to Defendants for review and publishing.

51. Defendants' failure to disclose or disclose adequately the material information described in Paragraph 50, above, in light of the representation described in Paragraph 49, above, constitutes a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

**CONSUMER INJURY**

52. Consumers have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act.  In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices.  Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

**THIS COURT'S POWER TO GRANT RELIEF**

53. Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC.  The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff FTC, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and the Court's own equitable powers, requests that the Court:

A.      Award Plaintiff such preliminary injunctive and ancillary relief as may be necessary to avert the likelihood of consumer injury during the pendency of this action and to preserve the possibility of effective final relief, including but not limited to, a preliminary injunction, and an order freezing assets;

B.      Enter a permanent injunction to prevent future violations of the FTC Act by Defendants;

C.      Award such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the FTC Act, including but not limited to, rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies; and

D.      Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the Court may determine to be just and proper.

1

Dated: August 25, 2016                   Respectfully submitted,

2
                                         DAVID C. SHONKA
3                                        Acting General Counsel

4
                                          /s/Gregory A. Ashe
5                                        IOANA RUSU
6                                        GREGORY A. ASHE
                                         Federal Trade Commission
7                                        600 Pennsylvania Avenue NW
                                         Washington, DC 20850
8                                        Telephone: 202-326-2077 (Rusu)
                                         Telephone: 202-326-3719 (Ashe)
9                                        Facsimile: 202-326-3768
10                                       Email: irusu@ftc.gov, gashe@ftc.gov

11                                       DANIEL G. BOGDEN
12                                       United States Attorney
                                         BLAINE T. WELSH
13                                       Assistant United States Attorney
                                         Nevada Bar No. 4790
14                                       333 Las Vegas Blvd. South, Suite 5000
                                         Las Vegas, Nevada 89101
15                                       Telephone: (702) 388-6336
                                         Facsimile: (702) 388-6787
16

17                                       Attorneys for Plaintiff
18                                       FEDERAL TRADE COMMISSION

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

From:  ████
To:  ████
Subject:  Fwd: Welcoming your research towards Journal of Nursing & Care
Date:  Thursday, February 12, 2015 9:51:16 AM

FYI.  I'm now seeing the publisher everywhere

████████████████████████████
            Harvard Medical School

████ @gmail.com
████████████

Keep me away from the wisdom which does not cry, the
philosophy which does not laugh, and the greatness
which does not bow before children.  —Kahlil Gibran

With purity and with holiness I will pass my life and
practice my art.  —Hippocrates

---------- Forwarded message ----------
From: **Editor - Journal of Nursing & Care** <editor.jnc@omicsonline.net>
Date: Thu, Feb 12, 2015 at 9:10 AM
Subject: Welcoming your research towards Journal of Nursing & Care
To ████████████

Dear ████████████

Hope you are doing well!

I wonder if you could write a short review or a short commentary (or any type of article) for **Journal of Nursing & Care.**

It would be great if you could submit at earliest, so that I could process it for the Upcoming issue.

If it is not feasible for you in February, then please let me know your feasible time to contribute.

Submit manuscript at http://www.editorialmanager.com/medicalsciences/default.asp or
send as an e-mail attachment to the Editorial Office at **editor.jnc@omicsonline.org**

Please provide me your acceptance for the same!

I will be waiting for your positive mail.

Have a nice and healthy day ahead!

*With Kind Regards,*

Editor

████████████████

Professor Emerita

College of Nursing

University of Iowa

USA

Journal of Nursing & Care http://omicsgroup.org/journals/nursing-care.php

# EXHIBIT 2

About us | Open Access | Open access journals | OMICS Group



Editors recommendation | Testimonials | Register reviewer

| About Us | Open Access | Journals | Conferences | **International Collaborations** | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## About Us

OMICS International Organises 300+ Conferences Every Year across USA, Europe & Asia with support from 1000 more scientific societies and Publishes 500+ Open access journals which contains over 30000 eminent personalities, reputed scientists as editorial board members.

OMICS Group International is an amalgamation of Open Access publications and worldwide international science conferences and events. Established in the year 2007 with the sole aim of making the information on Sciences and technology 'Open Access', OMICS Group publishes 500 online open access scholarly journals in all aspects of Science, Engineering, Management and Technology journals. OMICS Group has been instrumental in taking the knowledge on Science & technology to the doorsteps of ordinary men and women. Research Scholars, Students, Libraries, Educational Institutions, Research centers and the industry are main stakeholders that benefitted greatly from this knowledge dissemination. OMICS Group also organizes 300 International conferences annually across the globe, where knowledge transfer takes place through debates, round table discussions, poster presentations, workshops, symposia and exhibitions.

Founding Director at Dr.Srinubabu

### Special Features – OMICS Group Journals

» 500 Open Access journals

» 21 Days rapid review process

» 30,000 Editorial team

» 3 Million readers

» More than 1,00,000 facebook fans

» Publication immediately after acceptance

» Quality and quick editorial, review processing

### Special Features – OMICS Group Conferences

» 300 Conferences all over the world in 2014

» Well organized workshops, events and symposia

» Renowned speakers and scientists across the globe

» Poster presentations and world class exhibits

» Panel discussions & interactive sessions

» Perfect platform for global networking

» B2B meetings

» Alliances and associations

» Collaborative Research opportunities

» Supported by reputed associations and societies

**OMICS Group** follows an Open Access publication model that enables the dissemination of research articles to the global community free of cost.

» Abstracts and full texts (HTML, XML and PDF format) of all articles published by OMICS Group are freely accessible to everyone immediately after publication.

» All works published by OMICS Group are under the terms of Open Access Creative Commons Attribution License. This permits anyone to copy, distribute, transmit and adapt the work, provided if it is the original work and source is appropriately cited.

» We strongly believe that removing barriers to research published online will greatly aid to the progress in Clinical, Medical, Pharmaceutical, Chemistry, and Management disciplines.

» OMICS Group supports the Bethesda Statement on Open Access Publishing.

» OMICS Scholarly Journals strictly adhere to standard review process.

» All the articles are subjected to peer-reviewing prior to publication.

» OMICS Group will keep up to date with latest advances in the respective fields and papers published in its journals will reach the readers directly through E-mail.

» Archived online transactions of OMICS Group provide the International scientific community with immediate and permanent access to individual papers.

» OMICS Group accepts online letters from the Editors and brief comments that contribute to the previously published articles or other relevant findings in OMICS field.

OMICS Group Journals encourages original and well researched articles for publication. With the help of a strong 30,000 experts as editorial board members and reviewers, OMICS Group journals uphold the standard review process. All the articles submitted for publication are subjected to a blind peer review. Upon incorporating the changes the articles are published online. Once approved for publication, these articles remain archived permanently in their respective repositories. OMICS Group Journals follow online tracking system where the authors can submit their articles online and track its status from time to time.

OMICS Group Journals are known for their high impact factor journals and a section of OMICS Group journals are indexed in the world renowned science database like Medline, PubMed Central, Obscure and Scopus. OMICS acquired as many as 40 reputed journals such as Oral Health and Dental Management and Molecular, genetic Medicine and others.

Yet another prominent feature of OMICS Group Publication activities is its alliance with reputed scientific research, academic institutions and International associations, societies as well as world federations. This alliance is paving the way for collaboration in the areas of journal production, review process, quality and subscription management.

OMICS Group International Conferences attracts reputed world class scientists, researchers, policy makers and students. Research from various prominent institutions reaches these platforms and they are discussed here with a view to promote knowledge dissemination. Papers presented in the international conferences are published in the respective OMICS Group Journals. OMICS journals also serve as publication partners with certain organizations working for a genuine cause. For example, OMICS Group Journal of Nanomedicine & Biotherapeutic Discovery associated with Sector Nanotech Dubai-2013 and Nanoapp-2013, Ukraine.

OMICS Group International organizes as many as 300 International Science conferences. These conferences attract world renowned personalities, scientists, entrepreneurs, budding scientists, students and policy makers. This serves a stage where the public private partnerships, academic and industry collaborations materializes, leading to great research and academic innovations.

OMICS International organizes Science Congress, World Summits, and International science conferences in India, USA, Dubai, Australia and Europe. OMICS International thus is making a world tour taking its agenda of spreading knowledge related science and technology 'Open Access'. OMICS Group Conferences are known for their innovation and unique features.

International workshops and symposiums, Exhibitions, and tradeshows are part of the OMICS Group conferences. This a place for B2B meetings, networking, collaborations and entrepreneurial decision making where travel allowances, great research funds, scholarships and incentives serves as catalysts for the further scientific development.

With a view to encourage young talents in the field of Sciences and Technology, OMICS Group International offers 'Young Scientist Awards' to the young, entrepreneurial and budding scientists in the age group 30 years, with unpublished, original work. The award winning proposal receives $1000 as prize money and the paper would be published in the concerned OMICS Group Journal. Selective proposals that qualify for the presentation also receive travel grant and accommodation.

OMICS Group formed a network by signing agreements with more than 1000 international societies and formed 'scientific alliances' to make healthcare information Open Access. OMICS Group also offers various services like Publication Management, Processing Management, Event Management quality and subscription management to other similar institutions through this network.

Follow Us 

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome          Copyright © 2014 OMICS Group, All Rights Reserved.

