# EXHIBIT 12

# DECLARATION OF VICTORIA BUDICH

## Part 9: Attachment L, Pages 690 - 717

| | | |
|---|---|---|
| Trauma & Treatment | 2167-1222 | 1000 |
| Tropical Diseases | 2329-891X | 900 |
| Tropical Medicine & Surgery | 2329-9088 | 1000 |
| Vaccines & Vaccination | 2157-7560 | 900 |
| Vascular Medicine & surgery | 2329-6925 | 1000 |
| Veterinary Science & Technology | 2157-7579 | 1800 |
| Virology & Micology | 2161-0517 | 500 |
| Vitamins & Minerals | - | 900 |
| Vortex Science and Technology | 2090-836 | 519 |
| Women's Health Care | 2167-0420 | 1000 |
| Yoga & Physical Therapy | 2157-7595 | 1000 |

Follow Us 

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome

Copyright © 2014 OMICS Group, All Rights Reserved.

PX12 - 690

🏠 Home | 🔵 Join Us | 🗺 Site Map | ✉ Contact Us





Editors recommendation | Tes imonials | Register reviewer

| About Us | Open Access | Journals | Conferences | **International Collaborations** | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## Benefits of Publishing

OMICS Group is committed to disseminate research output to the scientific community without any hassle. Ar icles published under OMICS Banner are freely available throughout the world, ensuring the author's presence through his/her contribution worldwide. Since OMICS Group International is under the terms of Creative Commons Attribution License, it enables the redistribution and re-use of the original work, as we deposit them in reputed indexes like PubMed Central on behalf of author.

## Open Access



Through Open Access publication, authors benefit in number of ways:
Standards of high-quality, rapid peer-review and production
Enhances the visibility and presence of the author due to free dissemination and frequent citation
Liberal licensing and re-use policy through Creative Commons license
Easy and immediate Online access
High Impact factor and chances of getting cited, thus enhances the author's API Index

## Membership



OMICS Annual, three or five year memberships enable individuals, academic institutions and corporate to submit any number of articles in a given year to any of the OMICS Journals of your choice. This membership programme, apart from granting you a prestigious membership certificate. It also enables you to get waivers on registrations at our international conferences. The Corporate and institutional members can organize symposium, exhibition or stall with a complementary pass. For more details contact us membership@omicsonline.org

## Language Translation



In today's competitive environment, it is essential that the English language used in your paper should be of high quality. Your research study may be significant. Yet your inability to express the same in standard English may hold the chances of publication, leading to rejection. We offer you the language translation and language polishing services. We translate papers written in English into French, Chinese, Portuguese and Spanish, as per the author's requirement. We guarantee that your manuscript will be submission-ready within 10-12 days.

## Special Issues



OMICS Group journals publish Special issues to focus on unique aspects of research that advance our understanding on ongoing research. The major aim of the special issues is to expand the scope of subjects by specifically focusing the attention on an identified area out of a very broad topic and pay greater attention to it.
Articles in special issues aspires at broadening he scope of OMICS Group journals, by targeting precise topics of interest that highlight the research advancements in this line of work

## Scientific Associations

The Scientific Societies that have firm belief on OMICS peer-reviewed journals have extended their staunch support to us by creating a common



platform to uphold the values 'Open Access' through the global networking community that enable collaborations, sharing of resources and working together in multifarious key areas.

Please join hands by filling the details below so that we will contact you soon. E-mail us at: association@omicsonline.net

## Young Scientist Award



OMICS Group aims to acknowledge the research accomplishments of the young scientists, by conferring on them the 'Young Scientist Award' to promising, upcoming scientists that have been actively engaged in R&D and publications in Open Access Journals. Young Scientist Award offers worthwhile incentives to Researchers that have shown great potentiality in their fields of expertise. The core mission of the Young Scientist Award is to advance scientific knowledge to address the major challenges that the society facing today.

## Social networking



Social networking sites are created to assist the online networking. These sites are virtual communities created to enhance interaction and understanding. You can share your views on your research with a veteran researcher and enrich the idea or you can offer you views on an articles published in our journals through various social networking sites like Face book, Twitter , LinkedIn , RSS Feeds etc.

