# EXHIBIT 12

## DECLARATION OF VICTORIA BUDICH

### Part 12: Attachment L, Pages 918 - 935

# ATTACHMENT L

## Part 6 of 8

| Journal | Impact Factor | Citations |
|---|---|---|
| Journal of Aging Science (http://www.esciencecentral.org/journals/aging-science.php) | 1.860 | Citations Report (http://www.esciencecentral.org/journals/citations-aging-science.php) |
| Journal of Phylogenetics & Evolutionary Biology (http://www.esciencecentral.org/journals/phylogenetics-evolutionary-biology.php) | 1.82 | Citations Report (http://www.esciencecentral.org/journals/citations-phylogenetics-evolutionary-biology.php) |
| Journal of Genetic Syndromes & Gene Therapy (http://www.omicsonline.org/genetic-syndromes-gene-therapy.php) | 1.808<br>2.05 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-genetic-syndromes-gene-therapy.php) |
| Journal of Proteomics & Enzymology (http://scitechnol.com/proteomics-enzymology.php) | 1.643 | Citations Report (http://www.scitechnol.com/citations-proteomics-enzymology.php) |
| Cloning & Transgenesis (http://www.omicsgroup.org/journals/cloning-transgenesis.php) | 1.38 | Citations Report (http://www.omicsgroup.org/journals/citations-cloning-transgenesis.php) |
| Current Synthetic and Systems Biology (http://www.omicsonline.org/current-synthetic-and-systems-biology.php) | 1.3 | Citations Report (http://www.omicsonline.org/citations-current-synthetic-and-systems-biology.php) |
| Journal of Molecular and Genetic Medicine (http://www.omicsonline.com/open-access/molecular-genetic-medicine.php) | 1.2<br>1.73 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.com/open-access/citations-molecular-genetic-medicine.php) |
| Journal of Molecular Biomarkers & Diagnosis (http://www.omicsonline.org/molecular-biomarkers-diagnosis.php) | 1.2<br>1.65 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-molecular-biomarkers-diagnosis.php) |
| Advancements in Genetic Engineering (http://www.omicsgroup.org/journals/advancements-in-genetic-engineering.php) | 1.2 | Citations Report (http://www.omicsgroup.org/journals/citations-advancements-in-genetic-engineering-open-access.php) |

| Journal | Impact Factor | Citations Report |
|---|---|---|
| Cell & Developmental Biology (http://www.omicsgroup.org/journals/cell-developmental-biology.php) | 1.15 | Citations Report (http://www.omicsgroup.org/journals/citations-cell-developmental-biology.php) |
| Journal of Cell Science & Therapy (http://www.omicsonline.org/cell-science-therapy.php) | 1.1<br>1.68 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-cell-science-therapy.php) |
| Cell Biology: Research & Therapy (http://www.scitechnol.com/cell-biology-research-therapy.php) | 1.067 | Citations Report (http://www.scitechnol.com/citations-cell-biology-research-therapy.php) |
| Human Genetics & Embryology (http://www.omicsonline.org/human-genetics-embryology.php) | 1.04 | Citations Report (http://www.omicsonline.org/citations-human-genetics-embryology.php) |
| Hereditary Genetics: Current Research (http://www.omicsonline.org/hereditary-genetics.php) | 0.93 | Citations Report (http://www.omicsonline.org/citations-hereditary-genetics.php) |
| Gene Technology (http://www.omicsgroup.org/journals/gene-technology.php) | 0.75 | Citations Report (http://www.omicsgroup.org/journals/citations-gene-technology.php) |
| Journal of Genetic Disorders & Genetic Reports (http://www.scitechnol.com/genetic-disorders-genetic-reports.php) | 0.706 | Citations Report (http://www.scitechnol.com/citations-genetic-disorders-genetic-reports.php) |
| Journal of Clinical & Medical Genomics (http://www.esciencecentral.org/journals/clinical-and-medical-genomics.php) | 0.58 | Citations Report (http://www.esciencecentral.org/journals/citations-clinical-and-medical-genomics.php) |
| Single Cell Biology (http://www.omicsgroup.org/journals/single-cell-biology.php) | 0.5 | Citations Report (http://www.omicsgroup.org/journals/citations-single-cell-biology.php) |

| Journal of Fertilization: In Vitro - IVF-Worldwide, Reproductive Medicine, Genetics & Stem Cell Biology (http://www.omicsgroup.org/journals/fertilization-in-vitro.php) | 0.47 | Citations Report (http://www.omicsgroup.org/journals/citations-fertilization-in-vitro.php) |
| --- | --- | --- |
| Fungal Genomics & Biology (http://www.omicsgroup.org/journals/fungal-genomics-biology.php) | 0.41 | Citations Report (http://www.omicsgroup.org/journals/citations-fungal-genomics-biology.php) |
| Transcriptomics: Open Access (http://www.esciencecentral.org/journals/transcriptomics.php) | 0.25 | - |
| Journal of Applied Bioinformatics & Computational Biology (http://www.scitechnol.com/applied-bioinformatics-computational-biology.php) | 0.143 | Citations Report (http://www.scitechnol.com/citations-applied-bioinformatics-computational-biology.php) |

