# EXHIBIT 12

# DECLARATION OF VICTORIA BUDICH

## Part 13: Attachment L – Attachment N, Pages 936 - 960

# ATTACHMENT L

## Part 8 of 8

PX12 - 936



(http://www.omicsonline.org/)



**Home**
(http://www.omicsonline.org/)

**Register**
(http://www.omicsonline.org/register.php)

**Site Map**
(http://www.omicsonline.org/sitemap.php)

**Contact Us**
(http://www.omicsonline.org/contact.php)



Editors Recommendation
(http://www.omicsonline.org/open-access-journals-
recommendation-PubMedCentral-Indexing.php)

Make the best use of Researched information from 700+ peer reviewed, **Open Access Journals** (http://www.omicsonline.org/open-access-journals-list.php) operated by 50,000+ Editorial Board Members and esteemed reviewers and 1000+ **Scientific associations** (http://www.omicsonline.org/international-societies-world-fedarations-scientific-associations.php) in **Medical**, (http://www.omicsonline.org/medical-sciences-journals.php) **Clinical**, (http://www.omicsonline.org/clinical-journals.php) **Pharmaceutical**, (http://www.omicsonline.org/pharmaceutical-sciences-journals.php) **Engineering**, (http://www.omicsonline.org/engineering-journals.php) Technology and **Management** (http://www.omicsonline.org/business-and-management-journals.php) Fields.

Meet Inspiring Speakers and Experts at our 3000+ Global **Conferenceseries** (http://www.conferenceseries.com) Events with over 600+ Conferences, 1200+ Symposiums and 1200+ Workshops on Medical, Pharma, Engineering, Science, Technology and Business

# Dr. Srinubabu Gedela, CEO and Managing Director of OMICS International



(http://srinubabu.com/)

Dr. Srinubabu Gedela is the CEO and Managing Director of OMICS International. OMICS International (http://www.omicsonline.com) is one of the world's biggest publishers of open access journals (http://www.omicsonline.org/open-access-journals-list.php) and the biggest organizer of Science conferences across the world. OMICS now has over 700 journals that publishes over 50000, scientific research articles every year, and alsorganizes over 100 conferences, congresses, summits, symposia and workshopsacross the world every year - and the organization is ever expanding. OMICS currently employs about 700 staff across India, USA and Romania.

The OMICS International (http://www.omicsonline.org) CEO Dr. Srinubabu Gedela (http://www.srinubabu.com/) was born in the village of Allena in Vishakhapatnam, South India. Dr. Gedela received his primary education from a school in his village before moving to complete his higher education from Andhra University, India. Dr. Srinubabu Gedela pursued B. Pharmacy, followed by M. Tech in Biotechnology from Andhra University, India and postdoctoral studies at Stanford University in the US. His deep interest in biotechnology, quest for knowledge and the computational methods to develop new methodologies bagged him the Young Scientist Award. Under the guidance of Dr. Allam Appa Rao, he completed his research on microanalysis of differentially expressed genes between the diabetic and non-diabetics. The paper was presented at an international conference at Seoul in 2007.

While at Stanford University for his postdoctoral research, Dr. Gedela interacted with many scholars and was invited at several other conferences in Europe and Asia Pacific. The open access journal of Proteomics was the first publication by Dr. Srinubabu Gedela, which laid the foundation of OMICS International (http://www.omicsonline.org) as the publisher of open access literature with the launch of its first journal. The OMICS International (http://www.omicsonline.org) added several open access journals to its portfolio, and Dr. Gedela also ensured regular interaction with the scientists from various disciplines. The OMICS International Conferences (http://www.omicsonline.org/international-scientific-conferences/) holds conferences in various fields bringing together experts in the relevant industries onto a single platform and thereby accomplishing its aim of accelerating knowledge across the world.

OMICS did not start as an organization to make money. In 2007, Dr. Srinubabu (http://www.srinubabu.com/) went to do his research in science at Stanford University, United States of America. Coming from a modest Indian background, Dr. Srinu faced difficulty in accessing knowledge to produce research paper on Human Proteome Organization. His research earned him 'The Young Scientist' award in Seoul, Korea but his strong desire was to free up the scientific knowledge from all commercial barriers and hence he started OMICS. OMICS, unlike other publishing houses provides all medical, scientific, clinical and pharmaceutical knowledge for free and this gives a level playing field for young scientists from developing countries to be at par with their counterparts from developed world. During the process of publishing, the editorial board meetings happened to seed conferences.

Contact : ceo@omicsgroup.org (mailto:ceo@omicsgroup.org)
Facebook: https://www.facebook.com/srinu.babu2 (https://www.facebook.com/srinu.babu2)

## OMICS International Conferences 2016-17
**Meet Inspiring Speakers and Experts at our 3000+ Global Annual Meetings (http://annualmeeting.conferenceseries.com/)**

### Conferences by Country

USA (http://www.conferenceseries.com/usa-meetings/)

Australia (http://www.conferenceseries.com/australia-meetings/)

UAE (http://www.conferenceseries.com/uae-meetings/)

Italy (http://www.conferenceseries.com/italy-meetings/)

Germany (http://www.conferenceseries.com/germany-meetings/)

UK (http://www.conferenceseries.com/uk-meetings/)

Japan (http://www.conferenceseries.com/japan-meetings/)

Brazil (http://www.conferenceseries.com/brazil-meetings/)

South Korea (http://www.conferenceseries.com/south-korea-meetings/)

Netherlands (http://www.conferenceseries.com/netherlands-meetings/)

PX12 - 938

Spain (http://www.conferenceseries.com/spain-meetings/)

Canada (http://www.conferenceseries.com/canada-meetings/)

Switzerland (http://www.conferenceseries.com/switzerland-meetings/)

France (http://www.conferenceseries.com/france-meetings/)

India (http://www.conferenceseries.com/india-meetings/)

Malaysia (http://www.conferenceseries.com/malaysia-meetings/)

Singapore (http://www.conferenceseries.com/singapore-meetings/)

South Africa (http://www.conferenceseries.com/southafrica-meetings)

New Zealand (http://www.conferenceseries.com/newzealand-meetings/)

Philippines (http://www.conferenceseries.com/philippines-meetings/)

Poland (http://www.conferenceseries.com/poland-meetings/)

Austria (http://www.conferenceseries.com/austria-meetings/)

Turkey (http://www.conferenceseries.com/turkey-meetings/)

Finland (http://www.conferenceseries.com/finland-meetings/)

Ukraine (http://www.conferenceseries.com/ukraine-meetings/)

Denmark (http://www.conferenceseries.com/denmark-meetings/)

Mexico (http://www.conferenceseries.com/mexico-meetings/)

