# EXHIBIT 12

# DECLARATION OF VICTORIA BUDICH

## Part 14: Attachment N – Attachment O, Pages 961 - 1005

# ATTACHMENT N

## Part 2 of 3

PX12 - 961

## Business Deposit Account Application



### Important Information About Opening a New Account at Citigroup

To help the United States Government fight terrorism and money laundering, Federal law requires us to obtain, verify, and record information that identifies each business or entity that opens an account or establishes a relationship. What this means for you: when you open an account or establish a relationship, we will ask your business name, a street address and tax identification number, that Federal law requires us to obtain. We appreciate your cooperation.

### Account Agreement and Authorization

By signing below: (1) I acknowledge and agree to be bound by any agreement governing any account and service for which I apply and am approved including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges which I have received; (2) All owners of 25% or more of the entity have been listed on the application. (3) Citibank may obtain credit reports and make other inquiries it deems appropriate about both the business entity and me individually. (4) Any signer identified above may open additional accounts in the business name as part of this application and agreement.

**Foreign Businesses (which do not meet the tax definition of U.S. person)**– Check Box ☑ - Complete applicable IRS Form W-8 and sign below without completing the tax certification section.

### Tax Certification

Check Appropriate Box:

- ☑ Sole Proprietor/Individual
- ☐ Corporation
- ☐ Partnership
- ☐ Limited Liability Company – Choose your tax classification:
    - ☐ Disregarded Entity
    - ☐ Corporation
    - ☐ Partnership
- ☐ Other – (Specify): _____

☑ **Check Here if you are an Exempt Payee**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. Citizen, U.S. Resident Alien, or other U.S. person (as defined in the instructions).

*Certification instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.*

The Internal Revenue Service does not require your consent to any provisions on this document other than the certifications required to avoid backup withholding.

| Authorized Signature | Business Title (Capacity Acting In) | Date |
|---|---|---|
| G. Sainw babv | Editor | 6-9-2009 |

| Authorized Signature | Business Title (Capacity Acting In) | Date |
|---|---|---|
| | | |

### Additional Product/Service Needs

- ☑ Online Access (CitiBusiness Online)
- ☐ Loan
- ☐ Cash Management
- ☐ Line of Credit
- ☐ Credit Card
- ☐ Letter of Credit
- ☐ Equipment Leasing
- ☐ Retirement Products
- ☑ Merchant Card

---

### Bank Use Only

| Account Officer – Print Name | Phone Number |
|---|---|
| AILEEN  ACENAS | 650-322-5231 |

© 2008 Citibank. Citibank N.A. Member FDIC.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup Inc.

PX12 - 962

# Document Details

If you need to view or purchase a copy of this filing, please see
staff at counters S, T, U, V or W for assistance.

| | |
|---|---|
| **Certificate Number:** | 526463 |
| **Filing Date:** | 07/ 10/ 2009 |
| **Filing Type:** | F Fictitious Business Name |
| **Expiration Date:** | 07/ 10/ 2014 |
| **Original FBN#:** | NA |
| **Abandoned Date:** | NA |
| **Abandoned FBN #:** | NA |
| **Proof of Publication on File:** | NO |

**Business Name(s):**
OMICS PUBLISHING GROUP

| **Owner Name(s):** | **Withdrawn** | **FBN File#** |
|---|---|---|
| GEDELA, SRINUBABU | | |

Related FBN

READ INSTRUCTIONS ON REVERSE SIDE **BEFORE** COMPLETING FORM. PLEASE USE BLACK INK

| | |
|---|---|
| **A** MAILING NAME AND ADDRESS (OPTIONAL): | **File Number:** 526463    **No. of Pages:** 1 |
| NAME _____ | **File Date:** 7/10/2009   **Expires:** 7/10/2014 |
| ADDRESS _____ | **Fee Total:** 37.35 |
| CITY _____ STATE _____ ZIP _____ | **Clerk ID:** 022 |

526463#

## FICTITIOUS BUSINESS NAME STATEMENT
FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA
COUNTY ON THE DATE IDENTIFIED ON THE FILING LABEL

**REGINA ALCOMENDRAS, County Clerk – Recorder**
**SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE**

The following person (persons) is (are) doing business as:  (Use the ADDENDUM form if the total number of names will not legibly fit)

1. FICTITIOUS BUSINESS NAME(S)

   **OMICS PUBLISHING GROUP**

   at: (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)

2. STREET ADDRESS OF PRINCIPAL PLACE OF BUSINESS    CITY    STATE    COUNTY

   **STANFORD**    **CA**    **SANTACLARA**

   If the principal place of business identified in #2 above is not in Santa Clara County, a current fictitious business name statement for the fictitious business name(s) identified in #1 above shall be on file at the above-identified County that is the principal place of business. If applicable, please complete #3 below:

3. ☐ THE PRINCIPAL PLACE OF BUSINESS IS IN **SANTA CLARA** COUNTY AND A CURRENT FICTITIOUS BUSINESS NAME STATEMENT IS ON FILE AT THE COUNTY CLERK-RECORDER'S OFFICE OF SAID COUNTY.

4. This business is owned by: (An asterisk (*) item requires proof of registration with the California Secretary of State's Office)

   ☒ AN INDIVIDUAL   ☐ A GENERAL PARTNERSHIP   ☐ * A LIMITED PARTNERSHIP   ☐ * A LIMITED LIABILITY COMPANY
   ☐ AN UNINCORPORATED ASSOCIATION OTHER THAN A PARTNERSHIP   ☐ * A CORPORATION   ☐ A TRUST   ☐ COPARTNERS
   ☐ HUSBAND AND WIFE   ☐ JOINT VENTURE   ☐ STATE OR LOCAL REGISTERED DOMESTIC PARTNERS   ☐ * LIMITED LIABILITY PARTNERSHIP

   The name and residence address of the owner(s)/registrant(s) is (are):  (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)

   NOTE: General Partnerships, Copartnership, Joint Venture, Unincorporated Association, and Limited Partnership - Insert name and residence address of each General Partner; Trusts - insert the full name and residence address of each trustee; Limited Liability Company and Corporation - insert full name and address of Limited Liability Company or Corporation as registered with the California Secretary of State's Office; State or local registered Domestic Partners - insert full name and residence address of each Domestic Partner. USE THE ADDENDUM FORM TO LIST ADDITIONAL NAMES AND ADDRESSES.

5.

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| **DR SRINUBABU GEDELA** | | **STANFORD** | **CA** | |
| NAME | ADDRESS | CITY | STATE | ZIP |
| | | | | |
| NAME | ADDRESS | CITY | STATE | ZIP |
| | | | | |

6. Registrant/Owner began transacting business under the fictitious business name(s) listed above on:

   ☒ DATE: **JUNE 25, 2009**
   ☐ NOT APPLICABLE

7. This filing is a:

   ☒ First Filing (Publication Required)
   ☐ Refile of previous file # _____ (check appropriate box/es, below)

      ☐ Refiled prior to expiration or within 40 days past expiration, with NO CHANGES
      ☐ With changes (Publication Required)
      ☐ After 40 days of expiration date (Publication Required)
      ☐ Due to publication requirement not met on previous filing (Publication Required)

8. I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

   SIGNED x **G. srinubabu**

   PRINTED NAME **DR. SRINUBABU GEDELA**

   If a CORPORATION, LIMITED LIABILITY COMPANY, LIMITED PARTNERSHIP or LIMITED LIABILITY PARTNERSHIP, the following must be completed:

   ENTITY NAME _____
   TITLE/CAPACITY OF SIGNER _____
   ARTICLE/REG # _____ (from CA Sec of State's Office)
   ABOVE ENTITY WAS FORMED IN THE STATE OF _____

   I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.

   Regina Alcomendras, Santa Clara County

   **VANESSA ORTIZ**

   By _____, Deputy

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

PX12 - 964

Boost Account Details          Page 1 of 1





| Boost Phone Number: | Next Monthly Payment: $53.65 | Account B |
| | Due on: 08/01/2009 | Low balance, remember |

Join Boost V.I.P. and get on the list for exclusive events, prizes, trips and more. Go to **www.boostmobile.com/vip**

**Service Status :**   Service Limited

| | | | |
|---|---|---|---|
| **First Name:** | SRINUBABU | **Current Plan:** | UNLTD Talk No Cal |
| **Middle Name:** | | **Home Calling Area:** | Northern Califorr |
| **Last Name:** | GEDELA | **Language:** | English |
| **Address Line 1:** | | **Home Phone:** | 0000000000 |
| **Address Line 2:** | | **Business Phone:** | |
| **City:** | STANFORD | **Email Address:** | |
| **State:** | CA | **Message Level:** | Full Message level |
| **Zip Code:** | | **International Dialing:** | Enabled |

Help   Terms & Condition   Checkout our FAQs   Logout

About Boost Mobile   Site Map   Privacy/Legal   Acceptable use Policy and Visitor Agreement   Copyright/Disclaimer Notice   Terms and Conditions

By accessing this site you accept the terms of our Acceptable Use Policy and Policy Agreement.
©2008 Boost Worldwide, Inc. All rights reserved.

U.S. Department of State

# CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS

OMB APPROVAL NO.1405-0119
EXPIRES: 07-31-2011
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Family Name:  Gadela | First Name:  Srinu Babu | | Middle Name: | | Gender:  MALE | N0006040199 |
|---|---|---|---|---|---|---|
| | | Country of Birth:  INDIA | Citizenship Country Code:  IN | Citizenship Country:  INDIA | | J-1 |

| Legal Permanent Residence Country Code:  IN | Legal Permanent Residence Country:  INDIA | Position Code:  315 | Position:  PROFESSIONAL OR SCIENTISTS IN PRIVATE BUSINESS |
|---|---|---|---|

Primary Site of Activity: UROLOGY
C/O BUILDING 10
STANFORD, CA 94305

| 2. Program Sponsor:  Stanford University, Bechtel International Center | Exchange Visitor Program Number:  P-1-00162 |
|---|---|

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS; STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Begin new program; accompanied by number (0) of immediate family members.

| 3. Form Covers Period: | 4. Exchange Visitor Category:  RESEARCH SCHOLAR | |
|---|---|---|
| From (mm-dd-yyyy): 06-01-2009 | | |
| To (mm-dd-yyyy): 05-31-2010 | Subject/Field Code:  26.1199 | Subject/Field Code Remarks:  gain expertise in microassay data processing and statistical analysis, establish the open |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
GNICS Publishing Group : $43,000.00
Total : $43,000.00

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCL COMPLETED) | 7. Lynn KRONER | Alternate Responsible Officer |
|---|---|---|
| MAY 2009 | Name of Official Preparing Form  Bechtel I-Ctr  584 Capistrano Way  Stanford, CA 94305 | Title |
| | Signature of Responsible Officer or Alternate Responsible Officer  Lynn Kroner | Telephone Number  03-04-2009 |
| | Signature of Responsible Officer or Alternate Responsible Officer | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date(mm-dd-yyyy): _____ Transfer of this exchange visitor from program number _____ sponsored by _____ to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

| Signature of Responsible Officer or Alternate Responsible Officer | Date (mm-dd-yyyy) of Signature |
|---|---|

| PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED (see item J(e) of page 2) | TRAVEL VALIDATION BY RESPONSIBLE OFFICER  (Maximum validation period is 1 year*) |
|---|---|
| The Exchange Visitor in the above program: | *EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel. |
| 1. ☐ Not subject to the two-year residence requirement. | (1) Exchange Visitor is in good standing at the present time |
| 2. ☐ Subject to two-year residence requirement based on:  (ALL USAID PARTICIPANTS G-1-00263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-44120 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT) | |
| A. ☐ Government financing and/or | Date (mm-dd-yyyy) |
| B. ☐ The Exchange Visitor Skills List and/or | |
| C. ☐ PL 94-484 as amended  Mark Leon.  Name  Signature of Consular or Immigration Officer | Consul  Title  03-19-2009  Date (mm-dd-yyyy) | Signature of Responsible Officer or Alternate Responsible Officer  (2) Exchange Visitor is in good standing at the present time  Date (mm-dd-yyyy) |

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212 (e).

| EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document. | | | Signature of Responsible Officer or Alternate Responsible Officer |
|---|---|---|---|
| G. Srinubabu  Signature of Applicant | Hyderabad  Place | 08 March 2009  Date (mm-dd-yyyy) | |

DS-2019
07-2008

Page 1 of 2

# GOVERNMENT OF ANDHRA PRADESH
## OFFICE OF THE INSPECTOR AND ASST. LABOUR OFFICER
### CIRCLE, HYDERABAD

## FORM II

### Sec Rule 3 (3)

## CERTIFICATE OF REGISTRION
### UNDER THE ANDHRA PRADESH SHOPS & ESTABLISHMENT ACT, 1988

1, Registration Number : **ALO18/HYD/ 29 /2009**

2, Name of the Establishment : **M/s, OMICS PUBLISHING GROUP.**

3, Postal Address of Establishment : **H.No. 12-5-86/2A, VIJAYAPURI TARNAKA, SECUNDERABA,**

4, Name of The Employer : **SRI. G.SRINU BABU ( Age-26 Years ) S/O. G. APPALA NAIDU.**

5, Nature of Business : **ONLINE PUBLISHING**

6, Number of Employees : **( 6 ) SIX ONLY**

It is hereby Certified that **M /s, OMICS PUBLISHING GROUP.**
Has been Registered as    COMMERCIAL ESTSBLISHMENT    Under the Andhra
Pradesh Shops & Establishment Act, 1988 this the 3rd day FEBRUARY, 2009

(Valid from up to 31st December, 2009

SEAL

The Inspector                    3/2/09
And Asst. Labou r Officer
Circle 18, Hyderabad
ASST. LABOUR OFFICER
Circle No. ( 18 ), Hyderabad.