# EXHIBIT 3



Editors recommendation | Testimonials | Register reviewer

| About Us | Open Access | Journals | Conferences | International Collaborations | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

# Peer Reviewed Journals

OMICS Group International is one of the leading Open Access Publishing houses, which has around 500+ peer-reviewed journals, 30,000 eminent and renowned Editorial Board members, and highly qualified, expert reviewers to meet the objectives of the Peer-Review Process. OMICS Group International peer-review policies are highly appreciated, accepted and adaptable to the criteria that have been prescribed by the international agencies such as NIH, PubMed etc. OMICS Group International also organizes 300+ conferences per year globally.

There is a great deal of information out there on scientific topics. However, whether it can be trusted or not is a key issue at present. The main question that often emerges in this aspect is about the review process adopted to screen the articles for publication. One of the most acceptable and proven process adopted in majority reputed international journals is peer reviewing.

**Benefits of peer-review:**

- Establishes the legitimacy of exploration based upon the expert information of different specialists in the order, consequently averting adulterated work from being acknowledged within an area of study.

- Provides significant criticism with the intention that scientists can revise and enhance their papers before Publication.

- Enables Journal editors to select the most important research findings for publication in their journals, based upon the subject, independent reviews of an expert group.

- The process of peer review is comprehended and acknowledged by the majority of researchers. The forum includes experts, those who have common area of interest, expertise and experience to evaluate the work to be published. The reviewers will be given priority utmost to reflect the appraisals of a research work and to extract the potentialities of the researcher.

List of Peer Reviewed Journals:

# Browse by Subject



| Agri, Food, Aqua & Vet | Business & Management | Chemical Engineering | Chemistry | Clinical | Dental & Oral Health |
| Earth & Environmental Sciences | EEE | Engineering | Genetics & Molecular Biology | Immunology & Microbiology | Mathematics | Medical |
| Neurology & Psychiatry | Nursing & Health | Obesity & Diabetes | OMICS | Oncology and Cancer Therapeutics | Pharma | Physics |
| Social & Political Science |

# Agri, Food, Aqua & Vet Journals List

Advances in Crop Science and Technology *Open Access Official Journal of Arab Society of Plant Protection*
Advances in Dairy Research *Open Access*
Agrotechnology *Open Access*
Aquaculture Research & Development *Open Access Official Journal of Reef Ball Foundation*
Biofertilizers & Biopesticides *Open Access*
Entomology, Ornithology & Herpetology *Open Access*
Fisheries & Livestock Production *Open Access*
Fisheries and Aquaculture Journal *Open Access*
Food & Nutritional Disorders *Hybrid Open Access*
Food Processing & Technology *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Forest Research: Open Access

Homeopathy & Ayurvedic Medicine *Open Access*

Horticulture *Open Access*

Hydrology: Current Research *Open Access Official Journal of Slovak Society of Medical Genetics*

Medicinal & Aromatic Plants *Open Access*

Nutrition & Food Sciences *Open Access*

Oceanography-Open Access

Plant Pathology & Microbiology *Open Access*

Plant Physiology & Pathology *Hybrid Open Access* 

Poultry, Fisheries & Wildlife Sciences *Open Access*

Primatology *Open Access*

Probiotics & Health *Open Access*

Rice Research: Open Access

Veterinary Science & Medical Diagnosis *Hybrid Open Access* 

Veterinary Science & Technology *Open Access*

## Business & Management Journals List

Accounting & Marketing *Open Access*

Arabian Journal of Business and Management Review *Open Access*

Business and Financial Affairs *Open Access*

Business and Economics Journal *Open Access*

Entrepreneurship & Organization Management *Open Access*

Global Economics *Open Access*

Hotel & Business Management *Open Access*

International Journal of Accounting Research *Open Access*

International Journal of Economics and Management Science *Open Access*

Research and Development

Stock & Forex Trading *Open Access*

Tourism & Hospitality *Open Access*

Tourism Research & Hospitality *Hybrid Open Access*

## Chemical Engineering Journals List

Advanced Chemical Engineering *Open Access*

Bioprocessing & Biotechniques *Open Access*

Chemical Engineering & Process Technology *Open Access*

Physiobiochemical Metabolism *Hybrid Open Access*

Thermodynamics & Catalysis *Open Access*

## Chemistry Journals List

Analytical & Bioanalytical Techniques *Open Access*

Bioenergetics *Open Access*

Chemical Sciences Journal *Open Access*

Chromatography & Separation Techniques *Open Access*

Environmental & Analytical Toxicology *Open Access*

Environmental Analytical Chemistry *Open Access, Association of Environmental Analytical Chemistry of India*

Glycobiology *Open Access*

Medicinal Chemistry *Open Access*

Modern Chemistry & Applications *Open Access*

Natural Products Chemistry & Research *Open Access*

Organic Chemistry: Current Research *Open Access*

Physical Chemistry & Biophysics *Open Access*

Vitamins & Minerals *Open Access*

## Clinical Journals List

Aging Science *Open Access*

AIDS & Clinical Research *Open Access*

Analgesia & Resuscitation : Current Research *Hybrid Open Access* 

*Open Access*

Anesthesia & Clinical Research

Clinical & Experimental Cardiology *Open Access*

Clinical & Experimental Dermatology Research *Open Access*

Clinical & Experimental Ophthalmology *Open Access, Official Journal of Afro-Asian Council of Ophthalmology*

Clinical & Experimental Pathology *Open Access*

Clinical Case Reports *Open Access*

Clinical Research & Bioethics *Open Access*

Clinical Toxicology *Open Access*

Clinical Trials *Open Access*

Clinics in Mother and Child Health *Open Access*

Diagnostic Techniques and Biomedical Analysis *Hybrid Open Access*

International Journal of Cardiovascular Research *Hybrid Open Access*

International Journal of Ophthalmic Pathology *Hybrid Open Access*

JBR Journal of Clinical Diagnosis and Research *Open Access*

Stem Cell Research & Therapy *Open Access*

## Dental & Oral Health Journals List

Dentistry *Open Access, Official Journal of Alexandria Oral Implantology Association, London School of Facial Orthotropics*

JBR Journal of Interdisciplinary Medicine and Dental Science *Open Access*

Oral Health and Dental Management *Open Access Official Journal of London School of Facial Orthotropics*

Oral Hygiene & Health *Open Access, Official Journal of Alexandria Oral Implantology Association, London School of Facial Orthotropics*

## Earth & Environmental Sciences Journals List

Anthropology *Open Access*

Astrobiology & Outreach *Open Access*

BioDiscovery *Open Access*

Biodiversity & Endangered Species *Open Access*

Biodiversity Management & Forestry *Hybrid Open Access*

Bioremediation & Biodegradation *Open Access*

Biosafety *Open Access*

Biosafety & Health Education *Open Access, Official Journal of National Biosafety Association (ANBio)*

Climatology & Weather forecasting *Open Access*

Coastal Development *Open Access*

Earth Science & Climatic Change *Open Access*

Ecosystem & Ecography *Open Access*

Expert Opinion on Environmental Biology *Hybrid Open Access*

Fundamentals of Renewable Energy and Applications *Open Access*

Geography & Natural Disasters *Open Access*

Geoinformatics & Geostatistics: An Overview *Hybrid Open Access*

Geology & Geosciences *Open Access*

Geophysics & Remote Sensing *Open Access*

Hydrogeology & Hydrologic Engineering *Hybrid Open Access*

Journal of Biodiversity, Bioprospecting and Development *Open Access*

International Journal of Waste Resources *Open Access*

Marine Biology & Oceanography *Hybrid Open Access*

Marine Science: Research & Development *Open Access Official Journal of Reef Ball Foundation*

Petroleum & Environmental Biotechnology *Open Access*

Pollution Effects & Control *Open Access*

## EEE Journals List

Electrical & Electronic Systems *Open Access*

Electrical Engineering & Electronic Technology *Hybrid Open Access*

## Engineering Journals List

Advances in Automobile Engineering *Open Access*

Advances in Robotics & Automation *Open Access*

Aeronautics & Aerospace Engineering *Open Access, Official Journal of Brazilian Association of Ultra lights*

Applied Mechanical Engineering *Open Access*
Architectural Engineering Technology *Open Access*
Automatic Control of Physiological State and Function *Open Access*
Biochips & Tissue Chips *Open Access*
Bioengineering & Biomedical Science *Open Access*
Biomimetics Biomaterials and Tissue Engineering *Open Access*
Biomusical Engineering *Open Access*
Biosensors & Bioelectronics *Open Access, Official Journal of International Frequency Sensors Association, Romanian Measurement Society*
Biosensors Journal *Open Access*
Civil & Environmental Engineering *Open Access*
Computer Engineering & Information Technology *Hybrid Open Access*
Defense Management *Open Access*
Fashion Technology & Textile Engineering *Hybrid Open Access*
Global Journal of Technology and Optimization *Open Access*
Industrial Engineering & Management *Open Access*
Information Technology & Software Engineering *Open Access*
Innovative Energy Policies *Open Access*
International Journal of Advancements in Technology *Open Access*
International Journal of Biomedical Data Mining *Open Access*
International Journal of Sensor Networks and Data Communications *Open Access*
Irrigation and Drainage Systems Engineering *Open Access*
Lasers, Optics & Photonics *Open Access*
Lovotics *Open Access*
Membrane Science & Technology *Open Access*
Molecular Imaging & Dynamics *Open Access*
Telecommunications System & Management *Open Access*
Textile Science & Engineering *Open Access*