## Ebooks



OMICS eBooks attracts an exclusive group of Scientists, Researchers, Department Chairs, Directors and decision makers from a cross section of fields like Pharma, Biotech and Heal h Care industries.

Publishing your eBook for free in most updated digital formats (Digital, HTML, PDF, 50+ Language translation)

Designing Cover page image for your eBook for free

Valuable discounts on OMICS Group Conference registration, which are held at all corners of the globe. And many more….!

For any further queries please do not hesitate to contact us at ebooks@omicsgroup.us; contact.omics@omicsonline.com



Follow Us

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome

Copyright © 2014 OMICS Group, All Rights Reserved.



🏠 Home  |  🌐 Join Us  |  🗺️ Site Map  |  ✉️ Contact Us

Editors recommendation  |  Tes imonials  |  Register reviewer

| About Us | Open Access | Journals | Conferences | International Collaborations | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## Chemical Engineering Journals

Chemical Engineering Journals in OMICS provides a global forum for the dissemination of research in chemical engineering including Bioprocessing & Biotechniques; Process Technology; Physiobiochemical Metabolism; Thermodynamics & Catalysis. These journals target researchers, scientists, and students who seek to advance the technical knowledge and practical applications related to chemical sciences. Chemical Engineering journals along with other 500 OMICS Journals are strictly peer-reviewed with the help of 30000 Editorial Board in selec ing the articles for publication respecting timelines and high levels of standards. More than 13000 articles are published in a year and are available in PDF, HTML and Digital and can be translated to 64 different languages accessible to more than 100000 scholars worldwide. OMICS Publishing Group is collaborated with 1000 organizations around the globe making its mark in the scientific community. The Chemistry Journals are indexed at standard indexing databases such as EBSCO, CAS, Hinari, Index Copernicus, ProQuest, Urlich's, SHERPA-Romeo, etc.

## List of Chemical Engineering Journals

Advanced Chemical Engineering *Open Access*

Bioprocessing & Biotechniques *Open Access*

Chemical Engineering & Process Technology *Open Access*

Physiobiochemical Metabolism *Hybrid Open Access*   

Thermodynamics & Catalysis *Open Access*

The Journal acts as a free source of reference and retrieval for researchers and academicians in several research areas of Chemical Engineering. The Chemical Engineering Journals mainly concentrates on chemical reaction engineering, environmental chemical engineering, and materials synthesis and processing. The academic journals also provide a sneak-peek into the various synthetics and associated compounds that are ideal for various industrial and manufacturing processes. Most of the scholarly Journals of OMICS Group is indexed in famous indexing services like PubMed, ISI, Scopus, AGORA, Gale, ProQuest, Chemical Abstracts, and HINARI etc. Highly qualified strong editorial board members of the Journal of Chemistry assess the manuscripts that the authors submit online.

OMICS Group International has been successful in making its blemish in scientific community with 500 peer-reviewed journals, 30000 Editorial Board, publishing more than 13000 articles in a year which are accessible to more than 100000 scholars worldwide through World Wide Web. It is also a leading scientific event organizer, organizes over 1000 Scientific Conferences all over the world annually with the support from 300 scientific associations.

The top best open access Chemical Engineering Journals provide a golden opportunity to the scientific community to distribute their work rapidly without relinquishing the quality with the help of an able 'Editorial Manager System'. Chemical Engineering journals are sustainable source of knowledge for the hidden aspects of natural phenomena occurring in environment and its related systems. OMICS scholarly chemistry journals have been initiated to address various research aspects in he field of Chemical Engineering.