Read more» (http://www.omicsonline.org/genetics-and-molecular-biology-journals.php)

## Immunology & Microbiology Journals Impact Factors List

| Journal Name | Journal Impact Factor* | Citations Report |
| --- | --- | --- |
| Immunome Research (http://www.omicsonline.com/open-access/immunome-research.php) | 7.10 | Citations Report (http://www.omicsonline.com/open-access/citations-immunome-research.php) |
| Journal of Clinical & Cellular Immunology (http://www.omicsonline.org/clinical-cellular-immunology.php) | 2.240<br>3.31 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-clinical-cellular-immunology.php) |
| Fermentation Technology (http://www.omicsgroup.org/journals/fermentation-technology.php) | 1.666 | Citations Report (http://www.omicsgroup.org/journals/citations-fermentation-technology.php) |
| Journal of Bacteriology & Parasitology (http://www.omicsonline.org/bacteriology-parasitology.php) | 1.442<br>2.53 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-bacteriology-parasitology.php) |

| Journal | Impact Factor | Citations |
|---|---|---|
| Journal of Vaccines & Vaccination (http://www.omicsonline.org/vaccines-vaccination.php) | 1.389<br>2.32 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-vaccines-vaccination.php) |
| Journal of AIDS & Clinical Research (http://www.omicsonline.org/aids-clinical-research.php) | 1.22<br>2.7 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-aids-clinical-research.php) |
| Journal of Immunological Techniques in Infectious Diseases (http://www.scitechnol.com/infectious-diseases-immunological-techniques.php) | 1.000 | Citations Report (http://www.scitechnol.com/citations-immunological-techniques-in-infectious-diseases.php) |
| Journal of Antivirals & Antiretrovirals (http://www.omicsonline.org/antivirals-antiretrovirals.php) | 0.986<br>1.83 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-antivirals-antiretrovirals.php) |
| Rheumatology: Current Research (http://www.omicsonline.org/rheumatology-current-research.php) | 0.962 | Citations Report (http://www.omicsonline.org/citations-rheumatology-current-research.php) |
| Clinical Microbiology: Open Access (http://www.esciencecentral.org/journals/clinical-microbiology.php) | 0.911 | Citations Report (http://www.esciencecentral.org/journals/citations-clinical-microbiology.php) |
| Journal of Medical Microbiology & Diagnosis (http://www.omicsonline.org/medical-microbiology-diagnosis.php) | 0.9 | Citations Report (http://www.omicsonline.org/citations-medical-microbiology-diagnosis.php) |
| Journal of Tropical Diseases & Public Health (http://www.esciencecentral.org/journals/tropical-diseases.php) | 0.83 | Citations Report (http://www.esciencecentral.org/journals/citations-tropical-diseases.php) |
| Virology & Antiviral Research (http://www.scitechnol.com/virology-antiviral-research.php) | 0.800 | Citations Report (http://www.scitechnol.com/citations-virology-antiviral-research.php) |

PX12 - 922

| Journal | Impact Factor | Citations Report |
|---|---|---|
| Mycobacterial Diseases (http://www.omicsonline.org/mycobacterial-diseases.php) | 0.764 | Citations Report (http://www.omicsonline.org/citations-mycobacterial-diseases.php) |
| Virology & Mycology (http://www.omicsonline.org/virology-mycology.php) | 0.735 | Citations Report (http://www.omicsonline.org/citations-virology-mycology.php) |
| Journal of Infectious Diseases & Therapy (http://www.esciencecentral.org/journals/infectious-diseases-and-therapy.php) | 0.697 | Citations Report (http://www.esciencecentral.org/journals/citations-infectious-diseases-and-therapy.php) |
| Air & Water Borne Diseases (http://www.omicsgroup.org/journals/air-water-borne-diseases.php) | 0.6 | Citations Report (http://www.omicsgroup.org/journals/citations-air-water-borne-diseases.php) |
| Journal of Allergy & Therapy (http://www.omicsonline.org/allergy-therapy.php) | 0.552<br>1.17 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-allergy-therapy.php) |
| Archives of Clinical Microbiology (http://www.acmicrob.com/) | 0.13<br>1.28 (5 Yr Journal Impact Factor) | Citations Report (http://www.acmicrob.com/citation-index.php) |