Norway (http://www.conferenceseries.com/norway-meetings/)

China (http://www.conferenceseries.com/china-meetings/)

## Medical & Clinical Conferences

Microbiology (http://www.conferenceseries.com/microbiology-meetings/)

Diabetes & Endocrinology (http://www.conferenceseries.com/diabetes-endocrinology-meetings/)

Nursing (http://www.conferenceseries.com/nursing-meetings/)

Healthcare Management (http://www.conferenceseries.com/healthcare-management-meetings/)

Neuroscience (http://www.conferenceseries.com/neuroscience-meetings/)

Immunology (http://www.conferenceseries.com/immunology-meetings/)

Gastroenterology (http://www.conferenceseries.com/gastroenterology-meetings/)

Genetics & Molecular Biology (http://www.conferenceseries.com/genetics-molecular-biology-meetings/)

Pathology (http://www.conferenceseries.com/pathology-meetings/)

Alternative Healthcare (http://www.conferenceseries.com/alternative-healthcare-meetings/)

Pediatrics (http://www.conferenceseries.com/pediatrics-meetings/)

Ophthalmology (http://www.conferenceseries.com/ophthalmology-meetings/)

Oncology & Cancer (http://www.conferenceseries.com/oncology-cancer-meetings/)

Cardiology (http://www.conferenceseries.com/cardiology-meetings/)

Dentistry (http://www.conferenceseries.com/dentistry-meetings/)

Physical Therapy Rehabilitation (http://www.conferenceseries.com/physical-therapy-rehabilitation-meetings/)

Psychiatry (http://www.conferenceseries.com/psychiatry-meetings/)

Infectious Diseases (http://www.conferenceseries.com/infectious-diseases-meetings/)

PX12 - 939

Medical Ethics & Health Policies (http://www.conferenceseries.com/medical-ethics-health-policies-meetings/)

Palliativecare (http://www.conferenceseries.com/palliativecare-meetings/)

Reproductive Medicine (http://www.conferenceseries.com/reproductive-medicine-women-healthcare-meetings/)

Surgery (http://www.conferenceseries.com/surgery-meetings/)

Radiology (http://www.conferenceseries.com/radiology-meetings/)

## Conferences by Subject

Pharmaceutical Sciences (http://www.conferenceseries.com/pharmaceutical-sciences-meetings/)

Pharma Marketing & Industry (http://www.conferenceseries.com/pharma-marketing-industry-meetings/)

Agri, Food & Aqua (http://www.conferenceseries.com/agri-food-aqua-meetings/)

Nutrition (http://www.conferenceseries.com/nutrition-meetings/)

Physics & Materials Science (http://www.conferenceseries.com/physics-materials-science-meetings/)

Environmental Science (http://www.conferenceseries.com/earth-environmental-science-meetings/)

EEE & Engineering (http://www.conferenceseries.com/eee-engineering-meetings/)

Veterinary (http://www.conferenceseries.com/veterinary-meetings/)

Chemical Engineering (http://www.conferenceseries.com/chemical-engineering-meetings/)

Nanotechnology (http://www.conferenceseries.com/nanotechnology-meetings/)

Business Management (http://www.conferenceseries.com/business-management-meetings/)

Massmedia (http://www.conferenceseries.com/massmedia-meetings/)

Geology & Earth science (http://www.conferenceseries.com/geology-earth-science-meetings/)

# Contact Us

### Agri, Food, Aqua & Veterinary Science

👤 Dr. Krish

✉ agrifoodaquavet@omicsinc.com (mailTo:agrifoodaquavet@omicsinc.com)

📞 1-702-714-7001   Extn: 9040

### Clinical & Biochemistry Journals

👤 Datta A

✉ clinical_biochem@omicsinc.com (mailTo:clinical_biochem@omicsinc.com)

📞 1-702-714-7001 Extn: 9037

### Business & Management Journals

👤 Ronald

✉ business@omicsinc.com (mailTo:business@omicsinc.com)

📞 1-702-714-7001 Extn: 9042

### Chemical Engineering & Chemistry Journals

👤 Gabriel Shaw

✉ chemicaleng_chemistry@omicsinc.com (mailTo:chemicaleng_chemistry@omicsinc.com)

📞 1-702-714-7001   Extn: 9040

### Earth & Environmental Sciences

👤 Katie Wilson

✉ agrifoodaquavet@omicsinc.com (mailTo:agrifoodaquavet@omicsinc.com)

📞 1-702-714-7001 Extn: 9042

PX12 - 940

### Engineering Journals
👤 James Franklin
✉ engineering@omicsinc.com (mailTo:engineering@omicsinc.com)
📞 1-702-714-7001 Extn: 9042

### General Science & Health care Journals
👤 Andrea Jason
✉ generalsci_healthcare@omicsinc.com (mailTo:generalsci_healthcare@omicsinc.com)
📞 1-702-714-7001 Extn: 9043

### Genetics & Molecular Biology Journals
👤 Anna Melissa
✉ genetics_molbio@omicsinc.com (mailTo:genetics_molbio@omicsinc.com)
📞 1-702-714-7001  Extn: 9006

### Immunology & Microbiology Journals
👤 David Gorantl
✉ immuno_microbio@omicsinc.com (mailTo:immuno_microbio@omicsinc.com)
📞 1-702-714-7001 Extn: 9014

### Informatics Journals
👤 Stephanie Skinner
✉ omics@omicsinc.com (mailTo:omics@omicsinc.com)
📞 1-702-714-7001 Extn: 9039

### Materials Science Journals
👤 Rachle Green
✉ materialsci@omicsinc.com (mailTo:materialsci@omicsinc.com)
📞 1-702-714-7001 Extn: 9039

### Mathematics & Physics Journals
👤 Jim Willison
✉ mathematics_physics@omicsinc.com (mailTo:mathematics_physics@omicsinc.com)
📞 1-702-714-7001  Extn: 9042

### Medical Journals
👤 Nimmi Anna
✉ medical@omicsinc.com (mailTo:medical@omicsinc.com)
📞 1-702-714-7001  Extn: 9038

### Neuroscience & Psychology Journals
👤 Nathan T
✉ neuro_psychology@omicsinc.com (mailTo:neuro_psychology@omicsinc.com)
📞 1-702-714-7001 Extn: 9041

### Pharmaceutical Sciences Journals
👤 John Behannon
✉ pharma@omicsinc.com (mailTo:pharma@omicsinc.com)
📞 1-702-714-7001 Extn: 9007

### Social & Political Science Journals

PX12 - 941

👤 Steve Harry

✉ social_politicalsci@omicsinc.com (mailTo:social_politicalsci@omicsinc.com)

📞 1-702-714-7001  Extn: 9042

(http://creativecommons.org/licenses/by/4.0/)  All Published work is licensed under a  Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/).