**NOTE** : Renew this Registration Certificate before 2nd December, 2009

# Citibank Account Opening Screen Print

06/09/09 09:56:49

Computer Name: CA387060

User Name: 7200876







**An Open Access Publisher for the Advancement of Science & Technology**

■ Home ■ Join ■
Register Review

☞ OMICS Publishing Group organizing sessions at 3rd Annual World Congress

About Us   Open Access   Support Us   News & Events   OMICS Bio Journals   Call for Proposals   Submit Man

- Journal of Bioequivalence & Bioavailability(JBB)
- Journal of Molecular Biomarkers & Diagnosis(JMBD)
- Journal of Bioanalysis & Biomedicine(JBABM)
- Journal of Nanomedicine & Biotherapeutic Discovery(JNBD)
- Journal of Cancer Science & Therapy(JCST)
- Journal of Biotechnology & Biomaterials(JBTBM)
- Journal of Petroleum & Environmental Biotechnology(JPEB)
- Journal of Microbial & Biochemical Technology(JMBT)
- Journal of Tissue Sciences & Engineering(JTSE)
- Briefings in Intellectual Property Rights(BIPR)
- Register for TOC

- OMICS Publishing Group is ardent to open access. We that removing barriers to research published online progress in OMICS scientific and technical disciplines.

- Papers published in OMICS Publishing Group are peer r

- OMICS Publishing Group will keep up to date with lat the field and papers published in its Journal will rea directly by email for free of cost.

- Distributed widely through the Internet.

- Archived online in the transactions of the OMICS Pu which provides the international scientific community and permanent access to individual papers.

- OMICS Publishing Group accepts online letters to th comments that contribute to the previously published relevant finding in OMICS field.

- **Open Access** is a publication model that enables the research articles to the global community without re through the internet. Thus, all articles published und can be accessed by anyone with internet conn Publishing Group strongly supports the Open Ac Abstracts and full texts (HTML, XML and PDF format published by OMICS Publishing Group are freely everyone immediately after publication.

- All works published by OMICS Publishing Group are und the Creative Commons Attribution License. This per copy, distribute, transmit and adapt the work provic work and source is appropriately cited.

- OMICS Publishing Group supports the Bethesda State Access Publishing.

### Definition of Open Access Publication

- An Open Access Publication is one that meets the conditions:

  1. The author(s) and copyright holder(s) grant(s) to a irrevocable, worldwide, perpetual right of access to, a copy, use, distribute, transmit and display the work make and distribute derivative works, in any digital r responsible purpose, subject to proper attribution of well as the right to make small numbers of printed personal use.

  2. A complete version of the work and all suppleme including a copy of the permission as stated above standard electronic format is deposited immediate publication in at least one online repository that is s academic institution, scholarly society, government a well-established organization that seeks to enable unrestricted distribution, interoperability, and long-ter the biomedical sciences, PubMed Central is such a repo

### Open access is a property of individual works, n journals or publishers.

- Community standards, rather than copyright law, v provide the mechanism for enforcement of proper responsible use of the published work, as they do now.



All Published content, except where otherwise noted, is licensed under a Creative Commons Attri

**Science for Society – Technology for Tactics**

# Citibank Account Opening Screen Print

06/09/09 09:55:50

Computer Name: CA387060

User Name: 7200876



Internal Use Only
# NEW BUSINESS RELATIONSHIP CHECKLIST



Business Name  OMICS GROUP INC.

## ALL NEW RELATIONSHIPS*

**Complete/obtain the following for all new relationships:**
- ☒ Business Deposit Account Application
- ☒ Business - General Deposit Resolution (except Sole Proprietor)
- ☒ Business Signature Card
- ☒ Verifications for all Businesses:
  - ☑ Successful D&B Verification
  - —— OR ——
  - ● Manual Phone Verification:
    - EXISTING ▮▮▮6328
  - ● Manual Address Verification:
    - EXISTING ▮▮▮6328

- ☐ Additional Verifications for Sole Proprietorships:
  - O Requirement for Sole Proprietorship with Dual Owners met
  - O Successful Chex System /eFunds Verification
  - O Manual TIN to Name Verification for all owner signers if systemic TIN to Name verification failed
    - 1st Signer (indicate verification method)_____
    - 2nd Signer (if applicable)_____
- ☒ Business-specific documentation (see adjacent table)
- ☐ Delegation of Operating Authority (if applicable)
- ☐ Is the type of business identified as high risk on the DETAILED DUE DILIGENCE INSTRUCTIONS FOR HIGH RISK BUSINESSES? **OR**
- ☒ Did the customer answer "Yes" to any of the Account Activity questions on the Business Deposit Account Application? If yes to either, then:
  - ● Complete all required actions listed on the DETAILED DUE DILIGENCE INSTRUCTIONS FOR HIGH RISK BUSINESS here (type if applicable)
  - ● Obtain information required for ADDENDUM A-ADDITIONAL ACCOUNT INFORMATION for each account
  - O Is the account for a Non-for-Profit/Non-Government Organization (NFP/NGO)? If yes, then:
    - O Review The Source > Not-for-Profit/Non-Government Organizations Accounts Procedure to determine if any additional due diligence is required
- ☐ Are any non-U.S. citizen signers or owners Senior Public Figures or related individuals? If yes, then:
  - O Complete KYC MEMO FOR SENIOR PUBLIC FIGURE form
  - O Complete EDDR form (http://www.citigroupnet/banking/CBNACompliance/CBNACompliance/eddr.html)
  - O Fax KYC memo AND all account opening documentation to FIU at 866-550-2540
- ☐ Do any owners own 25% or more of the business but are not signers on the account? If yes, then:
  - O Obtain information required for ADDENDUM B-OWNER NON-SIGNER INFORMATION
- ☐ Cash Management Referral form (if applicable)
- ☐ Business Account Missing Document Memorandum (if applicable)*
- ☐ Citi ThankYou* for Small Business Enrollment form(s) (if applicable)

## ADDITIONAL DOCUMENTATION FOR SPECIAL ACCOUNTS

- ☐ Out of State Business: the physical address is not in the state in which the account is being opened (including foreign physical addresses).
  - O Document reason to open the account in your branch.

- ☐ Trading Name/Doing Business As (DBA), obtain the Certification/Registration of the assumed name or DBA
- ☐ Account Manager Suite Products (CE, SDA, and DAA), obtain the Client Account Tax Certification.
  - O IOLA / IOLTA / IOTA, obtain the following:
    - • Taxpayer ID number of applicable State Bar
    - • Obtain client tax certification if appropriate

## BUSINESS SPECIFIC DOCUMENTATION REQUIREMENTS

**Sole Proprietor**
- ☐ Successful D&B verification **OR** one of the following:
  - O Copy of Business Certificate (aka Fictitious Name Statement/Assumed Name Certificate, DBA, etc.) issued by the county clerk if the account name is not in the name of the sole proprietor or indicates the presence of other parties.
  - O Screen print of county clerk's website showing owner's name, filing date, fictitious/DBA name (must specify the individual(s) present to open the account
  - O If professional using their own name (e.g., doctor, attorney, plumber, etc.): evidence of license

**Corporation**
- ☒ C Corporation  ☐ S Corporation  ☐ Single Stockholder Corporation
- O Successful D&B Verification **OR** one of the following:
  - O Print out from a government internet site that specifies the individual(s) present to open the account
  - O Government internet site printout with copy of filing receipt
  - O Copy of Certificate of Incorporation, Certificate of Formation, or equivalent
  - ● Articles of Incorporation stamped "filed" or "approved" by the Sec. of State

**Limited Liability Company (LLC)**
- ☐ Successful D&B Verification **OR** one of the following:
  - O Print out from a government internet site that specifies the individual(s) present to open the account
  - O Government internet site printout with copy of filing receipt
  - O Certificate of Registration    O Certificate of Formation
  - O Filed Articles of Organization

**Limited Liability Partnership (LLP)**
- ☐ Successful D&B Verification **OR** one of the following:
  - O Print out from a government internet site that specifies the individual(s) present to open the account
  - O Certificate of Limited Liability Partnership
- ☐ For each partner that is a Corporation, obtain Corporation documentation (listed above)

**General, Law or Limited Partnership**
- ☐ Successful D&B Verification **OR** one of the following (as applicable):
  - O Print out from a government internet site that specifies the individual(s) present to open the account
  - O For a General or Law Partnership:
    - - All markets: Provide a copy of the signed "Partnership Agreement," if the partners have a written partnership agreement
  - O For a Limited Partnership:
    - - All markets: Certificate of Limited Partnership or Limited Partnership Certificate filed with state. Must be stamped, "filed" or "receipted"
- ☐ For General and Law partnerships, Fictitious Name Statement/Assumed Name Certificate, if the partnership is not using the names of the partners
  - - New York: Provide a copy of their Business Certificate for Partners from the county or town where the business is being conducted and where the account will be opened (this location should be the same)
- ☐ For each partner that is a Corporation, obtain Corporation documentation (listed above)

**Unincorporated Association**
- O Evidence of Organization
  - (e.g., Stamped Articles of Organization, By Laws, or last meeting minutes, etc.)

**Business Trust**
- ☐ Successful D&B Verification **OR** the following:
  - O Copy of the first page, signature page and the section identifying trustees (and whether they act individually) from the Business Trust Agreement
- ☐ Trustee Certification

Completed By (Print Name)

AILEEN ACENAS  2/1/2013

*For handling exceptions to these requirements, see BUSINESS ACCOUNT OPENING: MISSING DOCUMENT EXCEPTIONS on The Source.

© 2012 Citibank, N.A., Member FDIC. Citi, Citibank, Citibank with Arc Design, and Citi ThankYou are registered service marks of Citigroup Inc. 1446  (Rev 12/21/12)

PX12 - 972

FEBRUARY 1, 2013



Account Officer : AILEEN ACENAS
CITIBANK, N.A.
PALO ALTO DOWNTOWN
250 UNIVERSITY AVE
PALO ALTO, CA 94301

OMICS GROUP INC.                                           Tax Id: ▇▇▇ 1904
5716 CORSA AVE SUITE 110                                   Phone: ▇▇▇▇
WESTLAKE VLG, CA 91362

| CitiBusiness Account Opening Confirmation | | | |
|---|---|---|---|
| **Checking** | **Account Number** | **Annual Interest Rate** | **Annual Percentage Yield** |
| CB STREAMLINED CHKG | ▇▇6407 | Refer Rate sheet | Refer Rate sheet |

**Account Title**                     **Account Mailing Address**
OMICS GROUP INC.                       5716 CORSA AVE  STE 110
                                       WESTLAKE VLG , CA 91362

Thank You for banking at Citibank. We want to help you manage all your money any time, anywhere, any way you choose.
For assistance with your account or information on Citibank services, call the CitiBusiness Service Center at 1-877-528-0990
24 hours a day 7 days a week.  For the Hearing and Speech impaired only call our Text Telephone: 1-800-945-0258.
•Additional information is contained in our Citibusiness® Client Manual.

For incoming domestic wire transfers on the above accounts, please use Citibank ABA/Routing Number: ▇▇▇▇▇▇
For incoming foreign wire transfers on the above accounts, please use Citibank ABA/Routing Number: ▇▇▇▇▇
 and SWIFT Code: CITI US ▇▇

*Page 1 of 1*

© 2012 Citibank, N.A. Member FDIC.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup, Inc.