# Genetics & Molecular Biology Journals List

Advanced Techniques in Biology & Medicine *Open Access*
Advancements in Genetic Engineering *Open Access*
Advances in Genetic Engineering & Biotechnology *Hybrid Open Access*
Biochemistry and Analytical Biochemistry *Open Access*
Biochemistry & Physiology: Open Access
Biological Systems- Open Access
Biotechnology & Biomaterials *Open Access Official Journal of Semi-Conductor Society, Society for Applied Biotechnology*
Cell & Developmental Biology *Open Access*
Cell Science & Therapy *Open Access*
Cellular and Molecular Biology *Open Access*
Cloning & Transgenesis *Open Access*
Current Synthetic and Systems Biology *Open Access*
Cytology & Histology *Open Access*
Enzyme Engineering *Open Access*
Fertilization: In Vitro *Open Access, Official journal of IVF World Wide*
Fungal Genomics & Biology *Open Access*
Gene Technology *Open Access*
Genetic Disorders & Genetic Reports *Hybrid Open Access*
Genetic Syndromes & Gene Therapy *Open Access, Official Journal of European Biotechnology Thematic Network Association*
Hereditary Genetics *Open Access*
Human Genetics & Embryology *Open Access*
International Journal of Genomic Medicine *Open Access*
Microbial & Biochemical Technology *Open Access*
Molecular Biology *Open Access*
Molecular and Genetic Medicine *Open Access*
Cellular and Molecular Biology *Open Access*
Molecular Biomarkers & Diagnosis *Open Access*
Next Generation: Sequencing & Applications *Open Access*
Plant Biochemistry & Physiology *Open Access*
Single Cell Biology *Open Access*
Tissue Science & Engineering *Open Access*

## Immunology & Microbiology Journals List

Allergy & Therapy *Open Access*

Ancient Diseases & Preventive Remedies *Open Access*

Antivirals & Antiretrovirals *Open Access*

Bacteriology & Parasitology *Open Access*

Clinical & Cellular Immunology *Open Access*

Clinical Microbiology: Open Access

Fermentation Technology *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Immunological Techniques in Infectious Diseases *Hybrid Open Access*   

Immunome Research *Open Access*

Infectious Diseases and Therapy *Open Access*

Interdisciplinary Journal of Microinflammation *Hybrid Open Access Official Journal of Associazione Ricerca Terapie Oncologiche Integrate*

Medical Microbiology & Diagnosis *Open Access*

Mycobacterial Diseases *Open Access*

Rheumatology: Current Research *Open Access Official Journal of Taiwan Rheumatology Association*

Vaccines & Vaccination *Open Access*

Virology & Antiviral Research *Hybrid Open Access*   

Virology & Mycology *Open Access*

## Material Science Journals List

Bioceramics Development and Applications *Open Access Official Journal of International Society for Ceramics in Medicine*

Material Sciences & Engineering *Open Access Official Journal of Hellenic Metallurgical Society*

Nanomaterials & Molecular Nanotechnology *Hybrid Open Access*

Nanomedicine & Nanotechnology *Open Access*

Nuclear Energy Science & Power Generation Technology *Hybrid Open Access*

Powder Metallurgy & Mining *Open Access Official Journal of Hellenic Metallurgical Society*

## Mathematics Journals List

Applied & Computational Mathematics *Open Access*

Biometrics & Biostatistics *Open Access*

Generalized Lie Theory and Applications *Open Access*

Physical Mathematics *Open Access*

## Medical Journals List

Air & Water Borne Diseases *Open Access*

Alternative & Integrative Medicine *Open Access Official Journal of World Association of Integrated Medicine*

Anaplastology *Open Access*

Anatomy & Physiology *Open Access*

Andrology & Gynecology: Current Research *Hybrid Open Access*   

Andrology-Open Access

Angiology: Open Access

Arthritis *Open Access*

Athletic Enhancement *Hybrid Open Access*

Autacoids and Hormones *Open Access*

Biology and Medicine *Open Access*

Bioterrorism & Biodefense *Open Access*

Blood & Lymph *Open Access*

Blood Disorders & Transfusion *Open Access Official Journal of Thalassaemia International Federation*

Bone Marrow Research *Open Access*

Cardiovascular Diseases & Diagnosis *Open Access*

Communication Disorders, Deaf Studies & Hearing Aids *Open Access*

Community Medicine & Health Education *Open Access*

Epidemiology: Open Access

Family Medicine & Medical Science Research *Open Access*

Forensic Biomechanics *Open Access*

Forensic Research *Open Access*

Gastrointestinal & Digestive System *Open Access*

General Medicine *Open Access*

General Practice *Open Access*

Genital System & Disorders *Hybrid Open Access*

Gerontology & Geriatric Research *Open Access*

Gynecology & Obstetrics *Open Access, Official Journal of PCOS Awareness Association*

Hair : Therapy & Transplantation *Open Access*

Haematology & Thromboembolic Diseases *Open Access*

Hypertension- Open Access *Open Access Official Journal of Slovak League against Hypertension*

Integrative Oncology *Open Access*

Internal Medicine: Open Access *Open Access*

International Journal of Clinical & Medical Imaging *Open Access*

International Journal of Physical Medicine & Rehabilitation *Open Access*

La Prensa Medica *Hybrid Open Access*

Liver *Open Access*

Liver: Disease & Transplantation *Hybrid Open Access*

Malaria Chemotherapy, Control & Elimination *Open Access*

Medical & Surgical Urology *Open Access*

Medical Diagnostic Methods *Open Access*

Metabolic Syndrome *Open Access*

Neonatal Biology *Open Access*

Nephrology & Therapeutics *Open Access*

Novel Physiotherapies *Open Access*

Nuclear Medicine & Radiation Therapy *Open Access*

Occupational Medicine & Health Affairs *Open Access*

Orthopedic & Muscular System: Current Research *Open Access*

Otolaryngology *Open Access*

Otology & Rhinology *Hybrid Open Access*

Pain & Relief *Open Access*

Palliative Care & Medicine *Open Access*

Pancreatic Disorders & Therapy *Open Access*

Pediatrics & Therapeutics *Open Access*

Pigmentary Disorders *Open Access Official Journal of World Health Academy (WHA) & Vitiligo Academy of India (VAI)*

Pulmonary & Respiratory Medicine *Open Access*

Reproductive System & Sexual Disorders *Open Access*

Sleep Disorders & Therapy *Open Access*

Sleep Disorders : Treatment & Care *Hybrid Open Access*

Sports Medicine & Doping Studies *Open Access*

Steroids & Hormonal Science *Open Access*

Journal of Surgery[Jurnalul De Chirurgie] *Open Access*

Surgery: Current Research *Open Access, Official Journal of European Society of Aesthetic Surgery*

Pancreas: Open Access *Open Access*

Thyroid Disorders & Therapy *Open Access*

Translational Medicine *Open Access*

Transplantation Technologies & Research *Open Access*

Tropical Medicine & Surgery *Open Access*

Vascular Medicine & Surgery *Open Access*

## Neurology & Psychiatry Journals List

Addiction Research & Therapy *Open Access*

Addictive Behaviors, Therapy & Rehabilitation *Hybrid Open Access*

Alzheimer's Disease & Parkinsonism *Open Access*

Autism *Open Access Official Journal of Autism Community Network*

Brain Disorders & Therapy *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*

Child and Adolescent Behavior *Open Access*

Depression and Anxiety *Open Access*

International Journal of Emergency Mental Health and Human Resilience *Open Access*

International Journal of Neurorehabilitation *Open Access*

International Journal of School and Cognitive Psychology *Open Access*

Multiple Sclerosis *Open Access*

Neuroinfectious Diseases *Open Access*

Neurological Disorders *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*

Neurology & Neurophysiology  *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*

Psychology & Psychotherapy  *Open Access Official Journal of Psychology and Psychiatry for Adults & Children Association*

Psychiatry: Open Access  *Open Access*

Psychological Abnormalities in Children  *Open Access*

Psychotherapy & Psychological Disorders  *Hybrid Open Access*  

Spine  *Open Access*

Spine & Neurosurgery  *Hybrid Open Access*  

Trauma & Treatment  *Open Access*

Traumatic Stress Disorders & Treatment  *Hybrid Open Access*  

## Nursing & Health Journals List

Emergency Medicine  *Open Access, Official Journal of World Federation of Pediatric Intensive and Critical Care societies*

Health Care : Current Reviews  *Open Access*

Nursing & Care  *Open Access, Official Journal of World Federation of Pediatric Intensive and Critical Care societies*

Osteoporosis and Physical Activity  *Open Access*  

Pregnancy and Child Health  *Open Access*

Primary Health Care: Open Access

Tropical Diseases & Public Health  *Open Access*

Women's Health, Issues & Care  *Hybrid Open Access*  

Women's Health Care  *Open Access*

Yoga & Physical Therapy  *Open Access, Official Journal of Yoga Federation of Russia and Hong Kong Yoga Association*

## Obesity & Diabetes Journals List

Cell Biology: Research & Therapy  *Hybrid Open Access*  

Clinical Research on Foot & Ankle  *Open Access*

Diabetes & Metabolism  *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Endocrinology & Metabolic Syndrome  *Open Access, Official Journal of PCOS Awareness Association*