OMICS Group International Journals of Chemical Engineering is classified into various streams that focus on multiple branches of Chemical Engineering. The scholarly journal, Thermodynamics & Catalysis Journal deals with the latest discoveries and rationalization of thermodynamic properties in chemical energy systems and the role of catalysts in exothermic and endothermic chemical reactions. Chemical Engineering and Process Technology section presents papers dealing with topics in environmental chemical and process engineering. Bioprocessing & Biotechniques involves Treatment and environmental separation processes, pollution control and resources recovery, environmental bioprocesses, bioenergy, environmental nanotechnology, clean process technology and waste minimization. Advanced Chemical Engineering deals with different aspects of the preparation and characterization of advanced materials. Novel physical and chemical methods of synthesis will be covered, as well as the processes used to obtain materials of different morphologies (particles, films, fibers), and to modify their surface and structural properties, always from a chemical engineering point of view.



Follow Us

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

PX12 - 693

OMICS International

Search

Editors recommendation  |  Tes imonials  |  Register reviewer

| About Us | Open Access | Journals | Conferences | International Collaborations | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## Chemistry Journals

Chemistry Open Access Journal in OMICS Group disseminate the information about the wide range of latest discoveries on diversified aspects of chemistry including Biochemistry, Analytical, Organic, Medicinal and Modern Chemistry and Chemical Engineering. These journals target researchers, scientists, and students who seek to advance he technical knowledge and practical applications related to chemical sciences. Chemistry journal along with other 500 OMICS Journals are strictly peer-reviewed with the help of 30000 Editorial Board in selec ing the articles for publication respecting timelines and high levels of standards. More than 13000 articles are published in a year and are available in PDF, HTML and Digital and can be translated to 64 different languages accessible to more than 100000 scholars worldwide. OMICS Publishing Group is collaborated with 1000 organizations around the globe making its mark in the scientific community. The Chemistry Journals are indexed at standard indexing databases such as EBSCO, CAS, Hinari, Index Copernicus, ProQuest, Urlich's, SHERPA-Romeo, etc.

## List of Chemistry Journals

Advanced Chemical Engineering *Open Access*

Analytical & Bioanalytical Techniques  CAS  EBSCO  *Open Access*

Chemical Sciences Journal *Open Access*

Chromatography & Separation Techniques  CAS  EBSCO  *Open Access*

Environmental Analytical Chemistry *Open Acces*

Medicinal Chemistry  EBSCO  *Open Access, Official Journal of Association for Clinical Biochemistry*

Modern Chemistry & Applications *Open Access*

Natural Products Chemistry & Research  CAS  *Open Access*

Organic Chemistry *Open Access*

Physical Chemistry & Biophysics *Open Access*

Plant Biochemistry & Physiology  CAS  *Open Access, Official Journal of Nigerian Society of Biochemistry and Molecular Biology*

Thermodynamics & Catalysis  CAS  EBSCO  *Open Access*

The Journal acts as a free source of reference and retrieval for researchers and academicians in several research areas of chemistry. The chemical properties of compounds are vital in determining their therapeutic effect and the desired medicinal characteristics for specific conditions. The academic journals also provide a sneak-peek into the various syn hetics and associated compounds that are ideal for various industrial and manufacturing processes. Most of the scholarly Journals of OMICS Group is indexed in famous indexing services like PubMed, ISI, Scopus, AGORA, Gale, ProQuest, Chemical Abstracts, and HINARI etc. Highly qualified strong editorial board members of the Journal of Chemistry assess the manuscripts that the authors submit online.

OMICS Group International has been successful in making its blemish in scientific community with 500 peer-reviewed journals, 30000 Editorial Board, publishing more than 13000 articles in a year which are accessible to more than 100000 scholars worldwide through World Wide Web. It is also a leading scientific event organizer, organizes over 1000 Scientific Conferences all over the world annually with the support from 300 scientific associations.

The top best open access chemistry Journals provide a golden opportunity to the scientific community to distribute their work rapidly without relinquishing the quality with the help of an able 'Editorial Manager System'. Scientific chemistry journals are sustainable source of knowledge for the hidden aspects of natural phenomena occurring in environment and its related systems. OMICS scholarly chemistry journals have been initiated to address various research aspects in the field of chemistry.