Read more» (http://www.omicsonline.org/immunology-microbiology-journals.php)

## Neuroscience & Psychology Journals Impact Factors List

| Journal Name | Journal Impact Factor* | Citations Report |
|---|---|---|
| Journal of Addiction Research & Therapy (http://www.omicsonline.org/addiction-research-therapy.php) | 3.42 | Citations Report (http://www.omicsonline.org/citations-addiction-research-therapy.php) |
| Journal of Traumatic Stress Disorders & Treatment (http://www.scitechnol.com/traumatic-stress-disorders-treatment.php) | 2.842 | Citations Report (http://www.scitechnol.com/citations-traumatic-stress-disorders-treatment.php) |
| Mental Health in Family Medicine (http://www.mhfmjournal.com/) | 2.22<br>6.14 (5 Yr Journal Impact Factor) | Citations Report (http://www.mhfmjournal.com/citation-index.php) |

| Journal | Impact Factor | Citations Report |
|---|---|---|
| Autism-Open Access (http://www.omicsgroup.org/journals/autism.php) | 1.94 | Citations Report (http://www.omicsgroup.org/journals/citations-autism-open-access.php) |
| Journal of Alzheimers Disease & Parkinsonism (http://www.omicsonline.org/alzheimers-disease-parkinsonism.php) | 1.68 | Citations Report (http://www.omicsonline.org/citations-alzheimers-disease-parkinsonism.php) |
| Journal of Multiple Sclerosis (http://www.omicsgroup.org/journals/multiple-sclerosis-open-access.php) | 1.65 | Citations Report (http://www.omicsgroup.org/journals/citations-multiple-sclerosis-open-access.php) |
| International Journal of Emergency Mental Health and Human Resilience (http://www.omicsonline.com/open-access/international-journal-of-emergency-mental-health-and-human-resilience.php) | 1.5<br>3.63 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.com/open-access/citations-international-journal-of-emergency-mental-health-and-human-resilience.php) |
| Journal of Depression and Anxiety (http://www.omicsgroup.org/journals/depression-and-anxiety.php) | 1.2 | Citations Report (http://www.omicsgroup.org/journals/citations-depression-anxiety.php) |
| Journal of Psychiatry (http://www.omicsonline.com/open-access/journal-of-psychiatry.php) | 1.18<br>1.85 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.com/open-access/citations-journal-of-psychiatry.php) |
| Journal of Spine (http://www.omicsgroup.org/journals/spine.php) | 1.16 | Citations Report (http://www.omicsgroup.org/journals/citations-spine.php) |
| Journal of Experimental Stroke & Translational Medicine (http://www.jestm.com/) | 1 | Citations Report (http://www.jestm.com/citations-experimental-stroke-and-translational-medicine.php) |
| Journal of Psychology & Psychotherapy (http://www.omicsonline.org/psychology-psychotherapy.php) | 0.94 | Citations Report (http://www.omicsonline.org/citations-psychology-psychotherapy.php) |

| Journal | Impact Factor | Citations |
|---|---|---|
| Journal of Neurological Disorders (http://www.esciencecentral.org/journals/neurological-disorders.php) | 0.89 | Citations Report (http://www.esciencecentral.org/journals/citations-neurological-disorders.php) |
| Journal of Sleep Disorders : Treatment and Care (http://www.scitechnol.com/sleep-disorders-treatment-care.php) | 0.851 | - |
| Journal of Neuroinfectious Diseases (http://www.omicsonline.com/open-access/neuroinfectious-diseases.php) | 0.8<br>4.5 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.com/open-access/citations-neuroinfectious-diseases.php) |
| Journal of Sleep Disorders & Therapy (http://www.omicsgroup.org/journals/sleep-disorders-therapy.php) | 0.689 | Citations Report (http://www.omicsgroup.org/journals/citations-sleep-disorders-therapy.php) |
| Journal of Neurology & Neurophysiology (http://www.omicsonline.org/neurology-neurophysiology.php) | 0.67<br>1.11 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-neurology-neurophysiology.php) |
| Brain Disorders & Therapy (http://www.omicsgroup.org/journals/brain-disorders-therapy.php) | 0.61 | - |
| Journal of Addictive Behaviors, Therapy & Rehabilitation (http://www.scitechnol.com/addictive-behaviors-therapy-rehabilitation.php) | 0.548 | Citations Report (http://www.scitechnol.com/citations-addictive-behaviors-therapy-rehabilitation.php) |
| Journal of Child and Adolescent Behaviour (http://www.esciencecentral.org/journals/child-and-adolescent-behavior.php) | 0.527 | Citations Report (http://www.esciencecentral.org/journals/citations-child-and-adolescent-behavior.php) |
| Journal of Psychological Abnormalities (http://www.esciencecentral.org/journals/psychological-abnormalities.php) | 0.51 | - |
| Journal of Neurology and Neuroscience (http://www.jneuro.com/) | 0.29<br>0.59 (5 Yr Journal Impact Factor) | Citations Report (http://www.jneuro.com/citation-index.php) |