(http://www.plagscan.com)  Best viewed in  Mozilla Firefox (http://www.mozilla.org/)  Google Chrome (https://support.google.com/chrome/bin/answer.py?hl=en&answer=95346)  Copyright © 2016  OMICS International (http://www.omicsonline.com/)  All Rights Reserved.

PX12 - 942

# ATTACHMENT M

Genomics-2015



**《 Initial Announcement**

# 3rd International Conference on
# Genomics & Pharmacogenomics

**San Antonio, USA**   **September 21-23, 2015**

Dear Colleagues,

OMICS Group is delighted to welcome you to San Antonio, USA for the prestigious **3rd International Conference on Genomics & Pharmacogenomics**. Genomics-2015 will focus on "*Implications and Impacts of Genomic Advances on Global Health*". We are confident that you will enjoy the Scientific Program of this upcoming Conference.

We look forward to see you at San Antonio, USA.

With Regards,
Genomics-2015 Operating Committee
OMICS Group Conferences

## Editorial Board Members of Supporting Journals:

**Simon Daefler**
Mount Sinai School of Medicine, USA

**Jiaxu Li**
Mississippi State University, USA

**Firas H Kobeissy**
University of Florida, USA

**Bibekanand Mallick**
Center for Medical Sciences, USA

**James Lyons-Weiler**
University of Pittsburgh, USA

**Robert L. Jernigan**
Iowa State University, USA

**Eric T. Everett**
University of North Carolina, USA

**Raymond A Dionne**
National Institutes of Nursing Research, USA

**Shufeng Zhou**
University of South Florida, USA

**Robert H. Howland**
University of Pittsburgh, USA

**John J. Lima**
Center Nemours Biomedical Research, USA

**Allen David Roses**
Duke University, USA

**Richard D Smith**
Pacific Northwest National Laboratory, USA

**Sudhir Srivastava**
National Cancer Institute, USA

**Cathy H. Wu**
Georgetown University Medical Center, USA

**Laura Beretta**
Molecular Diagnostics Program, USA

**Ruth van Bogelen**
University of Michigan, USA

**Victor P. Andreev**
University of Miami Miller School of Medicine, USA

**Falk W. Lohoff**
University of Pennsylvania, USA

**Lei Guo**
National Center for Toxicological Research, USA



PX12 - 944



# Program Announcement



### Venue
Hilton San Antonio Airport611 NW Loop 410
San Antonio, Texas, 78216 USA Tel: 210-377-460
Fax: 210-377-4614

### Important Dates
Abstract submission opens: September 11, 2014
Registration opens: September 11, 2014
Early bird registration: December 10, 2014
On spot registration: September 21, 2015

### Accommodation
A large number of rooms have been reserved. Discounted room rates for Genomics-2015 participants are proposed. Only reservations made through the Conference will benefit these rates. The Congress Center can be easily reached by public transportation.

### Exhibition and Sponsorship
An Exhibition will be held concurrently with the Congress. The coffee break and lunch areas will be located adjacent to the booths. Thanks to exhibitors from all over the world, attendees will have a complete overview of new findings in the fields of Genomics & Pharmacogenomics.

### About Dubai
San Antonio is the 7th largest city in the United States of America and the 2nd largest city within the state of Texas, with a population of 1.33 million. The city was named after San Antonio de Padua, whose feast day is on June 13, when a Spanish expedition stopped in the area in 1691.

Famous for Spanish missions, the Alamo, the River Walk, the Tower of the Americas, the Alamo Bowl, Marriage Island and host to SeaWorld and Six Flags Fiesta Texas theme parks, the city is visited by approximately 26 million tourists per year according to the San Antonio Convention and Visitors Bureau.

The city is home to the four-time NBA champion San Antonio Spurs and the annual San Antonio Stock Show & Rodeo, one of the largest in the country.

San Antonio has a strong military presence. It is home to Fort Sam Houston, Lack Land Air Force Base, Randolph Air Force Base, and Brooks City-Base, with Camp Bullis and Camp Stanley outside the city. Kelly Air Force Base was operated out of San Antonio until 2001, when the airfield was transferred over to Lakeland AFB and the remaining portions of the base became Port San Antonio, an industrial/business park. San Antonio is home to five Fortune 500 companies and the South Texas Medical Center, the only medical research and care provider in the South Texas region.

### Conference Secretariat
5716 Corsa Ave., Suite 110, West Lake, Los Angeles, CA 91362-7354, USA
Ph: +1-650-268-9744, Fax: +1-650-618-1414, Toll free: +1-800-216-6499
Email: genomics@conferenceseries.net, genomics@omicsgroup.com

PX12 - 945

# ATTACHMENT N

## Part 1 of 3

PX12 - 946

# SIGNATURE
# CARDS

PX12 - 947

# Add Business Account
## To Existing Relationship



| Business Name | Existing Account Number |
|---|---|
| OMICS PUBLISHING GROUP | 3081 |

## Account Activity - Select Yes or No for each question.

| | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | ○ Yes ●No |
| Will you regularly send or receive funds to/from countries outside of the United States? | ●Yes ○ No |
| Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month? | ○ Yes ●No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ○ Yes ●No |

## Product Selection - Complete for each account requested. Add additional pages, if needed.

### Account 1

Select Product:   ● Checking Account      ○ Money Market Account      ○ 7/14 Day CD      ○ Certificate of Deposit

| Purpose of Account (Select One) | | | | Estimated Initial Deposit Amount |
|---|---|---|---|---|
| ● Operating | ○ Payroll | ○ Petty Cash | | $ TBD |
| ○ Savings | ○ Investment | ○ Other | | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| ○ Citibank Account | ● Check from Existing Bank | ● Under $25,000 | ○ $250,000 - $500,000 |
| ○ Cash/Currency | ○ Wire from Existing Bank | ○ $25,000 - $50,000 | ○ $500,000 - $1 million |
| ○ Other | | ○ $50,000 - $250,000 | ○ Greater than $1 million |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| . | ○ Rollover CD at maturity | ○ Interest at maturity (terms less than 1 year) |
| | | ○ Post to Account |
| | ○ Transfer principal and interest at maturity to account #: _____ | ○ Post Interest to Account #: |
| | | ○ Mail check to account address |