## Acenas, Aileen A [NCB-SGMTS]

**From:**    Srinubabu Gedela [        @gmail.com]
**Sent:**    Friday, February 01, 2013 9:20 AM
**To:**      Acenas, Aileen A [NCB-SGMTS]; Szeto, Amy [NCB-RTLB]; Rampton, Tracy [NCB-RTLB];
             Srinubabu Gedela
**Subject:** UN-known checks were honored from OMICS Group Inc for $5500

Dear Aileen/Amy,

Today I noticed the clearance of unknown checks- #32212, 32211 for the amount of $5500(2750+2750) on 25 January, 2013. I am not giving any checks to any of our vendors. As you know we are not using checks for OMICS Group Inc/OMICS publishing Group. You are requested to credit the $5500 ASAP.

A/C No. Checking Account:          6328
A/c Name: OMICS Group Inc

Srinubabu Gedela., Ph.D
Director-OMICS Group Inc
Ph:                (mobile)

| 01/25/13 | | Check #32212 | View Check | -2,750.00 | 16,982.32 |
| 01/25/13 | | Check #32211 | View Check | -2,750.00 | 19,732.32 |

**Internal Use Only**
# NEW BUSINESS RELATIONSHIP CHECKLIST



Business Name  OMICS GROUP  *INC.*

| ALL NEW RELATIONSHIPS: | BUSINESS SPECIFIC DOCUMENTATION REQUIREMENTS |
|---|---|

**Complete/obtain the following for all new relationships:**

- ☑ Account Application
- ☑ Business Resolution (except Sole Proprietor)
- ☑ Business Signature Card
- ☑ Verifications:
  - ○ Successful D&B Verification
  - ------ OR ------
  - ☑ Manual Phone Verification:
  - **CONCIERGE**

  - ☑ Manual Address Verification:
  - **CONCIERGE**

- ☐ Business-specific documentation (see adjacent table)
- ☐ ChexSystems / eFunds (Sole Proprietor only)
- ☐ Delegation of Operating Authority, if appropriate
- ☑ Is the type of business identified as high risk on the Due Diligence form? OR
- ☑ Did the customer answer Yes to any of the questions in the Account Activity section of the Application?
  If yes to either, then:
  - ☑ Select the high risk business (HRB) indicator, when opening the account on Concierge
  - ☑ Complete required due diligence listed on the DUE DILIGENCE FOR HIGH RISK BUSINESS sheet (if applicable)
  - ☑ Obtain information required for ADDENDUM A - ADDITIONAL ACCOUNT/SIGNER INFORMATION
  - ○ Is the account for a Non-for-Profit /Non-Government Organization (NFP/NGO)? If yes, then:
    - ○ Review The Source+ Not-for-Profit / Non-Government Organizations Accounts Procedure to determine if any additional due diligence is required
- ☐ Any signers or owners are senior public figures or related individuals? Then complete the following:
  - ○ KYC MEMO FOR SENIOR PUBLIC FIGURE form
  - ○ Contact CBSCO
- ☐ Any owners own 25% or more of the business but are not signers on the account? If yes, complete:
  - ○ Obtain information required for ADDENDUM B– NON-SIGNER/OWNER INFORMATION

| ADDITIONAL DOCUMENTATION FOR SPECIAL ACCOUNTS |
|---|

- ☐ Out of State Business: the entity is not conducting business in the state in which the account is being opened.
  - ○ Document reason to open the account in your branch.

  _____

  _____

- ☐ Trading Name / DBA (Doing Business As), obtain the Certification/Registration of the assumed name or DBA
- ☐ Account Manager Suite Products (CE, SDA, and DAA), obtain the Client Account Tax Certification.
- ☐ IOLA / IOLTA / IOTA, obtain the following:
  - ○ Taxpayer ID number of applicable State Bar
  - ○ Obtain client tax certification if appropriate

**Sole Proprietor**
- ☐ Successful D&B verification OR one of the following to prove business purpose:
  - ○ Print-out from a government internet site
    *Must specify the individual(s) presenting themselves to open the account*
  - ○ Fictitious Name Statement stamped by the county clerk
    *aka: Certificate/Document of Doing Business As*
  - ○ If professional using their own name (e.g., doctor, attorney, plumber, etc.) evidence of license

**Corporation**
- ☐ Successful D&B Verification OR one of the following:
  - ○ Print out from a government internet site that specifies the individual(s) presenting themselves to open the account
  - ○ Government internet site printout with copy of filing receipt
  - ○ Copy of the Certificate of Incorporation
  - ○ Articles of Incorporation stamped "filed" or "approved" by the Sec. of State

**Limited Liability Company (LLC)**
- ☐ Successful D&B Verification OR one of the following:
  - ○ Print out from a government internet site that specifies the individual(s) presenting themselves to open the account
  - ○ Government internet site printout with copy of filing receipt
  - ○ Certificate of Registration       ○ Certificate of Formation
  - ○ Filed Articles of Organization

**Limited Liability Partnership (LLP)**
- ☐ Successful D&B Verification OR one of the following:
  - ○ Print out from a government internet site that specifies the individual(s) presenting themselves to open the account
  - ○ Certificate of Limited Liability Partnership
- ☐ For each partner that is a Corporation, obtain Corporation documentation (listed above)

**General or Limited Partnership**
- ☐ Successful D&B Verification OR one of the following (as applicable):
  - ○ Print out from a government internet site that specifies the individual(s) presenting themselves to open the account
  - ○ For a General Partnership:
    - • Tri-State: Provide a copy of their Business Certificate for Partners from the county or town where the business is being conducted and where the account will be opened (this location should be one in the same)
    - • All other markets: Provide a copy of the "Partnership Agreement" (if available, Texas and D.C. do not require)
    *IMPORTANT: Law Partnerships are exempt from this requirement.*
  - ○ For a Limited Partnership:
    - • NY: Certified copy of the business certificate from the Secretary of State
    - • All other markets: Certificate of Limited Partnership filed with the state *Must be stamped, "filed" or "receipted"*
- ☐ Fictitious Name Statement if the partnership is not using the names of the partners
- ☐ For each partner that is a Corporation, obtain Corporation documentation (listed above)

**Unincorporated Association**
- ☐ Evidence of Organization
  (e.g., Stamped Articles of Organization, By Laws, or last meeting minutes, etc.)

**Business Trust**
- ☐ Successful D&B Verification OR the following:
  - ○ Copy of the first page, signature page and the section identifying trustees (and whether they act individually) from the Business Trust Agreement
- ☐ Trustee Certification

| Completed By (Print Name) ✓<br>AILEEN ACENAS  2/22/12 | Reviewed By (Print Name)<br>*Steb* |
|---|---|
| Errors Acknowledged (initial),<br>if applicable | Date Reviewed<br>2/29/12 | Errors Identified & Noted Above<br>☐ Yes  ☑ N/A |

*For handling exceptions to these requirements, see BUSINESS: ACCOUNT OPENING EXCEPTION POLICY on The Source.

© 2011 Citibank, N.A., Member FDIC. Citibank and Arc Design is a registered service mark of Citigroup Inc.

Rev: 07/01/11

# CitiBusiness Account Agreement

Date Opened: **2/22/2012**        Branch: **387 PALO ALTO MAIN**        Account Officer: **Aileen Acenas**

---

## Business Information

Business Name: **OMICS GROUP** *INC.*
Physical Business Address: **OMICS GROUP** *INC*
**5716 CORSA AVE Suite 110**
**WESTLAKE VLG, CA 91362**

CIN:
Tax ID: **-1904**
Phone:
FAX: **NO FAX**

Business Entity: **C-Corporation**
Start Date: **11/02/2011**
Annual Sales: **NOT ENTERED**
Dun's Identifier: **NOT ENTERED**

SIC Code: **1673**
Number of Employees: **2**

---

## Account Signers

Signer Name
**SRINUBABU GEDELA**

CIN

---

Signer: **SRINUBABU GEDELA**        Birthdate: **06/15/82**        Social Security #: **-1146**
Percent Ownership: **100** Signer Title: **President/Chairperson**

Home Address: **5716 CORSA AVE Suite 110**
**WESTLAKE VLG, CA 91362**

Business Title: **President/Chairperson**
Business Phone:

Home Phone:

Mother's Maiden Name:

First School Attended: **ZPH SCHOOL**

Public Figure/Related Indiv: **N**

Identification/References: **QUALIFILE:**
**NON US PASS:** **04/27/2004 N 04/26/2014**
**DEBIT CRD: CITIBANK** **Y 06/25/2014**

---

## Account Information

Account Mailing Address: **OMICS GROUP**
**5716 CORSA AVE Suite 110**
**WESTLAKE VLG, CA 91362**

---

Account Title: **OMICS GROUP**

Account Type: **CB STREAMLINED CHKG**
Deposit Amount: **0.00**

Account Number: **6328**
Account Tax ID: **904**

---

Member FDIC

Equal Housing Lender

**CITIBANK, N.A.**

Page 1

# CitiBusiness Account Agreement

**IMPORTANT INFORMATION ABOUT OPENING A NEW ACCOUNT AT CITIGROUP**

To help the United States Government fight terrorism and money laundering, Federal law requires us to obtain, verify, and record information that identifies each business or entity that opens an account or establishes a relationship. What this means for you: when you open an account or establish a relationship, we will ask for your business name, a street address and tax identification number, that Federal law requires us to obtain. We appreciate your cooperation.

**TAX CERTIFICATION**

**For All Businesses:** Tax Certification (from IRS form W-9) applicable only when signature(s) appear below:

**Part II:** For U.S. Payees Exempt From Backup Withholding: ☐ Exempt  ☐ Not Exempt  **(Check One)**

**Part III: Certification**

**Under penalties of perjury, I certify that:**

1. The number shown on this form is the business entity's correct taxpayer identification number, and that

2. The business entity is not subject to backup withholding because: (a) the business entity is exempt from backup withholding, or (b) the business entity has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the business entity that it is no longer subject to backup withholding.

3. The payee is a U.S. person (entity)

Certification Instructions: You must cross out item 2 above if the business entity has been notified by the IRS that it is currently subject to backup withholding because it failed to report all interest and dividends on its tax return.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Foreign Businesses complete IRS Form W-8 BEN

**ACCOUNT AGREEMENT AND AUTHORIZATION**

By signing below: I: (1) certify that the tax status of the business indicated above is true and correct: (2) acknowledge and agree to be bound by any agreement governing any account and service for which I apply and am approved including the terms and conditions of the CitiBusiness Client Manual and Schedule of Fees and Charges which I have received: (3) acknowledge that by opening a deposit account, Business Credit Account or Business Checking Plus Account, either Citibank or I may elect to require any dispute between us concerning the aforementioned accounts or any other deposit account, Business Credit Account or Business Checking Plus Account, be resolved by binding arbitration. Citibank may obtain credit reports and make other inquiries it deems appropriate about both the business entity and me individually. Additional accounts may be opened under this agreement by submitting signature cards at a future date.

By: _____

**SRINUBABU GEDELA 2/22/2012**

**BANK USE ONLY**

CitiBusiness Entity ☐ NYB ☐ CMD ☐ CDC ☐ FSB ☐ FNA ☐ CCA ☐ CNV ☐ CIL ☐ CCT ☐ CNJ ☐ CTX

| | | |
|---|---|---|
| Financial Center Name | Financial Center Number | Date Opened |
| **PALO ALTO MAIN** | 387 | 2/22/2012 |
| Prepared By | Phone Number | Officer Code |
| **Aileen Acenas** | | |
| Second Level Review Signature | Title | Personal #  | Date |

Market Segment: ☐ Business Banking  ☐ Commercial Banking  ☐ Middle Market  ☐ Commercial Real Estate  ☐ Other

Member FDIC

Equal Housing Lender

**END of APPLICATION**

# CITIBANK, N.A.

PX12 - 977

# ATTACHMENT N

## Part 3 of 3

# CitiBusiness®

## citibank



| Financial Center # | 387 | Marketplace | CA | | Current Date | 2-22-12 |
|---|---|---|---|---|---|---|
| Tax ID | | ▓1904 | | Number of Signers required to transact | | 1 |
| Business Entity Name | OMICS PUBLISHING ~~ac~~ GROUP INC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓6328 6407 | Signer 1:<br><br>SRINU BABU GEDELA | X  G. ssrinubobu |
| | Signer 2:<br><br> | X |
| | Signer 3:<br><br> | X |

---

# CitiBusiness®

## citibank

| Financial Center # | 387 | Marketplace | CA | | Current Date | 2-22-12 |
|---|---|---|---|---|---|---|
| Tax ID | | 1904 | | Number of Signers required to transact | | 1 |
| Business Entity Name | OMICS PH GROUP INC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓6328 ▓6407 | Signer 1:<br><br>SRINU BABU GEDELA | X  G. ssrinubabu |
| | Signer 2:<br><br> | X |
| | Signer 3:<br><br> | X |

Item CSC001 (New 2/07) © 2010 Citibank, N.A., Member FDIC. CitiBusiness and Citibank and Arc Design are registered service ma.... Citigroup Inc.