Hydrogeology & Hydrologic Engineering  *Hybrid Open Access*

Nutritional Disorders & Therapy  *Open Access*

Obesity & Weight Loss Therapy  *Open Access*

## OMICS Journals List

Applied Bioinformatics & Computational Biology  *Hybrid Open Access*

Computer Science & Systems Biology  *Open Access*

Data Mining in Genomics & Proteomics  *Open Access*

Ergonomics  *Open Access*

Glycomics & Lipidomics  *Open Access*

Health & Medical Informatics  *Open Access*

International Journal of Advance Innovations, Thoughts & Ideas  *Open Access*

International Journal of Swarm Intelligence and Evolutionary Computation  *Open Access*

JBR Journal of Young Scientist  *Open Access*

Metabolomics: Open Access

OMICS Journal of Radiology  *Open Access*

Pharmacogenomics & Pharmacoproteomics  *Open Access, Official Journal of European Society of Pharmacogenomics and Theranostics*

Phylogenetics & Evolutionary Biology  *Open Access*

Proteomics & Bioinformatics  *Open Access*

Theoretical and Computational Science  *Open Access*

Transcriptomics: Open Access

## Oncology and Cancer Therapeutics Journals List

Cancer Science & Therapy  *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Carcinogenesis & Mutagenesis  *Open Access*

Chemotherapy: Open Access  *Official Journal of Italo-Latin American Society of Ethnomedicine*

Clinical & Experimental Oncology  *Hybrid Open Access*  

Integrative Oncology  *Open Access*

Leukemia  *Open Access*

## Pharma Journals List

Advances in Pharmacoepidemiology & Drug Safety  *Open Access*

Alcoholism & Drug Dependence  *Open Access, Official Journal of International Society of Addiction Medicine*

Bioanalysis & Biomedicine  *Open Access*

Biochemistry & Pharmacology: Open Access

Bioequivalence & Bioavailability  *Open Access, Official Journal of Association of Contract Research Organisations*

Biomolecular Research & Therapeutics  *Open Access*

Cardiovascular Pharmacology: Open Access

Clinical & Experimental Pharmacology  *Open Access*

Clinical Pharmacology & Biopharmaceutics  *Open Access*

Developing Drugs  *Open Access*

Drug Designing  *Open Access*

Drug Metabolism & Toxicology  *Open Access*

Forensic Toxicology & Pharmacology  *Hybrid Open Access*    ⚇

Molecular Pharmaceutics & Organic Process Research  *Open Access*

Nanomedicine & Biotherapeutic Discovery  *Open Access*

Pharmaceutica Analytica Acta  *Open Access*

Pharmaceutical Care & Health Systems  *Open Access*

Pharmaceutical Regulatory Affairs: Open Access

Pharmaceutical Sciences & Emerging Drugs  *Hybrid Open Access*    ⚇

Pharmaceutics & Drug Delivery Research  *Hybrid Open Access*    ⚇

Pharmacovigilance  *Open Access*

## Physics Journals List

Astrophysics & Aerospace Technology  *Open Access*

Vortex Science and Technology  *Open Access*

## Social & Political Science Journals List

Arts and Social Sciences Journal  *Open Access*

Civil & Legal Sciences  *Open Access*

Global Media Journal  *Open Access*

Intellectual Property Rights: Open Access

Mass Communication & Journalism  *Open Access*

Political Sciences & Public Affairs  *Open Access*

Socialomics  *Open Access, Official Journal of SILAE (Italy), Italo-Latin American Society of Ethnomedicine*

Sociology and Criminology-Open Access  *Open Access*

All OMICS Group International journals are subjected a single blind peer review with a view to abide by the overall aim and scope of the organization and to fulfil the need for diffusing knowledge across learning and practicing areas in scientific disciplines. The peer-review process is done by esteemed reviewers with an in-depth knowledge of the specialized discipline and purpose of the process. In order to encourage maximum participation from part of the reviewers, OMICS Group International awards scientific credits based on manuscripts handled and the exemplary timelines by the authors.

The tracking system used by OMICS Group International for a peer-review of scientific journals meets the criteria of an international editorial manager system. This provides greater flexibility and degree of transparency at each level, with respect to the authors, editors, and reviewers respectively. The standard peer review process is also essential from the perspective of members of OMICS Group International editorial board, who takes the responsibility in shaping the open access articles to meet the international standards of open access journals.

Peer-reviewed articles are assessed and critiqued by the scientists and experts in the same field after the article is distributed for review. An author is expected to incorporate the suggested changes prior to publication. This process enriches the content and improves the quality of the presentation considerably.



Follow Us

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome                    Copyright © 2014 OMICS Group, All Rights Reserved.

# EXHIBIT 4



Home  |  Join Us  |  Site Map  |  Contact Us

Editors recommendation  |  Testimonials  |  Register reviewer

About Us | Open Access | Journals | Conferences | International Collaborations | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs

# Free Journals

OMICS Group International has taken up the initiative for updating the scientific community with the ongoing researches, developments under the journals field without any financial disparity i.e for free to the readers through 'Free journals'. OMICS Group International is a pioneer and leading Open Access Scientific Publisher that publishes around 350 Scholarly Journals and organizes over 100 Scientific Conferences all over the globe annually with the support from more than 100 various scientific associations and 30,000 editorial board members. Currently OMICS Group International is associated with more than 100 associations which are world-wide recognized and patrons for publishing Free Journals. Articles published by these free journals are Peer-reviewed and edited by the experts in the related areas for a good impact in the scholarly and academic society. All the free journals are Open Access Journals including Clinical, Medical, and Chemistry, Pharmaceutical, Life Sciences, Environmental, Engineering and Management journals. It can be associated with any academic or scientific databases for greater visibility of the published articles. This open access format is one of the important models of publishing which has been widely appreciated, supported than the traditional toll access journals.

## Browse by Subject



| Agri, Food, Aqua & Vet | Business & Management | Chemical Engineering | Chemistry | Clinical | Dental & Oral Health |
| Earth & Environmental Sciences | EEE | Engineering | Genetics & Molecular Biology | Immunology & Microbiology | Mathematics | Medical |
| Neurology & Psychiatry | Nursing & Health | Obesity & Diabetes | OMICS | Oncology and Cancer Therapeutics | Pharma | Physics |
| Social & Political Science |

## Agri, Food, Aqua & Vet Journals List

Advances in Crop Science and Technology  *Open Access Official Journal of Arab Society of Plant Protection*

Advances in Dairy Research  *Open Access*

Agrotechnology  *Open Access*

Aquaculture Research & Development  *Open Access Official Journal of Reef Ball Foundation*

Biofertilizers & Biopesticides  *Open Access*

Entomology, Ornithology & Herpetology  *Open Access*

Fisheries & Livestock Production  *Open Access*

Fisheries and Aquaculture Journal  *Open Access*

Food & Nutritional Disorders  *Hybrid Open Access*

Food Processing & Technology  *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Forest Research: Open Access

Homeopathy & Ayurvedic Medicine  *Open Access*

Horticulture  *Open Access*

Hydrology: Current Research  *Open Access Official Journal of Slovak Society of Medical Genetics*

Medicinal & Aromatic Plants  *Open Access*

Nutrition & Food Sciences  *Open Access*

Oceanography-Open Access

Plant Pathology & Microbiology  *Open Access*

Plant Physiology & Pathology  *Hybrid Open Access*

Poultry, Fisheries & Wildlife Sciences  *Open Access*

Primatology  *Open Access*

Probiotics & Health  *Open Access*

Rice Research: Open Access

Veterinary Science & Medical Diagnosis  *Hybrid Open Access*



Veterinary Science & Technology *Open Access*

## Business & Management Journals List

Accounting & Marketing *Open Access*

Arabian Journal of Business and Management Review *Open Access*

Business and Financial Affairs *Open Access*

Business and Economics Journal *Open Access*

Entrepreneurship & Organization Management *Open Access*

Global Economics *Open Access*

Hotel & Business Management *Open Access*

International Journal of Accounting Research *Open Access*

International Journal of Economics and Management Science *Open Access*

Research and Development

Stock & Forex Trading *Open Access*

Tourism & Hospitality *Open Access*

Tourism Research & Hospitality *Hybrid Open Access*   

## Chemical Engineering Journals List

Advanced Chemical Engineering *Open Access*

Bioprocessing & Biotechniques *Open Access*

Chemical Engineering & Process Technology *Open Access*

Physiobiochemical Metabolism *Hybrid Open Access*   

Thermodynamics & Catalysis *Open Access*

## Chemistry Journals List

Analytical & Bioanalytical Techniques *Open Access*

Bioenergetics *Open Access*

Chemical Sciences Journal *Open Access*

Chromatography & Separation Techniques *Open Access*

Environmental & Analytical Toxicology *Open Access*

Environmental Analytical Chemistry *Open Access, Association of Environmental Analytical Chemistry of India*

Glycobiology *Open Access*

Medicinal Chemistry *Open Access*

Modern Chemistry & Applications *Open Access*

Natural Products Chemistry & Research *Open Access*

Organic Chemistry: Current Research *Open Access*

Physical Chemistry & Biophysics *Open Access*

Vitamins & Minerals *Open Access*

## Clinical Journals List

Aging Science *Open Access*

AIDS & Clinical Research *Open Access*

Analgesia & Resuscitation : Current Research *Hybrid Open Access*   

Anesthesia & Clinical Research *Open Access*

Clinical & Experimental Cardiology *Open Access*

Clinical & Experimental Dermatology Research *Open Access*

Clinical & Experimental Ophthalmology *Open Access, Official Journal of Afro-Asian Council of Ophthalmology*