OMICS Group International Journals of chemistry is classified into six different streams that focus on multiple branches of chemistry. The Journal of Thermodynamics & Catalysis deals with the latest discoveries and rationalization of thermodynamic properties in chemical energy systems and the role of catalysts in exothermic and endothermic chemical reactions. Physical Chemistry & Biophysics journal explores the research work carried out on the application and synchronization of biological and physically embedded systems and their relation to latest technologies in the modern era. Organic Chemistry is another scientific chemistry journal from OMICS Group that is devoted to publish pioneering research works on carbon compounds, heir structural symmetries and organic reactions. Chromatography & Separation Techniques is an interdisciplinary practical science journal that publishes recent innovations and advanced research in different methods of chromatography and separation techniques. The scholarly journal, Analytical & Bioanalytical Techniques brings out the major inventions and hypothesis involved in the analysis of various chemical and biochemical compounds. Free Medicinal Chemistry journal aims at publishing original articles on novel drugs, their chemical compositions, and mechanisms of action.

Follow Us

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome

Copyright © 2014 OMICS Group, All Rights Reserved.

# OMICS International

Editors recommendation  |  Tes imonials  |  Register reviewer

| About Us | Open Access | Journals | Conferences | **International Collaborations** | Membership | Submit Manuscript | Editors-in-Chief | Careers | FAQs |

## Open Access Journals on Clinical Sciences

Clinical Journals of OMICS Group International aims to publish and disseminate the quality research to the scientific community and beyond. All the scholarly articles published in these Journals are peer reviewed and posted immediately and permanently online, providing free access to read and download. The published articles are available in PDF, HTML and Digital and can be translated to 64 different languages. OMICS Group International has been successful in making its spot in scientific community with 500 peer-reviewed journals, 30000 Editorial Board, publishing more than 13000 articles in a year which are accessible to more than 100000 scholars worldwide through World Wide Web. It is also a leading scientific event organizer, organizes over 300 Scientific Conferences all over the world annually with the support from 1000 scientific associations.

## List of Clinical Journals

AIDS & Clinical Research SCOPUS *Open Access*

Anesthesia & Clinical Research SCOPUS *Open Access*

Angiology *Open Access*

Cancer Science & Therapy SCOPUS *Open Access, Official Journal of European Biotechnology Thematic Network Association*

Carcinogenesis & Mutagenesis *Open Access*

Cell Science & Therapy *Open Access*

Cell Biology: Research & Therapy *Hybrid Open Access*

Chemotherapy *Open Access, Official Journal of Italo-Latin American Society of Ethnomedicine*

Child & Adolescent Behavior *Open Access*

Clinical & Cellular Immunology *Open Access*

Clinical Case Reports *Open Access*

Clinical Diagnosis and Research *Open Access*

Clinical & Experimental Cardiology *Open Access*

Clinical & Experimental Dermatology Research *Open Access*

Clinical & Experimental Ophthalmology EBSCO *Open Access, Official Journal of Afro-Asian Council of Ophthalmology*