| Journal of Spine & Neurosurgery (http://www.scitechnol.com/spine-neurosurgery.php) | 0.124 | Citations Report (http://www.scitechnol.com/citations-spine-neurosurgery.php) |

Read more» (http://www.omicsonline.org/neurology-and-psychiatry-journals.php)

## Pharmaceutical Sciences Journals Impact Factors List

| Journal Name | Journal Impact Factor* | Citations Report |
|---|---|---|
| Drug Designing: Open Access (http://www.omicsgroup.org/journals/drug-designing.php) | 5.5 | Citations Report (http://www.omicsgroup.org/journals/citations-drug-designing-open-access.php) |
| International Journal of Pharma Research & Review (http://www.rroij.com/pharma-research-review.php) | 3.6 | - |
| Journal of Pharmacovigilance (http://www.esciencecentral.org/journals/pharmacovigilance.php) | 2.65 | Citations Report (http://www.esciencecentral.org/journals/citations-pharmacovigilance-open-access.php) |
| Clinical Pharmacology & Biopharmaceutics (http://www.omicsgroup.org/journals/clinical-pharmacology-biopharmaceutics.php) | 1.96 | Citations Report (http://www.omicsgroup.org/journals/citations-clinical-pharmacology-biopharmaceutics.php) |
| Journal of Bioequivalence & Bioavailability (http://www.omicsonline.org/bioequivalence-bioavailability.php) | 1.92<br>4.34 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-bioequivalence-bioavailability.php) |
| Journal of Clinical & Experimental Pharmacology (http://www.omicsonline.org/clinical-experimental-pharmacology.php) | 1.75 | Citations Report (http://www.omicsonline.org/citations-clinical-experimental-pharmacology-open-access.php) |
| Medicinal & Aromatic Plants (http://www.omicsgroup.org/journals/medicinal-aromatic-plants.php) | 1.57 | Citations Report (http://www.omicsgroup.org/journals/citations-medicinal-aromatic-plants.php) |

PX12 - 926

| Journal | Impact Factor | Citations |
|---|---|---|
| Journal of Pharmacogenomics & Pharmacoproteomics (http://www.omicsonline.org/pharmacogenomics-pharmacoproteomics.php) | 1.55<br>1.81 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-pharmacogenomics-pharmacoproteomics.php) |
| Journal of Bioanalysis & Biomedicine (http://www.omicsonline.org/bioanalysis-biomedicine.php) | 1.48<br>3.49 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-bioanalysis-biomedicine.php) |
| Journal of Biomolecular Research & Therapeutics (http://www.omicsgroup.org/journals/biomolecular-research-therapeutics.php) | 1.39 | Citations Report (http://www.omicsgroup.org/journals/citations-biomolecular-research-therapeutics.php) |
| Pharmaceutica Analytica Acta (http://www.omicsonline.org/pharmaceutica-analytica-acta.php) | 1.3<br>2.94 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-pharmaceutica-analytica-acta.php) |
| International Journal of Applied Biology and Pharmaceutical Technology (http://www.ijabpt.org/) | 1.26<br>1.8 (5 Yr Journal Impact Factor) | Citations Report (http://www.ijabpt.org/citation-index.php) |
| Biochemistry & Pharmacology: Open Access Journal (http://www.omicsgroup.org/journals/biochemistry-pharmacology-open-access.php) | 1.21 | Citations Report (http://www.omicsgroup.org/journals/citations-biochemistry-pharmacology-open-access.php) |
| Research & Reviews: Journal of Pharmacy and Pharmaceutical Sciences (http://www.rroij.com/pharmacy-and-pharmaceutical-sciences.php) | 1.12 | Citations Report (http://www.rroij.com/citations-pharmacy-and-pharmaceutical-sciences.php) |
| Journal of Drug Metabolism & Toxicology (http://www.omicsonline.org/drug-metabolism-toxicology.php) | 1<br>2.12 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-drug-metabolism-toxicology.php) |
| Journal of Alcoholism & Drug Dependence (http://www.esciencecentral.org/journals/alcoholism-and-drug-dependence.php) | 0.96 | Citations Report (http://www.esciencecentral.org/journals/citations-alcoholism-and-drug-dependence.php) |