### Account 2

Select Product:   ○ Checking Account      ○ Money Market Account      ○ 7/14 Day CD      ○ Certificate of Deposit

| Purpose of Account (Select One) | | | | Estimated Initial Deposit Amount |
|---|---|---|---|---|
| ○ Operating | ○ Payroll | ○ Petty Cash | | $ |
| ○ Savings | ○ Investment | ○ Other | | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| ○ Citibank Account | ○ Check from Existing Bank | ○ Under $25,000 | ○ $250,000 - $500,000 |
| ○ Cash/Currency | ○ Wire from Existing Bank | ○ $25,000 - $50,000 | ○ $500,000 - $1 million |
| ○ Other | | ○ $50,000 - $250,000 | ○ Greater than $1 million |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | ○ Rollover CD at maturity | ○ Interest at maturity (terms less than 1 year) |
| | | ○ Post to Account |
| | ○ Transfer principal and interest at maturity to account #: _____ | ○ Post Interest to Account #: |
| | | ○ Mail check to account address |

Do any owners own 25% or more of the business but are not signers on the account?        ○ Yes ●No

## Linking & Card Access

| Linking – List Related Account | Card Access | |
|---|---|---|
| ○ Safety Check - _____ | Card Access for signers designated in signer section? | ● Yes ○ No |
| ○ Statement - _____ | Primary Account linked to Card? | ● Yes ○ No |
| ○ Account Analysis - _____ | | |

| Account Officer – Print Name | Phone Number |
|---|---|
| AILEEN ACENAS   12/8/2011 | ( 650 ) 322-5231 |

© 2009 Citibank. Citibank N.A. Member FDIC.      Attach to completed Account Application and retain in branch file.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

PX12 - 948

## Add Business Account
To Existing Relationship



| Business Name | Existing Account Number |
|---|---|
| **OMICS PUBLISHING GROUP** | 3081 |

## Account Activity - Select Yes or No for each question.

Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks?   ○ Yes  ☑ No

Will you regularly send or receive funds to/from countries outside of the United States?   ☑ Yes  ○ No

Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month?   ○ Yes  ☑ No

Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?)   ○ Yes  ☑ No

## Product Selection - Complete for each account requested. Add additional pages, if needed.

### Account 1

Select Product:   ☑ Checking Account   ○ Money Market Account   ○ 7/14 Day CD   ○ Certificate of Deposit

| Purpose of Account (Select One) | Estimated Initial Deposit Amount |
|---|---|
| ☑ Operating  ○ Payroll  ○ Petty Cash<br>○ Savings  ○ Investment  ○ Other | $ **TBA** |

| Source of Initial Deposit (Select One) | Intended Balance (Select One) | |
|---|---|---|
| ☑ Citibank Account  ○ Check from Existing Bank<br>○ Cash/Currency  ○ Wire from Existing Bank<br>○ Other | ☑ Under $25,000  ○ $250,000 - $500,000<br>○ $25,000 - $50,000  ○ $500,000 - $1 million<br>○ $50,000 - $250,000  ○ Greater than $1 million | |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | ○ Rollover CD at maturity<br><br>○ Transfer principal and interest at maturity to<br>account #: _____ | ○ Interest at maturity (terms less than 1 year)<br>○ Post to Account<br>○ Post Interest to Account #:<br>_____<br>○ Mail check to account address |

### Account 2

Select Product:   ○ Checking Account   ○ Money Market Account   ○ 7/14 Day CD   ○ Certificate of Deposit

| Purpose of Account (Select One) | Estimated Initial Deposit Amount |
|---|---|
| ○ Operating  ○ Payroll  ○ Petty Cash<br>○ Savings  ○ Investment  ○ Other | $ |

| Source of Initial Deposit (Select One) | Intended Balance (Select One) | |
|---|---|---|
| ○ Citibank Account  ○ Check from Existing Bank<br>○ Cash/Currency  ○ Wire from Existing Bank<br>○ Other | ○ Under $25,000  ○ $250,000 - $500,000<br>○ $25,000 - $50,000  ○ $500,000 - $1 million<br>○ $50,000 - $250,000  ○ Greater than $1 million | |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | ○ Rollover CD at maturity<br><br>○ Transfer principal and interest at maturity to<br>account #: _____ | ○ Interest at maturity (terms less than 1 year)<br>○ Post to Account<br>○ Post Interest to Account #:<br>_____<br>○ Mail check to account address |

Do any owners own 25% or more of the business but are not signers on the account?   ○ Yes  ○ No

## Linking & Card Access

| Linking – List Related Account | Card Access |
|---|---|
| ○ Safety Check - _____<br>○ Statement - _____<br>○ Account Analysis - _____ | Card Access for signers designated in signer section?  ☑ Yes  ○ No<br>Primary Account linked to Card?  ☑ Yes  ○ No |

| Account Officer – Print Name | Phone Number |
|---|---|
| **AMY SZETO** | ( 650 ) 327-2228 |

© 2009 Citibank. Citibank N.A. Member FDIC.   Attach to completed Account Application and retain in branch file.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

PX12 - 949

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A – Additional Account Information)



### MAJOR SUPPLIERS - Provide the names and locations of your top three suppliers

| Name | Location |
|------|----------|
| Sprint | Palo Alto |
| Office Depot | Palo Alto |
| Stanford Universtiy | Palo Alto |

### MAJOR CUSTOMERS

Select one:  ☑ Retail/Sells to general public

☐ Other - *List top three customers and locations in adjacent fields*

| Name | Location |
|------|----------|
| Name | Location |
| Name | Location |

### TRANSACTION DETAILS - Indicate types of transactions you intend to complete and provide details on each. Required for each account except standard CDs.

**Cash Deposits?**  ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
- ☐ Under $25,000
- ☐ $25,000 - $74,999
- ☐ $75,000 - $119,999
- ☐ $120,000 or more

Transactions Per Month
- ☐ 1-10  ☐ 11-20
- ☐ 21-50  ☐ 51 or more

**Cash Withdrawals (Including ATMs)?**  ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
- ☐ Under $25,000
- ☐ $25,000 - $74,999
- ☐ $75,000 - $119,999
- ☐ $120,000 or more

Transactions Per Month
- ☐ 1-10  ☐ 11-20
- ☐ 21-50  ☐ 51 or more

**Deposit Official Checks, Money Orders or Travelers Checks?**  ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
- ☐ Under $10,000
- ☐ $10,000 - $25,000
- ☐ $25,001 - $50,000
- ☐ Other: _____

Transactions Per Month
- ☐ 1-5  ☐ 6-10
- ☐ 11-20 ☐ 20+

**Purchase Official Checks, Money Orders or Travelers Checks?**  ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
- ☐ Under $10,000
- ☐ $10,000 - $25,000
- ☐ $25,001 - $50,000
- ☐ Other: _____