## ADD BUSINESS ACCOUNT TO EXISTING RELATIONSHIP    citibank

| Business Name OMICS GROUP INC. | Business TIN ███904 | Date 2/1/2013 |
|---|---|---|

**ACCOUNT ACTIVITY—Select Yes or No for each question.**
*If any "Yes", then complete Addendum A for each account on the application.*

| | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | ☐ Yes ☒ No |
| Will you send or receive wires to/from countries outside of the United States? | ☒ Yes ☐ No |
| Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month? | ☐ Yes ☒ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ☐ Yes ☒ No |
| Do any owners own 25% or more of the business but are not signers on the account? (complete Addendum B if "Yes") | ☐ Yes ☒ No |

**DEPOSIT PRODUCT SELECTION** *(Complete all fields for each account requested. Add additional pages, if needed.)*

██████ 6407

| Product (Select One): | ☒ Checking Account | ☐ Savings Account | ☐ Money Market Account | ☐ Certificate of Deposit (CD) |
|---|---|---|---|---|

| Intended Balance (Select One) | ☒ Under $25,000 ☐ $25,000 - $50,000 ☐ $50,000 - $250,000 | ☐ $250,000 - $500,000 ☐ $500,000 - $1 million ☐ Greater than $1 million | Source of Initial Deposit (Select all that apply) | ☐ Cash/Currency ☐ Check from Existing Bank ☐ Citibank Account ☒ Wire from Existing Bank ☐ Other _____ |
|---|---|---|---|---|

| Purpose of Account (Select all that apply) | ☒ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other _____ |
|---|---|

| Checking Account Type ☒ Streamlined ☐ Flexible ☐ CitiBusiness® ☐ Interest Checking | CD Maturity Options (if applicable) CD Term: _____ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: _____ | CD Interest Options (if applicable) ☐ Interest at maturity (terms less than 1 year) ☐ Post to Account ☐ Post Interest to Account #: _____ ☐ Mail check to account address |
|---|---|---|

**Account 2**

| Product (Select One): | ☐ Checking Account | ☐ Savings Account | ☐ Money Market Account | ☐ Certificate of Deposit (CD) |
|---|---|---|---|---|

| Intended Balance (Select One) | ☐ Under $25,000 ☐ $25,000 - $50,000 ☐ $50,000 - $250,000 | ☐ $250,000 - $500,000 ☐ $500,000 - $1 million ☐ Greater than $1 million | Source of Initial Deposit (Select all that apply) | ☐ Cash/Currency ☐ Check from Existing Bank ☐ Citibank Account ☐ Wire from Existing Bank ☐ Other _____ |
|---|---|---|---|---|

| Purpose of Account (Select all that apply) | ☐ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other _____ |
|---|---|

| Checking Account Type ☐ Streamlined ☐ Flexible ☐ CitiBusiness® ☐ Interest Checking | CD Maturity Options (if applicable) CD Term: _____ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: _____ | CD Interest Options (if applicable) ☐ Interest at maturity (terms less than 1 year) ☐ Post to Account ☐ Post Interest to Account #: _____ ☐ Mail check to account address |
|---|---|---|

**BANK USE ONLY**

| Linking – List Related Account ☐ Safety Check ☐ Statement ☐ Account Analysis | Card Access Card Access for signers designated in signer section? ☐ Yes ☐ No Primary Account linked to Card? ☐ Yes ☐ No |
|---|---|
| Account Officer – Print Name AILEEN ACENAS | Phone Number 650-322-5231 |

Attach to completed Account Application and retain in branch file.

© 2012 Citibank, N.A., Member FDIC. Citibank, Citibank with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.    1446 (Rev. 10/20/12)

# BUSINESS DEPOSIT ACCOUNT APPLICATION



## BUSINESS INFORMATION

| Business Name | Doing Business As/DBA *(if applicable)* |
|---|---|
| **OMICS GROUP INC.** | |

**Business Entity Type** *(Select One)*
☑ Corporation ☐ Unincorporated Association ☐ Public Entity
☐ Partnership (General, limited or Law) ☐ Limited Liability Company ☐ Business Trust
☐ Limited Liability Partnership ☐ Sole Proprietorship

Is the Entity a Not-For-Profit/Non-Government Organization?
☐ Yes ☑ No

| Tax Identification Number | Type of Tax ID *(Select One)* | ☐ Social Security Number ☑ Employer ID Number | Business Start Date |
|---|---|---|---|
| ▮▮1904 | | | 11/02/2011 |

| Number of Locations | Annual Gross Revenue | Annual Net Profit | Number of Employees/Agents |
|---|---|---|---|
| 1 | $ 100000 | $ 50000 | 2 |

| Business Phone | Business Fax | Is Business Home Based? |
|---|---|---|
| | | ☐ Yes ☑ No |

Business Industry/Activity/Description
**ORGANIZE CONFERENCES/ SYMPOSIUMS FOR SCIENTISTS**

| Primary Contact Name | Primary Contact Phone | Primary Contact Email |
|---|---|---|
| **SRINU BABU GEDELA** | | ▮▮▮@omicsonline.org |

## PHYSICAL ADDRESS

| Street Number | Street Name |
|---|---|
| 5716 | CORSA AVE |

| Suite/Mailstop/etc. *(if applicable)* | City | | State | Zip |
|---|---|---|---|---|
| SUITE 110 | WESTLAKE VLG | | CA | 91362 |

## MAILING ADDRESS *(if different than above)*

| Street Number | Street Name |
|---|---|
| | same |

| Suite/Mailstop/etc. *(if applicable)* | City | State | Zip |
|---|---|---|---|
| | | | |

## DEPOSIT PRODUCT SELECTION *(Complete all fields for each account requested. Add additional pages if needed.)*

### Account 1 — ▮▮▮6407

Product *(Select One)* ☑ Checking Account ☐ Savings Account ☐ Money Market Account ☐ Certificate of Deposit (CD)

| Intended Balance *(Select One)* | Source of Initial Deposit *(Select all that apply)* |
|---|---|
| ☑ Under $25,000 ☐ $250,000-$500,000 ☐ $25,000-$50,000 ☐ $500,000-$1 million ☐ $50,000-$250,000 ☐ Greater than $1 million | ☐ Cash/Currency ☐ Check from Existing Bank ☑ Citibank Account ☐ Wire from Existing Bank ☐ Other _____ |

Purpose of Account *(Select all that apply)* ☑ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other _____

| Checking Account Type | CD Maturity Options *(if applicable)* | CD Interest Options *(if applicable)* |
|---|---|---|
| ☑ Streamlined ☐ Flexible ☐ CitiBusiness[a] ☐ Interest Checking | CD Term: _____ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: _____ | ☐ Interest at maturity *(terms less than 1 year)* ☐ Post to Account ☐ Post Interest to Account #: _____ ☐ Mail check to account address |

### Account 2

Product *(Select One)* ☐ Checking Account ☐ Savings Account ☐ Money Market Account ☐ Certificate of Deposit (CD)

| Intended Balance *(Select One)* | Source of Initial Deposit *(Select all that apply)* |
|---|---|
| ☐ Under $25,000 ☐ $250,000-$500,000 ☐ $25,000-$50,000 ☐ $500,000-$1 million ☐ $50,000-$250,000 ☐ Greater than $1 million | ☐ Cash/Currency ☐ Check from Existing Bank ☐ Citibank Account ☐ Wire from Existing Bank ☐ Other _____ |

Purpose of Account *(Select all that apply)* ☐ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other _____

| Checking Account Type | CD Maturity Options *(if applicable)* | CD Interest Options *(if applicable)* |
|---|---|---|
| ☐ Streamlined ☐ Flexible ☐ CitiBusiness[a] ☐ Interest Checking | CD Term: _____ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: _____ | ☐ Interest at maturity *(terms less than 1 year)* ☐ Post to Account ☐ Post Interest to Account #: _____ ☐ Mail check to account address |

## DEPOSIT ONLY CARDS

☐ Please Issue Deposit Only Card(s)    How Many?: _____

© 2012 Citibank, N.A. Member FDIC. Citibank, Citibank with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.
1446 (Rev. 10/20/12)

# BUSINESS DEPOSIT ACCOUNT APPLICATION



ACCOUNT ACTIVITY—Select Yes or No for each question. If any "Yes", then complete Addendum A for each account on the application.

| | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | ☐ Yes ☒ No |
| Will you send or receive wires to/from countries outside of the United States? | ☒ Yes ☐ No |
| Will you deposit or withdraw more than $120,000 in cash, travelers' checks or money orders each month? | ☐ Yes ☒ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ☐ Yes ☒ No |

SIGNER INFORMATION—Complete for each signer. If more than 4 signers, then add Signer Personal Information form.

Do any owners own 25% or more of the business but are not signers on the account? (complete Addendum B if "Yes")   ☐ Yes ☒ No

### SIGNER 1

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| **SRINU BABU** | | **GEDELA** | | | |

| Business Title | Email Address | | Telephone Number | % Company |
|---|---|---|---|---|
| President/Chairperson | @OMICSONLINE.ORG | | | Owned 100 |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| ZPH SCHOOL | | 1146 | ☐ Debit ☐ ATM ☒ None |

| Citizenship (Select One) | If Resident Alien or NRA, then complete A and B below: |
|---|---|
| ☐ US Citizen   ☐ Resident Alien<br>☒ Non Resident Alien (NRA) | A. Country of Citizenship: **India**<br>B. Is Signer a Senior Public Figure (SPF) or related to an SPF?   ☐ Yes ☒ No |

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| PHOTO NON-U.S. PASSPORT | IND | | 04/27/2004 | 04/26/2014 |

### SIGNER 2

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

| Citizenship (Select One) | If Resident Alien or NRA, then complete A and B below: |
|---|---|
| ☐ US Citizen   ☐ Resident Alien<br>☐ Non Resident Alien (NRA) | A. Country of Citizenship: _____<br>B. Is Signer a Senior Public Figure (SPF) or related to an SPF?   ☐ Yes ☐ No |

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### SIGNER 3

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

| Citizenship (Select One) | If Resident Alien or NRA, then complete A and B below: |
|---|---|
| ☐ US Citizen   ☐ Resident Alien<br>☐ Non Resident Alien (NRA) | A. Country of Citizenship: _____<br>B. Is Signer a Senior Public Figure (SPF) or related to an SPF?   ☐ Yes ☐ No |

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### SIGNER 4

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

| Citizenship (Select One) | If Resident Alien or NRA, then complete A and B below: |
|---|---|
| ☐ US Citizen   ☐ Resident Alien<br>☐ Non Resident Alien (NRA) | A. Country of Citizenship: _____<br>B. Is Signer a Senior Public Figure (SPF) or related to an SPF?   ☐ Yes ☐ No |

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

*Social Security Number or ITIN required for Sole Proprietorships, Single Stockholder Corporations, Single Member LLCs and any Signer requesting a Debit Card.

# BUSINESS DEPOSIT ACCOUNT APPLICATION



CITIBUSINESS ONLINE ENROLLMENT (SHORT FORM FOR BASIC SERVICES)

☐ Create new enrollment for the following authorized users and apply this enrollment to all accounts on this application:

| | Access Level/System Entitlements (see below for definitions) | | | |
|---|---|---|---|---|
| | **System Administrator** | | **Transactional Entitlements** | |
| | Yes | No | Unlimited | View/Set-up Only |
| User 1 | ☐ | ☐ | ☐ | ☐ |
| User 2 | ☐ | ☐ | ☐ | ☐ |
| User 3 | ☐ | ☐ | ☐ | ☐ |
| User 4 | ☐ | ☐ | ☐ | ☐ |

You must add at least one user during enrollment. All user passwords and tokens are sent to the primary contact at the address on file for the primary account.

If a checking account (business or personal) is linked to a savings account and/or a Checking Plus line with the same account number, those linked accounts will automatically be linked in CitiBusiness Online and share the same entitlements as the checking account.

☐ Do not enroll in CitiBusiness Online at this time.

☐ Enable Wire Transfers. (Provides ability to initiate domestic and foreign wire transfers.)

☐ Enroll in cash manager suite of services. (Includes Today's Activity Reporting, System Administrator levels, System Administrator Maker-Checker and Specialized Transfer Services. Monthly fee applies.)

☐ Also enable System Administrator Maker-Checker. (This option provides audit control for administrative tasks such as adding or deleting users, issuing new passwords, etc. Each administrative task initiated by one System Administrator (a "Maker") must be approved by a different System Administrator (a "Checker").)

☐ Optional: Link Personal Account number
(for Sole Proprietorships, Single-Stockholder Corporations and Single-Member LLCs only)

Only owners of Sole Proprietorships, Single-Stockholder Corporations, and Single-Member LLCs may link their personal accounts to CitiBusiness Online. If an owner opts to link a personal account, the owner must also list one individual who will have unlimited entitlement to that account. This account owner must sign below.