Clinical & Experimental Pathology *Open Access*

Clinical Case Reports *Open Access*

Clinical Research & Bioethics *Open Access*

Clinical Toxicology *Open Access*

Clinical Trials *Open Access*

Clinics in Mother and Child Health *Open Access*

Diagnostic Techniques and Biomedical Analysis *Hybrid Open Access*   

International Journal of Cardiovascular Research *Hybrid Open Access*   

International Journal of Ophthalmic Pathology *Hybrid Open Access*




JBR Journal of Clinical Diagnosis and Research *Open Access*

Stem Cell Research & Therapy *Open Access*

## Dental & Oral Health Journals List

Dentistry *Open Access, Official Journal of Alexandria Oral Implantology Association, London School of Facial Orthotropics*

JBR Journal of Interdisciplinary Medicine and Dental Science *Open Access*

Oral Health and Dental Management *Open Access Official Journal of London School of Facial Orthotropics*

Oral Hygiene & Health *Open Access, Official Journal of Alexandria Oral Implantology Association, London School of Facial Orthotropics*

## Earth & Environmental Sciences Journals List

Anthropology *Open Access*

Astrobiology & Outreach *Open Access*

BioDiscovery *Open Access*

Biodiversity & Endangered Species *Open Access*

Biodiversity Management & Forestry *Hybrid Open Access*        [?]

Bioremediation & Biodegradation *Open Access*

Biosafety *Open Access*

Biosafety & Health Education *Open Access, Official Journal of National Biosafety Association (ANBio)*

Climatology & Weather forecasting *Open Access*

Coastal Development *Open Access*

Earth Science & Climatic Change *Open Access*

Ecosystem & Ecography *Open Access*

Expert Opinion on Environmental Biology *Hybrid Open Access*        [?]

Fundamentals of Renewable Energy and Applications *Open Access*

Geography & Natural Disasters *Open Access*

Geoinformatics & Geostatistics: An Overview *Hybrid Open Access*        [?]

Geology & Geosciences *Open Access*

Geophysics & Remote Sensing *Open Access*

Hydrogeology & Hydrologic Engineering *Hybrid Open Access*        [?]

Journal of Biodiversity, Bioprospecting and Development *Open Access*

International Journal of Waste Resources *Open Access*

Marine Biology & Oceanography *Hybrid Open Access*        [?]

Marine Science: Research & Development *Open Access Official Journal of Reef Ball Foundation*

Petroleum & Environmental Biotechnology *Open Access*

Pollution Effects & Control *Open Access*

## EEE Journals List

Electrical & Electronic Systems *Open Access*

Electrical Engineering & Electronic Technology *Hybrid Open Access*        [?]

## Engineering Journals List

Advances in Automobile Engineering *Open Access*

Advances in Robotics & Automation *Open Access*

Aeronautics & Aerospace Engineering *Open Access, Official Journal of Brazilian Association of Ultra lights*

Applied Mechanical Engineering *Open Access*

Architectural Engineering Technology *Open Access*

Automatic Control of Physiological State and Function *Open Access*

Biochips & Tissue Chips *Open Access*

Bioengineering & Biomedical Science *Open Access*

Biomimetics Biomaterials and Tissue Engineering *Open Access*

Biomusical Engineering *Open Access*

Biosensors & Bioelectronics *Open Access, Official Journal of International Frequency Sensors Association, Romanian Measurement Society*

Biosensors Journal *Open Access*

Civil & Environmental Engineering *Open Access*

Computer Engineering & Information Technology *Hybrid Open Access*        [?]

Defense Management *Open Access*

Fashion Technology & Textile Engineering *Hybrid Open Access*        

Global Journal of Technology and Optimization *Open Access*

Industrial Engineering & Management *Open Access*

Information Technology & Software Engineering *Open Access*

Innovative Energy Policies *Open Access*

International Journal of Advancements in Technology *Open Access*

International Journal of Biomedical Data Mining *Open Access*

International Journal of Sensor Networks and Data Communications *Open Access*

Irrigation and Drainage Systems Engineering *Open Access*

Lasers, Optics & Photonics *Open Access*

Lovotics *Open Access*

Membrane Science & Technology *Open Access*

Molecular Imaging & Dynamics *Open Access*

Telecommunications System & Management *Open Access*

Textile Science & Engineering *Open Access*

## Genetics & Molecular Biology Journals List

Advanced Techniques in Biology & Medicine *Open Access*

Advancements in Genetic Engineering *Open Access*

Advances in Genetic Engineering & Biotechnology *Hybrid Open Access*

Biochemistry and Analytical Biochemistry *Open Access*

Biochemistry & Physiology: Open Access

Biological Systems- Open Access

Biotechnology & Biomaterials *Open Access Official Journal of Semi-Conductor Society, Society for Applied Biotechnology*

Cell & Developmental Biology *Open Access*

Cell Science & Therapy *Open Access*

Cellular and Molecular Biology *Open Access*

Cloning & Transgenesis *Open Access*

Current Synthetic and Systems Biology *Open Access*

Cytology & Histology *Open Access*

Enzyme Engineering *Open Access*

Fertilization: In Vitro *Open Access, Official journal of IVF World Wide*

Fungal Genomics & Biology *Open Access*

Gene Technology *Open Access*

Genetic Disorders & Genetic Reports *Hybrid Open Access*

Genetic Syndromes & Gene Therapy *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Hereditary Genetics *Open Access*

Human Genetics & Embryology *Open Access*

International Journal of Genomic Medicine *Open Access*

Microbial & Biochemical Technology *Open Access*

Molecular Biology *Open Access*

Molecular and Genetic Medicine *Open Access*

Cellular and Molecular Biology *Open Access*

Molecular Biomarkers & Diagnosis *Open Access*

Next Generation: Sequencing & Applications *Open Access*

Plant Biochemistry & Physiology *Open Access*

Single Cell Biology *Open Access*

Tissue Science & Engineering *Open Access*

## Immunology & Microbiology Journals List

Allergy & Therapy *Open Access*

Ancient Diseases & Preventive Remedies *Open Access*

Antivirals & Antiretrovirals *Open Access*

Bacteriology & Parasitology *Open Access*

Clinical & Cellular Immunology *Open Access*

Clinical Microbiology: Open Access

Fermentation Technology *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Immunological Techniques in Infectious Diseases *Hybrid Open Access*

Immunome Research *Open Access*

Infectious Diseases and Therapy *Open Access*

Interdisciplinary Journal of Microinflammation *Hybrid Open Access Official Journal of Associazione Ricerca Terapie Oncologiche Integrate*

Medical Microbiology & Diagnosis *Open Access*

Mycobacterial Diseases *Open Access*

Rheumatology: Current Research *Open Access Official Journal of Taiwan Rheumatology Association*

Vaccines & Vaccination *Open Access*

Virology & Antiviral Research *Hybrid Open Access* 

Virology & Mycology *Open Access*

## Material Science Journals List

Bioceramics Development and Applications *Open Access Official Journal of International Society for Ceramics in Medicine*

Material Sciences & Engineering *Open Access Official Journal of Hellenic Metallurgical Society*

Nanomaterials & Molecular Nanotechnology *Hybrid Open Access* 

Nanomedicine & Nanotechnology *Open Access*

Nuclear Energy Science & Power Generation Technology *Hybrid Open Access* 

Powder Metallurgy & Mining *Open Access Official Journal of Hellenic Metallurgical Society*

## Mathematics Journals List

Applied & Computational Mathematics *Open Access*

Biometrics & Biostatistics *Open Access*

Generalized Lie Theory and Applications *Open Access*

Physical Mathematics *Open Access*

## Medical Journals List

Air & Water Borne Diseases *Open Access*

Alternative & Integrative Medicine *Open Access Official Journal of World Association of Integrated Medicine*

Anaplastology *Open Access*

Anatomy & Physiology *Open Access*

Andrology & Gynecology: Current Research *Hybrid Open Access* 

Andrology-Open Access

Angiology: Open Access

Arthritis *Open Access*

Athletic Enhancement *Hybrid Open Access* 

Autacoids and Hormones *Open Access*

Biology and Medicine *Open Access*

Bioterrorism & Biodefense *Open Access*

Blood & Lymph *Open Access*

Blood Disorders & Transfusion *Open Access Official Journal of Thalassaemia International Federation*

Bone Marrow Research *Open Access*

Cardiovascular Diseases & Diagnosis *Open Access*

Communication Disorders, Deaf Studies & Hearing Aids *Open Access*

Community Medicine & Health Education *Open Access*

Epidemiology: Open Access

Family Medicine & Medical Science Research *Open Access*

Forensic Biomechanics *Open Access*

Forensic Research *Open Access*

Gastrointestinal & Digestive System *Open Access*

General Medicine *Open Access*

General Practice *Open Access*

Genital System & Disorders *Hybrid Open Access* 

Gerontology & Geriatric Research *Open Access*

Gynecology & Obstetrics *Open Access, Official Journal of PCOS Awareness Association*

Hair : Therapy & Transplantation *Open Access*

Haematology & Thromboembolic Diseases *Open Access*

Hypertension- Open Access *Open Access Official Journal of Slovak League against Hypertension*