Clinical & Experimental Oncology *Hybrid Open Access*

Clinical & Experimental Pharmacology *Open Access*

Clinical & Experimental Pathology *Open Access*

Clinical Microbiology: Open Access

Clinical Research & Bioethics EBSCO *Open Access*

Clinical Research on Foot & Ankle *Open Access*

Clinical Toxicology *Open Access*

Clinical Trials *Open Access*

Clinics in Mo her and Child Health *Open Access*

Communication Disorders, Deaf Studies & Hearing Aids *Open Access*

Cytology & Histology *Open Access*

Drug Intoxication & Detoxification : Novel Approaches *Hybrid Open Access*

Forensic Research *Open Access*

Forensic Toxicology & Pharmacology *Hybrid Open Access*

Integrative Oncology *Open Access*

Immunome Research *Open Access*

International Journal of Cardiovascular Research *Hybrid Open Access*

International Journal of Ophthalmic Pathology *Hybrid Open Access*

JBR Journal of Clinical Diagnosis and Research *Open Access*

Multiple Sclerosis *Open Access*

Neurology & Neurophysiology   *Open Access*

Stem Cell Research & Therapy   *Open Access*

Transplantation Technologies & Research **EBSCO** *Open Access*

Clinical Journals focuses on specific research discipline, contributing resourceful and impactful platform where research joins together with technology. Clinical Journals provide a golden opportunity to the scien ific community to distribute their work rapidly without relinquishing the quality with the help of an able 'Editorial Manager System'. All the articles published in Clinical Journals are permanently archived in respective peer reviewed journals thus providing unlimited utilization and requisition of the scientific information. The research work published is completely freely accessible to researchers, scientists and students, increasing the importance and essentiality of the Open Access type of publishing. Free Clinical Open Access journals publish high quality articles from worldwide to update the recent developments in the fields of clinical sciences. Most of the Clinical Journals are indexed in famous indexing services like ISI, Scopus, EBSCO, CAS, HINARI, etc. and the articles published in these journals attain a very high impact factor.

The journals of Clinical Sciences focus on challenges that the doctors, students, scientists, and the other medical practitioners confront with respect to clinical research and clinical practices. Clinical trials are thus form the most important part of the development of new drugs and treatments. Contrary to other research journals, Clinical Research Journals deal with many challenging issues that determine the safety and efficacy of new drugs and therapies. Scholarly Journals on Clinical Sciences, thus aim to provide evidences to establish new research findings for diagnosis, prevention, and treatment of both existing and emerging diseases.

The Journals of Clinical Sciences deal wi h clinical aspects in the fields of pharmacology, cytology, cardiology, neurology, toxicology, forensic science, cancer science, AIDS, dermatology, pathology, anesthesia, immunology and cellular immunology, clinical microbiology, clinical toxicology, integrative oncology, neurology, neurophysiology, stem cell research, ophthalmology, carcinogenesis, cell science, chemotherapy, respiratory sciences and ethical issues related to various aspects of clinical research.

Clinical Sciences Journals are multi-disciplinary journals at the interface of clinical research and discovery science, publishing pre-clinical and clinical-based research addressing the biology of human health and disease. Clinical Journals are devoted to the fields concerned with the issues of public health and thus witness a constant raise of researchers in this field throughout the world.

Clinical journals are top best open access journals having good Impact Factors which aims to publish most complete and reliable source of information on the discoveries and current developments in the mode of original, review articles, editorials, case reports, short communications, commentary, etc. in all areas of the clinical field and making them freely available through online without any restrictions or any other subscriptions to researchers worldwide. Clinical journal includes a wide range of fields in its discipline to create a platform for the authors to make their contribution towards the journals and the editorial office promises a peer review process for the submitted manuscripts to maintain the quality of publishing.

y review process is performed by he editorial board members and peer reviewers/outside experts through the online system like Editorial Manager System/Editorial Tracking System. Clinical journals are international scien ific open access journals, providing a platform for advances in heal h care/clinical practices, the study of direct observation of patients and general medical research.



Follow Us

About Us | Open Access | Open Access Journals | OMICS Group Conferences | International Collaborations | Scientific Credits | Membership | Submit Manuscript | OMICS Publishing Group

Manuscript Submission & Tracking System | Open Access Publishing | Open Access Publication

Best viewed in Mozilla Firefox | Google Chrome                    Copyright © 2014 OMICS Group, All Rights Reserved.

# OMICS Publishing Group Online Submission System

## Editorial Manager®- Author Tutorial

Editorial Manager® is an online manuscript submission, review and tracking systems for quality and quick review processing.

## Author Software Requirements

## Registration at EM site

- **Duplicate Registration Check**
- **Registration Process**

## Logging In

## Update Unavailable Dates

## Manuscript submission

- **Submission Step Limits**
- **Select Article Type**
- **Enter Article Title**
- **Add/Edit/Remove Authors**
- **Select Section/Category**
- **Submit Abstract**
- **Enter Keywords**
- **Select Classifications**
- **Custom Submission Steps**
- **Enter Comments**
- **Suggest Reviewers**
- **Oppose Reviewers**
- **Request Editor**
- **Select Region of Origin**

- **Attach Files**

## Author PDF Approval

## Tracking the progress of a submission

## Revised Manuscript submission

- **View Submission**
- **File Inventory**
- **Reviewer Attachments**
- **Revise Submission**
- **Decline to Revise**
- **View Decision**