| Journal | Impact Factor | Citations |
|---|---|---|
| Advances in Pharmacoepidemiology & Drug Safety (http://www.omicsgroup.org/journals/advances-in-pharmacoepidemiology-drug-safety.php) | 0.94 | Citations Report (http://www.omicsgroup.org/journals/citations-advances-in-pharmacoepidemiology-drug-safety.php) |
| Journal of Developing Drugs (http://www.omicsgroup.org/journals/developing-drugs.php) | 0.93 | Citations Report (http://www.omicsgroup.org/journals/citations-developing-drugs.php) |
| Pharmaceutical Regulatory Affairs: Open Access (http://www.omicsgroup.org/journals/pharmaceutical-regulatory-affairs-open-access.php) | 0.7 | Citations Report (http://www.omicsgroup.org/journals/citations-pharmaceutical-regulatory-affairs-open-access.php) |
| Journal of Applied Pharmacy (http://www.omicsonline.org/applied-pharmacy.php) | 0.55<br>1.07 (5 Yr Journal Impact Factor) | - |
| Journal of Pharmaceutics & Drug Delivery Research (http://www.scitechnol.com/pharmaceutics-drug-delivery-research.php) | 0.500 | Citations Report (http://www.scitechnol.com/citations-pharmaceutics-drug-delivery-research.php) |
| Journal of Forensic Toxicology & Pharmacology (http://www.scitechnol.com/forensic-toxicology-pharmacology.php) | 0.258 | Citations Report (http://www.scitechnol.com/citations-forensic-toxicology-pharmacology.php) |
| International Journal of Drug Development & Research (http://www.ijddr.in/) | 0.21<br>2.07 (5 Yr Journal Impact Factor) | Citations Report (http://www.ijddr.in/citation-index.php) |
| Journal of Pharmaceutical Sciences & Emerging Drugs (http://www.scitechnol.com/pharmaceutical-sciences-emerging-drugs.php) | 0.200 | - |
| International Journal of Research and Development in Pharmacy & Life Sciences (http://www.omicsonline.org/research-and-development-in-pharmacy.php) | 0.19 | Citations Report (http://www.omicsonline.com/open-access/citations-journal-research-development.php) |

# ATTACHMENT L

### Part 7 of 8

PX12 - 929

| Journal of Diagnostic Techniques and Biomedical Analysis (http://www.scitechnol.com/diagnostic-techniques-biomedical-analysis.php) | 0.143 | Citations Report (http://www.scitechnol.com/citations-diagnostic-techniques-biomedical-analysis.php) |

Read more» (http://www.omicsonline.org/pharmaceutical-sciences-journals.php)

### Veterinary Sciences Journals Impact Factors List

| Journal Name | Journal Impact Factor* | Citations Report |
| --- | --- | --- |
| Journal of Veterinary Science & Technology (http://www.omicsonline.org/veterinary-science-technology.php) | 0.75<br>1.14 (5 Yr Journal Impact Factor) | Citations Report (http://www.omicsonline.org/citations-veterinary-science-technology.php) |
| Journal of Primatology (http://www.omicsgroup.org/journals/primatology.php) | 0.52 | Citations Report (http://www.omicsgroup.org/journals/citations-primatology.php) |

Read more» (http://www.omicsonline.org/veterinary-science-journals.php)

OMICS International (http://www.omicsonline.com) is an Open Access publisher (http://www.omicsonline.org/open-access-journals-list.php) that publishes about 700+ journals in the fields of Clinical, Medical, Engineering, Life Sciences and Pharmaceuticals with a team of above 50000 editorial board members. It organizes over 3000+ International Conferences (http://www.omicsonline.org/international-scientific-conferences/) in a year worldwide and signed an agreement with more than 1000 International Societies (http://www.omicsonline.org/international-societies-world-fedarations-scientific-associations.php) to make the scientific and healthcare information Open Access. The primary aim of the OMICS International (http://www.omicsonline.com) journals is to distribute the information related to sciences and technology all over the world online, free of cost.