Transactions Per Month
- ☐ 1-5  ☐ 6-10
- ☐ 11-20 ☐ 20+

**Receive Wire Transfers?**  ☑ Yes ☐ No
If Yes:
Dollar Range per Month:
- ☑ Under $250,000
- ☐ $250,000 - Under $1 Million
- ☐ $1 Million - Under $2.5 Million
- ☐ $2.5 Million or more

Transactions Per Month
- ☑ 1-10  ☐ 11-20
- ☐ 21-50  ☐ 51 or more

**Send Wires Transfers?**  ☑ Yes ☐ No
If Yes:
Dollar Range per Month:
- ☑ Under $250,000
- ☐ $250,000 - Under $1 Million
- ☐ $1 Million - Under $2.5 Million
- ☐ $2.5 Million or more

Transactions Per Month
- ☑ 1-10  ☐ 11-20
- ☐ 21-50  ☐ 51 or more

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☑ Yes ☐ No If Yes, complete adjacent fields | ☑ Send ☐ Receive | India | ☑ 1-10  ☐ 11-20 ☐ 21-50 ☐ 51 or more | 1k to 3k | subscription fees |
| | ☐ Send ☐ Receive | | ☐ 1-10  ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |
| | ☐ Send ☐ Receive | | ☐ 1-10  ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |
| | ☐ Send ☐ Receive | | ☐ 1-10  ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |

© 2011 Citibank, N.A., Member FDIC. Citibank and Arc Design is a registered service mark of Citigroup Inc.
Rev. 05/13/11

# Add Business Account
## To Existing Relationship



| Business Name | Existing Account Number |
|---|---|
| **OMICS PUBLISHING GROUP** | ▮3081 |

## Account Activity - Select Yes or No for each question.

Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? — O Yes ☑ No

Will you regularly send or receive funds to/from countries outside of the United States? — O Yes ☑ No

Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month? — O Yes ☑ No

Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) — O Yes ☑ No

## Product Selection - Complete for each account requested. Add additional pages, if needed.

### Account 1

Select Product: ☑ Checking Account    O Money Market Account    O 7/14 Day CD    O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| ☑ Operating | O Payroll | O Petty Cash | $ TBD |
| O Savings | O Investment | O Other | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| ☑ Citibank Account | O Check from Existing Bank | ☑ Under $25,000 | O $250,000 - $500,000 |
| O Cash/Currency | O Wire from Existing Bank | O $25,000 - $50,000 | O $500,000 - $1 million |
| O Other | | O $50,000 - $250,000 | O Greater than $1 million |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | O Rollover CD at maturity | O Interest at maturity (terms less than 1 year) |
| | | O Post to Account |
| | O Transfer principal and interest at maturity to account #: _____ | O Post Interest to Account #: |
| | | O Mail check to account address |

### Account 2

Select Product: O Checking Account    O Money Market Account    O 7/14 Day CD    O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| O Operating | O Payroll | O Petty Cash | $ |
| O Savings | O Investment | O Other | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| O Citibank Account | O Check from Existing Bank | O Under $25,000 | O $250,000 - $500,000 |
| O Cash/Currency | O Wire from Existing Bank | O $25,000 - $50,000 | O $500,000 - $1 million |
| O Other | | O $50,000 - $250,000 | O Greater than $1 million |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | O Rollover CD at maturity | O Interest at maturity (terms less than 1 year) |
| | | O Post to Account |
| | O Transfer principal and interest at maturity to account #: _____ | O Post Interest to Account #: |
| | | O Mail check to account address |

Do any owners own 25% or more of the business but are not signers on the account?    O Yes ☑ No

## Linking & Card Access

| Linking – List Related Account | Card Access |
|---|---|
| O Safety Check - _____ | Card Access for signers designated in signer section? ☑ Yes  O No |
| O Statement - _____ | Primary Account linked to Card? ☑ Yes  O No |
| O Account Analysis - _____ | |

| Account Officer – Print Name | Phone Number |
|---|---|
| **AILEEN ACENAS** | ( 650 ) 322-5231 |

© 2009 Citibank. Citibank N.A. Member FDIC.    Attach to completed Account Application and retain in branch file.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

## Add Business Account
### To Existing Relationship



| Business Name | Existing Account Number |
|---|---|
| **OMICS PUBLISHING GROUP** | ███3081 |

### Account Activity - Select Yes or No for each question.

| | | |
|---|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | O Yes | ☑ No |
| Will you regularly send or receive funds to/from countries outside of the United States? | ☑ Yes | O No |
| Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month? | O Yes | ☑ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | O Yes | ☑ No |

### Product Selection - Complete for each account requested. Add additional pages, if needed.

**Account 1**

Select Product: ☑ Checking Account    O Money Market Account    O 7/14 Day CD    O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| ☑ Operating   O Payroll   O Petty Cash | | | $ TBD  45,000 |
| O Savings   O Investment   O Other | | | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| ☑ Citibank Account   O Check from Existing Bank | | ☑ Under $25,000   O $250,000 - $500,000 | |
| O Cash/Currency   O Wire from Existing Bank | | O $25,000 - $50,000   O $500,000 - $1 million | |
| ☑ Other | | O $50,000 - $250,000   O Greater than $1 million | |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | O Rollover CD at maturity | O Interest at maturity (terms less than 1 year) |
| | | O Post to Account |
| | O Transfer principal and interest at maturity to account #: _____ | O Post Interest to Account #: |
| | | O Mail check to account address |

**Account 2**

Select Product: O Checking Account    O Money Market Account    O 7/14 Day CD    O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| O Operating   O Payroll   O Petty Cash | | | $ |
| O Savings   O Investment   O Other | | | |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| O Citibank Account   O Check from Existing Bank | | O Under $25,000   O $250,000 - $500,000 | |
| O Cash/Currency   O Wire from Existing Bank | | O $25,000 - $50,000   O $500,000 - $1 million | |
| O Other | | O $50,000 - $250,000   O Greater than $1 million | |

| Account Type or CD Term | Maturity Options (if applicable) | Interest Options (if applicable) |
|---|---|---|
| | O Rollover CD at maturity | O Interest at maturity (terms less than 1 year) |
| | | O Post to Account |
| | O Transfer principal and interest at maturity to account #: _____ | O Post Interest to Account #: |
| | | O Mail check to account address |

Do any owners own 25% or more of the business but are not signers on the account?    O Yes  ☑ No

### Linking & Card Access

| Linking – List Related Account | Card Access | | |
|---|---|---|---|
| O Safety Check - _____ | Card Access for signers designated in signer section? | ☑ Yes | O No |
| O Statement - _____ | Primary Account linked to Card? | ☑ Yes | O No |
| O Account Analysis - _____ | | | |

| Account Officer – Print Name | Phone Number |
|---|---|
| **AILEEN ACENAS** | ( 650 )  322-5231 |

© 2009 Citibank. Citibank N.A. Member FDIC.    Attach to completed Account Application and retain in branch file.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A - Additional Account Information)


citibank

### MAJOR SUPPLIERS - Provide the names and locations of your top three suppliers

| Name | Location |
|---|---|
| Sprint | Palo Alto |
| Office Depot | Palo Alto |
| Stanford University | Palo Alto |

### MAJOR CUSTOMERS

Select one:  ☑ Retail/Sells to general public

☐ Other - List top three customers and locations in adjacent fields

| Name | Location |
|---|---|
| Name | Location |
| Name | Location |

### TRANSACTION DETAILS - Indicate types of transactions you intend to complete and provide details on each. Required for all accounts except standard CDs.