X

_____    _____
Personal Account Owner First and Last Name          Personal Account Owner Signature

## Access Levels/System Entitlements

**System Administrators** can view and change user account entitlements (including own); add, suspend, reactivate, change, delete users; issue new passwords, change system administrator level; change user menu options and business settings; view user information, user entitlement reports, audit reports, and business information. It is recommended that at least one user in the Business be set up as a System Administrator. **Limiting assignment of System Administrator entitlement to an account signer is strongly recommended.**

**Unlimited** entitlement authorizes a user to execute transactions of any amount for all linked business accounts without additional review or approval including internal transfers (including loan repayments and line of credit draw-downs on select credit products), wire transfers, international checks and bill payments, and to submit Stop Payment requests.

**View/Set Up Only** entitlement authorizes a user to set up transactions for another user to approve and to submit stop payment requests. A user with View/Set Up Only entitlement is restricted from executing transactions and approving the transactions of others.

All users will initially have access to Information Reporting (including Recent Activity, Balance Summary, Incoming Wires, and Check Images) and Online Statements. Online Statements allow a user to view statements for ALL linked business accounts, including those for which the user has no transactional or other entitlement.

## Terms and Conditions

- The Business and all users will comply with the terms of this enrollment form, the Maintenance/Custom Entitlement Form (as applicable), the CitiBusiness Online User Agreement and those agreements governing the accounts and services accessed through CitiBusiness Online.

- Each user's delegated authority meets the security requirements of the Business.

- Any individual listed as System Administrator may act on behalf of the Business with the initial entitlements defined by this enrollment form. A System Administrator's entitlements will apply equally to all accounts linked through CitiBusiness Online.

- Citibank can honor electronic instructions from any authorized user on behalf of the Business, including instructions to: (1) transfer money to other Citibank accounts/loans (including loan repayments and line of credit draw-downs on select credit products), (2) send wire transfers and foreign checks to designated third parties, (3) make bill payments to designated payees, (4) open new accounts, (5) view and transact on any linked credit card account, and (6) conduct any other financial transaction available through CitiBusiness Online. Citibank follows these instructions when the User IDs and Passwords of users designated on this form or subsequently added on behalf of the Business have been entered.

For assistance with CBusOL, please call Customer Service at 1-800-285-1709, option 1.

Banker use only:
☐ CitiBusiness Online Maintenance/Custom Entitlement Form attached.
☐ This page intentionally left blank; separate CitiBusiness Online enrollment documentation on file.

ACCOUNT# ████ ᵇ4ᴜ7 

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A-Additional Account Information)

citibank 

### MAJOR SUPPLIERS - Provide the names and locations of your top three suppliers

**Please Note:** Basic operating expenses such as office supplies, rent, utilities do not generally need to be listed. If you have no major suppliers, then provide explanation.

| Name | Location |
|------|----------|
| STANFORD UNIVERSITY | PALO ALTO, CA |
| SEATTLE UNIVERSITY | SEATTLE, WA |
| UNIV OF PENNSYLVANIA | PENN, PA |

**Explanation** (if applicable):

### MAJOR CUSTOMERS

Select one:  ☒ Retail – sells to general public

☐ Other – list top three customers and locations in adjacent fields

| Name | Location |
|------|----------|
| Name | Location |
| Name | Location |

### TRANSACTION DETAILS - Indicate types of transactions you intend to complete and provide details on each. Required for each account except standard CDs

**Cash Deposits?**   ☐ Yes  ☒ No
If Yes:

Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more

Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Cash Withdrawals (Including ATMs)?**   ☐ Yes  ☒ No
If Yes:

Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more

Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Deposit Official Checks, Money Orders or Travelers Checks?**   ☐ Yes  ☒ No
If Yes:

Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20 ☐ 20+

**Purchase Official Checks, Money Orders or Travelers Checks?**   ☐ Yes  ☒ No
If Yes:

Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____

Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20 ☐ 20+

**Receive Wire Transfers (Domestic and/or International)?**   ☒ Yes  ☐ No
If Yes:

Dollar Range per Month:
☒ Under $250,000
☐ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more

Transactions Per Month
☒ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Send Wire Transfers (Domestic and/or International)?**   ☒ Yes  ☐ No
If Yes:

Dollar Range per Month:
☒ Under $250,000
☐ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more

Transactions Per Month
☒ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☒ Yes ☐ No If Yes, complete adjacent fields | ☒ Send ☐ Receive | INDIA | ☒ 1-10  ☐ 11-20 ☐ 21-50  ☐ 51 or more | <$25K | MEMBERSHIP FEE |
| | ☐ Send ☒ Receive | INDIA | ☒ 1-10  ☐ 11-20 ☐ 21-50  ☐ 51 or more | <$25K | OPERATING FUNDS |
| | ☐ Send ☐ Receive | | ☐ 1-10  ☐ 11-20 ☐ 21-50  ☐ 51 or more | | |
| | ☐ Send ☐ Receive | | ☐ 1-10  ☐ 11-20 ☐ 21-50  ☐ 51 or more | | |

© 2012 Citibank, N.A. Member FDIC. Citibank with Arc Design is a registered service mark of Citigroup Inc.
1446 (Rev. 10/20/12)

# BUSINESS DEPOSIT ACCOUNT APPLICATION

**citibank**

## BUSINESS INFORMATION

**Business**
OMICS GROUP INC

**DBA (If Applicable)**

**Business Entity Type (Select One)**
- [X] Corporation
- [ ] Partnership (General, Limited, or Law)
- [ ] Limited Liability Partnership
- [ ] Single Stockholder Corporation
- [ ] Limited Liability Company
- [ ] Sole Proprietorship
- [ ] Unincorporated Association
- [ ] Public Entity
- [ ] Business Trust

**Is the Entity a Not for Profit?**
[ ] Yes  [X] No

**Tax Identification Number**
1904

**Type of Tax ID (Select One)**
[ ] Social Security Number
[X] Employer ID Number

**Business Start Date**
11-2-2011

**Number of Locations**
1

**Annual Sales**
$ N/A

**Annual Net Profit**
$ N/A

**Number of Employees/Agents**
2

**Business Industry/Activity/Description-**
ORGANIZE CONFERENCES FOR SCIENTISTS

**Is Business Home Based?**
[ ] Yes  [X] No

**Business Phone**

**Business Fax**

**Primary Contact Person and Phone**
SRINU BABU GEDELA

## PHYSICAL ADDRESS

**Street Number**
5716

**Street Name**
CORSA AVE.

**Suite/Mailstop/etc (If applicable)**
STE 110

**City**
WESTLAKE VLG

**State**
CA

**Zip**
91362

## MAILING ADDRESS (If different than above)

**Street Number**

**Street Name**
Same

**Suite/Mailstop/etc (If applicable)**

**City**

**State**

**Zip**

## DEPOSIT PRODUCT SELECTION (Complete all fields for each account requested. Add additional pages, if needed.)

### Account 1

**Select Product:**
[X] Checking Account   [ ] Savings   [ ] Money Market Account   [ ] 7/14 CD   [ ] Certificate of Deposit

**Purpose of Account (Select One)**
[X] Operating   [ ] Payroll   [ ] Petty Cash   [ ] Savings   [ ] Investment   [ ] Other

**Estimated Initial Deposit Amount**
TBD

**Source of Initial Deposit (Select One)**
[ ] Citibank Account  [ ] Check from Existing Bank
[ ] Cash/Currency  [X] Wire from Existing Bank
[ ] Other

**Intended Balance (Select One)**
[X] Under $25,000   [ ] $250,000 - $500,000
[ ] $25,000 - $50,000   [ ] $500,000 - $1 million
[ ] $50,000 - $250,000   [ ] Greater than $1 million

**Checking Account Type**
[X] Streamlined   [ ] Flexible
[ ] CitiBusiness   [ ] Interest Checking
[ ] IOLA/IOTA/IOLTA – Enter state: _____
[ ] MAHT   [ ] Other: _____

**CD Maturity Options (if applicable)**
CD Term: _____
[ ] Roll over CD at maturity
[ ] Transfer principal and interest at maturity to account #: _____

**CD Interest Options (if applicable)**
[ ] Interest at maturity (terms less than 1 year)
[ ] Post to Account
[ ] Post Interest to Account #: _____
[ ] Mail check to account address

### Account 2

**Select Product:**
[ ] Checking Account   [ ] Savings   [ ] Money Market Account   [ ] 7/14 CD   [ ] Certificate of Deposit

**Purpose of Account (Select One)**
[ ] Operating   [ ] Payroll   [ ] Petty Cash   [ ] Savings   [ ] Investment   [ ] Other

**Estimated Initial Deposit Amount**

**Source of Initial Deposit (Select One)**
[ ] Citibank Account  [ ] Check from Existing Bank
[ ] Cash/Currency  [ ] Wire from Existing Bank
[ ] Other

**Intended Balance (Select One)**
[ ] Under $25,000   [ ] $250,000 - $500,000
[ ] $25,000 - $50,000   [ ] $500,000 - $1 million
[ ] $50,000 - $250,000   [ ] Greater than $1 million

**Checking Account Type**
[ ] Streamlined   [ ] Flexible
[ ] CitiBusiness   [ ] Interest Checking
[ ] IOLA/IOTA/IOLTA – Enter state: _____
[ ] MAHT   [ ] Other: _____

**CD Maturity Options (if applicable)**
CD Term: _____
[ ] Roll over CD at maturity
[ ] Transfer principal and interest at maturity to account #: _____

**CD Interest Options (if applicable)**
[ ] Interest at maturity (terms less than 1 year)
[ ] Post to Account
[ ] Post Interest to Account #: _____
[ ] Mail check to account address

# BUSINESS DEPOSIT ACCOUNT APPLICATION

## citibank

| ACCOUNT ACTIVITY - *Select Yes or No for each question (complete Addendum A if any "Yes")* | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | ☐ Yes ☒ No |
| Will you send or receive funds to/from countries outside of the United States? | ☒ Yes ☐ No |
| Will you deposit or withdraw more than $120,000 in cash, travelers checks or money orders each month? | ☐ Yes ☒ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ☐ Yes ☒ No |

**SIGNER INFORMATION** - *Complete for each signer, if more than 4 signers, add additional pages.*

Do any owners own 25% or more of the business but are not signers on the account? *(complete Addendum B if "Yes")*   ☐ Yes ☒ No

### SIGNER 1

| First Name SRINU BABU | MI | Last Name GEDELA |
|---|---|---|
| Date of Birth | Business Title PRES | % Company Owned 100% |
| First School Attended ZPH SCHOOL | Mother's Maiden Name | Email Address damicsonline.org | Telephone Number |

Citizenship *(Select One)*   ☐ US Citizen  ☐ Resident Alien  ☒ Non Resident Alien (NRA)   |   Issue Card: ☒ Debit ☒ ATM ☐ None

If Resident Alien or NRA, enter country of citizenship and answer question: Country of Citizenship INDIA   Social Security Number* /146
Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☒ No

| Identification –Type INDIA   PP | Number | Issue Date 4/27/04 | Expiration Date 4/26/14 |
|---|---|---|---|

### SIGNER 2

| First Name | MI | Last Name |
|---|---|---|
| Date of Birth | Business Title | % Company Owned |
| First School Attended | Mother's Maiden Name | Email Address | Telephone Number |

Citizenship *(Select One)*   ☐ US Citizen  ☐ Resident Alien  ☐ Non Resident Alien (NRA)   |   Issue Card: ☐ Debit ☐ ATM ☐ None

If Resident Alien or NRA, enter country of citizenship and answer question: Country of Citizenship _____   Social Security Number*
Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification –Type | Number | Issue Date | Expiration Date |
|---|---|---|---|

### SIGNER 3

| First Name | MI | Last Name |
|---|---|---|
| Date of Birth | Business Title | % Company Owned |
| First School Attended | Mother's Maiden Name | Email Address | Telephone Number |

Citizenship *(Select One)*   ☐ US Citizen  ☐ Resident Alien  ☐ Non Resident Alien (NRA)   |   Issue Card: ☐ Debit ☐ ATM ☐ None

If Resident Alien or NRA, enter country of citizenship and answer question: Country of Citizenship _____   Social Security Number*
Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification –Type | Number | Issue Date | Expiration Date |
|---|---|---|---|

### SIGNER 4

| First Name | MI | Last Name |
|---|---|---|
| Date of Birth | Business Title | % Company Owned |
| First School Attended | Mother's Maiden Name | Email Address | Telephone Number |

Citizenship *(Select One)*   ☐ US Citizen  ☐ Resident Alien  ☐ Non Resident Alien (NRA)   |   Issue Card: ☐ Debit ☐ ATM ☐ None

If Resident Alien or NRA, enter country of citizenship and answer question: Country of Citizenship _____   Social Security Number*
Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification –Type | Number | Issue Date | Expiration Date |
|---|---|---|---|

### DEPOSIT ONLY CARDS

☐ Please issue Deposit Only Card(s)   How many? _____

*Social Security Number required for Sole Proprietorships, Single Stockholder Corporations, Single Member LLCs and any Signer requesting a Debit Card.