Integrative Oncology *Open Access*

Internal Medicine: Open Access *Open Access*

International Journal of Clinical & Medical Imaging *Open Access*

International Journal of Physical Medicine & Rehabilitation *Open Access*

La Prensa Medica *Hybrid Open Access* 

Liver *Open Access*
Liver: Disease & Transplantation *Hybrid Open Access* 
Malaria Chemotherapy, Control & Elimination *Open Access*
Medical & Surgical Urology *Open Access*
Medical Diagnostic Methods *Open Access*
Metabolic Syndrome *Open Access*
Neonatal Biology *Open Access*
Nephrology & Therapeutics *Open Access*
Novel Physiotherapies *Open Access*
Nuclear Medicine & Radiation Therapy *Open Access*
Occupational Medicine & Health Affairs *Open Access*
Orthopedic & Muscular System: Current Research *Open Access*
Otolaryngology *Open Access*
Otology & Rhinology *Hybrid Open Access*
Pain & Relief *Open Access*
Palliative Care & Medicine *Open Access*
Pancreatic Disorders & Therapy *Open Access*
Pediatrics & Therapeutics *Open Access*
Pigmentary Disorders *Open Access Official Journal of World Health Academy (WHA) & Vitiligo Academy of India (VAI)*
Pulmonary & Respiratory Medicine *Open Access*
Reproductive System & Sexual Disorders *Open Access*
Sleep Disorders & Therapy *Open Access*
Sleep Disorders : Treatment & Care *Hybrid Open Access*
Sports Medicine & Doping Studies *Open Access*
Steroids & Hormonal Science *Open Access*
Journal of Surgery[Jurnalul De Chirurgie] *Open Access*
Surgery: Current Research *Open Access, Official Journal of European Society of Aesthetic Surgery*
Pancreas: Open Access *Open Access*
Thyroid Disorders & Therapy *Open Access*
Translational Medicine *Open Access*
Transplantation Technologies & Research *Open Access*
Tropical Medicine & Surgery *Open Access*
Vascular Medicine & Surgery *Open Access*

## Neurology & Psychiatry Journals List

Addiction Research & Therapy *Open Access*
Addictive Behaviors, Therapy & Rehabilitation *Hybrid Open Access*
Alzheimer's Disease & Parkinsonism *Open Access*
Autism *Open Access Official Journal of Autism Community Network*
Brain Disorders & Therapy *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*
Child and Adolescent Behavior *Open Access*
Depression and Anxiety *Open Access*
International Journal of Emergency Mental Health and Human Resilience *Open Access*
International Journal of Neurorehabilitation *Open Access*
International Journal of School and Cognitive Psychology *Open Access*
Multiple Sclerosis *Open Access*
Neuroinfectious Diseases *Open Access*
Neurological Disorders *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*
Neurology & Neurophysiology *Open Access Official Journal of Bulgarian Society of Neurology (Europe)*
Psychology & Psychotherapy *Open Access Official Journal of Psychology and Psychiatry for Adults & Children Association*
Psychiatry: Open Access *Open Access*
Psychological Abnormalities in Children *Open Access*
Psychotherapy & Psychological Disorders *Hybrid Open Access*
Spine *Open Access*
Spine & Neurosurgery *Hybrid Open Access*
Trauma & Treatment *Open Access*
Traumatic Stress Disorders & Treatment *Hybrid Open Access*

## Nursing & Health Journals List

Emergency Medicine *Open Access, Official Journal of World Federation of Pediatric Intensive and Critical Care societies*

Health Care : Current Reviews *Open Access*

Nursing & Care *Open Access, Official Journal of World Federation of Pediatric Intensive and Critical Care societies*

Osteoporosis and Physical Activity *Open Access*

Pregnancy and Child Health *Open Access*

Primary Health Care: Open Access

Tropical Diseases & Public Health *Open Access*

Women's Health, Issues & Care *Hybrid Open Access* 

Women's Health Care *Open Access*

Yoga & Physical Therapy *Open Access, Official Journal of Yoga Federation of Russia and Hong Kong Yoga Association*

## Obesity & Diabetes Journals List

Cell Biology: Research & Therapy *Hybrid Open Access* 

Clinical Research on Foot & Ankle *Open Access*

Diabetes & Metabolism *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Endocrinology & Metabolic Syndrome *Open Access, Official Journal of PCOS Awareness Association*

Hydrogeology & Hydrologic Engineering *Hybrid Open Access* 

Nutritional Disorders & Therapy *Open Access*

Obesity & Weight Loss Therapy *Open Access*

## OMICS Journals List

Applied Bioinformatics & Computational Biology *Hybrid Open Access* 

Computer Science & Systems Biology *Open Access*

Data Mining in Genomics & Proteomics *Open Access*

Ergonomics *Open Access*

Glycomics & Lipidomics *Open Access*

Health & Medical Informatics *Open Access*

International Journal of Advance Innovations, Thoughts & Ideas *Open Access*

International Journal of Swarm Intelligence and Evolutionary Computation *Open Access*

JBR Journal of Young Scientist *Open Access*

Metabolomics: Open Access

OMICS Journal of Radiology *Open Access*

Pharmacogenomics & Pharmacoproteomics *Open Access, Official Journal of European Society of Pharmacogenomics and Theranostics*

Phylogenetics & Evolutionary Biology *Open Access*

Proteomics & Bioinformatics *Open Access*

Theoretical and Computational Science *Open Access*

Transcriptomics: Open Access

## Oncology and Cancer Therapeutics Journals List

Cancer Science & Therapy *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Carcinogenesis & Mutagenesis *Open Access*

Chemotherapy: Open Access *Official Journal of Italo-Latin American Society of Ethnomedicine*

Clinical & Experimental Oncology *Hybrid Open Access* 

Integrative Oncology *Open Access*

Leukemia *Open Access*

## Pharma Journals List

Advances in Pharmacoepidemiology & Drug Safety *Open Access*

Alcoholism & Drug Dependence *Open Access, Official Journal of International Society of Addiction Medicine*

Bioanalysis & Biomedicine *Open Access*

Biochemistry & Pharmacology: Open Access

Bioequivalence & Bioavailability *Open Access, Official Journal of Association of Contract Research Organisations*

Biomolecular Research & Therapeutics *Open Access*

Cardiovascular Pharmacology: Open Access

Clinical & Experimental Pharmacology *Open Access*

Clinical Pharmacology & Biopharmaceutics *Open Access*

Developing Drugs *Open Access*

*Open Access*

Drug Designing
Drug Metabolism & Toxicology *Open Access*
Forensic Toxicology & Pharmacology *Hybrid Open Access* 
Molecular Pharmaceutics & Organic Process Research *Open Access*
Nanomedicine & Biotherapeutic Discovery *Open Access*
Pharmaceutica Analytica Acta *Open Access*
Pharmaceutical Care & Health Systems *Open Access*
Pharmaceutical Regulatory Affairs: Open Access
Pharmaceutical Sciences & Emerging Drugs *Hybrid Open Access*
Pharmaceutics & Drug Delivery Research *Hybrid Open Access*
Pharmacovigilance *Open Access*

## Physics Journals List

Astrophysics & Aerospace Technology *Open Access*
Vortex Science and Technology *Open Access*

## Social & Political Science Journals List

Arts and Social Sciences Journal *Open Access*
Civil & Legal Sciences *Open Access*
Global Media Journal *Open Access*
Intellectual Property Rights: Open Access
Mass Communication & Journalism *Open Access*
Political Sciences & Public Affairs *Open Access*
Socialomics *Open Access, Official journal of SILAE (Italy), Italo-Latin American Society of Ethnomedicine*
Sociology and Criminology-Open Access *Open Access*

The traditional publishing model was based on subscriptions from readers and was heavily criticized for restricting access to important scientific information while generating large profits for publishers. Realizing the importance of unrestricted access to scientific information, many journals introduced an Free Journal policy, whereby all readers could gain free access to all journal content online with no restrictions. Open access is reaching the tipping point, with around 50% of scientific papers published which is now available for free.

OMICS Group International is the Open Access Publisher has played a key role in promoting free Journals over the traditional subscription journals that have tight fisted current research updates depriving more half of the world from current knowledge and update in any field. Open Access publishing not only encourage the dissipation of knowledge to every corner of the world which has an internet connection but also provide the privilege to authors by gaining maximum views to their work, thus function on a single motto of serving scientific community.

Free Journals are peer reviewed and upon acceptance will be immediately and permanently available free for everyone to read and download. The peer-review process subjects scientific research papers to independent scrutiny by other qualified scientific experts (peers) before they are made public with equal transparency maintained between authors, reviewers and Editors. The goal of peer-review is to assess the quality of articles submitted for publication in a Scholarly Open Access Journals. Peer-reviewed articles provide a trusted form of scientific communication. Articles published by these Academic Journals are peer-reviewed and edited by the experts in the related areas for a good impact in the scholarly and academic society.

Submitted manuscripts under Free Journals will be assigned to one of the editors based on their expertise. If the paper is deemed to be within the scope of the Scientific Journal with regard to content and of a minimum quality an academic editor with expertise in the relevant area, usually one of our editorial boards, is then also assigned to the paper. The editor and editorial board member will promptly assess the manuscript and will decide if it is likely to meet the requirement of providing a major advance in a particular field and describing a sufficient body of work to support that claim; if so, it will be sent for peer review. The professional and academic editors then together make a decision based on the reviewers' comments. The decision might be Re-revise/Major Revision/Minor Revision/Accept/Reject.