## Author Software Requirements

Authors using Editorial Manager must have Adobe Acrobat Reader (a PDF reader) installed. To install this software, download the free Adobe Acrobat Reader at the following address

http://www.adobe.com/products/acrobat/readstep2.html

Users should contact their IT department if they experience difficulty installing or utilizing this software. Adobe also offers a help database for the free Reader at this address:

http://www.adobe.com/support/products/acrreader.html

For general Software and Hardware requirements when using EM, please use the following link:

http://www.editorialmanager.com/homepage/homefaq10.html

A pop-up alert box is displayed if the system is accessed with an unsupported browser

## Registration at EM site

Click on "**Register Now**"





Fill in the Required Pre-Registration information and click '**Continue >>**'

In case there will be Duplicate Registration

## Duplicate Registration Check

EM will check whether a user is already registered, once the **First Name**, **Last Name** and **E-mail Address** fields have been entered. Click on the button labeled '**Continue**'. This will execute a search of the database for a duplicate record.

*Note: It is important that users enter their name exactly as they are known. It is not unusual for variations in spelling to cause duplicate entries in the database*

**Possible Outcome of Duplicate User Test**

If a match is found (i.e., presence of duplicates) – the user will not be able to proceed with the Registration. The user may opt to receive an e-mail containing the Username and Password associated with the e-mail address that is already in the system.



Users should click on '**Yes'** if they could already be registered. If the user is certain that he or she is not already registered, he or she should click on '**No'**. The system will now present the registration page, which provides an option to change **First Name, Last Name, E-mail address** or **all three fields.**

If no matches are found (i.e. no duplicates) – then proceed to the second step, the Registration process.

## Registration Process

You will find the following screen

*Note: Information fields marked with asterisks (*) cannot be left empty.*





*Note: It is strongly suggested that users enter a second e-mail address. If the system e-mails get caught in a SPAM filter for one e-mail address, users can receive the e-mail at a secondary e-mail address from a different service provider (e.g. edu, com, etc.).*

A user may indicate to the Publication that he or she is available as a Reviewer, by selecting "Yes" in response to the question, '**Are you available as a Reviewer?'**



*Note:* Users must select one or more areas of expertise from the predefined list.



Users can click on '**Select Personal Classifications'** to access the screen to enter areas of expertise. The predefined list can be expanded or collapsed by clicking the [+] or [-] checkboxes. To add a Personal Classification, check the appropriate classification, and click on the 'Select' button. The number of Personal

Classifications allowed is determined by the Publication. When all of the appropriate areas of expertise have been selected, click on the '**Submit**' button on the bottom of the page.

*Note: If the Publication is using Personal Keywords, users may enter free-form Keywords that identify areas of expertise not included in the predefined Personal Classifications list.*



Click on '**Edit Personal Keywords**' to access the screen to enter free-form areas of expertise. To add a new Keyword, simply type the Keyword(s) into the '**New Keyword**' field and click on '**Add**'. Click on '**Close**' after all Personal Keywords have been entered.



At the bottom of the form, a preferred username must be selected.

*Note: Failure to enter a username or any other required information for registration will result in the following warning*



When satisfied with the information that has been provided, click the '**Continue >>**' button at the bottom to proceed. Remember this username in order to access the Publication's EM System

A 'Registration Confirmation' page will appear. Please ensure that everything is spelled correctly, and that the email address is correct.



After the completion of registration automatically user will get the Username & Password to the E-mail updated at the registration.

## Logging In

Users can begin to use the system, once they have received a notification e-mail from the Editorial Office containing the username and password. Go to the Publication's EM website. The Editorial Manager Log-In screen will be displayed. Enter the username and password in the appropriate fields. Click on the '**Author Login**' button. This will display the 'Author Main Menu' which will contain a list of functions that may be performed in the system.