OMICS International free journal's (http://www.omicsonline.org/free-journals.php) impact factor indicates the frequency with which the "average article" published in a given scholarly journal has been cited in a particular year or period and is often used to measure or describe the importance of a particular journal in a specific field.

OMICS International journal's impact factor for 2015 would be calculated by taking the number of citations in 2015 from articles that were published in 2013 and 2014 and dividing that number by the total number of articles published in that same journal in 2013 and 2014.

Getting published in Open Access Journals provides greater chances of visibility for researchers, academicians, and scholars subsequently leading to more citations. OMICS International thus plays a significant role in free and fast exchange of knowledge related to the scientific advancement. The below cited list of journals depict the Impact Factors of the OMICS open access journals. In addition to the Impact Factor, each journal homepage offers detailed information on factors like instructions for authors, and a direct link to online submission.

OMICS International journal's are among the best open access journals (http://www.omicsonline.org/best-open-access-journals.php) in the world. They publish the most comprehensive, relevant and reliable information

based on the current research and development on a variety of subjects. This information is published on our peer reviewed journal (http://www.omicsonline.org/peer-reviewed-journals.php) with impact factors (http://www.omicsonline.org/open-access-journals-impact-factors.php) and are calculated using citations not only from research articles but also based on review articles (which tend to receive more citations), editorials, letters, meeting abstracts, short communications, and case reports. Inclusion of these publications provides innumerable opportunities to the editors and publishers to manipulate the ratio used to calculate the impact factor and try to increase their number rapidly.

Impact factors have a huge, but controversial, influence on the way published scientific research is perceived and evaluated. Numerous criticisms have been made of the system but:

- The above mentioned Impact factors are useful metrics for comparing the OMICS International journals and their influence within the field.
- These Impact factors are not infallible measures of OMICS International journals quality.

Furthermore, a journal that allows long lag time between submission and publication, it might be impossible to cite articles within the three-year window. Indeed, for some journals, the time between submission and publication can be over two years, which leaves less than a year for citation. On the other hand, a longer temporal window would be slow to adjust to changes in journal impact factors. Whereas OMICS International journals follow rapid review process to publish the manuscripts as quickly as possible after acceptance. In OMICS International journals (http://www.omicsonline.org/), the editorial office is dedicated to ensure the peer review (http://www.omicsonline.org/peer-reviewed-journals.php) process of the manuscripts by the eminent editors and the reviewers to raise the quality of publishing.

Different ways how the impact factor is measured is described below:

**5 Year Journal Impact Factor**
The 5 year journal impact factor is the average number of times the articles published in that journal in last 5 years has been cited in the Journal Citation **Reports year:** It is calculated by dividing the number of citations in the Citation Reports year by the total number of articles published in previous five years. The 5 year impact factor is available only for Citation Reports 2010 and following years. The 5 year Impact factor can be calculated using an earlier Citation Reports year as a starting point by following these instructions.

**Aggregate Impact Factor**
The aggregate impact factor for a subject category is calculated using the same method as the impact factor for a journal, but it also includes the number of citations for all journals in the category and the number of articles from all journals in the category. An aggregate impact factor of 1.0 implies that the articles in the subject category published in recent two years have been cited once on an average. The median Impact factor is the median value of all journals impact factors in the subject category. The impact factor extenuates the significance of absolute citation frequencies. It alleviates the advantage of large journals over small journals because large journals circulate a larger body of citable literature. It also mitigates the benefit of frequently issued journals over less frequently issued ones and of older journals over newer ones. For the reason that the journal impact factor offsets the advantages of size and age and it is a helpful contrivance for journal evaluation.

**Impact Factor Trend Graph**
The Impact Factor Trend Graph exemplifies the Impact Factor for a five-year period. To view the graph, click the Impact Factor Trend button at the top of the Journal page.