**Cash Deposits?**  ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☐ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

**Cash Withdrawals (Including ATMs)?**  ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☐ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

**Deposit Official Checks, Money Orders or Travelers Checks?**  ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☐ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

**Purchase Official Checks, Money Orders or Travelers Checks?**  ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☐ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

**Receive Wire Transfers?**  ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☑ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

**Send Wires Transfers?**  ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: ____
Transactions Per Month
☑ 1-5  ☐ 6-10
☐ 11-20  ☐ 20+

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☑ Yes ☐ No If Yes, complete adjacent fields | ☐ Send ☑ Receive | India | ☑ 1-5  ☐ 6-10 ☐ 11-20  ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☑ Receive | Japan | ☑ 1-5  ☐ 6-10 ☐ 11-20  ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☑ Receive | Germany | ☑ 1-5  ☐ 6-10 ☐ 11-20  ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☐ Receive | | ☐ 1-5  ☐ 6-10 ☐ 11-20  ☐ 20+ | | |

© 2010 Citibank, N.A., Member FDIC. Citibank and Arc Design is a registered service mark of Citigroup Inc.

Rev 09/10

1446

# CitiBusiness<sup>.</sup>



| Financial Center # | 387 | Marketplace | 13 | | Current Date | 6-25-09 |
|---|---|---|---|---|---|---|
| Tax ID | | 666 1 | | Number of Signers required to transact | | 1 |
| Business Entity Name | SRINUBABU GEDELA   PBA   OMICS PUBLISHING GROUP | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ██████ 7704 6 ██████ 3081 ██████ 9017 ██████ 7052 ██████ 6220 | **Signer 1:** SRINU BABU GEDELA (BLOCK OF) (WIRES ONLY) (WIRES ONLY) (POST NO CK) (POST NO CHECKS) closed | X  G.sainubabu |
| | **Signer 2:** | X |
| | **Signer 3:** | X |

# CitiBusiness<sup>.</sup>

citibank<sup>.</sup>

| Financial Center # | 387 | Marketplace | 13 | | Current Date | 6-25-09 |
|---|---|---|---|---|---|---|
| Tax ID | | 666 1 | | Number of Signers required to transact | | 1 |
| Business Entity Name | SRINUBABU GEDELA   DBA   OMICS PUBLISHING GROUP | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ██████ 7308 ██████ 3081 ██████ 9017 ██████ 1097 ██████ 6320 | **Signer 1:** (WIRE) ONLY SRINU BABU GEDELA (WIRES ONLY) (POST NO CK) (POST NO CHECKS) Closed | X  G.sainubabu |
| | **Signer 2:** | X |
| | **Signer 3:** | X |

**CitiBusiness®**    **citibank®**

| Financial Center # | 387 | Marketplace | CA -13 | | Current Date | 11-24-10 |
|---|---|---|---|---|---|---|
| Tax ID | | 6661 | | Number of Signers required to transact | | 1 |
| Business Entity Name | OMICS PUBLISHING GROUP - CONFERENCE ACCOUNT | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ~~1052~~ ~~1017~~ 8082 | Signer 1:<br><br>SRINU BABU GEDELA | X  G. srinubabu |
| | Signer 2: | X |
| | Signer 3: | X |

---

**CitiBusiness®**   **citibank®**

| Financial Center # | 387 | Marketplace | CA - 13 | | Current Date | 11-24-10 |
|---|---|---|---|---|---|---|
| Tax ID | | P6661 | | Number of Signers required to transact | | 1 |
| Business Entity Name | OMICS PUBLISHING GROUP - CONFERENCE ACCOUNT | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 8082 | Signer 1:<br><br>SRINU BABU GEDELA | X  G. srinubabu |
| | Signer 2: | X |
| | Signer 3: | X |

Item CSC001 (New 2/07) © 2010 Citibank, N.A., Member FDIC. CitiBusiness and Citibank and Arc Design are registered service marks of Citigroup Inc.

PX12 - 955

# Add Business Account
To Existing Relationship


citi

| Business Name | Existing Account Number |
|---|---|
| OMICS PUBLISHING GROUP | 3081 |

## Account Activity - Select Yes or No for each question.

Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks?   O Yes  ☑ No

Will you regularly send or receive funds to/from countries outside of the United States?   ☑ Yes  O No

Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month?   O Yes  ☑ No

Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?)   O Yes  ☑ No

## Product Selection - Complete for each account requested. Add additional pages, if needed.

**Account 1**

Select Product:   ☑ Checking Account   O Money Market Account   O 7/14 Day CD   O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| O Operating  O Savings | O Payroll  O Investment | O Petty Cash  O Other | $ 5,000 |

Source of Initial Deposit (Select One): ☑ Citibank Account  O Check from Existing Bank  O Cash/Currency  O Wire from Existing Bank  O Other

Intended Balance (Select One): ☑ Under $25,000  O $25,000 - $50,000  O $50,000 - $250,000  O $250,000 - $500,000  O $500,000 - $1 million  O Greater than $1 million

Account Type or CD Term   Maturity Options (if applicable): O Rollover CD at maturity  O Transfer principal and interest at maturity to account #: ____

Interest Options (if applicable): O Interest at maturity (terms less than 1 year)  O Post to Account  O Post Interest to Account #:  O Mail check to account address

**Account 2**

Select Product:   O Checking Account   O Money Market Account   O 7/14 Day CD   O Certificate of Deposit

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| O Operating  O Savings | O Payroll  O Investment | O Petty Cash  O Other | $ |

Source of Initial Deposit (Select One): O Citibank Account  O Check from Existing Bank  O Cash/Currency  O Wire from Existing Bank  O Other

Intended Balance (Select One): O Under $25,000  O $25,000 - $50,000  O $50,000 - $250,000  O $250,000 - $500,000  O $500,000 - $1 million  O Greater than $1 million

Account Type or CD Term   Maturity Options (if applicable): O Rollover CD at maturity  O Transfer principal and interest at maturity to account #: ____