© 2011 Citibank, N.A. Member FDIC. Citibank and Arc Design is a registered service mark of Citigroup Inc.
Rev. 11/2011

PX12 - 986

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A – Additional Account Information)



### MAJOR SUPPLIERS  Provide the names and locations of your top three suppliers

| Name | Location |
|---|---|
| AT&T | USA |
| UNIVERSITIES | USA |
| | |

### MAJOR CUSTOMERS

Select one:
☐ Retail/Sells to general public
☑ Other - List top three customers and locations in adjacent fields

| Name | Location |
|---|---|
| UNIVERSITIES | USA |
| SCIENTISTS | USA |
| | |

### TRANSACTION DETAILS  Indicate types of transactions you intend to complete and provide details on each. Required for each account except standard CDs.

**Cash Deposits?**   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more
Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Cash Withdrawals (Including ATMs)?**   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more
Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Deposit Official Checks, Money Orders or Travelers Checks?**   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____
Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

**Purchase Official Checks, Money Orders or Travelers Checks?**   ☐ Yes  ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____
Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20  ☐ 20+

**Receive Wire Transfers?**   ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $250,000
☐ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more
Transactions Per Month
☑ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

**Send Wires Transfers?**   ☑ Yes  ☐ No
If Yes:
Dollar Range per Month:
☑ Under $250,000
☐ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more
Transactions Per Month
☑ 1-10   ☐ 11-20
☐ 21-50   ☐ 51 or more

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☑ Yes ☐ No If Yes, complete adjacent fields | ☑ Send ☐ Receive | INDIA | ☑ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | <$25K | membership fees |
| | ☐ Send ☑ Receive | INDIA | ☑ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | <$25K | OPERATING EXP |
| | ☐ Send ☐ Receive | | ☐ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |
| | ☐ Send ☐ Receive | | ☐ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |

© 2011 Citibank, N.A., Member FDIC. Citibank and Arc Design is a registered service mark of Citigroup Inc.

Rev. 05/13/11

# BUSINESS DEPOSIT ACCOUNT APPLICATION



## CITIBUSINESS  ONLINE ENROLLMENT (SHORT FORM FOR BASIC SERVICES)

☑ Create new enrollment for the following authorized users and apply this enrollment to all accounts on this application:

**Access Level / System Entitlements (see below for definitions)**

| | System Administrator | | Transactional Entitlements | |
| --- | --- | --- | --- | --- |
| | Yes | No | Unlimited | View / Set-up Only |
| User 1  *SRINU BABU GUDELA* | ☑ | ☐ | ☑ | ☐ |
| User 2 _____ | ☐ | ☐ | ☐ | ☐ |
| User 3 _____ | ☐ | ☐ | ☐ | ☐ |
| User 4 _____ | ☐ | ☐ | ☐ | ☐ |

You must add at least one user during enrollment. All user passwords and tokens are sent to the primary contact at the address on file for the primary account.

If a checking account (business or personal) is linked to a savings account and/or a Checking Plus line with the same account number, those linked accounts will automatically be linked in CitiBusiness Online and share the same entitlements as the checking account.

☐ Do not enroll in CitiBusiness Online at this time.

☐ Enable Wire Transfers. *(Provides ability to initiate domestic and foreign wire transfers.)*

☐ Enroll in cash manager suite of services. *(Includes Today's Activity Reporting, System Administrator Levels, System Administrator Maker-Checker and Specialized Transfer Services. Monthly fee applies.)*

☐ Also enable System Administrator Maker-Checker. *(The Maker-Checker option provides an audit control for administrative tasks [i.e., non account transactional activities such as editing or deleting users, issuing new passwords, etc.]. Every administrative task initiated by one System Administrator [a "Maker"] must be approved by a second System Administrator [a "Checker"].)*

☐ Optional: Link Personal Account number
*(for Sole Proprietorships, Single-Shareholder Corporations and Single-Member LLCs only)*

Only owners of sole proprietorships, single-shareholder corporations, and single-member LLCs can link personal accounts to CitiBusiness Online. If a personal account is linked, list one account owner who will have unlimited entitlement to the personal account. This account owner must sign below.

**X** _____

| Personal Account Owner Name | Personal Account Owner Signature |
| --- | --- |

## Access Levels / System Entitlements

**System Administrators** can view and change user account entitlements (including own); add, suspend, reactivate, change, delete users; issue new passwords, change system administrator level; change user menu options and business settings; view user information, user entitlement reports, audit reports, and business information. It is recommended that at least one user in the Business be set up as a System Administrator. Limiting assignment of System Administrator entitlement to an account signer is strongly recommended.

**Unlimited** entitlement authorizes a user to execute transactions of any amount for all linked business accounts without additional review or approval including internal transfers (including loan repayments and line of credit draw-downs on select credit products), wire transfers, international checks and bill payments, and to submit Stop Payment requests.

**View/Set Up Only** entitlement authorizes a user to set up transactions for another user to approve and to submit stop payment requests. A user with View/Set Up Only entitlement is restricted from executing transactions and approving the transactions of others.

All users will initially have access to Information Reporting (including Recent Activity, Balance Summary, Incoming Wires, and Check Images) and Online Statements. Online Statements allow a user to view statements for ALL linked business accounts, including those for which the user has no transactional or other entitlement.

## Terms and Conditions

- The Business and all users will comply with the terms of this enrollment form, the Maintenance/Custom Entitlement Form (as applicable), the CitiBusiness Online User Agreement and those agreements governing the accounts and services accessed through CitiBusiness Online.
- Each user's delegated authority meets the security requirements of the Business.
- Any individual listed as System Administrator may act on behalf of the Business with the initial entitlements defined by this enrollment form. A System Administrator's entitlements will apply equally to all accounts linked through CitiBusiness Online.
- Citibank can honor electronic instructions from any authorized user on behalf of the Business, including instructions to: (1) transfer money to other Citibank accounts/loans (including loan repayments and line of credit draw-downs on select credit products), (2) send wire transfers and foreign checks to designated third parties, (3) make bill payments to designated payees, (4) open new accounts, (5) view and transact on any linked credit card account, and (6) conduct any other financial transaction available through CitiBusiness Online. Citibank follows these instructions when the User IDs and Passwords of users designated on this form or subsequently added have been entered.

For assistance with CBusOL, please call Customer Service at 1-800-285-1709, option 1.

Banker use only:
☐ CitiBusiness Online Maintenance/Custom Entitlement Form attached.
☐ This page intentionally left blank; separate CitiBusiness Online enrollment documentation on file.

# BUSINESS DEPOSIT ACCOUNT APPLICATION



By signing below, I acknowledge and agree both individually, as applicable, and on behalf of the business identified in this application (the "Business"): (1) to be bound by any agreement governing any account and service for which I am applying for within including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges; (2) Citibank may obtain credit reports and make other inquiries it deems appropriate about both the Business and me individually; (3) any signer identified within this application may open additional accounts and enter into contracts for banking services on behalf of the Business.

**Foreign Businesses (which do not meet the tax definition of U.S. person)** – Check Box ☐ - Complete applicable IRS Form W-8 and sign below without completing the tax certification section.

Check appropriate box for federal tax classification (required):

☐ Individual/sole proprietor  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Other (see instructions)

☐ Limited liability company. Enter the tax classification (S = S corporation, C = Corporation, P = Partnership): _____

☑ Check here if you are an Exempt Payee

Under penalties of perjury, I certify that:

1. The number shown on this application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined in the instructions).

Certification instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.**

| Authorized Signature | Business Title (Capacity Acting In) | Date |
|---|---|---|
| G. Soimubabu | PReS | 2/22/12 |
| Authorized Signature | Business Title (Capacity Acting In) | Date |

| Linking – List Related Account | Card Access | | |
|---|---|---|---|
| ☐ Safety Check | Card Access for signers designated in signer section? | ☑ Yes | ☐ No |
| ☐ Statement | Primary Account linked to Card? | ☑ Yes | ☐ No |
| ☐ Account Analysis | | | |

| Account Officer – Print Name | Phone Number |
|---|---|
| AILEEN ACENAS | 650-322-5231 |

# BUSINESS – GENERAL DEPOSIT RESOLUTION



☑ Corporation    ☐ Limited Liability Company (LLC)    ☐ Partnership    ☐ Limited Liability Partnership (LLP)    ☐ Association

Name of Business                                                    Doing Business As (if applicable)

OMICS GROUP *INC* ·

**Authorization·** The business identified in this Business Resolution (the "Business") acknowledges that all accounts now or hereafter established under this Business Resolution shall be governed by the rules and regulations of Citibank, N.A. (the "Bank") including those set forth in the Bank's CitiBusiness® Client Manual, receipt of which is hereby acknowledged, and applicable state and federal laws. The Bank reserves the right to change its rules and regulations from time to time.

Each person who signs this Business Resolution is authorized on behalf of the Business to open deposit accounts at the Bank, sign checks and other orders with respect to any funds to the credit of the Business and to give the Bank instructions to withdraw funds, to endorse and deposit checks and other items that are payable or belonging to the Business and to otherwise transact on all accounts of the Business in any manner permitted by the Bank. In addition, each such person is authorized to assign, transfer or pledge any property of the Business, to execute on behalf of the Business indemnities, assignments, receipts and other documents, to contract for electronic access and cash management services (and delegate authority to designated persons) and to conduct any and all other lawful business with the Bank.

The Business agrees that the Bank assumes no responsibility for the payment of a check, draft or other item drawn on any Business account or for any withdrawal from any account which is honored and bears only a single signature of one of the individuals designated below. The Bank may rely on this authorization for each account until the Bank receives written notice revoking the authorization at the office where the account is maintained and until the Bank has had a reasonable time to act on such notice.

The Bank is authorized to pay any check, draft or other instrument for the payment of money drawn on any account of this Business which bears or appears to bear the signature or facsimile signatures provided below or such other signature later certified by the Business to be authorized, if such signature, regardless of how or by whom affixed, resembles a specimen signature provided to the Bank.

If the Limited Liability Company (LLC) box is checked, the person executing this Business Resolution on behalf of the Business (the "Undersigned") certifies that the manager(s) or all members with banking authority have signed below. If the Partnership or LLP box is checked, the Undersigned certifies that the persons whose names appear below are the owners as co-partners and constitute all general partners with banking authority of the above-mentioned partnership. The Undersigned certifies to the Bank that the Undersigned has taken all actions and obtained all authorizations, consents and approvals as are necessary to the Undersigned's authority to execute this Resolution on behalf of the Business.

| Print Name | Signature/Facsimile Signature |
|---|---|
| SRINU BABU GEDELA | *G. srinubabu* |
| | |
| | |
| | |
| | |

RESOLVED, that this Business establish one or more deposit accounts with the Bank and that this Business adopts for each account the Authorization above. RESOLVED, that the person(s) whose name(s) appear above are each authorized, acting singly to establish and operate for this Business one or more accounts now and additional accounts from time to time, and to designate persons to perform transactions with respect to each account. I certify that this Business Resolution was adopted by this Business in accordance with applicable law and its charter, bylaws or other organizational documents, and is now in full force and effect. I further certify that all of the signatures are originals or the actual facsimiles used when issuing or negotiating checks.

| *G. srinubabu* | SRINU BABU GEDELA | PRESIDENT | 2/22/12 |
|---|---|---|---|
| Signature | Print Name | Title* | Date |

*For Corporation, Resolution must be executed by the Secretary or by its President; for LLC, by a Member or Manager; for Partnership or LLP, by a Partner; for Association, by its President.

© 2010 Citibank, N.A., Member FDIC.  CitiBusiness and Citibank and Arc Design are registered service marks of Citigroup Inc.