Impact Factor for Free Journal is a measure reflecting the average number of citations to articles published in journals. Journal Impact factors are calculated in yearly/half- yearly/ Quarterly/Monthly for those journals that are indexed in Journal Reference Reports (JRR). Journal Impact factor is calculated by dividing the number of citations the papers published in a journal receives in a given year by the total number of articles published in the two previous years. Journal impact factors are published each year in the Journal Citation Reports — produced by ISI.

OMICS Group International Conferences are integrated with workshops, symposia, trade shows and world congresses by bringing together people on a single platform thereby achieving its motto of escalating and enlightening the lamp of knowledge across the world in all the areas of Science, Medicine and Technology.

Follow Us          

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome

Copyright © 2014 OMICS Group, All Rights Reserved.

# EXHIBIT 5



🏠 Home  |  🕐 Join Us  |  🗺 Site Map  |  ✉ Contact Us

Editors recommendation  |  Testimonials  |  Register reviewer

About Us | Open Access | Journals | Conferences | **International Collaborations** | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs

## Medical Journals

OMICS Group International is an open access online publishing group which has 500 Journals, organizes 300 Conferences per year, have around 30,000 Editorial Board members and 1000 Associations. Medical Journals provide a platform for outstanding research around the globe in the field of medicine. These scholarly open access medical journals aim to contribute to the progress and application of scientific discoveries, by providing free access to the research information. The published work reaches the general public and the scientific community immediately after publication, thus providing higher citation rates for the author. Open access medical journals are supported by 5000 internationally renowned editorial board members and a high quality review board. Medical Journals use online Editorial Manager System for quick and high quality review process. Articles of Medical journals are subjected to peer reviewing and these are included in the standard indexing databases like ISI, Scopus, EBSCO, CAS, HINARI etc. All the articles published in Medical journals are permanently archived in respective peer reviewed journals thus providing unrestricted utilization and requisition of the scientific information.

## List of Medical Journals

Addiction Research & Therapy  *Open Access*

Addictive Behaviors , Therapy & Rehabilitation  *Hybrid Open Access*  ❓

Allergy & Therapy  *Open Access*

Alternative & Integrative Medicine  *Open Access*

Alzheimer's Disease & Parkinsonism  *Open Access*

Anaplastology  *Open Access*

Analgesia & Resuscitation : Current Research  *Hybrid Open Access*  ❓

Anatomy & Physiology  *Open Access*

Ancient Diseases & Preventive Remedies  *Open Access*

Andrology  *Open Access*

Andrology & Gynecology: Current Research  *Hybrid Open Access*  ❓

Arthritis  *Open Access*

Athletic Enhancement  *Hybrid Open Access*  ❓

Autacoids  *Open Access*

Automatic Control of Physiological State and Function  *Open Access*

Bioceramics Development and Applications  *Open Access*

Biology and Medicine  *Open Access*

Biomusical Engineering  *Open Access*

Blood & Lymph  *Open Access*

Blood Disorders & Transfusion  *Open Access*

Bone Marrow Research  *Open Access*

Brain Disorders & Therapy  *Open Access*

Cardiovascular Diseases & Diagnosis  *Open Access*

Cloning & Transgenesis  *Open Access*

Community Medicine & Health Education  *Open Access*

Dentistry  *Open Access, Official Journal of Alexandria Oral Implantology Association, Alexandria Oral Implantology Association*

Depression & Anxiety  *Open Access*

Diabetes & Metabolism  *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Emergency Medicine  *Open Access*

Endocrinology & Metabolic Syndrome  *Open Access, Official Journal of PCOS Awareness Association*

Epidemiology: Open Access  *Open Access*

Family Medicine & Medical Science Research  *Open Access*

Gastrointestinal & Digestive System *Open Access*

General Medicine *Open Access*

General Practice *Open Access*

Genetic Disorders & Genetic Reports *Hybrid Open Access* 

Genetic Syndromes & Gene Therapy  *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Genital System & Disorders *Hybrid Open Access* 

Gynecology & Obstetrics *Open Access, Official Journal of PCOS Awareness Association*

Gerontology & Geriatrics Research *Open Access*

Haematology & Thromboembolic Diseases *Open Access*

Hair: Therapy & Transplantation *Open Access*

Health Care : Current Reviews *Open Access*

Hereditary Genetics *Open Access*

Human Genetics & Embryology *Open Access*

Hypertension-Open Access

Hypo & Hyperglycemia *Hybrid Open Access* 

Infectious Diseases & Therapy *Open Access*

Interdisciplinary Medicine and Dental Science *Open Access*

Internal Medicine [EBSCO] *Open Access*

International Journal of Biomedical Data Mining *Open Access*

International Journal of Genomic Medicine *Open Access*

International Journal of Physical Medicine & Rehabilitation *Open Access*

International Journal of School and Cognitive Psychology *Open Access*

International Journal of Neurorehabilitation *Open Access*

Interdisciplinary Journal of Microinflammation *Open Access*

La Prensa Medica *Hybrid Open Access* 

Leukemia *Open Access*

Liver *Open Access*

Malaria Chemotherapy, Control & Elimination *Open Access*

Medical & Surgical Urology *Open Access*

Medical Diagnostic Methods *Open Access*

Medical Microbiology & Diagnosis *Open Access*

Metabolic Syndrome *Open Access*

Molecular Biomarkers & Diagnosis [OCS] *Open Access*

Molecular and Genetic Medicine [PubMed] *Open Access, PubMed and PMC indexed*

Molecular Medicine & Therapeutics *Hybrid Open Access* [?]

Mycobacterial Diseases *Open Access*

Neonatal Biology *Open Access*

Nephrology & Therapeutics [EBSCO] *Open Access*

Neuroinfectious Diseases *Open Access*

Neurological Disorders *Open Access*

Novel Physiotherapies *Open Access*

Nuclear Medicine & Radiation Therapy [OCS] *Open Access*

Nursing & Care *Open Access*

Nutritional Disorders & Therapy *Open Access*

Next Generation: Sequencing & Applications *Open Access*

Obesity & Weight Loss Therapy [EBSCO] *Open Access*

Occupational Medicine Health Affairs *Open Access*

Oral Health and Dental Management [PubMed] [MEDLINE] *Open Access, PubMed and Medline indexed, Official Journal of Alexandria Oral Implantology Association*

Oral Hygiene & Health *Open Access, Official Journal of Alexandria Oral Implantology Association, Alexandria Oral Implantology Association*

Orthopedic & Muscular System *Open Access*

Osteoporosis & Physical Activity *Open Access*

Otolaryngology [EBSCO] *Open Access*

Otology & Rhinology *Hybrid Open Access* 

Pain & Relief *Open Access*

Palliative Care & Medicine *Open Access*

Pancreatic Disorders & Therapy *Open Access*

Pediatrics & Therapeutics *Open Access*

Pregnancy and Child Health *Open Access*

Primary Health Care *Open Access*

Primary & Acquired Immunodeficiency Research *Hybrid Open Access* 

Psychological Abnormalities in Children *Open Access*

Psychology & Psychotherapy *Open Access*

Psychiatry: Open Access  *Open Access*

Pulmonary & Respiratory Medicine *Open Access*

Pigmentary Disorders *Open Access*

Pancreas *Open Access*

Psychotherapy & Psychological Disorders *Hybrid Open Access*

Regenerative Medicine *Hybrid Open Access*

Reproductive System & Sexual Disorders *Open Access*

Research and Development *Open Access*

Rheumatology: Current Research *Open Access*

Sleep Disorders & Therapy *Open Access*

Sleep Disorders : Treatment & Care *Hybrid Open Access*

Spine *Open Access*

Spine & Neurosurgery *Hybrid Open Access*

Sports Medicine & Doping Studies *Open Access*

Steroids & Hormonal Science *Open Access*

Surgery: Current Research *Open Access, Official Journal of European Society of Aesthetic Surgery*

Journal of Surgery [Jurnalul de Chirurgie] *Open Access*

Thyroid Disorders & Therapy *Open Access*

Translational Medicine *Open Access*

Trauma & Treatment *Open Access*

Traumatic Stress Disorders & Treatment *Hybrid Open Access*

Tropical Medicine & Surgery *Open Access*

Vascular Medicine & surgery *Open Access*

Women's Health Care *Open Access*

Yoga & Physical Therapy *Open Access, Official Journal of Yoga Federation of Russia and Hong Kong Yoga Association*

Medical science journals have been successful in creating a global communication line among scientists and health care professionals, thereby facilitating exchange of innovative and stimulating ideas essential to improve the quality of life. Publications in medical science journals are essential sources for exploring the realistic and experimental approaches of human anatomy, physiology, biochemistry, and its correlation with environmental factors. Reputed medical journals deals with a wide variety of research aspects in medical science and its related fields. Some of the major topics covered in these journals include, human anatomy, physiology, endocrinology, otolaryngology, gynecology, pediatrics, dentistry, molecular, cellular, and organ biology, clinical trials, human genetic disorders and communicable diseases, and their diagnostics and therapies. OMICS Group International medical science journals accept and publish only those manuscripts that are approved by the peer-reviewing committee and the quality control team. All the medical science journals are available online for reading, downloading, and printing at no cost. Medical Journals/conferences provide a venue for outstanding research in the field of medicine.