*Note: If users have multiple roles with the Publication, it is possible to set up a default login role. The option to do this can be found by clicking on the 'Update My Information' link on the main navigation menu; here User can change the password and click on the "Submit" button.*

Once a user has successfully logged in, the Author Main Menu will display



## Update Unavailable Dates

EM allows authors to enter "Unavailable Dates" from the Additional Information section of the update my personal information page. These unavailable dates can then be taken into account when Editors invite Authors to submit manuscripts.



Authors enter dates for which they are not available, and provide a short reason for their unavailability. Authors can also enter up to three potential substitutes.



# Manuscript submission

Click on the on the '**Submit New Manuscript**' link. This will display the Submit New Manuscript menu. Authors will be asked to enter data that is associated with the manuscript – this can include text, images and descriptions. Some of this information will be mandatory; other items may be optional. Each submission step is outlined below. This information is customized by the Publication; therefore, some steps may or may not be part of the submission process.



# Submission Step Limits

The Editorial Office has the ability to restrict the number of words or characters used for the following submission steps:

- **Full Title**
- **Short Title**
- **Abstract**
- **Comments**
- **Authors**
- **Keywords**
- **Classifications**

The word or character count is made available at the time of submission if this feature has been enabled



## Select Article Type

The first step of the EM manuscript submission process is to select an Article Type, which is a required step in the submission process. Using the drop-down menu, select the Article Type that best describes the manuscript.



## Enter Article Title

An Article Title is the first required step in the submission process. Enter the title of the submission in the space provided. Click '**Next**' when the title has been entered.



*Note: If the word or character count limitations imposed by the Publication have been exceeded, the user may not continue on to the next step. If this is the case, a warning box will appear if the user clicks '**Next**'.*



**Enter Short Title**

If the editorial office has enabled this step, authors may be required to enter a Short Title in a text box that appears directly below the Enter Article Title Box:



## Add/Edit/Remove Authors

The Author submitting the manuscript will be listed as the Corresponding Author by default. Only the Corresponding Author will receive any e-mail notifications from the system. The designated Corresponding Author may be changed, but this person must be a registered Editorial Manager user, because he or she will need to be contacted throughout the submission process. Other Authors do not need to be registered in the system, but may be included for the purpose of appearing in the list of all Authors. A first name and last name are required.



The Author can designate the order in which other Authors should be listed, including the Corresponding Author. After the Additional Author information has been entered, the list of authors can be reordered by clicking on the arrows next to each name. The Author at the top of the list is automatically designated as the First Author. The Corresponding Author does not have to be listed first, and can appear anywhere in the list (including at the top of the list as the First Author).

*Note:* *Please note that the user who begins the manuscript submission process is, by default, the Corresponding Author.*

To change the Corresponding Author, first enter the name of the new Corresponding Author in the textboxes and click the checkbox next to 'Please select if this is the corresponding author'. If the person entered is not registered with Editorial Manager, the user will be unable to designate him/her as the Corresponding Author, until that user has been registered. If this person *is* registered with Editorial Manager, his or her username must be entered. However, please note that if the Corresponding Author is changed, once the manuscript has been submitted, the user who has entered the submission **will no longer be considered the Corresponding Author and will not be able to access the manuscript**. The new Corresponding Author will receive an e-mail when the PDF is built, asking him or her to log into EM to view and approve the submission before it can be sent to the Editorial Office.

Click '**Next**' to proceed.

## Select Section/Category

The Section/Category list is used by the Author to indicate that his/her submission belongs to a particular 'Section' of the Publication or belongs to a particular 'Category' within the contents of the Publication.



## Submit Abstract

The 'Submit Abstract' step allows the Author to type or copy and paste the manuscript's Abstract into a textbox. This is an optional step.



Click '**Next**' to proceed.

## Enter Keywords

Enter the keywords for the manuscript, with each keyword separated by a **semicolon** (for example: active vitamin D; parathyroid hormone-related peptide; hypercalcemia; bone resorption). This is an optional step.



## Select Classifications

Click '**Select Document Classifications**' to open a window containing a list of the classifications used by the Publication. Classifications can be viewed as a predetermined list of terms associated with a manuscript. The Editorial Office can cross-reference Manuscript Classifications with Personal Classifications of potential Reviewers to find qualified Reviewers.