*Unofficial 2015 Impact Factor (http://en.wikipedia.org/wiki/Impact_factor) was established by dividing the number of articles published in 2013 and 2014 with the number of times they are cited in 2015 based on Google search and the Scholar Citation Index database. If 'X' is the total number of articles published in 2013 and 2014, and 'Y' is the number of times these articles were cited in indexed journals during 2015 then, impact factor = Y/X

**OMICS International Conferences 2016-17**

PX12 - 931

Case 2:16-cv-02022-GMN-VCF   Document 9-26   Filed 09/08/16   Page 16 of 19

Meet Inspiring Speakers and Experts at our 3000+ Global Annual Meetings (http://annualmeeting.conferenceseries.com/)

## Conferences by Country

- USA (http://www.conferenceseries.com/usa-meetings/)
- Australia (http://www.conferenceseries.com/australia-meetings/)
- UAE (http://www.conferenceseries.com/uae-meetings/)
- Italy (http://www.conferenceseries.com/italy-meetings/)
- Germany (http://www.conferenceseries.com/germany-meetings/)
- UK (http://www.conferenceseries.com/uk-meetings/)
- Japan (http://www.conferenceseries.com/japan-meetings/)
- Brazil (http://www.conferenceseries.com/brazil-meetings/)
- South Korea (http://www.conferenceseries.com/south-korea-meetings/)
- Netherlands (http://www.conferenceseries.com/netherlands-meetings/)
- Spain (http://www.conferenceseries.com/spain-meetings/)
- Canada (http://www.conferenceseries.com/canada-meetings/)
- Switzerland (http://www.conferenceseries.com/switzerland-meetings/)
- France (http://www.conferenceseries.com/france-meetings/)
- India (http://www.conferenceseries.com/india-meetings/)
- Malaysia (http://www.conferenceseries.com/malaysia-meetings/)
- Singapore (http://www.conferenceseries.com/singapore-meetings/)
- South Africa (http://www.conferenceseries.com/southafrica-meetings)
- New Zealand (http://www.conferenceseries.com/newzealand-meetings/)
- Philippines (http://www.conferenceseries.com/philippines-meetings/)
- Poland (http://www.conferenceseries.com/poland-meetings/)
- Austria (http://www.conferenceseries.com/austria-meetings/)
- Turkey (http://www.conferenceseries.com/turkey-meetings/)
- Finland (http://www.conferenceseries.com/finland-meetings/)
- Ukraine (http://www.conferenceseries.com/ukraine-meetings/)
- Denmark (http://www.conferenceseries.com/denmark-meetings/)
- Mexico (http://www.conferenceseries.com/mexico-meetings/)
- Norway (http://www.conferenceseries.com/norway-meetings/)
- China (http://www.conferenceseries.com/china-meetings/)

## Medical & Clinical Conferences

Microbiology (http://www.conferenceseries.com/microbiology-meetings/)

Diabetes & Endocrinology (http://www.conferenceseries.com/diabetes-endocrinology-meetings/)

PX12 - 932

Nursing (http://www.conferenceseries.com/nursing-meetings/)

Healthcare Management (http://www.conferenceseries.com/healthcare-management-meetings/)

Neuroscience (http://www.conferenceseries.com/neuroscience-meetings/)

Immunology (http://www.conferenceseries.com/immunology-meetings/)

Gastroenterology (http://www.conferenceseries.com/gastroenterology-meetings/)

Genetics & Molecular Biology (http://www.conferenceseries.com/genetics-molecular-biology-meetings/)

Pathology (http://www.conferenceseries.com/pathology-meetings/)

Alternative Healthcare (http://www.conferenceseries.com/alternative-healthcare-meetings/)

Pediatrics (http://www.conferenceseries.com/pediatrics-meetings/)

Ophthalmology (http://www.conferenceseries.com/ophthalmology-meetings/)

Oncology & Cancer (http://www.conferenceseries.com/oncology-cancer-meetings/)

Cardiology (http://www.conferenceseries.com/cardiology-meetings/)

Dentistry (http://www.conferenceseries.com/dentistry-meetings/)

Physical Therapy Rehabilitation (http://www.conferenceseries.com/physical-therapy-rehabilitation-meetings/)

Psychiatry (http://www.conferenceseries.com/psychiatry-meetings/)

Infectious Diseases (http://www.conferenceseries.com/infectious-diseases-meetings/)

Medical Ethics & Health Policies (http://www.conferenceseries.com/medical-ethics-health-policies-meetings/)

Palliativecare (http://www.conferenceseries.com/palliativecare-meetings/)

Reproductive Medicine (http://www.conferenceseries.com/reproductive-medicine-women-healthcare-meetings/)

Surgery (http://www.conferenceseries.com/surgery-meetings/)

Radiology (http://www.conferenceseries.com/radiology-meetings/)

## Conferences by Subject

Pharmaceutical Sciences (http://www.conferenceseries.com/pharmaceutical-sciences-meetings/)

Pharma Marketing & Industry (http://www.conferenceseries.com/pharma-marketing-industry-meetings/)

Agri, Food & Aqua (http://www.conferenceseries.com/agri-food-aqua-meetings/)