Interest Options (if applicable): O Interest at maturity (terms less than 1 year)  O Post to Account  O Post Interest to Account #:  O Mail check to account address

Do any owners own 25% or more of the business but are not signers on the account?   O Yes  ☑ No

## Linking & Card Access

| Linking – List Related Account | Card Access |
|---|---|
| O Safety Check - ____  ☑ Statement - ____  O Account Analysis - ____ | Card Access for signers designated in signer section?  ☑ Yes  O No  Primary Account linked to Card?  ☑ Yes  O No |

| Account Officer – Print Name | Phone Number |
|---|---|
| AILEEN ACENAS | (650) 322-5231 |

© 2009 Citibank. Citibank N.A. Member FDIC.   Attach to completed Account Application and retain in branch file.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

Page 1 of 1
Revised 10/2009

PX12 - 956

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A – Additional Account Information)

 citibank

**MAJOR SUPPLIERS** - Provide the names and locations of your top three suppliers

Name
Sprint

Location
Palo Alto

Name
Office Depot

Location
Palo Alto

Name
Stanford University

Location
Palo Alto

**MAJOR CUSTOMERS**

Select one:   ☑ Retail/Sells to general public

☐ Other - *List top three customers and locations in adjacent fields*

| Name | Location |
|---|---|
| Name | Location |
| Name | Location |

**TRANSACTION DETAILS** - Indicate types of transactions you intend to complete and provide details on each. Required for all accounts except standard CDs.

Cash Deposits?   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

Cash Withdrawals (Including ATMs)?   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

Deposit Official Checks, Money Orders or Travelers Checks?   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

Purchase Official Checks, Money Orders or Travelers Checks?   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

Receive Wire Transfers?   ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☑ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

Send Wires Transfers?   ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☑ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☑ Yes ☐ No If Yes, complete adjacent fields | ☐ Send ☑ Receive | India | ☑ 1-5 ☐ 6-10 ☐ 11-20 ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☑ Receive | Japan | ☑ 1-5 ☐ 6-10 ☐ 11-20 ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☑ Receive | Germany | ☑ 1-5 ☐ 6-10 ☐ 11-20 ☐ 20+ | 1k to 3k | publication fees |
| | ☐ Send ☐ Receive | | ☐ 1-5 ☐ 6-10 ☐ 11-20 ☐ 20+ | | |

© 2010 Citibank, N.A., Member FDIC.  Citibank and Arc Design is a registered service mark of Citigroup Inc.
Rev. 09/10

1446

PX12 - 957

## Business Deposit Account Application


cití

### Business Information

| Business Name | DBA (if applicable) |
|---|---|
| SRINUBABU GEDELA | OMICS PUBLISHING GROUP |

**Business Entity Type (Select one)**

- O Corporation
- O Partnership
- O Limited Liability Partnership
- O Single Stockholder Corporation
- O Limited Liability Company
- ☒ Sole Proprietorship
- O Unincorporated Association
- O Public Entity
- O Business Trust

**Is the Entity a Not for Profit?**
- O Yes
- ☒ No

| Tax Identification Number | Type of Tax ID (Select One) | Business Start Date |
|---|---|---|
| ▪■■■666l | O Social Security Number ☒ Employer ID Number | 3/2/09 |

| Date of Incorporation (if applicable) | Annual Sales | Annual Net Profit | Number of Employees/Agents |
|---|---|---|---|
| 3/2/09 | $ 100K | $ 50K | 1 |

| Business Industry/Activity/Description | Is business home based? |
|---|---|
| PUBLISHER / MEDICAL JOURNAL / SCIENCE | ☒ Yes  O No |

| Business Phone | Business Fax | Current Bank |
|---|---|---|
| ■■■■ | ( ■■■■ | CITIBANK INDIA |

| Contact Name | Contact Phone | Length of Relationship with Current Bank |
|---|---|---|
| SRINUBABU GEDELA | ( ■■■ | 1 YR |

### Physical Address

| Street Number | Street Name |
|---|---|
| ■■■ | ■■■ |

Suite/Mailstop/etc (if applicable)
■■■

| City | State | Zip |
|---|---|---|
| STANFORD | CA | ■■■ |

### Mailing Address (if different than above)

| Street Number/PO Box | Street Name |
|---|---|
| Same | |

Suite/Mailstop/etc (if applicable)

| City | State | Zip |
|---|---|---|
| | | |

### Supplier/Customer Information

**Major Suppliers**

| Name | Location |
|---|---|
| SPRINT | PALO ALTO |
| OFFICE DEPOT | PALO ALTO |
| STANFORD UNIVERSITY | PALO ALTO |

**Major Customers**  ☒ Retail/Sells to general public   O Other – List top three customers and locations below

| Name | Location |
|---|---|
| STANFORD UNIVERSITY | PALO ALTO |
| | |
| | |

PX12 - 958

# Business Deposit Account Application

**cïti**

Signer Information - Complete a section for each signer, if more than 4 signers, add additional pages as needed.

## Signer 1

| First Name | | MI | Last Name | | Official Business Title |
|---|---|---|---|---|---|
| SAINU BABU | | | GEDELA | | EDITOR/owner |

| Date of Birth | Social Security Number* | % of Company Owned | Business Phone |
|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ 1146 | 100 | ( ▇▇▇ ) |

| Citizenship (Select One) | If Resident Alien or NRA, enter country of citizenship and answer question: | Cell Phone |
|---|---|---|
| O US Citizen | Citizenship: INDIA | |
| O Resident Alien | | ▇▇▇▇ |
| ☑ Non Resident Alien (NRA) | Is Signer a Senior Public Figure (SPF) or related to a SPF?   O Yes ☑ No | |

| Card Request (Select One) | | First School Attended | Mother's Maiden Name |
|---|---|---|---|
| ☑ Debit Card | O Deposit Only Card | ZPH School | ▇▇▇▇ |
| O ATM card | O No card | | |

| Identification – Type | Number | Issue Date | Expiration Date |
|---|---|---|---|
| INDIA PP | ▇▇▇▇ | 4/27/04 | 4/26/14 |

## Signer 2

| First Name | | MI | Last Name | | Official Business Title |
|---|---|---|---|---|---|
| | | | | | |

| Date of Birth | Social Security Number* | % of Company Owned | Business Phone |
|---|---|---|---|
| | | | ( ) |

| Citizenship (Select One) | If Resident Alien or NRA, enter country of citizenship and answer question: | Cell Phone |
|---|---|---|
| O US Citizen | Citizenship: | |
| O Resident Alien | | ( ) |
| O Non Resident Alien (NRA) | Is Signer a Senior Public Figure (SPF) or related to a SPF?   O Yes  O No | |

| Card Request (Select One) | | First School Attended | Mother's Maiden Name |
|---|---|---|---|
| O Debit Card | O Deposit Only Card | | |
| O ATM card | O No card | | |

| Identification – Type | Number | Issue Date | Expiration Date |
|---|---|---|---|
| | | | |