Rev. 09/10                                                                                1446



*040101*



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

## Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Ross Miller Secretary of State State of Nevada | 20120223773-39 |
| | Filing Date and Time 03/29/2012 5:36 PM |
| | Entity Number 012-1 |

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | OMICS GROUP INC |
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: INCORP SERVICES, INC. Name<br>☐ Noncommercial Registered Agent **OR** (name and address below) ☐ Office or Position with Entity (name and address below)<br>Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity<br>Nevada<br>Street Address    City    Zip Code<br>Nevada<br>Mailing Address (if different from street address)    City    Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares with par value:    Par value per share: $    Number of shares without par value: 50000 |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1)   SRINU BABU GEDELA-SEE ATTACHED Name<br>2360 CORPORATE CIRCLE - S    HENDERSON    NV    89074-7722 Street Address    City    State    Zip Code<br>2) Name<br>Street Address    City    State    Zip Code |
| **5. Purpose:** (optional; see instructions) | The purpose of the corporation shall be: ANY LEGAL PURPOSE |
| **6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | INCORP SERVI-SEE ATTACHED    ☒ INCORP SERVICES, INC. Name    Incorporator Signature<br>2360 CORPORATE CIRCLE - S    HENDERSON    NV    89074-7722 Address    City    State    Zip Code |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity.<br>☒ INCORP SERVICES, INC.    3/29/2012<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 78 Articles
Revised: 4-10-09

# Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)
## *CONTINUED*
### *Includes data that is too long to fit in the fields on the NRS 78 Form and all additional director/trustees and incorporators*

| | |
|---|---|
| **ENTITY NAME:** | **OMICS GROUP INC** |

| | |
|---|---|
| **FOREIGN NAME TRANSLATION:** | **Not Applicable** |

| | |
|---|---|
| **PURPOSE:** | **ANY LEGAL PURPOSE** |

| | |
|---|---|
| **REGISTERED AGENT NAME:** | **INCORP SERVICES, INC.** |
| **STREET ADDRESS:** | **Not Applicable** |
| **MAILING ADDRESS:** | **Not Applicable** |

| ADDITIONAL | Directors/Trustees |
|---|---|
| Name: SRINU BABU GEDELA | |
| Address: 2360 CORPORATE CIRCLE - SUITE 400 | |
| City: HENDERSON | |
| State: NV | |
| Zip Code: 89074-7722 | |

| ADDITIONAL | Incorporators |
|---|---|
| Name: INCORP SERVICES, INC. | |
| Address: 2360 CORPORATE CIRCLE - SUITE 400 | |
| City: HENDERSON | |
| State: NV | |
| Zip Code: 89074-7722 | |

PX12 - 992



SECRETARY OF STATE

STATE OF NEVADA

## CORPORATE CHARTER

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **OMICS GROUP INC.** did on March 29, 2012, file in this office the original Articles of Incorporation; that said Articles of Incorporation are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 29, 2012.

**ROSS MILLER**
Secretary of State



Certified By: Electronic Filing
Certificate Number: C20120329-4831
You may verify this certificate
online at **http://www.nvsos.gov/**



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

> **Instructions for Initial List,
> Registered Agent and State
> Business License Application**

---

**ATTENTION:**  You may now file your initial or annual list online at www.nvsos.gov

## IMPORTANT:  READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING FORM.

**ATTENTION** Entities that are required to file an initial or annual list of officers with the Secretary of State are now required to file for the State Business License at the time their list is due as part of the annual list filing, unless specifically exempt.  The State Business License fee is $200.00.  A penalty of $100.00 is required for late business license renewals.

TYPE or PRINT the following information on the Initial List and Registered Agent Form:

1. The *NAME* and *FILE NUMBER* of the entity *EXACTLY* as it is registered with this office.

2. The *FILING PERIOD* is the month and year of filing TO the month and year 12 months from that date.  Example: if the entity date was 1/12/99 the filing period would be 1/1999 to 1/2000.

3. The name and address of the *REGISTERED AGENT and OTHER* names and addresses as required on The list should be entered in the boxes provided on the form.  Limited-Liability Companies <u>MUST</u> indicate whether *MANAGER or MANAGING MEMBER* is being listed.

4. If qualified for a statutory exemption from the State Business License, enter the applicable code in the area provided.  If claiming exemption, a Declaration of Eligibility for State Business License Exemption must accompany initial list.

5. The *SIGNATURE*, including his/her title and date signed MUST be included in the areas provided at the bottom of the form.

6. Completed *FORM, FEES and applicable PENALTIES* must be returned to the Secretary of State. Pursuant to NRS 225.085, all Initial and Annual Lists must be in the care, custody and control of the Secretary of State by the close of the business on the due date.  Lists received after the due date will be returned unfiled, and will require any associated fees and penalties as a result of being late. Trackable delivery methods such as Express Mail, Federal Express, UPS Overnight may be acceptable if the package was guaranteed to be delivered on or before the due date yet failed to be timely delivered.

*FILING FEE:* The filing fee for an initial list is $125.00, in addition to the State Business License fee.  Nonprofit corporations and corporations sole are not required to maintain a State Business License or pay the additional fee. Nonprofit corporation initial lists are $25.00.

*ADDITIONAL FORMS* may be obtained on our website at www.nvsos.gov or by calling 775-684-5708.

*FILE STAMPED COPIES:* To receive one file stamped copy, please mark the appropriate check box on the list. Additional copies require $2.00 per page and appropriate order instructions.

*CERTIFIED COPIES:* To order a certified copy, enclose an additional $30.00 and appropriate instructions.  A copy fee of $2.00 per page is required for each copy generated when ordering 2 or more certified copies.

*EXPEDITE FEE:* Filing may be expedited for an additional $125.00 fee for 24-hour service, $500.00 for 2-hour service and $1000.00 for 1-hour service.

Filing may be submitted at the office of the Secretary of State or by mail at the following addresses:

| **MAIN OFFICE:**<br>*Regular and Expedited Filings* | **SATELLITE OFFICE:**<br>*Expedited Filings Only* |
|---|---|
| Secretary of State<br>Status Division<br>202 North Carson Street<br>Carson City NV  89701-4201<br>Phone: 775-684-5708<br>Fax: 775-684-7123 | Secretary of State – Las Vegas<br>Commercial Recordings Division<br>555 East Washington Ave, Suite 5200<br>Las Vegas NV  89101<br>Phone: 702-486-2880<br>Fax: 702-486-2888 |

# ATTACHMENT O



# Account Info for Srinubabu Gedela

## User Info

| | |
|---|---|
| First Name: | Srinubabu |
| Middle Name: | |
| Last Name: | Gedela |
| SSN: | |
| TIN: | |
| DOB: | |
| Credit Card Statement Name: | |
| Email: | ███████@gmail.com |

## Business Info

| | |
|---|---|
| Name: | |
| URL: | |
| Customer Service Phone: | |

## Account Info

| | |
|---|---|
| Account Status: | ███████ |
| Account #: | ███████ |
| Account Type: | **Personal - Indian Unverified (India)** |
| Time Created: | |

## Financials

| | |
|---|---|
| Account Balance: | |
| Total Amount Sent (USD Equiv): | |
| Total Amount Received: | |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: <br> Last 3 Months: |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | |
| Rolling Reserve Balance: | |
| Above Release Amount: | |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| ███████@gmail.com | | | |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| | Srinubabu Gedela <br> ███████ <br> Hyderabad, AP 500017 <br> India | |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| IP Protection | Disabled | | **[Toggle]** |



# Account Info for Srinubabu Gedela

## User Info

| | |
|---|---|
| First Name: | Srinubabu |
| Middle Name: | |
| Last Name: | Gedela |
| SSN: | ▮1146 (1) |
| TIN: | ▮7242 |
| DOB: | June 15, 1982 |
| Credit Card Statement Name: | IMEDPUB LLC |
| Email: | ▮@imedpub.com |

## Business Info

| | |
|---|---|
| Name: | iMedPub LLC |
| URL: | http://imedpub.com |
| Customer Service Phone: | ▮ - Unknown Trust |

## Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ▮ |
| Account Type: | **Business - Verified - Cat10A** |
| Time Created: | Sep 17, 2015 03:01:50 PDT |

## Financials

| | |
|---|---|
| Account Balance: | $0.00 USD |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $0.00 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $0.00 USD<br>$0.00 USD<br>$0.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Above Release Amount: | $0.00 USD* (0 % - 0 days) [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| director@imedpub.com | ✔ | ✔ | ✔ |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| ▮ | Home | Unconfirmed - No Attempt |
| ▮ | Work | Unconfirmed - No Attempt |
| ▮ | Customer Service | Unconfirmed - No Attempt |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 9/17/2015 | iMedPub LLC<br>▮<br>Foster City, CA ▮<br>United States | |
| 9/17/2015 | iMedPub LLC<br>▮<br>Foster City, CA ▮<br>United States | (Home) |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| ▮ | 2 | Sep 21, 2015 00:50:13 PDT | Sep 21, 2015 00:54:55 PDT | |
| ▮ | 1 | Sep 17, 2015 03:01:52 PDT | Sep 17, 2015 03:01:52 PDT | |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (rand dep) | CITIBANK FSB | iMedPub LLC | 321171184 | ████2720 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|

No Credit cards on file

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|

No Debit cards on file

## Secure Card Attributes

| Billing Address: | |
|---|---|
| Secure Card Numbers: | N/A |
| | [View all card numbers] |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 |

## PayPal Cards

## PayPal Cards Account Details

| PayPal Cards Account Number: | |
|---|---|
| Expiration Date: | |
| Account Status: | [View History] |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

## Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.



## Account Info for Srinubabu Gedela

### User Info

| | |
|---|---|
| First Name: | Srinubabu |
| Middle Name: | |
| Last Name: | Gedela |
| SSN: | |
| TIN: | |
| DOB: | June 15, 1982 |
| Credit Card Statement Name: | OMICS PUBLI |
| Email: | ███@omicsonline.org |

### Business Info

| | |
|---|---|
| Name: | OMICS Publishing Group |
| URL: | http://www.omicsonline.org |
| Customer Service Phone: | 650-268-9744  - Trusted |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ████████ |
| Account Type: | **Business - Verified - Cat10A** |
| Time Created: | Nov 11, 2009 10:24:46 PST |

### Financials

| | |
|---|---|
| Account Balance: | $0.00 USD |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $0.00 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $0.00 USD<br>$0.00 USD<br>$0.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Above Release Amount: | $0.00 USD* (0 % - 0 days)   [Details] |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| ███@omicsonline.org | ✔ | | ✔ |

### Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| | | | |

### Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| ████████ | Home | Unconfirmed - No Attempt |
| ████████ | Work | Unconfirmed - No Attempt |
| ████████ | Customer Service | Unconfirmed - No Attempt |

### Addresses

| Date Entered | Address | Use |
|---|---|---|
| 11/11/2009 | OMICS Publishing Group<br><br>Sunnyvale, CA ████<br>United States | |
| 11/11/2009 | OMICS Publishing Group<br>████████<br>Stanford, CA ████<br>United States | |
| 11/11/2009 | OMICS Publishing Group<br>████████<br>Sunnyvale, CA ████<br>United States | (Home) |

### IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| | 8 | Aug 17, 2011 03:33:42 PDT | Oct 21, 2011 06:09:06 PDT | |
| | 2 | Jul 23, 2011 01:32:44 PDT | Jul 23, 2011 23:36:27 PDT | |
| | 2 | May 30, 2011 21:20:38 PDT | May 30, 2011 21:24:01 PDT | |
| | 1 | May 10, 2011 09:58:39 PDT | May 10, 2011 09:58:39 PDT | |
| | 5 | May 8, 2011 17:22:52 PDT | May 8, 2011 17:38:20 PDT | |
| | 1 | Mar 12, 2011 20:02:06 PST | Mar 12, 2011 20:02:06 PST | |
| | 1 | Mar 11, 2011 19:49:50 PST | Mar 11, 2011 19:49:50 PST | |
| | 1 | Mar 10, 2011 03:35:05 PST | Mar 10, 2011 03:35:05 PST | |
| | 2 | Sep 25, 2010 07:45:47 PDT | Sep 25, 2010 07:54:22 PDT | |
| | 2 | Sep 16, 2010 00:09:19 PDT | Sep 16, 2010 00:40:57 PDT | |
| | 1 | Feb 26, 2010 01:03:54 PST | Feb 26, 2010 01:03:54 PST | |
| | 1 | Feb 23, 2010 19:35:13 PST | Feb 23, 2010 19:35:13 PST | |
| | 2 | Feb 21, 2010 07:53:11 PST | Feb 21, 2010 08:02:34 PST | |
| | 1 | Feb 19, 2010 22:01:14 PST | Feb 19, 2010 22:01:14 PST | |
| | 1 | Feb 19, 2010 02:29:12 PST | Feb 19, 2010 02:29:12 PST | |
| | 1 | Nov 11, 2009 10:24:47 PST | Nov 11, 2009 10:24:47 PST | |

| P Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (rand dep) | CITIBANK FSB | OMICS Publishing Group | 321171184 | 6302 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| Unavail. | Inactive | | Srinubabu Gedela | -7461 | 6/2012 | USD | |

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|

No Debit cards on file

## Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| Secure Card Numbers: | N/A |
| | [View all card numbers] |
| Backup Funding Source: | N/A |
| Daily Spending Limit | 500 |