With the increasing researches in various fields, it is important for scholars to know about the happenings in their respective fields and introduce their work to the whole world. Open Access journals helps the scholars as it is easily available. They can access the journals freely without any barrier. The Medical Science Journals has peer reviewed journals which are reviewed by experts from the field. The articles go through a thorough peer reviewing process to make the article best among all. Medical Science is a vast field and the scholars doing research in this field should know the current happenings. Open access journals are a way to help the scholars know about the happenings and refer previous researches for their own research free of cost.

The medical journals have good impact factor as it is been reviewed and cited by many researches. The Open access journal impact factor is high as the journals are freely available and can be cited by researchers easily. OMICS Group International organizes conferences and workshops all over the globe to promote the journals.



About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome

Copyright © 2014 OMICS Group, All Rights Reserved.

# EXHIBIT 6

Immunology & Microbiology Journals | Open Access | OMICS Group

# OMICS International

Editors recommendation | Testimonials | Register reviewer

| About Us | Open Access | Journals | Conferences | International Collaborations | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## Immunology & Microbiology Journals

Immunology and microbiology are interconnected fields of medicine where the study is based on invading organisms and immune reactions. This field of study includes areas such as bacteriology, immunology, virology, parasitology, mycology and body's responses to these invading pathogens. This multidisciplinary field of medicine is a vast area and one of the topics of interest to scientists. Some of the Immunology and microbiology journals are Journal of Bacteriology & Parasitology, Journal of Clinical & Cellular Immunology, Immunological Techniques in Infectious Diseases, Immunome Research, Journal of Medical Microbiology & Diagnosis, Clinical Microbiology: Open Access and Journal of Infectious Diseases and Therapy.

## List of Immunology & Microbiology Journals

Clinical & Cellular Immunology *Open Access*

Immunome Research *Open Access*

Vaccines & Vaccination *Open Access*

AIDS & Clinical Research SCOPUS *Open Access*

Infectious Diseases & Therapy *Open Access*

Antivirals & Antiretrovirals SCOPUS *Open Access*

Rheumatology: Current Research *Open Access*

Interdisciplinary Journal of Microinflammation *Open Access*

Allergy & Therapy EBSCO *Open Access*

Bacteriology & Parasitology *Open Access*

Fermentation Technology *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Virology & Mycology *Open Access*

Clinical Microbiology: Open Access

Mycobacterial Diseases *Open Access*

These journals based on immunological and microbiology studies publish research articles, review articles, case reports, short communications, commentaries and editorials. All journal articles are published after strict peer review process conducted by Editorial Board members and outside experts. Our immunology and microbiology journals are trying to report the original findings and discoveries in the field of host immune responses, virology, pathogenic infections, development of vaccines, and therapeutics. These journals are committed to support the recent advancements and research in microbiology, immunology, and infectious diseases. The journals based on immunology and microbiology serves as a forum for physicians, veterinarians, clinicians and other health professionals to interact to the scientific community. Integration of theoretical and clinical practices makes these journals act as an interlink between the practioners and medical researchers.

The acceptance of the articles to our journals is mainly based on the quality and novelty of the content. Most of the top immunological and microbiology journals are open access journals that are freely available on the public internet domain, allowing any end users to read, download, copy, distribute, prink, search or link to the full texts of the articles. Most of these journals are are indexed in MEDLINE, PUBMED, SCOPUS, COPERNICUS, CAS, EBSCO and ISI. Immunology and microbiology journals are highly specialized, although some of the oldest journals publish articles, reviews, editorials, short communications, letters, and scientific papers across a wide range of scientific fields. Our peer review process is an attempt to ensure that articles meet the journal's standards of quality, and scientific validity. Each such journal article becomes part of the permanent scientific record and thus serves scientific community by providing data base for further studies.



**Follow Us**  🔲 f 🐦 📡 in ▶ g+ 📌 📷 🔘

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome                    Copyright © 2014 OMICS Group, All Rights Reserved.

http://omicsonline.org/immunology-microbiology-journals.php[1/28/2015 9:39:36 AM]

# EXHIBIT 7

Date: Fri, 18 Jan 2013 21:56:28 +0530

**Manuscript Details:**

» Reference number: ██████████
» Journal Title: **Pharmaceutical Regulatory Affairs: Open Access**
» Title: ████████████████████████████████
» Corresponding Author: **Dr.** ████████
Dear Dr. ████████,

Herewith we are sending the Author proof & Invoice of ████████████. Check the proof
carefully and return within 48 hours. Please arrange to make the payment within two weeks.
Correct the misprints and send back to the editorial staff by e-mail to
authorproof_openaccess@omicsonline.com or FAX to +1-650-618-1414

Only necessary typographical errors should be corrected, no new additions should be made.
Extensive changes will request a new approval of the editorial committee. They will be
inserted as notes added in the Proof. If you have corrections, please write them in the
author's proof directly with marking and send it.
Or
Please fill in a character with an intelligible character or type, scan and send it by e-mail.
Or
Type the misprints in separate word file with two columns, one is for misprinted and one is for
to be print and send by e-mail.
Author will be charged for any expenses incurred by the publisher for making extensive
corrections or additions.
* If you fail to send the corrections within 48 hours, we may assume that you agreed to
publish without corrections.
We request you to carefully check the PDF file.

Please inform us if you need any reprints of your article.
The cost of reprints on acid free papers:
1000 reprints: 719$
500 reprints: 519$
100-200 reprints: 419$
Shipping cost: 50$ with in USA
100$ outside USA
Dispatch time: 10-15 working days

OMICS Group successfully running 250 Open Access journals and 50 more scientific
conferences (per year) in different disciplines with the support from 20,000 well qualified

editorial board members. We are the proud partner in making healthcare and scientific information Open Access.

If you need more information, please do not hesitate to contact us.

On behalf of OMICS GROUP INCORPORATION,

With best regards for your ongoing research.

Joseph Marreddy
OMICS GROUP INCORPORATION
2360 Corporate Circle
Suite 400, Henderson
NV 89074-7722, USA
Phone: +1- 650-268-9744
Fax: +1-650-618-1414
Toll Free: +1-800-216-6499

# EXHIBIT 8



| **Journal of Communication Disorders, Deaf Studies & Hearing Aids** | ⌂ omicsonline.org<br>✉ accounts.openaccess@omicsonline.org<br>📞 +1-650-268-9744 (Ext 1)<br>🖶 +1-650-618-1414 |
|---|---|

| | **(Thank you for your contribution. Please pay the publication fee within two weeks)** | **P.O: N/A** |
|---|---|---|
| **Invoice :JCDSHA-2-105** | **TAX ID:** ▓▓▓ **(USA);** ▓▓▓ **(Other than USA)** | **Dt: 12 Feb, 2014** |

| **Title of the Manuscript** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|---|
| **Authors** | ▓▓▓▓▓ |
| **Billing Address** | ▓▓▓▓▓▓▓▓▓▓ |
| **Total bill And mode of Payment Or Contact us if you need another mode of transition/discount** | Publication and manuscript handling cost : **919.00 $**<br>Total : **USD 919.00 $** ( Nine Hundred and Nineteen United States Dollars Only)<br>**Credit Card Payment:** We are accepting all major Credit Cards/Debit Cards including American Express, Discover, MasterCard and Visa.<br>(Processing Charges upto 2% will be Applicable for Card Payment)<br><br>**Card type :**<br>**Card number :**<br>**Card Holder Name:**<br>**Expiry Date :**<br>**Address of card holder :**<br><br>Please fax duly filled invoice with the above details to +1-650-618-1414<br><br>OR Pay the amount by wire transfer in US Dollars through " SWIFT CODE: ▓▓▓ " to<br><br>• Beneficiary's Name: **OMICS PUBLISHING GROUP**<br>• Beneficiary's Account **No:** ▓▓▓<br>• ABA ROUTING #: ▓▓▓<br>• Beneficiary's Bank Address: ▓▓▓<br>• Bank Phone: ▓▓▓    Bank Fax: ▓▓▓<br>• Beneficiary's Address: 2360 Corporate Circle, Suite 400, Henderson, NV 89074-7722, USA.<br>• Beneficiary's Phone: +1-650-268-9744/ 800-216-6499 Fax:+1-650-618-1414 (USA)<br>• CHECK PAYMENT: Check should be in favor of **OMICS PUBLISHING GROUP**<br>• **Please send the check to :** ▓▓▓<br>  ▓▓▓ **(This is our financial centre address)**<br>• **E-Check Payment (USA only):** http://omicsonline.org/pay_echeck.php<br>• **Online Payment:** http://www.omicsonline.org/online-payment/<br><br>      Journal of Communication Disorders, Deaf Studies & Hearing Aids (JCDSHA) is running by OMICS PUBLISHING GROUP, a self supporting organization and does not receive funding from any institution/government. Hence, the operation of the Journal is solely financed by the handling fees received from authors and some academic / corporate sponsors. The handling fees are required to meet maintenance of the journal. Being an Open Access Journal, JCDSHA does not receive payment for subscription as the articles are freely accessible over the internet. Authors of articles are required to pay a fair handling fee for processing their articles. However, there are no submission charges. Authors are required to make payment ONLY after their manuscript has been accepted for publication. |

OMICS Group successfully running 250 Open Access journals and 50 more scientific conferences (per year) in different disciplines with the support from 20,000 well qualified editorial board members. We are the proud partner in making healthcare and scientific information Open Access.