Nutrition (http://www.conferenceseries.com/nutrition-meetings/)

Physics & Materials Science (http://www.conferenceseries.com/physics-materials-science-meetings/)

Environmental Science (http://www.conferenceseries.com/earth-environmental-science-meetings/)

EEE & Engineering (http://www.conferenceseries.com/eee-engineering-meetings/)

Veterinary (http://www.conferenceseries.com/veterinary-meetings/)

Chemical Engineering (http://www.conferenceseries.com/chemical-engineering-meetings/)

Nanotechnology (http://www.conferenceseries.com/nanotechnology-meetings/)

Business Management (http://www.conferenceseries.com/business-management-meetings/)

Massmedia (http://www.conferenceseries.com/massmedia-meetings/)

Geology & Earth science (http://www.conferenceseries.com/geology-earth-science-meetings/)

## Contact Us

**Agri, Food, Aqua & Veterinary Science**

👤 Dr. Krish

✉ agrifoodaquavet@omicsinc.com (mailTo:agrifoodaquavet@omicsinc.com)

☎ 1-702-714-7001  Extn: 9040

### Clinical & Biochemistry Journals

👤 Datta A

✉ clinical_biochem@omicsinc.com (mailTo:clinical_biochem@omicsinc.com)

☎ 1-702-714-7001  Extn: 9037

### Business & Management Journals

👤 Ronald

✉ business@omicsinc.com (mailTo:business@omicsinc.com)

☎ 1-702-714-7001  Extn: 9042

### Chemical Engineering & Chemistry Journals

👤 Gabriel Shaw

✉ chemicaleng_chemistry@omicsinc.com (mailTo:chemicaleng_chemistry@omicsinc.com)

☎ 1-702-714-7001  Extn: 9040

### Earth & Environmental Sciences

👤 Katie Wilson

✉ agrifoodaquavet@omicsinc.com (mailTo:agrifoodaquavet@omicsinc.com)

☎ 1-702-714-7001  Extn: 9042

### Engineering Journals

👤 James Franklin

✉ engineering@omicsinc.com (mailTo:engineering@omicsinc.com)

☎ 1-702-714-7001  Extn: 9042

### General Science & Health care Journals

👤 Andrea Jason

✉ generalsci_healthcare@omicsinc.com (mailTo:generalsci_healthcare@omicsinc.com)

☎ 1-702-714-7001  Extn: 9043

### Genetics & Molecular Biology Journals

👤 Anna Melissa

✉ genetics_molbio@omicsinc.com (mailTo:genetics_molbio@omicsinc.com)

☎ 1-702-714-7001  Extn: 9006

### Immunology & Microbiology Journals

👤 David Gorantl

✉ immuno_microbio@omicsinc.com (mailTo:immuno_microbio@omicsinc.com)

☎ 1-702-714-7001  Extn: 9014

### Informatics Journals

👤 Stephanie Skinner

✉ omics@omicsinc.com (mailTo:omics@omicsinc.com)

PX12 - 934

 1-702-714-7001 Extn: 9039

## Materials Science Journals

 Rachle Green

 materialsci@omicsinc.com (mailTo:materialsci@omicsinc.com)

 1-702-714-7001 Extn: 9039

## Mathematics & Physics Journals

 Jim Willison

 mathematics_physics@omicsinc.com (mailTo:mathematics_physics@omicsinc.com)

 1-702-714-7001  Extn: 9042

## Medical Journals

 Nimmi Anna

 medical@omicsinc.com (mailTo:medical@omicsinc.com)

 1-702-714-7001  Extn: 9038

## Neuroscience & Psychology Journals

 Nathan T

 neuro_psychology@omicsinc.com (mailTo:neuro_psychology@omicsinc.com)

 1-702-714-7001 Extn: 9041

## Pharmaceutical Sciences Journals

 John Behannon

 pharma@omicsinc.com (mailTo:pharma@omicsinc.com)

 1-702-714-7001 Extn: 9007

## Social & Political Science Journals

 Steve Harry

 social_politicalsci@omicsinc.com (mailTo:social_politicalsci@omicsinc.com)

 1-702-714-7001  Extn: 9042

 (http://creativecommons.org/licenses/by/4.0/)  All Published work is licensed under a  Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/).



 (http://www.plagscan.com)  Best viewed in  Mozilla Firefox (http://www.mozilla.org/)   Google Chrome (https://support.google.com/chrome/bin/answer.py?hl=en&answer=95346)  Copyright © 2016  OMICS International (http://www.omicsonline.com/)  All Rights Reserved.