## Signer 3

| First Name | | MI | Last Name | | Official Business Title |
|---|---|---|---|---|---|
| | | | | | |

| Date of Birth | Social Security Number* | % of Company Owned | Business Phone |
|---|---|---|---|
| | | | ( ) |

| Citizenship (Select One) | If Resident Alien or NRA, enter country of citizenship and answer question: | Cell Phone |
|---|---|---|
| O US Citizen | Citizenship: | |
| O Resident Alien | | ( ) |
| O Non Resident Alien (NRA) | Is Signer a Senior Public Figure (SPF) or related to a SPF?   O Yes  O No | |

| Card Request (Select One) | | First School Attended | Mother's Maiden Name |
|---|---|---|---|
| O Debit Card | O Deposit Only Card | | |
| O ATM card | O No card | | |

| Identification – Type | Number | Issue Date | Expiration Date |
|---|---|---|---|
| | | | |

## Signer 4

| First Name | | MI | Last Name | | Official Business Title |
|---|---|---|---|---|---|
| | | | | | |

| Date of Birth | Social Security Number* | % of Company Owned | Business Phone |
|---|---|---|---|
| | | | ( ) |

| Citizenship (Select One) | If Resident Alien or NRA, enter country of citizenship and answer question: | Cell Phone |
|---|---|---|
| O US Citizen | Citizenship: | |
| O Resident Alien | | ( ) |
| O Non Resident Alien (NRA) | Is Signer a Senior Public Figure (SPF) or related to a SPF?   O Yes  O No | |

| Card Request (Select One) | | First School Attended | Mother's Maiden Name |
|---|---|---|---|
| O Debit Card | O Deposit Only Card | | |
| O ATM card | O No card | | |

| Identification – Type | Number | Issue Date | Expiration Date |
|---|---|---|---|
| | | | |

*Required for all sole proprietors, single stockholder & single member LLCs

PX12 - 959

# Business Deposit Account Application



**Account Information** (one product per page, add additional pages as needed)
Choose a Product: ☑ Checking Account   ○ Money Market Account   ○ 7/14 Day CD   ○ Certificate of Deposit
Complete all account and transaction details:

## Account Details

| Purpose of Account (Select One) | | | Estimated Initial Deposit Amount |
|---|---|---|---|
| ☑ Operating | ○ Payroll | ○ Petty Cash | |
| ○ Savings | ○ Other - | | $ 919.00 |

| Source of Initial Deposit (Select One) | | Intended Balance (Select One) | |
|---|---|---|---|
| ○ Citibank Account | ○ Check from Existing Bank | ☑ Under $25,000 | ○ $250,000 - $500,000 |
| ○ Cash/Currency | ☑ Wire from Existing Bank | ○ $25,000 - $50,000 | ○ $500,000 - $1 million |
| ○ Other | | ○ $50,000 - $250,000 | ○ Greater than $1 million |

### Transaction Details (Required for all accounts types except standard CDs)

**Do you intend to make Cash deposits?** ○ Yes ☒ No

If Yes:
Dollar Range per Month
- ☑ Under $10,000
- ○ $10,000 - $25,000
- ○ $25,000 - $50,000
- ○ Over $50,000

Transactions per Month
- ☑ Less than 5
- ○ 5-10
- ○ Over 10

**Do you intend to make any Cash withdrawals (including ATMs)?** ○ Yes ☒ No

If Yes:
Dollar Range per Month
- ☑ Under $10,000
- ○ $10,000 - $25,000
- ○ $25,000 - $50,000
- ○ Over $50,000

Transactions per Month
- ☑ Less than 5
- ○ 5-10
- ○ Over 10

**Do you intend to make Official Checks/Money Order/Travelers Check deposits?** ○ Yes ☑ No

If Yes:
Dollar Range per Month
- ○ Under $10,000
- ○ $10,000 - $25,000
- ○ $25,000 - $50,000
- ○ Over $50,000

Transactions per Month
- ○ Less than 5
- ○ 5-10
- ○ Over 10

**Do you intend to purchase Official Checks/Money Order/Travelers Checks?** ○ Yes ☑ No

If Yes:
Dollar Range per Month
- ○ Under $10,000
- ○ $10,000 - $25,000
- ○ $25,000 - $50,000
- ○ Over $50,000

Transactions per Month
- ○ Less than 5
- ○ 5-10
- ○ Over 10

**Do you intend to receive wire transfers?** ☑ Yes ○ No
If Yes, will they be sent internationally? If Yes, also complete International Wire section below

If Yes:
Dollar Range per Month
- ☑ Under $10,000
- ○ $10,000 - $50,000
- ○ $50,000 - $100,000
- ○ Over $100,000

Transactions per Month
- ☑ Less than 5
- ○ 5-10
- ○ Over 10

**Do you intend to send wires transfers?** ☑ Yes ○ No
If Yes, will they be sent internationally? If Yes, also complete International Wire section below

If Yes:
Dollar Range per Month
- ☑ Under $10,000
- ○ $10,000 - $50,000
- ○ $50,000 - $100,000
- ○ Over $100,000

Transactions per Month
- ☑ Less than 5
- ○ 5-10
- ○ Over 10

### Expected International Wire Activity

| Select One | Country | Frequency | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|
| ○ Send To / ☑ Received From | INDIA | 3/mo | $1,600 - $2000 | PUBLICATION Fee |
| ○ Send To / ☑ Received From | JAPAN | 3/mo | $1,600 - $2000 | PUBLICATION Fee |
| ○ Send To / ☑ Received From | GERMANY | 3/mo | $1000 - $2000 | PUBLICATION Fee |
| ○ Send To / ○ Received From | | | | |
| ○ Send To / ○ Received From | | | | |
| ○ Send To / ○ Received From | | | | |

| BANK USE ONLY | | |
|---|---|---|
| Account # if multiple of same type | Linking – List Related Account | Card Access for signers designated in signer section |
| ▮3081 | ○ Safety Check - <br> ○ Statement - <br> ○ Account Analysis - | ○ Yes ○ No <br><br> Primary Account linked to Card? ○ Yes |
| Account Type/Certificate of Deposit Term | Maturity Options | Interest Options |
| | ○ Rollover CD at maturity <br> ○ Transfer principal and interest at maturity to account #: | ○ Interest at maturity (terms less than 1 year) <br> ○ Post to Account <br> ○ Post Interest to Account #: <br> ○ Mail check to account address |