## PayPal Cards

## PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | [View History] |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager |
|---|---|

| User ID |
| --- |

No Auctions on file

Go to top

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
| --- | --- | --- | --- | --- | --- |

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

PX12 - 1001



## Account Info for Srinubabu Gedela

### User Info

| | |
|---|---|
| First Name: | Srinubabu |
| Middle Name: | |
| Last Name: | Gedela |
| SSN: | ▮1146 (1) |
| TIN: | ▮7553 |
| DOB: | June 15, 1982 |
| Credit Card Statement Name: | OMICS GROUP |
| Email: | ▮@stanford.edu, ▮@omicsonline.org, ▮@omicsgroup.org |

### Business Info

| | |
|---|---|
| Name: | OMICS Publishing Group |
| URL: | http://www.omicsonline.org |
| Customer Service Phone: | ▮ - Unknown Trust |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ▮ |
| Account Type: | **Business - Verified - Cat10A - Merchant Manager** |
| Time Created: | Jun 30, 2009 20:24:10 PDT |

### Financials

| | |
|---|---|
| Account Balance: | $709.01 USD |
| Total Amount Sent (USD Equiv): | $224,566.91 USD |
| Total Amount Received: | $119,264.14 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $4,779.00 USD<br>Last 3 Months: $5,773.40 USD<br>$3,502.00 USD<br>$4,053.25 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Above Release Amount: | $0.00 USD* (0 % - 0 days) [Details] |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| ▮@stanford.edu | | ✔ | ✔ |
| ▮@omicsonline.org | ✔ | ✔ | ✔ |
| ▮@omicsgroup.org | | ✔ | ✔ |

### Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| Praveen Vaidya | ▮ | Add Funds, Cancel Payments, View Balance, View Profile, Edit Profile, Authorizations and Settlements, Permission To Speak | ✔ |

### Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| ▮ | Home | Unconfirmed - No Attempt |
| | Home  - Deleted | Unconfirmed - No Attempt |
| | Work | Unconfirmed - No Attempt |
| | Work | Unconfirmed - No Attempt |
| | Work  - Deleted | Unconfirmed - No Attempt |
| | Customer Service | Unconfirmed - No Attempt |
| | Customer Service  - Deleted | Unconfirmed - No Attempt |
| | Customer Service  - Deleted | Unconfirmed - No Attempt |
| | Mobile | Unconfirmed - No Attempt |

### Addresses

| Date Entered | Address | Use |
|---|---|---|

| 11/11/2009 | OMICS Publishing Group<br>2360 corporate circle suite 400<br>Henderson, NV 89074<br>United States | |
| 10/22/2014 | OMICS Publishing Group<br>▉▉▉▉▉▉<br>Foster City, CA ▉▉▉<br>United States | |
| 11/11/2009 | OMICS Publishing Group<br>2360 corporate circle suite 400<br>Henderson, NV 89074<br>United States | |
| 6/30/2009 | OMICS Publishing Group<br>▉▉▉▉▉▉<br>Stanford, CA ▉▉▉<br>United States | (pDC sent) |
| 10/24/2014 | OMICS Publishing Group<br>▉▉▉<br>Foster City, CA ▉▉▉<br>United States | (Home) |
| 6/25/2013 | Srinubabu Gedela<br>2360 Corporate Circle Suite 400<br>OMICS Group<br>Henderson, NV 89074-7722<br>United States | (Gift Address)<br>(Hidden) |
| 10/24/2014 | ▉▉▉<br>Foster City, CA ▉▉▉<br>United States | (Hidden) |
| 10/24/2014 | ▉▉▉▉▉<br>Sunnyvale, CA ▉▉▉<br>United States | (Hidden) |

**IP Summary**

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| | 134 | Apr 8, 2015 05:03:03 PDT | Sep 28, 2015 08:08:03 PDT | |
| | 89 | Aug 17, 2013 10:41:47 PDT | Sep 23, 2015 03:20:23 PDT | |
| | 1 | Sep 18, 2015 02:34:27 PDT | Sep 18, 2015 02:34:27 PDT | |
| | 48 | Oct 1, 2014 09:37:17 PDT | Sep 17, 2015 02:56:19 PDT | |
| | 1 | Sep 16, 2015 16:57:02 PDT | Sep 16, 2015 16:57:02 PDT | |
| | 1 | Sep 16, 2015 01:43:51 PDT | Sep 16, 2015 01:43:51 PDT | |
| | 1 | Sep 15, 2015 04:36:30 PDT | Sep 15, 2015 04:36:30 PDT | |
| | 1 | Sep 6, 2015 05:02:31 PDT | Sep 6, 2015 05:02:31 PDT | |
| | 10 | Apr 9, 2015 23:02:20 PDT | Aug 28, 2015 22:42:48 PDT | |
| | 52 | Dec 18, 2014 02:36:52 PST | Aug 13, 2015 13:25:02 PDT | |
| | 2 | Aug 7, 2015 04:57:43 PDT | Aug 10, 2015 14:19:53 PDT | |
| | 2 | Apr 6, 2015 04:06:31 PDT | Apr 6, 2015 06:40:24 PDT | |
| | 4 | Feb 27, 2015 20:29:42 PST | Mar 9, 2015 04:17:33 PDT | |
| | 199 | Dec 10, 2012 01:08:15 PST | Feb 5, 2015 06:24:32 PST | |
| | 348 | Jan 30, 2013 02:44:01 PST | Nov 21, 2014 04:54:38 PST | |
| | 9 | Sep 22, 2014 00:29:01 PDT | Sep 27, 2014 02:33:06 PDT | |
| | 2 | Jun 23, 2014 01:22:44 PDT | Jun 24, 2014 05:30:21 PDT | |
| | 1 | Jun 13, 2014 02:12:34 PDT | Jun 13, 2014 02:12:34 PDT | |
| | 2 | Apr 1, 2014 12:29:10 PDT | May 2, 2014 09:50:34 PDT | |
| | 3 | Apr 25, 2014 05:50:40 PDT | Apr 25, 2014 08:26:16 PDT | |
| | 1 | Oct 17, 2013 11:02:55 PDT | Oct 17, 2013 11:02:55 PDT | |
| | 1 | Oct 13, 2013 21:29:11 PDT | Oct 13, 2013 21:29:11 PDT | |
| | 1 | Oct 10, 2013 14:48:05 PDT | Oct 10, 2013 14:48:05 PDT | |

PX12 - 1003

https://admin.paypal.com/cgi-bin/admin[9/28/2015 4:00:55 PM]

| | | | |
|---|---|---|---|
| 1 | Aug 24, 2013 13:04:57 PDT | Aug 24, 2013 13:04:57 PDT | |
| 1 | Aug 10, 2013 10:16:23 PDT | Aug 10, 2013 10:16:23 PDT | |
| 1 | Aug 7, 2013 12:37:45 PDT | Aug 7, 2013 12:37:45 PDT | |
| 1 | Jul 31, 2013 12:57:38 PDT | Jul 31, 2013 12:57:38 PDT | |
| 1 | Jul 8, 2013 13:51:23 PDT | Jul 8, 2013 13:51:23 PDT | |
| 2 | Jul 6, 2013 11:35:30 PDT | Jul 6, 2013 11:39:37 PDT | |
| 10 | Jul 25, 2012 03:39:40 PDT | Oct 18, 2012 02:59:22 PDT | |
| 15 | Mar 22, 2012 04:14:39 PDT | Sep 16, 2012 23:39:08 PDT | |
| 1 | Jul 10, 2012 08:45:41 PDT | Jul 10, 2012 08:45:41 PDT | |
| 1 | May 30, 2012 20:06:33 PDT | May 30, 2012 20:06:33 PDT | |
| 48 | Aug 17, 2011 20:16:08 PDT | Mar 13, 2012 23:03:27 PDT | |
| 1 | Mar 7, 2012 05:30:21 PST | Mar 7, 2012 05:30:21 PST | |
| 1 | Nov 26, 2011 08:35:41 PST | Nov 26, 2011 08:35:41 PST | |
| 3 | Sep 11, 2011 00:44:56 PDT | Sep 11, 2011 00:46:38 PDT | |
| 5 | Jul 13, 2011 05:04:11 PDT | Jul 23, 2011 23:31:52 PDT | |
| 1 | May 10, 2011 10:01:07 PDT | May 10, 2011 10:01:07 PDT | |
| 2 | May 8, 2011 17:13:58 PDT | May 8, 2011 17:28:27 PDT | |
| 3 | Mar 31, 2011 04:07:31 PDT | Apr 1, 2011 02:10:24 PDT | |
| 1 | Mar 12, 2011 20:03:05 PST | Mar 12, 2011 20:03:05 PST | |
| 1 | Mar 11, 2011 19:29:27 PST | Mar 11, 2011 19:29:27 PST | |
| 1 | Mar 10, 2011 03:36:52 PST | Mar 10, 2011 03:36:52 PST | |
| 1 | Sep 25, 2010 07:50:34 PDT | Sep 25, 2010 07:50:34 PDT | |
| 1 | Jul 23, 2010 23:03:38 PDT | Jul 23, 2010 23:03:38 PDT | |
| 1 | Jul 4, 2010 00:20:09 PDT | Jul 4, 2010 00:20:09 PDT | |
| 1 | Feb 26, 2010 00:08:38 PST | Feb 26, 2010 00:08:38 PST | |
| 2 | Feb 24, 2010 02:59:01 PST | Feb 24, 2010 19:34:15 PST | |
| 1 | Feb 23, 2010 21:17:56 PST | Feb 23, 2010 21:17:56 PST | |
| 2 | Feb 22, 2010 22:21:26 PST | Feb 22, 2010 22:23:11 PST | |
| 1 | Feb 21, 2010 07:58:03 PST | Feb 21, 2010 07:58:03 PST | |
| 1 | Feb 4, 2010 21:57:06 PST | Feb 4, 2010 21:57:06 PST | |
| 1 | Dec 30, 2009 02:48:33 PST | Dec 30, 2009 02:48:33 PST | |
| 1 | Dec 28, 2009 22:58:15 PST | Dec 28, 2009 22:58:15 PST | |
| 1 | Dec 28, 2009 22:53:55 PST | Dec 28, 2009 22:53:55 PST | |
| 2 | Nov 11, 2009 21:48:53 PST | Nov 11, 2009 21:51:38 PST | |
| 8 | Nov 11, 2009 09:53:18 PST | Nov 11, 2009 11:33:32 PST | |
| 3 | Nov 7, 2009 04:12:07 PST | Nov 7, 2009 04:28:28 PST | |
| 2 | Aug 28, 2009 12:41:12 PDT | Aug 28, 2009 12:41:35 PDT | |
| 1 | Aug 19, 2009 00:50:46 PDT | Aug 19, 2009 00:50:46 PDT | |
| 1 | Aug 18, 2009 15:45:23 PDT | Aug 18, 2009 15:45:23 PDT | |
| 3 | Aug 5, 2009 06:59:26 PDT | Aug 15, 2009 10:30:37 PDT | |
| 1 | Aug 6, 2009 22:55:45 PDT | Aug 6, 2009 22:55:45 PDT | |
| 2 | Aug 6, 2009 16:24:28 PDT | Aug 6, 2009 16:35:36 PDT | |
| 4 | Jul 28, 2009 05:30:24 PDT | Jul 28, 2009 11:15:43 PDT | |
| 2 | Jul 22, 2009 23:42:41 PDT | Jul 22, 2009 23:54:26 PDT | |
| 1 | Jul 9, 2009 13:07:13 PDT | Jul 9, 2009 13:07:13 PDT | |
| 2 | Jun 30, 2009 20:24:12 PDT | Jun 30, 2009 20:29:48 PDT | |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (rand dep) | CITIBANK FSB | OMICS Publishing Group | 321171184 | 9017 |
| Checking | Active | Confirmed (rand dep) | Citibank Bank | Srinubabu Gedela | 321171184 | 3081 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| VISA Debit | Inactive | | Srinubabu Gedela | 0004 | 3/2012 | INR | |
| MasterCard Credit | Inactive | CVV2 | Srinubabu Gedela | 3000 | 6/2012 | USD | |

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| 1-Physical Bus/Prem | | Waiting for Activation | Sep 25, 2013 | N/A | Sep 30, 2015 | $400 | 3,000 USD |
| 1-Physical Bus/Prem (DDA) | | Closed | Sep 5, 2013 | N/A | Sep 30, 2015 | $400 | 3,000 USD |

## Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| | Foster City CA |
| Secure Card Numbers: | Agent Disabled    **[View all card numbers]** |
| Backup Funding Source: | |
| Daily Spending Limit | 500 |

## PayPal Cards

### PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | Declined    **[View History]** |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

---

## Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

PX12 - 1005