1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

          SEP 2 2 2016

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**FEDERAL TRADE COMMISSION,**          )
Plaintiff,                              )
                                        )
              v.                        )
**OMICS GROUP INC.,** *et al.*,          )
                                        )
Defendants.                             )
                                        )
                                        )
                                        )
                                        )

**MEMORANDUM IN SUPPORT**
**OF MOTION TO DISMISS AND**
**IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR A PRELIMINARY**
**INJUNCTION**
**Case No.**

M.Vijay Kumar
Attorney
No.6-2-47, Flat No.1D,
1st Floor, Yeturu Towers,
A.C.Guards, Hyderabad-500004
Contact: +9140- 23305525
Email: vijay.iptm@gmail.com

Ashok Ram Kumar
Attorney
No.6-2-47, Flat No.1D,
1st Floor, Yeturu Towers,
A.C.Guards, Hyderabad-500004
Contact: +9140- 23305525
Email: ashokramkumar@gmail.com


Attorneys for Defendants

# TABLE OF CONTENTS

PAGES

INTRODUCTION ................................................................................................5

BACKGROUND ................................................................................................9

      A.     Legislative History of Section 5 of FTC ...................................9

STANDARD OF REVIEW ...............................................................................10

I.       STANDARDS FOR A PRELIMINARY INJUNCTION ...................................10

II.      STANDARDS FOR A MOTION TO DISMISS.................................................11

ARGUMENT...................................................................................................13

THE PLAINTIFF'S FAILURE TO ESTABLISH ANY KIND OF EVIDENCE WHICH PROVES THE DEFENDANT IS GUILTY IN THIS CASE."
....................................................................................................................13

PLAINTIFFS HAVE NOT ESTABLISHED ANY IRREPARABLE HARM  SUFFICIENT TO SUPPORT THEIR REQUEST FOR A PRELIMINARY  INJUNCTION............................13

CONCLUSION ................................................................................................14

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )Case No. |
| | ) |
| **OMICS GROUP INC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND IN OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

### INTRODUCTION

At the outset the entire proceedings that has been filed against the defendant is precocious since it is based on documents which cannot stand as the test of evidence. The present proceeding that was allegedly filed on 09/08/2016 against the defendant for seeking motion for preliminary injunction has been done without conducting a proper investigation. Infact the entire proceeding has been filed against this Defendant on weak grounds and without taking into contention the previous communications the litigating parties had with each other. On this basis it is needless to say that because of this baseless litigation the reputation of the Defendant has been irrapabilily damaged more particularly because of the victimizing attitude of FTC in giving the press release this Defendant is exploring the possibility of launching the defamation proceedings against FTC in a surficial capacity as well as the personal and employees in their individual capacity. The irresponsible act of FTC in giving a press release has affected the

present(1500+) as well as the past employees(1500+), 50000+ volunteer editors who have been contributing their efforts in making healthcare and scientific information open access along with authors and reviewers. Our client's modus operandi and intend to start the open access publications is clear and transparent and we have submitted the same to FTC and enclosing the same for your reference. Exhibit-1,1.1,1.2

Our client is been supported by 50000+ Editorial board members who serve on voluntary basis to disseminate the open access, and year on year this support is increasing progressively with which our client is able to grow from 10 journals in 2009 to 700 journals by 2016.

As the organization has become complex with the rapid growth our client is experiencing some of the technical issues at this initial stages. Usually, 99% of the issues get resolved at (contact us) stage and few unresolved cases being clarified/settled by CEO level (1%) and we believe interference of FTC is irrelevant in these matters.

As of now OMICS Group is large scholarly platform visited by 30+ million readers to its journals and conferences. With 700+ open access journals, OMICS Group is a fertile global forum for discussion and knowledge sharing and OMICS Journals only are able to attract more than 15 Million unique visitors across the globe. omicsonline.org, omicsgroup.org, these two sites are accounting for 40% journals out of 700 running by the publisher. Moreover, 70% of the visitors to the sites comprise researchers from USA, India, UK, Japan, Germany, Italy, Australia, Brazil and South Korea, which have been serving as a global hub for scientific research. Approximately, 25% of visitors are flocking from the USA alone. Our client is doing their best in making science Open access and most of the beneficiaries (users of open access literature) are from United States of America.

Google analytics reports. Exhibit 2

Our client has opened American bank accounts just to utilize the banking service as you can see Indian company registration certificate submitted to open the account in CITI bank Palo Alto.

At that time Dr. Srinu babu Gedela was pursuing his Post-doctoral at Stanford University, bank account was opened for the purpose of his accounting convenience but not to do the business in United States. Bank account was opened only in CITI bank as the correspondence of CITI bank India was already opened and this was opened in 2009 and closed in 2016. As the bank account is there in US the same bank account details were distributed among our client's customers and has taken Incorp services to support, and file the taxes accordingly.

For your information the plaintiff earning is less than $250000 the same can be verified from IRS records:

| YEAR | Taxable income/Net profit earned | Tax Paid | Net Profit After tax |
|---|---|---|---|
| 2009 | 2,969 | 296 | 2,673 |
| 2010 | 7,537 | 753 | 6,784 |
| 2011 | 35,171 | 4,919 | 30,252 |
| 2012 | 58,486 | 10,649 | 47,837 |
| 2013 | 50,181 | 7,296 | 42,885 |
| 2014 | 45,169 | 6,569 | 38,600 |
| 2015 | 47900 | 6,524 | 41,376 |
| 2016 | Operations closed and yet to finalize the financials | | |

Our client is also the victim of fake cheques distributed on behalf of our client's company M/S OMICS Publishing Group by unknown persons to unknown addresses. Our client got some losses because of which our client closed the accounting in the US, the same cases were addressed by FTC in their exhibits which are not related to us by any ways. Exhibit-3

Defendant is getting the appreciation and invitation letters from the mayors of all the major cities

across the world. Nobel laureates and well reputed scientists also attending our client's conferences to applaud our client's efforts to disseminate knowledge. More than 25000 well reputed scientists voluntarily supporting as organizing committee members to our client's conferences. Exhibit-4

The Defendants also presume that the other players in the market unable to compete with the Defendants have lobbied to impress FTC to file the present proceeding. The general market that the competitors of Defendant deal with is more than 500 Million dollars while the Defendant offers the same quality services at a fraction being less than 10 Million dollars which in itself speaks the bases of the allegation of lobbying and consequential filing of the present case. The competitors of the Defendant who are commercial subscription/pay access based publishers are gaining huge amounts while the Defendant is open access publisher promoting the dissemination of the scientific knowledge even though has an opportunity to make equal money along with its competitors.

As the defendant is a reputed scientific Publisher and conference organizer who is renowned across the globe for his principle of making "health care and scientific information open access". More than 1000 well reputed scientists who are serving as executive editors/editor-in-chiefs recommended our clients journals to be indexed in PubMed central the same is available at the Defendant's website and the portion is enclosed herewith for your information.

Exhibit-5, 5.1

The act of FTC amounts to an abuse of process of law as well as damage to the reputation of the defendant and his business as well. The entire proceeding has been filed based on baseless documents which are not only frivolous but are also unsustainable.

The Plaintiff failed to provide proper exhibits which the court could rely upon and draw strength

from pursue an action to move forward with the motion sought by the plaintiff.

In reply to that action, this Defendant is seeking for a dismissal of the motion of preliminary injunction, permanent injunction and the defendant here by is replying to the contentions and in support of which is producing the exhibits and is seeking for the dismissal of the motion of injunction. The perusal of grounds as well as documents show that the FTC has not made out any case much less prima facing case.

The Defendant is available on Skype for court as well as FTC

Skype id: omics.ceo

Please notify us at least 24 hours in advance by email ceo@omicsgroup.org

## STATUTORY BACKGROUND

**A.      Legislative History of section 5 of FTC act.**

Section 5 was enacted as part of a congressional plan to supplement the Sherman Act and make more effective its antitrust policy. Congress realized that, in practice, the Sherman Act was successfully employed to attack monopolies only after they had become an accomplished fact, and thus Congress turned its attention to halting violations of the act in their incipiency. In the report to the House on section 5 it was said, It is now generally recognized that the only effective means of establishing and maintaining a monopoly, where there is no control of a natural resource as [or?] of transportation, is the use of unfair competition. The most certain way to stop monopoly at the threshold is to prevent unfair competition. The fact that the congressional motive in enacting section 5 was to "stop monopoly at the threshold" has been reflected in subsequent developments, and has an important bearing on the substantive meaning to be ascribed to the terms of the Act.

While Congress was concerned with unfair competition primarily from the point of view of its effect on antitrust enforcement, section 5 was framed in very broad terms. This reflected Congress' desire not to restrict the Commission to a specific list of business practices, but to rely on a general provision condemning unfair competition. The managers of the House Bill made the point that, it is impossible to frame definitions which embrace all unfair practices. Whether competition is unfair or not generally depends upon the surrounding circumstances of the particular case. What is harmful under certain circumstances may be beneficial under different circumstances.

Congress thus decided to leave it to the Commission to determine what practices were unfair, "subject, of course, to review by the courts. It is clear that Congress laid the groundwork for application of section 5 across a wide spectrum of business activity. However, judicial reaction was apprehensive, and section 5 has never gained the full realization of its potential role.

## STANDARD OF REVIEW

### I.    STANDARDS FOR A PRELIMINARY INJUNCTION

A preliminary injunction is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a v e r y clear showing, carries the burden of persuasion. (Moore v. Consolidated Edison Co. of New York, Inc., 409 F.3d 506, 510 (2d Cir. 2005) (quoting Mazurek v. Armstrong, 520 U.S. 968, 972 (1997)). The general standard for a party moving for a preliminary injunction requires the movant to establish (1) establishing irreparable harm, and (2) either (a) a likelihood of success on the merits of its claim, or (b) existence of a serious question going to the merits of its claim and a balance of hardships tipping decidedly in favor of the moving party. Beal v. Stern, 184 F.3d 117, 122 (2d Cir. 1999). While a moving

party will normally be permitted to use either prong of the second test establishing either a likelihood of success or the existence of a serious question going to the merits of its claim and a decisive tipping of the hardships in its favor, option (b) is unavailable when, as here, the injunction at issue stays. <u>Able v. United States</u>, 44 F.3d 128, 131-32 (2d Cir.1995). " It is inappropriate for this Court to substitute its own determination of the public interest for that arrived at by the political branches whether or not there may be doubt regarding its wisdom." Accordingly, since plaintiffs seek to enjoin defendants from enforcing provisions of a federal statute, plaintiffs.

## II.   STANDARDS FOR A MOTION TO DISMISS:

A court should dismiss a complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) if "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." <u>Harris v. City of New Y</u>ork, 186 F.3d 243, 247 (2d Cir.1999). While courts must accept all precisely worded factual allegations as true, legal conclusions or unsupported inferences or assumptions in a complaint, need not be accepted in the context of deciding a Rule 12 motion. <u>See Smith v. Local 819 I.B.T. Pension Pl</u>an, 291 F.3d 236, 240 (2d Cir. 2002) ("[c]onclusory allegations or legal conclusions masquerading as factual conclusions will not suffice to prevent a motion to dismiss"); <u>Oxford Asset Management, Ltd. v. Jahari</u>s, 297 F.3d 1182, 1188 (11th Cir. 2002) ("conclusory allegations, unwarranted deductions of facts or legal conclusions masquerading as facts will not prevent dismissal"). It is lack of conclusive evidence and unwanted allegations masquerading as facts that cannot entitle the present Plaintiff to obtain preliminary injunction.

When considering a motion to dismiss under Rule 12(b)(1), the court must take all facts alleged in the complaint as true and draw all reasonable inferences in the favor of the plaintiff. <u>Raila</u>

v. United States, 355 F.3d 118, 119 (2d Cir. 2004).  However, "[i]t is the affirmative burden of the party invoking [federal subject matter] jurisdiction to proffer the necessary factual position – not just an allegation in a complaint – to support jurisdiction." Juvenile Matters Trial Lawyers Ass'n v. Judicial Department, 363 F. Supp.2d 239, 243 (D. Conn. 2005) (quoting London v. Polishook, 189 F.3d 196, 199 (2d Cir. 1999). The claim of Jurisdiction in the present proceeding by the Plaintiff is not correct as being in USA, since it is the revelation of the plaintiff by itself at Page 2 lines 25 to 27 of the memo in support of Preliminary Injunction that the place of business is in Kavuri Hills, Hyderabad, India.

## ARGUMENT

### I. THE PLAINTIFF'S FAILURE TO ESTABLISH ANY KIND OF EVIDENCE WHICH PROVES THE DEFENDANT IS GUILTY IN THIS CASE."

In their memorandum, plaintiffs tried to assert that the business practices of the Defendant are unfair and deceptive acts See Complaint, ¶ 1; Pl. Memo. at 1. On the other hand, they argue that the Defendants have maintained a substantial course of trade in so for affecting commerce, as "commerce" is defined in Section 4 of the FTC Act15 U.S.C. § 44."

Both interpretations are incorrect and are based on misinterpretations drawn with the ignorance of the actual facts of the business of the Defendant. The exhibits which prove the facts in favor of the Defendants and disprove the allegations of the Plaintiff are enclosed herewith.

### II. PLAINTIFFS HAVE NOT ESTABLISHED ANY IRREPARABLE HARM SUFFICIENT TO SUPPORT THEIR REQUEST FOR A PRELIMINARY INJUNCTION.

For all of the reasons previously stated, plaintiffs have demonstrated no likelihood of success on the merits of their claims. They are, therefore, not entitled to preliminary relief. In any event, plaintiffs have not borne their burden of demonstrating that they will suffer irreparable injury if a preliminary injunction is not granted. The Injunction that is being sought for is actually infructuous, since the Defendants are actually following the same.

Plaintiffs cite no cases to support that such substantive due process claims by their nature constitute irreparable injury Indeed, they cannot. As this Court has noted, plaintiffs "must establish the existence of irreparable harm on their claims. While plaintiffs complain that the restrictions may impose some burdens, the circumstances are not analogous.

Accordingly, plaintiffs have failed to show any support for their claim of irreparable injury and on the other hand the issue of Jurisdiction and Sec 5 weight strongly in favor of the Defendants for non-grant of an Injunction.

## CONCLUSION

For the above stated reasons, plaintiffs' motion for a preliminary injunction should be denied, and defendants' motion to dismiss should be granted.

Respectfully submitted,

Attorneys for Defendants

# EXHIBIT-1,1.1

**Introduction and why OMICS started**

**Company origin**

OMICS origin itself witnesses the Company has started not for business, just to make science "Open Access" and help the scholars all over the world. Dr Srinubabu Gedela own bitter experiences to produce the required literature to his research paper and to attend an international conference at Human Proteome Organization, Seoul, Korea, where he received the Young Scientist Award prompted him to begin an initiative that would free the scientific knowledge from all barriers. Encouraged by his fellow scientist friends, Dr. Gedela started OMICS International in the year 2007.

OMICS International is an amalgamation of Open Access Publications and worldwide international science conferences and events. Established in the year 2007 with the sole aim of making the scientific and healthcare information "Open Access". OMICS International publishes scholarly journals in all major disciplines of Science, Engineering, Management and Medical journals. OMICS International has been instrumental in taking the knowledge on Science & technology to the doorsteps of ordinary men and women. Research Scholars, Students, Libraries, Educational Institutions, Research centers and the industry are main stakeholders that benefitted greatly from this knowledge dissemination. OMICS International also organizes 3000+ annual International events (600 International conferences,, 1200 Workshops and 1200 symposiums) across the globe, where knowledge transfer takes place through debates, round table discussions, poster presentations, workshops, symposia and exhibitions.

As Dr. Gedela's initial interests were in the field of proteomics and diabetes he named his organization as 'OMICS'. As he was well aware of the difficulties of his fellow scientists in accessing the instant information and knowledge, he committed himself to the mission of 'Open Access' to guarantee free and immediate access to information for any academic or research requirement.
Today, OMICS International is an ever expanding publishing group that publishes 700 online open access journals in the fields of Clinical, Medical, Engineering & technology, Management, and Life Sciences that publishes thousands of scientific research articles annually.

**We are working to make Healthcare and scientific information Open Access that is the reason we are able to get support from 5000**

**scientists as editorial board members and 25000 organizing committee members. We are publishing nearly 70% article with waivers and discounts.**

Dr. Gedela could transform the benefits of the economic liberalization in the world to the young and budding science graduates out of colleges and universities by providing employment to them. Around 1500+ post graduates are working for OMICS International in various capacities for its journals and International conferences at administrative, research, collaboration, event management, Journal publication and so on.

**Dr. Gedela is happy as his open access-publishing platform providing free scientific literature to 5 Million readers (online visitors) from America and 20 Million readers from rest of the world.**

Exclusive Poster presentations and 'Young Science Awards' in all OMICS International conferences are meant to encourage the budding scientists across the globe.

**Brief about Dr.Gedela**

**As an Entrepreneur**

Dr. Gedela is from a lower middle class family, his failure to access advanced journals when he was a student in Visakhapatnam gave strong will to promote open access journals and organize scientific conferences and symposiums. **Encouraged by his fellow scientist friend's majority from Andhra University and Stanford University where he completed his Graduation and Post Doctorate, Dr. Gedela started OMICS International in the year 2007.**

Dr.Gedela was quick in realizing the bitter truth that the job opportunities for the life science graduates were not hard to come the moment they stepped out of the university as neither aid nor infrastructure is forthcoming. He was quick in grasping the fact that life sciences as a field was not well explored and linked to industry requirements.

2

**A Philanthropist**

**Moral support**

In a bid to offer back what he gained from the society, Dr. Gedela supporting 7 villages in Srikakulam District of Andhra Pradesh. He is supporting in providing safe drinking water to Allenna, Burja, Kilentra, G B puram and its nearby villages where the contaminated water is resulting in dreadful 'Cancer'. He is also into promoting schools, healthcare and sanitation for the past seven years to these villages.

**Educational Support**

Education lays the foundation for the success of any society. Education is the torch bearer for any progress. Be it scientific development or technological advancement, the first step should be the school where we lay our first step towards knowledge acquisition.

OMICS Educational Society sets the curriculum, trains the human resources, provides technical assistance and works on capacity building through faculty development workshops to the teacher and the taught in schools that are already functioning at various levels. It strives to strengthen the pedagogy by supplementing audio-visual teaching learning equipment.

OMICS Educational Society made inroads into seven interior villages of Srikakulam District, where it has extended support to strengthen the primary and secondary education through his educational society providing assistance to 3000+ students from primary education to higher education.

**Journals modus operandi and processing**

(Please browse URL for complete information: http://www.omicsonline.org/peer-review-process.php)

The entire process is being monitored by well qualified scientists designated as editor(s) and reviewers through a medium Editorial Manager System developed and supported by Aries Systems Corporation, USA. This Editorial Manager system was also adopted by major publishers like Nature, PLOS etc.

This entire process was clearly displayed on our website.

1



2
3
4 Peer review is the major quality maintenance measure for any academic journal. In
5 this process, experts in the relevant fields analyze the scholarly work from every
6 perspective, including its writing, the accuracy of its technical content, its
7 documentation, and its impact on and significance to the discipline.
8

1  Reviewers play a pivotal role in scholarly publishing, and their valuable opinions
2  certify the quality of the article under consideration. Peer review helps to ratify
3  research, establishing a standard for evaluation within research communities.
4
5  OMICS journals employ the peer review process in order to maintain academic
6  standards and insure the validity of individual works submitted for publication. In
7  addition, OMICS follows a single-blinded peer review process, to ensure impartial
8  editorial decision making.
9
10 Depending on reviewer commentary and recommendations, manuscripts may be
11 sent back to authors for revision. After the assistant editor receives the revised
12 manuscript, it is assigned to the reviewer(s) once again, for approval of changes.
13 But the final decision to publish is made by the Editor-in-Chief.
14
15 OMICS will grant a double-blinded peer-review process upon an author's request,
16 and this requires the prior approval of the Editor-in-Chief.
17
18 **Once the article was accepted we will do necessary HTML, PDF**
19 **works and then only we will raise the invoice to the authors.**
20 **Authors are not low qualified people they are all well respected**
21 **scientists across the globe. Inspite of few comments made by**
22 **competitive publishers or their associates we are getting good**
23 **support from Authors because our Modus operandi is very clear**
24 **and transparent.**
25
26 **Modus operandi of conferences and processing**
27
28 **OMICS is organizing conferences in 25 countries with support from**
29 **25,000 Organizing committee members. Almost all the conferences**
30 **are accredited by Continued Professional Development**
31 **Accreditation (CPD) and/or Continued Education (CE) and**
32 **Continued Medical Education (CME).**
33
34 **Our conference registration fee is as less as $50 which is lowest in**
35 **the world when we compare registration fees of other conference**
36 **organizers. Sometimes our registration is more when registrant**
37 **opted for food and accommodation. We are providing platform for**

5

1 scientist, students and graduates in different subjects and
2 disciplines. Please check online our conference attendee registration
3 fee even starts from $50.
4
5 Each conference consists of 15-25 Organizing committee members
6 and 75-100 well qualified speakers. Most of the participants are also
7 well-qualified scientists with above age of 30 years.
8
9 The scientists/professionals who registered for the conference and
10 wish to cancel later, we will refund the amount as per our
11 cancellation policy.
12 http://www.omicsonline.org/international-scientific-conferences/
13
14 Authorization Policy and registration guidelines were clearly mentioned at
15 registration page.
16 http://dentalsurgeons.dentalcongress.com/registration.php
17 http://dentalsurgeons.dentalcongress.com/speaker-guidelines.php
18 http://dentalsurgeons.dentalcongress.com/cancellation-policy.php
19 Authorization Policy
20 By registering for the conference you grant permission to Conferenceseries LLC to
21 photograph, film or record and use your name, likeness, image, voice and
22 comments and to publish, reproduce, exhibit, distribute, broadcast, edit and/or
23 digitize the resulting images and materials in publications, advertising materials, or
24 in any other form worldwide without compensation. Taking of photographs and/or
25 videotaping during any session is prohibited. Contact us for any queries.
26
27 Note: If the payment is processed through Credit/Debit Card, The Card statement
28 will be shown on the name of Conferenceseries LLC or its subsidiaries iMedPub
29 LLC or OMICS Group Inc., depending on the currency.
30 Here Conferences and Programs are announced to keep update our clients and to
31 bookmark their dates. However, Registrations are not allowed before 12 months of
32 the conference.
33
34 So our Modus operandi is very clear and transparent accordingly we are
35 getting good support from all over the world because of that support only we
36 are growing.
37

## Exhibits:

## Article Processing Charges:

Article processing charges are clearly displayed on the website. You can see on our websites and on all the journals were the information for authors has been displayed properly for example: http://www.omicsonline.org/instructionsforauthors-clinical-cellular-immunology-open-access.php the charges for the article process has been very clearly mentioned in the place in the instruction for authors. Our client never request authors to pay the amount for the submitted articles. The invoices shall be raised once the article is accepted for publication.

## Peer review:

We follow a single blind peer review process for most of our journals where author's details are revealed to the independent peer reviews, who are experts in the particular subject. On an average our peer review process requires 1-3 months. Once we receive the comments, Editors takes decision on the manuscript.

Usually the peer-review is done by the esteemed scholars from a post-doctoral to Professor Cadre, who work voluntarily and can contribute to the peer-review process based upon their subject expertise and interest. More information can be accessed through the following link.

http://www.omicsonline.org/peer-review-process.php

The entire process is being monitored by well qualified scientists designated as editor(s) and reviewers through a medium Editorial Manager System developed and supported by Aries Systems Corporation, USA. This Editorial Manager System was also adopted by major publishers like Nature, PLOS etc.

## Impact factors:

Impact factors are one of the measures for the journal reputation, there are so many other metric/measure are there for journal credibility even most of the journals are not following Impact factors. For Example Cite Factor/ Global impact factor, Index Copernicus values, H Index, Journal Impact Factor etc., in this Journal Impact Factor is the trademark of OMICS Group (trade mark registered by OMICS

Group- Trade Mark registration certificate provided in (Exhibit-2) is the one. We are clearly mentioned that the journal impact factor achieved based on citation calculation which we clearly displayed on our website on each and every journal, similar criteria or other criteria is following by the few other publishers too. Elsevier follows h-index provided by Scopus; both the entities belong to single company Elsevier.

Similarly OMICS Journals following Index Copernicus Values (provided by Index Copernicus International)

http://journals.indexcopernicus.com/page.php?page=3) Journal Impact factor (provided by OMICS) and h-index (provided by Google Scholar, Scopus) as OMICS journals reputation metrics.

Impact Factor's criticism is clearly mentioned from public platforms like 29 Wikipedia. https://en.wikipedia.org/wiki/Impact_factor

We have never mentioned that the impact factor formulae derived is the Thompson's impact factor, we have arrived at this formulae based on the journal impact factor's formulae practiced by us solely. So this doesn't account to any kind of breech. There are other impact factors and journal metrics providers are available who are providing Impact Factors and other journal metrics like Index Copernicus values, h-index etc. Below are the providers who also follow Impact factor like metrics and their URL's are mentioned below:

http://globalimpactfactor.com/journal-search/ 11
https://inis.iaea.org/search/search.aspx?orig_q=RN:45021442 12
http://www.citefactor.org/ 13
http://onljvetres.com/impact2007.htm 14
http://www.jifactor.com/ 15
http://generalimpactfactor.com/ 16
http://impactfactorservice.com/ 17
http://www.uifactor.org/AboutUs.aspx 18
http://journals.indexcopernicus.com/page.php?page=3

**PubMed Indexing:**

PubMed Indexing service is one of the major indexing's for medical journals only. There are so many other indexing services for other subjects like Chemical Abstracts, Scopus, EBSCO, Index Copernicus, CNKI and Ulrich etc. Yes, we agree that PubMed has notified us not to use PubMed's logo in erroneous manner. We are following their guidelines regarding usage of PubMed logo. We rectified the logos use and presently using as per PubMed guidelines at designated places. Perhaps, we do have some acquired journals, which are indexed in PubMed/Medline from other publishers. We used wordings for PubMed as they are included in the database. Moreover, we have thousands of articles submitted to PubMed Central. NLM catalogue listed hundreds of OMICS journals please browse following URLs for your clarification:

//www.omicsonline.org/NIH-funded-articles.php
https://www.ncbi.nlm.nih.gov/nlmcatalog/?term=OMICS

Some of the journals are partially indexed in PubMed based on the grant and few are completely indexed like "Indian Journal of Pharmaceutical Sciences" 78 years old well respected journal.

PubMed also reported that we have used NIH employees' names without their consent, when we supplied the required information with proofs of respective NIH scientist's agreement and email proofs then they realized the truth and cooperating with us for listing of journals and articles in PubMed. These replies are also available in online platforms (links provided for your information).

http://www.omicsonline.org/Legal-Replies/Dr.Sudhir-White-Note-Testimonial.pdf
http://www.omicsonline.org/Legal-Replies/2nd%20World-Congress-on-Biomarkers-2011-Dr.Sudhir.pdf
http://www.omicsonline.org/Legal-Replies/WCG-2009-updates-invitation-letter.pdf
http://www.omicsonline.org/Legal-Replies/Dr.Raymond-Editor-in-Chief-Nomination.pdf
http://www.omicsonline.org/Legal-Replies/Dr.Raymond-Reg-Corresponding-Address.pdf

For your clarification we are attaching all those communication with this 30 response. Provided in Exhibit-1.

## Conferences:

OCM (Organizing committee members)- All the OCM are well respected scientists in their field from all over the world. We have organizing committee members who host the events that are held at different places all over the world. All the OCM's who are on the board are working on volunteer basis. They have joined and accepted to be on board with their full consent. We have email communications with all the members who have accepted as chairs in our events. 80% of our Organizing Committee members are from Developed countries and 20% from developing countries. Many researchers around the world are supporting OMICS conferences.
All our scientific conferences are doing great contribution to the society. We are conducting conferences to disseminate the scientific community. Our International Conferences work with the slogan: Meet, learn and explore. The expenses incurred for organizing conferences are very high there are certain basic requirements we follow to provide quality services. We also provide discounts to many participants.

Each conference consists of 15-25 Organizing committee members and 75-100 well qualified speakers. Most of the participants are also well-qualified scientists with above age of 30 years.

OMICS is organizing conferences in 25 countries like United States. Our conference registration fee is as less as $50 which is lowest in the world when we compare registration fees of other conference organizers. Sometimes our registration is more when registrant opted for food and accommodation. We are providing platform for scientist, students and graduates in different subjects and disciplines. Please check online our conference attendee registration fee even starts from $50.

## Attendees for Conferences:

OMICS invites the audience from all parts of the world. Scientific researchers attend the events to receive advance information and to explore their opportunity in their research areas. OMICS is creating excellent opportunity for the business professionals creating a B2B platform to market their products and services, providing CME and CPD Certificates to Medical Professionals and Physicians.

For your information, OMICS is organizing the conferences in USA like other countries with the support from the scientific committees and other reputed associations. OMICS neither have office in the USA nor are conducting operations from the United States for our conferences. Most of the Mayors of the respective cities also have extended their support for our events (Mayor and Governors appreciation letter are enclosed in Exhibit.4).

Through our conferences United States is getting major contribution of the revenues through the tourism and other ways every year, and such 90% of participants are from international countries, that's why we are getting letters from the mayors of respective cities appreciating our efforts.

**Article Withdrawal Charges:**

Withdrawal related APCs are only requested when an article passes through the processing. Since the publisher has certain expenditure to process the articles, authors are requested to pay to cover the expenses that are incurred by Publisher. Processing charges for withdrawals have been displayed very clearly on our website. (http://www.omicsonline.org/article-processing-charges.php)

Out of this, our client is providing 40% waivers and 30% discounts from total published/processed articles on the mentioned rates at our websites. That is the reason we are getting repeated and more number of article submissions from authors.

EXHIBIT-2

As of now OMICS Group is getting 30+ million readers to its journals and conferences.

With 700+ open access journals, OMICS Group is a fertile global forum for discussion and knowledge sharing and OMICS Journals are attracting more than 15 Million unique visitors across the globe. omicsonline.org, omicsgroup.org, these two sites are accounting for 40% journals out of 700 running by the publisher. Moreover, 70% of the visitors to the sites comprise researchers from USA, India, UK, Japan, Germany, Italy, Australia, Brazil and South Korea, which have been serving as a global hub for scientific research. Approximately, 25% of visitors are flocking from the USA alone. Our client is doing their best in making science Open access and most of the beneficiaries (users of open access literature) are from United States of America. Exhibits 1, 2,3,4 Google analytics reports.

ww.omicsonline.org

https://analytics.google.com/analytics/web/#report/defaultid/a29271993w53400S9p56342684/%3F_u.date00%C

ww.omicsonline.org ▾

Q google analytics

REPORTING    CUSTOMISATION    ADMIN

h reports & help

shboards

ortcuts

elligence Events

al Time

dience

verview

ctive Users

ohort Analysis BETA

ser Explorer

Demographics

| Sessions | Users | Page Views |
|---|---|---|
| 17,629,329 | 12,325,165 | 39,590,989 |

| Pages/Session | Avg. Session Duration | Bounce Rate |
|---|---|---|
| 2.25 | 00:01:58 | 64.99% |

% New Sessions
69.88%

☒ New Visitor  ▨ Returning Visitor

Demographics

Language

Language

Country

City

| Language | Sessions | % Sessions |
|---|---|---|
| 1. en-us | 11,124,752 | 63.10% |
| 2. en-gb | 1,087,098 | 6.17% |
| 3. fr | 361,936 | 2.05% |

www.omicsonline.org

https://analytics.**google**.com/analytics/web/#/report/default/id/a29271993w5534005p56342684/%3F_u.date00%: ᴄ 🔍 google analytics

## www.omicsonline.org ▾

| REPORTING | CUSTOMISATION | ADMIN |

| | Country | Sessions | % Sessions |
|---|---|---|---|
| **Demographics** | | | |
| Language | 1. ▦ United States | 3,680,384 | 20.88% |
| **Country** | 2. ▦ India | 3,655,840 | 20.74% |
| City | 3. ▦ United Kingdom | 647,309 | 3.67% |
| **System** | 4. ◉ Japan | 481,560 | 2.73% |
| Browser | 5. ▮●▮ Canada | 415,750 | 2.36% |
| Operating System | 6. ▦ Germany | 359,910 | 2.04% |
| Service Provider | 7. ◈ Brazil | 358,389 | 2.03% |
| **Mobile** | 8. ▮▮ Italy | 351,909 | 2.00% |
| Operating System | 9. ⌗ South Korea | 347,809 | 1.97% |
| Service Provider | 10. ▦ Australia | 331,579 | 1.88% |
| Screen Resolution | | | |

view full report

elligence Events

al Time

dience

**verview**

ctive Users

ohort Analysis BETA

User Explorer

Demographics

This report was generated on 13/09/2016 at 22:16:27 - Refresh Report

© 2016 Google | Analytics Home | Terms of Service | Privacy Policy | Send Feedback

https://analytics.google.com/analytics/web/#report/default/a29271993w5840445la59629651/%3F_u.date00%:

www.omicsgroup.org

www.omicsgroup.org ▼

google analytics

REPORTING     CUSTOMISATION     ADMIN

Dashboards

Shortcuts

Intelligence Events

Real Time

Audience

Overview

Active Users

Cohort Analysis BETA

User Explorer

▶ Demographics

**Sessions**
3,002,562

**Users**
2,172,024

**Page Views**
6,488,891

**Pages/Session**
2.16

**Avg. Session Duration**
00:01:50

**Bounce Rate**
67.25%

**% New Sessions**
72.34%

■ New Visitor   ■ Returning Visitor

**Demographics**

Language

Country

City

System

| Language | Sessions | % Sessions |
|---|---|---|
| 1. en-us | 1,930,856 | 64.31% |
| 2. en-gb | 187,608 | 6.25% |
| 3. fr | 55,001 | 1.83% |
| 4. zh-cn | 53,989 | 1.80% |

https://analytics.**google.com**/analytics/web/#/report/default/id/a29271993w584044S3pS9629651/%3F_u.date00%:

**google analytics**

www.omicsgroup.org

# www.omicsgroup.org ▼

| HOME | REPORTING | CUSTOMISATION | ADMIN |

Search reports & help

- Dashboards
- Shortcuts
- Intelligence Events
- Real Time
- Audience
  - **Overview**
  - Active Users
  - Cohort Analysis BETA
  - User Explorer
  - ▸ Demographics

| | | Sessions | % Sessions |
|---|---|---|---|
| **Demographics** | **Country** | | |
| Language | 1. United States | 640,587 | 21.33% |
| **County** | 2. India | 604,735 | 20.14% |
| City | 3. United Kingdom | 120,350 | 4.01% |
| **System** | 4. Japan | 85,136 | 2.84% |
| Browser | 5. Canada | 72,945 | 2.43% |
| Operating System | 6. Italy | 64,849 | 2.15% |
| Service Provider | 7. Philippines | 63,058 | 2.10% |
| **Mobile** | 8. Australia | 60,881 | 2.03% |
| Operating System | 9. Germany | 59,089 | 1.97% |
| Service Provider | 10. Iran | 58,054 | 1.93% |
| Screen Resolution | | | |

This report was generated on 13/09/2016 at 22:18:35 - R...

# EXHIBIT-3



 Gmail

**Srinubabu Gedela <**████████████**>**

---

## Increasing Fradulent Activities

**Srinubabu Gedela <**████████████**>**                                        ████████████
To: ████████████ <████████████>, ████████ <████████████>, ████████████
<████████████>, "████████████" <████████████>, "<████████████>"
<████████████>,  Srinubabu Gedela <████████████>

Dear Citi team,

Another $29034 unknown debit was happened through ACH. Someone authorized my account for Chase ACH
debits.
This is the from the old account XX81. Spreadsheet attached for your clarification.
I don't know what is happening how will get back this money.
Total amount i lost is about $62,000 in this month. Can you please work on getting this back to me.

On Thu, Jun 30, 2016 at 8:29 AM, Srinubabu Gedela <████████████> wrote:
[Quoted text hidden]

📄 **ACHActivityDetail-xx81.csv**
114K

CITIBUSINESS
100 CITIBANK DRIVE
BLDG 1 FL 1
SAN ANTONIO TX 78245-9966

**Response to Your Inquiry**

**Account Ending  3081**

R-135726160701

07/01/2016

OMICS PUBLISHING GROUP
Attn: srinubabu gedela
5716 CORSA AVE
SUITE 110
WESTLAKE VLG         CA 91362

www.citibusiness.com

Dear  OMICS PUBLISHING GROUP,

**Why We're Writing to You**

Thank you for your inquiry on 07/01/2016, regarding your CitiBusiness Checking account number ending in 3081.

Please be assured that we have received your request and are in the process of completing our review. We sincerely appreciate your patience while we review your account and will contact you in writing with the results as soon as this is completed.

**How to Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can be contacted at:

| | |
|---|---|
| CitiBusiness | 1-877-528-0990 |
| CitiBusiness Collect/International | 1-210-677-0065 |
| Text Telephone Service(TDD) | 1-800-945-0258 |

You may also access your account information online at www.citibankonline.com. Thank you for banking with Citibank. We appreciate the opportunity to serve you.

Sincerely,

Doris Avram Cohen Palo Alto Main Branch

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
© 2016 Citigroup Inc. Citibank, N.A. Member FDIC. Citibank is an equal credit opportunity lender.

## STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP**, state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number 0000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/09/2016 | THIRDFEDERALS&L RETRY PYMT0609 | $5,000.00 |

**Please include any additional transactions on an attached sheet of paper and initial here** _____
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )    I did not authorize, and have not ever authorized THIRDFEDERALS&L RETRY PYMT0609, to originate one or more ACH entries to debit funds from my account at Citibank.

( )    I authorized THIRDFEDERALS&L RETRY PYMT0609 to originate one or more ACH entries to debit funds from my account but on 2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )    I authorized THIRDFEDERALS&L RETRY PYMT0609 to originate one or more ACH entries to debit funds from my account at Citibank but,

    ( )    The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____

    ( )    The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____        Signature _____

            **Fax completed form to:**        **Mail to:**
            (866) 264-1301        Client Research
                                       Citibank Service Center
                                       P.O. Box 769014
                                       San Antonio, Texas 78245-9014




# STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP,** state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number  00000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/13/2016 | THIRDFEDERALS&L RETRY PYMT0613 | $5,000.00 |

**Please include any additional transactions on an attached sheet of paper and initial here** _____
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )   I did not authorize, and have not ever authorized THIRDFEDERALS&L RETRY PYMT0613,  to originate one or more ACH entries to debit funds from my account at Citibank.

( )   I authorized THIRDFEDERALS&L RETRY PYMT0613 to originate one or more ACH entries to debit funds from my account but on
2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )   I authorized THIRDFEDERALS&L RETRY PYMT0613 to originate one or more ACH entries to debit funds from my account at Citibank but,

    ( )   The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____

    ( )   The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____                    Signature _____

        **Fax completed form to:**                    **Mail to:**
        (866) 264-1301                         Client Research
                                Citibank Service Center
                                P.O. Box 769014
                                San Antonio, Texas 78245-9014




## STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP**, state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number 0000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/16/2016 | JPMorgan Chase Ext Trnsfr0616 | $5,500.00 |

**Please include any additional transactions on an attached sheet of paper and initial here _____**
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )  I did not authorize, and have not ever authorized JPMorgan Chase Ext Trnsfr0616, to originate one or more ACH entries to debit funds from my account at Citibank.

( )  I authorized JPMorgan Chase Ext Trnsfr0616 to originate one or more ACH entries to debit funds from my account but on 2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )  I authorized JPMorgan Chase Ext Trnsfr0616 to originate one or more ACH entries to debit funds from my account at Citibank but,

    ( )  The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____.

    ( )  The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____                Signature _____

    **Fax completed form to:**          Mail to:
    (866) 264-1301                           Client Research
                                                        Citibank Service Center
                                                        P.O. Box 769014
                                                        San Antonio, Texas 78245-9014




# STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP,** state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number .00000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/24/2016 | THIRDFEDERALS&L TRANSFER  0624 | $5,000.00 |

**Please include any additional transactions on an attached sheet of paper and initial here** _____
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )    I did not authorize, and have not ever authorized <u>THIRDFEDERALS&L TRANSFER  0624</u>, to originate one or more ACH entries to debit funds from my account at Citibank.

( )    I authorized <u>THIRDFEDERALS&L TRANSFER  0624</u> to originate one or more ACH entries to debit funds from my account but on
       2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )    I authorized <u>THIRDFEDERALS&L TRANSFER  0624</u> to originate one or more ACH entries to debit funds from my account at Citibank but,

       ( )    The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____.

       ( )    The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I
              authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____          Signature _____

          **Fax completed form to:**                        **Mail to:**
          **(866) 264-1301**                              Client Research
                                                          Citibank Service Center
                                                          P.O. Box 769014
                                                          San Antonio, Texas 78245-9014







IF06          R-135726160701

## STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP,** state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number 00000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/30/2016 | CHARTER COMMUNICCHARTER CO0630 | $180.25 |

**Please include any additional transactions on an attached sheet of paper and initial here** _____
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

(  )   I did not authorize, and have not ever authorized CHARTER COMMUNICCHARTER CO0630, to originate one or more ACH entries to debit funds from my account at Citibank.

(  )   I authorized CHARTER COMMUNICCHARTER CO0630 to originate one or more ACH entries to debit funds from my account but on
        2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

(  )   I authorized CHARTER COMMUNICCHARTER CO0630 to originate one or more ACH entries to debit funds from my account at Citibank but,

        (  )   The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____

        (  )   The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____        Signature _____

**Fax completed form to:**                     **Mail to:**
(866) 264-1301                                      Client Research
                                                           Citibank Service Center
                                                           P.O. Box 769014
                                                           San Antonio, Texas 78245-9014


*ReqE*

*R-135590160701L002


*ZA21*

IF06     R-135590160701

## STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP,** state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number  0000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/30/2016 | U.S. CELLULAR   CELLULAR  0630 | $231.96 |

**Please include any additional transactions on an attached sheet of paper and initial here _____**
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )  I did not authorize, and have not ever authorized U.S. CELLULAR   CELLULAR  0630,  to originate one or more ACH entries to debit funds from my account at Citibank.

( )  I authorized U.S. CELLULAR   CELLULAR  0630 to originate one or more ACH entries to debit funds from my account but on
     2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )  I authorized U.S. CELLULAR   CELLULAR  0630 to originate one or more ACH entries to debit funds from my account at Citibank but,

   ( )  The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____.

   ( )  The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____               Signature _____

**Fax completed form to:**                       **Mail to:**
(866) 264-1301                                Client Research
                                              Citibank Service Center
                                              P.O. Box 769014
                                              San Antonio, Texas 78245-9014





## STATEMENT OF UNAUTHORIZED ACH (ELECTRONIC) DEBIT

I, **OMICS PUBLISHING GROUP**, state that I have examined the statement or other notification received from Citibank indicating that an ACH debit entry was charged to my Account Number 00000000203273081.

I understand that an unauthorized debit means an electronic funds transfer from my account either: 1) initiated by a person who was not authorized by me to initiate the transfer, or 2) if authorized, is in an amount greater than that which was authorized, or 3) results in a debit to my account earlier than authorized by me.

I have listed the unauthorized transactions as follows:

| Date of Transaction | Merchant Name | Amount |
|---|---|---|
| 06/30/2016 | U.S. CELLULAR  CELLULAR  0630 | $100.00 |

**Please include any additional transactions on an attached sheet of paper and initial here _____**
*Please complete a separate statement for each account number.*

I further depose and say that (check one)

( )   I did not authorize, and have not ever authorized U.S. CELLULAR  CELLULAR  0630, to originate one or more ACH entries to debit funds from my account at Citibank.

( )   I authorized U.S. CELLULAR  CELLULAR  0630 to originate one or more ACH entries to debit funds from my account but on
      2016-07-01T00:00:00, I revoked that authorization by notifying in manner specified in the authorization.

( )   I authorized U.S. CELLULAR  CELLULAR  0630 to originate one or more ACH entries to debit funds from my account at Citibank but,

      ( )   The amount debited exceeds the amount I authorized to be debited. The amount I authorized is $_____

      ( )   The debit to my account was made on a date earlier than the date on which I authorized the debit to occur. I
            authorized the debit to my account on or no earlier than 2016-07-01T00:00:00.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____          Signature _____

**Fax completed form to:**
(866) 264-1301

**Mail to:**
Client Research
Citibank Service Center
P.O. Box 769014
San Antonio, Texas 78245-9014




6/30/2016                                    Check Image

Print    Close

**CHECK: 8659**
**Date:** Jun 10, 2016
**Amount:** $2,700.00

Conference Series LLC                Citibank, N.A.                        No. 8659
2360 Corporate Circle, Suite 400     250 University Avenue
Henderson, NV 89074                  Palo Alto, CA 94301
                                                                          Date  6/9/2016

Pay To The   BTW LLC                                                      $  **2,700.00
Order Of

Two Thousand Seven Hundred  and 00/100                                    Dollars

BTW LLC
195 Bay 47th Street
Brooklyn, NY 11228

Memo:

⑆000008659⑆ ⑈321171184⑈ 206374688⑆

546243442186 134151    20160610 000000000206374688
TRN_DEBIT     SRATTRA        270000
36th and 7th 0462      94004 5462 4  0055

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people
use this computer you should delete these files so that no one will have access to your check images and
account information. Learn more.

Gmail - Notification Regarding closing of Bank accounts



 Gmail         Srinubabu Gedela < ██████████████ >

---

## Notification Regarding closing of Bank accounts

Srinubabu Gedela < ██████████████ >
To: " ████████████ " < ██████████████ >
Cc: " ████████████ " < ██████████████ >
                                                      ████████████████

Dear Doris & Aileen,

We had good banking experience with Citibank Palo Alto. Previously we had an experience of fraud checks, recently these cases were increased. As previously communicated we got severe losses for the same. We would like to close our accounting in US for the same reason. We had an excellent banking from last seven years with Citibank N.A. Palo Alto.

We will close the accounting for OMICS Publishing Group, OMICS Group Inc, iMedPub llc, Conference Series llc.
In US we did not have any physical office we opened bank account just for ease of online banking service.

Sincerely,
Dr Srinubabu

██████████████ ██████████████ < ██████████████ > wrote:

Hi Mr. Gedela,

It took me a little longer to find all the answers because I had to contact different departments.

1.    ACH and check fraud filed on 07/01/16 – resolved – pending deposit in your account. The case can take up to 45 days. (acct. 081)

2.    Scam wire: after multiple requests, the receiving bank informed us that they received the funds and did not have a response from their customer. Citibank has closed the case and advises you to get legal advice. (acct. 017)

3.    I filed again the investigation for the 3 checks that cleared account xxx081 on 7/15/16. I will attach the Affidavit of Forgery on my next email because I need to send it secure (a password will be sent to you separately). Please sign the document and have your signature notarized by a US notary and send it to the below address within 10 business days:

Incident Reporting Unit

     PO Box 769027-9027

     San Antonio TX 78245.

4.    If you need to transfer funds again from account xx081 to another account you may call customer service and request "a real time unblock". This keeps the account blocked but will allow you to do a transfer within 24 hours. This way I do not need to unblock the account which exposes it to fraud.

████████████████                    Gmail - Notification Regarding closing of Bank accounts

5.    Mr. Gedela, it is important that you open a new account and close this one because it has been compromised. In the future, Citibank will not process any more claims from an account that has been compromised.  Please contact Aileen for the new account.


Thank you for banking with Citibank,


████████████████
Assistant Branch Manager
████████████████
Citibank - Palo Alto #387
████████████████
████████████████

*This customer service e-mail is in response to your e-mail inquiry about your retail banking relationship. Should you wish to reply, please do not include your account number or any other personally identifiable information of a sensitive or confidential nature as e-mail is not a secure method of communication. For inquiries about Citibank marketing offers and other promotional matters, kindly call me or visit www.citibank.com*

# EXHIBIT-4





KASIM REED
MAYOR

**CITY OF ATLANTA**

55 TRINITY AVE, S.W.
ATLANTA, GEORGIA 30335-0300

TEL (404) 330-6100

December 7, 2015

Greetings:

As Mayor of the City of Atlanta, it is my pleasure to welcome OMICS Group International and the attendees of the *5th World Congress on Virology*.

This year's meeting brings together more than 300 attendees from all over the country to participate in events and sessions that further their development in the field of Virology. I salute the attendees of the *5th World Congress on Virology* for working diligently to be at the forefront of their profession. I am confident this meeting will provide your members with an important forum to network, empower and innovate.

While in our city, I encourage attendees to explore the many attractions Atlanta has to offer including: the Dr. Martin L. King Jr. Center,  the Georgia Aquarium, the World of Coca-Cola, CNN Center, Centennial Olympic Park, Woodruff Arts Center, Atlanta Botanical Garden, Children's Museum of Atlanta, the National Center for Civil and Human Rights, and many more.  We invite you to share in our Southern hospitality, sample cuisine at our many fine restaurants and enjoy the rich and diverse heritage of our city.

On behalf of the people of Atlanta, I wish all of the participants an exciting event.

Sincerely,

Mayor Kasim Reed

State Capitol Building
101 N. Carson Street, Suite 2
Carson City, NV 89701
775-684-7111

Grant Sawyer Office Building
555 E. Washington Avenue, Suite 5500
Las Vegas, NV 89101
702-486-2400



## Office of the Lieutenant Governor
### Mark A. Hutchison

September 22, 2016

Dear Friends,

It is my distinct honor to welcome to you to the 11th Global Summit on Food and Beverages and to the great state of Nevada. This event couldn't be held in a more fitting city than Las Vegas, which uniquely embodies the heart and spirit of the food and beverage industry.

Here in Nevada, we take great pride in our prestigious industry. Our university system offers degrees in this industry which are of some of the most prestigious programs in the world. Food and beverage is the largest manufacturing sector in America. It is quite clear from the caliber of the leadership and attendees at this event that this industry holds invaluable assets as well. The hard work and dedication each and every one of you put into your careers is evident, and greatly respected by those who benefit from your services.

I wish you unparalleled success at this annual conference, and I encourage all of you to experience everything our great state has to offer. Thank you for visiting Las Vegas, and thank you for making this event a tremendous success.

Best Regards,

Mark A. Hutchison
Lieutenant Governor
State of Nevada

Greetings:

As Mayor of the City of Atlanta, it is my pleasure to welcome OMICS Group International and the attendees of the *5th World Congress on Virology*.

This year's meeting brings together more than 300 attendees from all over the country to participate in events and sessions that further their development in the field of Virology. I salute the attendees of the *5th World Congress on Virology* for working diligently to be at the forefront of their profession. I am confident this meeting will provide your members with an important forum to network, empower and innovate.

While in our city, I encourage attendees to explore the many attractions Atlanta has to offer including: the Dr. Martin L. King Jr. Center, the Georgia Aquarium, the World of Coca-Cola, CNN Center, Centennial Olympic Park, Woodruff Arts Center, Atlanta Botanical Garden, Children's Museum of Atlanta, the National Center for Civil and Human Rights, and many more. We invite you to share in our Southern hospitality, sample cuisine at our many fine restaurants and enjoy the rich and diverse heritage of our city.

On behalf of the people of Atlanta, I wish all of the participants an exciting event.

Sincerely,

Mayor Kasim Reed

CITY OF ATLANTA
55 TRINITY AVE, S.W.
ATLANTA, GEORGIA 30335-0300
TEL (404) 330-6100

# MAYOR OF LONDON

Dear Delegates

As Mayor of London I am delighted to welcome you to the 5th World Congress on Neurology and Therapeutics which is taking place in London from 14-16 March 2016, organised by OMICS International.

Neurological disorders including dementia will undoubtedly be one of the most significant challenges in the 21st century and I am pleased that we are hosting such a gathering of eminent experts from London and across the globe at this important event. London has a long and proud history of scientific and medical research and the conference will give you an excellent opportunity to network with London's world class leaders in this field.

While you are here I would also recommend you take in some of London's rich and varied cultural attractions – galleries, museums, music and theatre.

I hope that the Conference is a fantastic success and would like to take this opportunity to extend my warmest good wishes to all connected with the 5th World Congress on Neurology and Therapeutics.

Yours sincerely

**Boris Johnson**
Mayor of London



## City of Phoenix

OFFICE OF THE MAYOR

December 7, 2015

Greetings!

As Mayor of Phoenix, I take great pride in welcoming all the attendees of the 2nd International Conference on Parkinson's Disease and Movement Disorders. Parkinson's is one of the most common neurological disorders, impacting 15-20 people out of every 100,000. The number may seem small, but the disease has an immense impact on these families, with annual cost above $10,000 per patient.

Fortunately, there are many people working to fight the disease. The National Institute of Neurological Disorders and Stroke awarded $90 million to Parkinson's disorder research, supported by the National Institute of Health. With approximately 500 neurologists, psychiatrists and neurosurgeons in Phoenix alone dedicated to researching and fighting Parkinson's disease, Phoenix is proud to be part of the solution.

On behalf of the residents of Phoenix, I welcome you to our city, and wish you a successful conference.

Sincerely yours,

Greg Stanton
Mayor



**CAROLYN G. GOODMAN**
MAYOR



CITY OF LAS VEGAS 495 S
OUTH MAIN STREET LAS VEGA
S, NEVADA 89101

VOICE 702.229.6241
FAX 702.385.7960
TTY 702.386.9108

EMAIL goodman@lasvegasnevada.gov
WEBSITE www.lasvegasnevada.gov

# 11ᵀᴴ GLOBAL SUMMIT ON FOOD & BEVERAGES
## SEPTEMBER 22–24, 2016
### LAS VEGAS, NEVADA

Dear Attendees,

Welcome to America's most dynamic city – Las Vegas! You could not have chosen a better place to hold your summit in, and I am convinced that once you get a taste of what Las Vegas has to offer, you will definitely be back. As the Mayor of this great City, I am delighted to tell you why Las Vegas is *the* place to live, work and play!

Las Vegas continues to capture the world's imagination as the City where anything is possible. With world-class hotels, award-winning restaurants, luxurious spas, fantastic shopping, the finest golf courses and spectacular entertainment, Las Vegas remains one of the most electrifying destinations in the world.

While attending the summit, it is my hope that you will have a chance to explore Downtown Las Vegas, a narea of our City that is undergoing a dramatic renaissance. It is evolving into a vibrant place for living, working, entertainment and the arts. Downtown Las Vegas is comprised of an enticing mix that includes:

· The neon-drenched excitement of the Fremont Street Experience, visited by over 21 million people each year.
· Multi-million dollar casino and hotel renovations and expansions.
· Fremont East Entertainment District featuring trendy new gathering places for dining, dancing, cocktails and enjoyment.
· An emerging eclectic mix of live-in artists and galleries known as the 18b Arts District.
· The World Market Center, a state-of-the-art home furnishings trade show complex with over 5 million square feet, has merged with another furniture complex in North Carolina and will now be called the International Market Center. The facilities in Las Vegas and North Carolina encompass 13 buildings, with 10.6 million square feet of furniture showrooms.
· Symphony Park, a phenomenal 61-acre planned development anchored by two key projects, the Cleveland Clinic Lou Ruvo Center for Brain Health, designed by renowned architect Frank Gehry, and The Smith Center for the Performing Arts, Las Vegas' first world-class performing arts facility. Symphony Park will also be the planned future home of The Charlie Palmer, a luxury boutique business hotel; a first-class casino/hotel with significant retail space; abundant street-side retail offerings; a two-acre park; and an estimated 1000 urban style residences.
· A collection of world-class museums including the Neon Museum Boneyard, which houses over 100 donated and rescued Las Vegas signs that date from the late 1930s through the early 1990s; The Mob Museum, which provide a fascinating glimpse into our City's history and Discovery Children's Museum in Symphony Park, among others.

Again, welcome to fabulous Las Vegas! Best wishes for an enjoyable stay in our fine City. Sincerely,

*Carolyn Goodman*

Carolyn G. Goodman

Mayor, City of Las Vegas



**Office of H. E. John Agyekum Kufuor**
**Former President of the Republic of Ghana**

**Global Food Safety Conference - 2016**

*Welcome Message*

26 February 2016

Dear Colleagues,

I would like to congratulate OMICS International (Conference Series LLC) for organising the 5th Global Food Safety Conference from 05-07 December 2016 in San Antonio, USA.

Global Food Safety-2016, with the mission of promoting research in all aspects of basic and applied food safety and hygiene, will bring together experts from the academia, national laboratories and the industry from over 25 countries to deliberate on the theme: "Addressing current issues and fostering advances in Global Food Safety World".

Members of the organizing committee of the Global Food Safety conference have exerted their utmost effort to prepare for the conference and to provide the ideal platform for in-depth analyses and wide ranging discussions on relevant food security factors.  We therefore await your active participation in Global Food Safety-2016.

 San Antonio is quite possibly Texas's most beautiful and atmospheric city and arguably the number one tourist destination in the State.  You will have the opportunity to experience the many sights and sounds and smells that the city is renowned for.

We look forward to welcoming you to San Antonio, USA.

Finally, I wish to express my gratitude to all delegates and observers for your full cooperation and contribution to the 5th Global Food Safety Conference.

Thank you.

John Agyekum Kufuor
World Food Prize Laureate (2011)
Former President of the Republic of Ghana (2001-2009)

*P. O. Box 4449, Accra, Ghana      Tel: +233 21 774878/+233 21 782803/4      fax +233 21 761170      email: johnakufuor@yahoo.com*

State Capitol Building
101 N. Carson Street, Suite 2
Carson City, NV 89701
775-684-7111



Grant Sawyer Office Building
555 E. Washington Avenue, Suite 5500
Las Vegas, NV 89101
702-486-2400

## Office of the Lieutenant Governor
## Mark A. Hutchison

September 22, 2016

Dear Friends,

It is my distinct honor to welcome to you to the 11th Global Summit on Food and Beverages and to the great state of Nevada. This event couldn't be held in a more fitting city than Las Vegas, which uniquely embodies the heart and spirit of the food and beverage industry.

Here in Nevada, we take great pride in our prestigious industry. Our university system offers degrees in this industry which are of some of the most prestigious programs in the world. Food and beverage is the largest manufacturing sector in America. It is quite clear from the caliber of the leadership and attendees at this event that this industry holds invaluable assets as well. The hard work and dedication each and every one of you put into your careers is evident, and greatly respected by those who benefit from your services.

I wish you unparalleled success at this annual conference, and I encourage all of you to experience everything our great state has to offer. Thank you for visiting Las Vegas, and thank you for making this event a tremendous success.

Best Regards,

Mark A. Hutchison
Lieutenant Governor
State of Nevada

EXHIBIT-5,5.1

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S

T  U  V  W  X  Y  Z


# A

▷ **Anaplastology** (http://www.omicsonline.org/anaplastology.php) *Recommended by*

Ali Izadpanah (http://www.omicsonline.org/recommendation/Ali-Izadpanah-Journal-of-
Anaplastology.pdf)
McGill University Health Centre, Canada
Christopher J. Salgado (http://www.omicsonline.org/recommendation/Christopher-J-Salgado-
Journal-of-Anaplastology.pdf)
University of Miami Miller School of Medicine, USA
Gregory L. Polyzois (http://www.omicsonline.org/recommendation/Gregory-L-Polyzois-Journal-
of-Anaplastology.pdf)
University of Athens, Greece
Hiroko Taneda (http://www.omicsonline.org/recommendation/Hiroko-Taneda-Journal-of-
Anaplastology.pdf)
International University of Health and Welfare, Japan
Kazuhiro Yagihara (http://www.omicsonline.org/recommendation/Kazuhiro-Yagihara-Journal-of-
Anaplastology.pdf)
Saitama Cancer Center, Japan
Marco Tatullo (http://www.omicsonline.org/recommendation/Marco-Tatullo-Journal-of-
Anaplastology.pdf)
University of Bari, Italy
Stephen Lo (http://www.omicsonline.org/recommendation/Stephen-Lo-Journal-of-
Anaplastology.pdf)
Tan Tock Seng Hospital, Singapore
Ziyad Alharbi (http://www.omicsonline.org/recommendation/Ziyad-Alharbi-Journal-of-
Anaplastology.pdf)
RWTH Aachen University, Germany


▷ **AIDS & Clinical Research** (http://www.omicsonline.org/aids-clinical-research.php) *Recommended
by*

Marc H.V. Van Regenmortel (http://www.omicsonline.org/recommendation/Marc-HV-Van-
Regenmortel-Journal-of-AIDS-Clinical-Research.pdf)
University of Strasbourg, France
Han-zhu Qian (http://www.omicsonline.org/recommendation/Han-zhu-Qian-Journal-of-AIDS-
Clinical-Research.pdf)
Vanderbilt University School of Medicine,USA
Vincent C. Marconi (http://www.omicsonline.org/recommendation/Vincent-Marconi-Journal-of-
AIDS-Clinical-Research.pdf)
Emory University School of Medicine, USA
John K.Williams (http://www.omicsonline.org/recommendation/John-K-Williams-Journal-of-
AIDS-Clinical-Research.pdf)
UCLA-Semel Institute for Neuroscience & Human Behavior, USA

Lucette A. Cysique (http://www.omicsonline.org/recommendation/Lucette-A-Cysique-Journal-of-AIDS-Clinical-Research.pdf)
The University of New South Wales, Australia
Nancy F. Crum Cianflone (http://www.omicsonline.org/recommendation/Nancy-F-Crum-Cianflone-Journal-of-AIDS-Clinical-Research.pdf)
University of the Health Sciences , USA
Nuria Garatachea (http://www.omicsonline.org/recommendation/Nuria-Garatachea-Journal-of-AIDS-Clinical-Research.pdf)
University of Leon , Spain

▷ **Allergy & Therapy** (http://www.omicsonline.org/allergy-therapy.php) *Recommended by*

Bill-Chen (http://www.omicsonline.org/recommendation/Bill-Chen-Journal-of-Allergy-&-Therapy.pdf)
University of Pittsburgh, USA
David Price (http://www.omicsonline.org/recommendation/David-Price-Journal-of-Allergy-&-Therapy.pdf)
University of Aberdeen, UK
Newcomb PA (http://www.omicsonline.org/recommendation/Patricia-Newcomb-Journal-of-Allergy-&-Therapy.pdf)
University of Texas at Arlington, USA
Ralph Mosges (http://www.omicsonline.org/recommendation/Ralph-Mosges-Journal-of-Allergy-&-Therapy.pdf)
Institute of Medical Statistics, Germany
Rodolfo de Paula Vieira (http://www.omicsonline.org/recommendation/Rodolfo-de-Paula-Vieira-Journal-of-Allergy-&-Therapy.pdf)
Nove de Julho University, Brazil

▷ **Alternative & Integrative Medicine** (http://www.esciencecentral.org/journals/alternative-integrative-medicine.php) *Recommended by*

Chandradhar Dwivedi (http://www.omicsonline.org/recommendation/Chandradhar-Dwivedi-Alternative-&-Integrative-Medicine.pdf)
South Dakota State University, USA
Claudio Nicolini (http://www.omicsonline.org/recommendation/Claudio-Nicolini-Alternative-&-Integrative-Medicine.pdf)
University of Genoa, Italy
Helan" Wahbeh (http://www.omicsonline.org/recommendation/Helane-Wahbeh-Alternative-Integrative-Medicine.pdf)
Oregon Health & Science University, USA
Yong Cui (http://www.omicsonline.org/recommendation/Yong-Cui-Alternative-&-Integrative-Medicine.pdf)
Vanderbilt University, USA
Paolo Rossi (http://www.omicsonline.org/recommendation/Paolo-Rossi-Alternative-&-Integrative-Medicine.pdf)
University Centre for Adaptive Disorders and Headache, Italy
Francesco Di Pierro (http://www.omicsonline.org/recommendation/Francesco-Di-Pierro-Alternative-&-Integrative-Medicine.pdf)
Scientific and Research Director, Italy

OMICS International | Open Access Journals | Editors Recommendation for Indexing

Paolo Roberti di Sarsina (http://www.omicsonline.org/recommendation/Paolo-Roberti-di-Sarsina-Alternative-&-Integrative-Medicine.pdf)
University of Milano-Bicocca, Italy
Syed Faisal Zaidi (http://www.omicsonline.org/recommendation/Syed-Faisal-Zaidi-Alternative-&-Integrative-Medicine.pdf)
University of Toyama, Japan
Kevin Yap (http://www.omicsonline.org/recommendation/Kevin-Yap-Alternative-&-Integrative-Medicine.pdf)
National University Health System, Singapore
Romy Lauche (http://www.omicsonline.org/recommendation/Romy-Lauche-Alternative-&-Integrative-Medicine.pdf)
University of Duisburg-Essen, Germany
Hong Cai Shang (http://www.omicsonline.org/recommendation/Hong-Cai-Shang-Alternative-&-Integrative-Medicine.pdf)
Deputy Director, Tianjin University, China
Quan Yong Luo (http://www.omicsonline.org/recommendation/Quan-Yong-Luo-Alternative-&-Integrative-Medicine.pdf)
Shanghai Jiao Tong University, China

▷ **Arthritis** (http://www.omicsgroup.org/journals/arthritis.php) *Recommended by*

Hiroshi Okamoto (http://www.omicsonline.org/recommendation/Hiroshi-Okamoto-Journal-of-Arthritis.pdf)
Minami-Otsuka Institute of Technology, Japan

▷ **Autacoids** (http://www.omicsonline.org/autacoids.php) *Recommended by*

Henry E Young (http://www.omicsonline.org/recommendation/Henry-E-Young-Journal-of-Autacoids.pdf)
Mercer University School of Medicine, USA
Pradeep K Karla (http://www.omicsonline.org/recommendation/Pradeep-K-Karla-Journal-of-Autacoids.pdf)
Howard University, USA
William Durante (http://www.omicsonline.org/recommendation/William-Durante-Journal-of-Autacoids.pdf)
University of Missouri, USA
Weiya Ma (http://www.omicsonline.org/recommendation/Weiya-Ma-Journal-of-Autacoids.pdf)
McGill University, Canada
Yun Michael Shim (http://www.omicsonline.org/recommendation/Yun-Michael-Shim-Journal-of-Autacoids.pdf)
University of Virginia, USA
Ju-Seop Kang (http://www.omicsonline.org/recommendation/Ju-Seop-Kang-Journal-of-Autacoids.pdf)
Hanyang University, South Korea
Akira Sugawara (http://www.omicsonline.org/recommendation/Akira-Sugawara-Journal-of-Autacoids.pdf)
Professor, Tohoku University, Japan

▷ **Analytical & Bioanalytical Techniques** (http://www.omicsonline.org/analytical-bioanalytical-techniques.php) *Recommended by*

 Boris Gorovits (http://www.omicsonline.org/recommendation/Boris-Gorovits-Journal-of-Analytical-&-Bioanalytical-Techniques.pdf)
 Pfizer Corporation, UK
 Eugenia Kharlampieva (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Eugenia-Kharlampieva.pdf)
 University of Alabama at Birmingham, USA
 Ji-Xin Cheng (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Ji-Xi-Cheng.pdf)
 Purdue University, USA
 Lucia Mutihac (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Lucia-Mutihac.pdf)
 University of Bucharest, Romania
 Monica Butnariu (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Monica-Butnariu.pdf)
 Banat"s University, Romania
 Monica Butnariu (http://www.omicsonline.org/recommendation/Monica-Butnariu-Journal-of-Analytical-&-Bioanalytical-Techniques.pdf)
 King Abdulaziz University, Saudi Arabia
 Rupak Doshi (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Rupak-Doshi.pdf)
 University of Cambridge, USA
 Ralf Hoffmann (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Ralf-Hoffmann.pdf)
 University of Leipzig Deutscher, Germany
 Simone Konig (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Simone-Konig.pdf)
 University of Munster, Germany
 Yi Pang (http://www.omicsonline.org/recommendation/Letter-of-Consent-JABT-Yi-Pang.pdf)
 The University of Akron, USA

▷ **Air & Water Borne Diseases** (http://www.omicsgroup.org/journals/air-water-borne-diseases.php) *Recommended by*

 Ahmed Moussa (http://www.omicsonline.org/recommendation/Ahmed-Moussa-Air&Water-Borne-Diseases.pdf)
 Institute of Veterinary Sciences University, Algeria
 Arti Shukla (http://www.omicsonline.org/recommendation/Arti-Shukla-Air-&-Water-Borne-Diseases.pdf)
 University of Vermont, USA
 Ahmad Adnan (http://www.omicsonline.org/recommendation/Ahmad-Adnan-Air-Water-Borne-Diseases.pdf)
 GC University Lahore, Pakistan
 Charles A Downs (http://www.omicsonline.org/recommendation/Charles-A-Downs-Air-&-Water-Borne-Diseases.pdf)
 Emory University, USA
 Harvey Hou (http://www.omicsonline.org/recommendation/Harvey-Hou-Air&Water-Borne-Diseases.pdf)

Alabama State University, USA
Joseph Larkin (http://www.omicsonline.org/recommendation/Joseph-Larkin-Air&Water-Borne-Diseases.pdf)
University of Florida, USA
Ki-Hyun Kim (http://www.omicsonline.org/recommendation/Ki-Hyun-Kim-Air-&-Water-Borne-Diseases.pdf)
Sejong University, korea
Marta Palusinska-Szysz (http://www.omicsonline.org/recommendation/Marta-Palusinska-Szysz-Air-Water-Borne-Diseases.pdf)
Maria Curie-Sklodowska University, Poland
Mohammad Hadi Dehghani (http://www.omicsonline.org/recommendation/Ahmad-Adnan-Air&Water-Borne-Diseases.pdf)
Tehran University of Medical Sciences, Iran
Qiang Cheng (http://www.omicsonline.org/recommendation/Qiang-Cheng-Air&Water-Borne-Diseases.pdf)
Southern Illinois University, USA
William Cho (http://www.omicsonline.org/recommendation/William-Cho-Air-Water-Borne-Diseases.pdf)
University of Hong Kong, China
Youjun Feng (http://www.omicsonline.org/recommendation/Youjun-Feng-Air-Water-Borne-Diseases.pdf)
University of Illinois, USA


▷ **Antivirals & Antiretrovirals** (http://www.omicsonline.org/antivirals-antiretrovirals.php)
*Recommended by*

Brenda Fredericksen (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Brenda-Fredericksen.pdf)
University of Maryland, USA
Lul Raka (http://www.omicsonline.org/recommendation/Lul-Raka-Journal-of-Antivirals-&-Antiretrovirals.pdf)
National Institute of Public Health of Kosova, Europe
Nicolas Sluis-Cremer (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Nicolas-Sluis-Cremer.pdf)
University of Pittsburgh School of Medicine, USA
Qianjun LI (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Qianjun-LI.pdf)
University of Alabama at Birmingham, USA
Mohamad Aljofan (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Mohamad-Aljofan.pdf)
Monash University, Australia
Riad Agbaria (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Riad-Agbaria.pdf)
Ben-Gurion University of the Negev, Israel
Sita Awasthi (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Sita-Awasthi.pdf)
University of Pennsylvania, USA
Yue Chen (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Yue-Chen.pdf)
University of Pittsburgh, USA
Zhiwei Chen (http://www.omicsonline.org/recommendation/Letter-of-Consent-JAA-Zhiwei-Chen.pdf)

The University of Hong Kong, Hong Kong

▷ **Ancient Diseases & Preventive Remedies** (http://www.esciencecentral.org/journals/ancient-diseases-preventive-remedies.php) *Recommended by*

Abbas K. Samadi (http://www.omicsonline.org/recommendation/Abbas-Samadi-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Pathway Genomics, USA
Ahmed Moussa (http://www.omicsonline.org/recommendation/Ahmed-Moussa-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Mostaganem University, Algeria
Conrad Kabali (http://www.omicsonline.org/recommendation/Conrad-Kabali-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
McMaster University, Canada
Dianqing Sun (http://www.omicsonline.org/recommendation/Dianqing-Sun-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
University of Hawaii, USA
Fadi Abbas (http://www.omicsonline.org/recommendation/Fadi-Abbas-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Al zahraa University hospital, Lebanon
Haigang Gu (http://www.omicsonline.org/recommendation/Haigang-Gu-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Vandebilt University, USA
Jibing Yang (http://www.omicsonline.org/recommendation/Jibing-Yang-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
University of Michigan, USA
Liem Nguyen (http://www.omicsonline.org/recommendation/Liem-Nguyen-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Case Western Reserve University, USA
Martin Braddock (http://www.omicsonline.org/recommendation/Martin-Baddrock-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
AstraZeneca,UK
M Jahangir Alam (http://www.omicsonline.org/recommendation/MJ-Alam-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
University of Houston College of Pharmacy, USA
Paulo R Z Antas (http://www.omicsonline.org/recommendation/Paulo-Antas-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Principal Investigator, Brazil
Theocharis Konstantinidis (http://www.omicsonline.org/recommendation/Martin-Baddrock-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Regional Public Health Laboratory of Hellenic, Greece
Tim Sandle (http://www.omicsonline.org/recommendation/Tim-Sandle-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
BPL,UK
Zeljko Roncevic (http://www.omicsonline.org/recommendation/Zeljko-Roncevic-Journal-of-Ancient-Diseases-&-Preventive-Remedies.pdf)
Mostar University School of Medicine, Bosnia and Herzegovina

▷ **Alcoholism and Drug Dependence** (http://www.esciencecentral.org/journals/alcoholism-and-drug-dependence.php) *Recommended by*

Takato Hiranita (http://www.omicsonline.org/recommendation/Hiranita-Recommendation-Letter.pdf)
University of Colorado at Boulder, USA
Ze Wang (http://www.omicsonline.org/recommendation/Ze-Wang-Recommendation-Letter.pdf)
University of Pennsylvania, USA
Nina B.L. Urban (http://www.omicsonline.org/recommendation/Nina-BL-Urban-Recommendation-Letter.pdf)
Columbia University, USA
Suchiamita Ray (http://www.omicsonline.org/recommendation/Suchismita-Ray-Recommendation-Letter.pdf)
Rutgers-The State University of New Jersey, USA

▷ **Advances in Pharmacoepidemiology & Drug Safety**
(http://www.omicsgroup.org/journals/advances-in-pharmacoepidemiology-drug-safety.php)
*Recommended by*

Erik O Kobayashi (http://www.omicsonline.org/recommendation/Erick.O.Hernandez-Recommendation-Letter.pdf)
Chiba University, Japan
Da-Yong Lu (http://www.omicsonline.org/recommendation/Da-Yong-Lu-Advances-in-Pharmacoepidemiology-&-Drug-Safety.pdf)
Shanghai University, China
Sheryl L Szeinbach (http://www.omicsonline.org/recommendation/Sheryl-L-Szeinbach-Advances-in-Pharmacoepidemiology-&-Drug-Safety.pdf)
The Ohio State University, USA
Martin Wawruch (http://www.omicsonline.org/recommendation/Martin-Wawruch-Advances-in-Pharmacoepidemiology-&-Drug-Safety.pdf)
Comenius University, Slovakia
Shufeng Zhou (http://www.omicsonline.org/recommendation/Letter-of-Consent-APDS-Shufeng-Zhou.pdf)
University of South Florida, USA
Yi Jin (http://www.omicsonline.org/recommendation/Letter-of-Consent-APDS-Yi-Jin.pdf)
University of Pennsylvania, USA

▷ **Addiction Research & Therapy** (http://www.omicsonline.org/addiction-research-therapy.php)
*Recommended by*

Cody Ding (http://www.omicsonline.org/recommendation/Cody-Ding-Journal-of-Addiction-Research-&-Therapy.pdf)
University of Missouri-St. Louis, USA

▷ **Advanced Techniques in Biology & Medicine** (http://www.esciencecentral.org/journals/advanced-techniqes-biology-medicine.php) *Recommended by*

OMICS International | Open Access Journals | Editors Recommendation for Indexing

Dr.Surajith Sarkar (http://www.omicsonline.org/recommendation/Surajit-Sarkar-Advanced-Technique-In-Biology-And-Medicine.pdf)
University of Delhi South Campus
Dr.Qiang Chen (http://www.omicsonline.org/recommendation/Qiang-Chen-Advanced-Technique-In-Biology-And-Medicine.pdf)
Arizona State University

▷ **Applied & Computational Mathematics** (http://www.omicsgroup.org/journals/applied-computational-mathematics.php) *Recommended by*

Orlando Gomes (http://www.omicsonline.org/recommendation/Orlando-Gomes-Journal-of-Applied-Computational-Mathematics.pdf)
Instituto Superior de Contabilidade e Administra""o de Lisboa, Portugal
Zeshui Xu (http://www.omicsonline.org/recommendation/Zeshui-Xu-Journal-of-Applied-Computational-Mathematics.pdf)
University of Science and Technology, China
Zudi Lu (http://www.omicsonline.org/recommendation/Zudi-Lu-Journal-of-Applied-Computational-Mathematics.pdf)
University of Adelaide, Australia

▷ **Accounting & Marketing** (http://www.omicsgroup.org/journals/accounting-marketing.php) *Recommended by*

Mayada A. Youssef (http://www.omicsonline.org/recommendation/Mayada-A-Youssef-Journal-of-Accounting-Marketing.pdf)
United Arab Emirates University, UAE
Nenavath Sreenu (http://www.omicsonline.org/recommendation/Nenavath-Sreenu-Journal-of-Accounting-Marketing.pdf)
Indira Gandhi National Tribal University, India

# B

▷ **Brain Disorders and Therapy** (http://www.omicsgroup.org/journals/brain-disorders-therapy.php) *Recommended by*

Brajendra Tripathi (http://www.omicsonline.org/recommendation/Brajendra-Tripathi-Journal-of-Brain-Disorders-and-Therapy.pdf)
National Institute of Health, USA
Edward Giniger (http://www.omicsonline.org/recommendation/Edward-Giniger-Brain-Disorders-&-Therapy.pdf)
National Institute of Neurological Disorders and Stroke, USA
Hiroshi Mitoma (http://www.omicsonline.org/recommendation/Hiroshi-Mitoma-Brain-Disorders-&-Therapy.pdf)
Tokyo Medical University, Japan
Jin J. Luo (http://www.omicsonline.org/recommendation/Jin-J-Luo-Brain-Disorders-&-Therapy.pdf)
Temple University School of Medicine, USA

Kiran K. Velpula (http://www.omicsonline.org/recommendation/Kiran-K-Velpula-Brain-Disorders-&-Therapy.pdf)
University of Illinois college of Medicine at Peoria, USA
Michael F. Waters (http://www.omicsonline.org/recommendation/Michael-F-Waters-Brain-Disorders-&-Therapy.pdf)
University of Florida Stroke Program, USA
Zhiqun Tan (http://www.omicsonline.org/recommendation/Zhiqun-Tan-Brain-Disorders-&-Therapy.pdf)
University of California Irvine, USA
Swapna Asuthkar (http://www.omicsonline.org/recommendation/Swapna-Asuthkar-Brain-Disorders-&-Therapy.pdf)
University of Illinois college of Medicine at Peoria, USA


▷ **Bioanalysis & Biomedicine** (http://www.omicsonline.org/bioanalysis-biomedicine.php)
*Recommended by*

Erik P.H. de Leeuw (http://www.omicsonline.org/recommendation/Erik-P-H-de-Leeuw-Journal-of-Bioanalysis-&-Biomedicine.pdf)
University of Maryland Baltimore School of Medicine, USA
Wolfgang Fischer (http://www.omicsonline.org/recommendation/Wolfgang-Fischer-Journal-of-Bioanalysis-&-Biomedicine.pdf)
National Yang-Ming University
Jinyong Peng (http://www.omicsonline.org/recommendation/Jinyong-peng-letter-of-consent.pdf)
Dalian Medical University Dalian China
Li Xu (http://www.omicsonline.org/recommendation/Li-Xu-Journal-of-Bioanalysis-&-Biomedicine.pdf)
Northwestern University, USA
Xiaoyan Jiang (http://www.omicsonline.org/recommendation/Xiaoyan-Letter-of-Consent-Journal-of-Bioanalysis-&-Biomedicine.pdf)
University of British Columbia, Canada


▷ **Biofertilizers & Biopesticides** (http://www.omicsonline.org/biofertilizers-biopesticides.php)
*Recommended by*

Satinder Kaur Brar (http://www.omicsonline.org/recommendation/Satinder-Kaur-Brar-Journal-of-Biofertilizers-&-Biopesticides.pdf)
University of Quebec, Canada
Jorge Braz Torres (http://www.omicsonline.org/recommendation/Jorge-Braz-Torres-Journal-of-Biofertilizers-&-Biopesticides.pdf)
Federal University, Brazil
Nagappan Raja (http://www.omicsonline.org/recommendation/Nagappan-Raja-Journal-of-Biofertilizers-&-Biopesticides.pdf)
University of Gondar, Ethiopia
Suresh Kumar (http://www.omicsonline.org/recommendation/Suresh-Kumar-Journal-of-Biofertilizers-&-Biopesticides.pdf)
Purdue University, USA
Manas Sarkar (http://www.omicsonline.org/recommendation/Manas-Sarkar-Journal-of-Biofertilizers-&-Biopesticides.pdf)
National Centre for Disease Control, India

OMICS International | Open Access Journals | Editors Recommendation for Indexing

Marcello Maggiolini (http://www.omicsonline.org/recommendation/Marcello-Maggiolini-Journal-of-Biofertilizers-&-Biopesticides.pdf)
University of Calabria, Italy
S M Rajendran (http://www.omicsonline.org/recommendation/SM-Rajendran-Journal-of-Biofertilizers-&-Biopesticides.pdf)
Central Drug Research Institute, India
D Balachandar (http://www.omicsonline.org/recommendation/D-Balachandar-Journal-of-Biofertilizers-&-Biopesticides.pdf)
Tamil Nadu Agricultural University, India
Subbiah Poopathi (http://www.omicsonline.org/recommendation/Subbiah-Poopathi-Journal-of-Biofertilizers-&-Biopesticides.pdf)
Indian Council of Medical Research, India

▷ **Biochemistry & Physiology: Open Access** (http://www.omicsgroup.org/journals/biochemistry-physiology-open-access.php) *Recommended by*

Kennedy Wekesa (http://www.omicsonline.org/recommendation/Kennedy-Wekesa-Biochemistry-&-Physiology-Open-Access.pdf)
Alabama State University, USA
Liangqun Huang (http://www.omicsonline.org/recommendation/Liangqun-Huang-Biochemistry-&-Physiology-Open-Access.pdf)
Colorado State University, USA
Mohammed Najafi (http://www.omicsonline.org/recommendation/Mohammed-Najafi-Biochemistry-&-Physiology-Open-Access.pdf)
University of Medical Sciences, Iran
Padmanava Dash (http://www.omicsonline.org/recommendation/Padmanava-Dash-Biochemistry-&-Physiology-Open-Access.pdf)
Jackson State University, USA
Fernando Reis (http://www.omicsonline.org/recommendation/Fernando-Reis-Biochemistry-&-Physiology-Open-Access.pdf)
University of Minas Gerais, Brazil
Shile Huang (http://www.omicsonline.org/recommendation/Shile-Huang-Biochemistry-&-Physiology-Open-Access.pdf)
Louisiana State University Health Sciences Center, USA
Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Biochemistry-&-Physiology-Open-Access.pdf)
Emory University School of Medicine, USA
Smita Mohanty (http://www.omicsonline.org/recommendation/Smita-Mohanty-Biochemistry-&-Physiology-Open-Access.pdf)
Auburn University, USA

▷ **Bioequivalence & Bioavailability** (http://www.omicsonline.org/bioequivalence-bioavailability.php)
*Recommended by*

Shuang-Qing Zhang (http://www.omicsonline.org/recommendation/Shuang-Qing-Zhang-Journal-of-Bioequivalence-&-Bioavailability.pdf)
National Institute for Nutrition and Food Safety, USA
Ruiwen Zhang (http://www.omicsonline.org/recommendation/Ruiwen-Zhang-Journal-of-Bioequivalence-&-Bioavailability.pdf)

TTUHSC School of Pharmacy, USA

Viness Pillay (http://www.omicsonline.org/recommendation/Viness-Pillay-Journal-of-Bioequivalence-&-Bioavailability.pdf)

University of the Witwatersrand, South Africa

David A. Johnson (http://www.omicsonline.org/recommendation/Letter-of-Consent-JBB-David-A.-Johnson.pdf)

Duquesne University, USA

Michael Retsky (http://www.omicsonline.org/recommendation/letter-of-consent-to-Pubmed-Michael-Retsky.pdf)

Harvard School of Public Health, USA

Josef Jampilek (http://www.omicsonline.org/recommendation/Letter-of-Consent-Jampilek-Josef-Jampilek.pdf)

University of Veternary and Pharmaceutical Sciences, Czech Republic

Haroldo A. Toque (http://www.omicsonline.org/recommendation/Letter-of-Consent-Haroldo-A.-Toque.pdf)

Georgia Regents University, USA

Yibin Feng (http://www.omicsonline.org/recommendation/Letter-of-Consent-Yibin-Feng.pdf)

The University of Hong Kong, China

Osmar A. Centurion (http://www.omicsonline.org/recommendation/Letter-of-Consent-Osmar-A.-Centurion.pdf)

Asuncion National University, Paraguay

Li-Quan Wang (http://www.omicsonline.org/recommendation/Letter-Li-Quan-Wang.pdf)

XenoBiotic Laboratories Inc., USA

▷ **Biochemistry & Pharmacology: Open Access** (http://www.omicsgroup.org/journals/biochemistry-pharmacology-open-access.php) *Recommended by*

Sibaprasad Bhattacharyya (http://www.omicsonline.org/recommendation/Sibaprasad-Bhattacharyya-Biochemistry-&-Pharmacology-Open-Access.pdf)

National Cancer Institute at Frederick, USA

Xuechu Zhen (http://www.omicsonline.org/recommendation/Xuechu-Zhen-Biochemistry-&-Pharmacology-Open-Access.pdf)

Soochow University, China

Amany Abdin (http://www.omicsonline.org/recommendation/Amany-Recommendation-Letter.pdf)

Tanta University, Egypt

Anil K Bamezai (http://www.omicsonline.org/recommendation/Anil-Bamezai-Recommendation-Letter.pdf)

Villanova University, USA

Anna Ivana Scovassi (http://www.omicsonline.org/recommendation/Anna-Ivana-Scovassi-Recommendation-Letter.pdf)

CNR Institute of Molecular Genetics, Italy

Erick O. Hernandez (http://www.omicsonline.org/recommendation/Erick.O.Hernandez-Recommendation-Letter.pdf)

University of Maryland School of Medicine, USA

Estibaliz Sasinenia (http://www.omicsonline.org/recommendation/Estibaliz-Sasinenia-Recommendation-Letter.pdf)

Autonomous University of Puebla, Mexico

Eugen (http://www.omicsonline.org/recommendation/Eugen-Recommendation-Letter.pdf)

Jie-Wu (http://www.omicsonline.org/recommendation/Jie-Wu-Recommendation-Letter.pdf)
Barrow Neurological Institute, USA
Purushottamachar p. Puranik (http://www.omicsonline.org/recommendation/Purushottamachar-Puranik-Recommendation-Letter.pdf)
University of Maryland, USA
Andreas G. Tzakos (http://www.omicsonline.org/recommendation/Tzakos-Andreas-Recommendation-Letter.pdf)
University of Ioannina, Greece
Xudong Huang (http://www.omicsonline.org/recommendation/Xudong-Huang-Recommendation-Letter.pdf)
Massachusetts General Hospital and Harvard Medical School, USA
Yukio Imamura (http://www.omicsonline.org/recommendation/yukio-Recommendation-Letter.pdf)
Kyoto University Graduate School of Medicine, Japan


▷ **Biochemistry & Analytical Biochemistry** (http://www.omicsonline.org/biochemistry-and-analytical-biochemistry.php) *Recommended by*

Kota V Ramana (http://www.omicsonline.org/recommendation/Kota-V-Ramana-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Texas Medical Branch, USA
Thomas Efferth (http://www.omicsonline.org/recommendation/Thomas-Efferth-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Mainz, Germany
Amin KA (http://www.omicsonline.org/recommendation/Amin-KA-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Dammam university, Egypt
Bechan Sharma (http://www.omicsonline.org/recommendation/Bechan-Sharma-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Allahabad, India
Salman Khan (http://www.omicsonline.org/recommendation/Salman-Khan-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Integral University, India
Zhongjun Zhou (http://www.omicsonline.org/recommendation/Zhongjun-Zhou-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Hong Kong, China
Abdalla M. El-Mowafy (http://www.omicsonline.org/recommendation/Abdalla-M-El-Mowafy-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Mansoura University, Egypt
Mingxuan Xu (http://www.omicsonline.org/recommendation/Mingxuan-Xu-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Baylor College of Medicine, USA
Monica BUTNARIU (http://www.omicsonline.org/recommendation/Monica-BUTNARIU-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Banat"s University of Agricultural Sciences and Veterinary Medicine, Romania
Livia Visai (http://www.omicsonline.org/recommendation/Livia-Visai-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Pavia, Italy
Boris I. Kurganov (http://www.omicsonline.org/recommendation/Boris-I-Kurganov-Journal-of-

A.N.Bach Institute of Biochemistry, Russia
Adam Lesner (http://www.omicsonline.org/recommendation/Adam-Lesner-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Gdansk, Poland
Eric A Toth (http://www.omicsonline.org/recommendation/Eric-A-Toth-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Maryland, USA
Jun Ling (http://www.omicsonline.org/recommendation/Jun-Ling-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
The Commonwealth Medical College, USA
Aurelia Magdalena Pisoschi (http://www.omicsonline.org/recommendation/Aurelia-Magdalena-Pisoschi-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
University of Agronomic Sciences and Veterinary Medicine, Romania
Veronika Doubnerova (http://www.omicsonline.org/recommendation/Veronika-Doubnerova-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Charles University, Czech Republic
Masood-ul-Hassan Javed (http://www.omicsonline.org/recommendation/Masood-ul-Hassan-Javed-Journal-of-Biochemistry-&-Analytical-Biochemistry.pdf)
Sulaiman Al Rajhi University Medical College, Saudi Arabia


▷ **Bioengineering & Biomedical Science** (http://www.omicsonline.org/bioengineering-biomedical-science.php) *Recommended by*

Bingyun Li (http://www.omicsonline.org/recommendation/Bingyun-Li-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
West Virginia University, USA
Hosam A Elbaz (http://www.omicsonline.org/recommendation/Hosam-A-Elbaz-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
West Virginia University, USA
Jang-Yen (John) Wu (http://www.omicsonline.org/recommendation/Jang-Yen-(John)-Wu-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
Florida Atlantic University, USA
Koji Shimoke (http://www.omicsonline.org/recommendation/Koji-Shimoke-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
Kansai University, Japan
Kytai Truong Nguyen (http://www.omicsonline.org/recommendation/Kytai-Truong-Nguyen-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of Texas at Arlington, USA
Mohamed Elsayed (http://www.omicsonline.org/recommendation/Mohamed-Elsayed-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of Michigan, USA
Marco Rusnati (http://www.omicsonline.org/recommendation/Marco-Rusnati-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of Brescia, USA
Nehal Abu-Lail (http://www.omicsonline.org/recommendation/Nehal-Abu-Lail-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
Washington State University, USA
Peng Li (http://www.omicsonline.org/recommendation/Peng-Li-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
Phoenix, USA

Pedro Cabrales (http://www.omicsonline.org/recommendation/Pedro-Cabrales-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of California, USA
Qing Nie (http://www.omicsonline.org/recommendation/Qing-Nie-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of California, USA
Sadip Pant (http://www.omicsonline.org/recommendation/Sadip-Pant-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
University of Arkansas for Medical Sciences, USA
Zhixiong Guo (http://www.omicsonline.org/recommendation/Zhixiong-Guo-Journal-of-Bioengineering-&-Biomedical-Science.pdf)
The State University of New Jersey, USA

▷ **Biometrics & Biostatistics** (http://www.omicsonline.org/biometrics-biostatistics.php)
*Recommended by*

Abdus Sattar (http://www.omicsonline.org/recommendation/Abdus-Sattar-Journal-of-Biometrics-&-Biostatistics.pdf)
Case Western Reserve University, USA
Bo Cai (http://www.omicsonline.org/recommendation/Bo-Cai-Journal-of-Biometrics-&-Biostatistics.pdf)
University of South Carolina, USA
David W Fardo (http://www.omicsonline.org/recommendation/David-W-Fardo-Journal-of-Biometrics-&-Biostatistics.pdf)
University of Kentucky, USA
Duchwan Ryu (http://www.omicsonline.org/recommendation/Duchwan-Ryu-Journal-of-Biometrics-&-Biostatistics.pdf)
Georgia Health Sciences University, USA
Hongying (Daisy) Dai (http://www.omicsonline.org/recommendation/Hongying-Daisy-Dai-Journal-of-Biometrics-&-Biostatistics.pdf)
Children"s Mercy Hospitals and Clinics, USA
Hrishikesh Chakraborty (http://www.omicsonline.org/recommendation/Hrishikesh-Chakraborty-Journal-of-Biometrics-&-Biostatistics.pdf)
University of South Carolina, USA
Jose Antonio Roldan Nofuentes (http://www.omicsonline.org/recommendation/Jose-Antonio-Roldan-Nofuentes-Journal-of-Biometrics-&-Biostatistics.pdf)
University of Granada, Spain
Jimmy T Efird (http://www.omicsonline.org/recommendation/Jimmy-T-Efird-Journal-of-Biometrics-&-Biostatistics.pdf)
East Carolina University, USA
Xuefeng Lzu (http://www.omicsonline.org/recommendation/Xuefeng-Lzu-Journal-of-Biometrics-&-Biostatistics.pdf)
East Tennessee State University, USA
Liuquan Sun (http://www.omicsonline.org/recommendation/Liuquan-Sun-Journal-of-Biometrics-&-Biostatistics.pdf)
Academy of Mathematics and Systems Science, China
Richard Charnigo (http://www.omicsonline.org/recommendation/Richard-Charnigo-Journal-of-Biometrics &-Biostatistics.pdf)
University of Kentucky, USA

&-Biostatistics.pdf)
The Pennsylvania State University, USA
Shein-Chung Chow (http://www.omicsonline.org/recommendation/Shein-Chung-Chow-Journal-of-Biometrics-&-Biostatistics.pdf)
Duke University, USA
Wenge Guo (http://www.omicsonline.org/recommendation/Wenge-Guo-Journal-of-Biometrics-&-Biostatistics.pdf)
University Heights, USA
Xiaofeng Wang (http://www.omicsonline.org/recommendation/Xiaofeng-Wang-Journal-of-Biometrics-&-Biostatistics.pdf)
Cleveland Clinic Lerner Research Institute, USA
Yi-Ju Li (http://www.omicsonline.org/recommendation/Yi-Ju-Li-Journal-of-Biometrics-&-Biostatistics.pdf)
Duke University, USA
Yasutaka Chiba (http://www.omicsonline.org/recommendation/Yasutaka-Chiba-Journal-of-Biometrics-&-Biostatistics.pdf)
Kinki University School of Medicine, Japan


▷ **Bacteriology & Parasitology** (http://www.omicsonline.org/bacteriology-parasitology.php)
*Recommended by*

Ashley Edwin Franks (http://www.omicsonline.org/recommendation/Ashley-Edwin-Franks-Journal-of-Bacteriology-&-Parasitology.pdf)
University of Massachusetts in Amherst, USA
Fanhong Meng (http://www.omicsonline.org/recommendation/Fanhong-Meng-Journal-of-Bacteriology-&-Parasitology.pdf)
Cornell University, USA
Giuliana Giribaldi (http://www.omicsonline.org/recommendation/Giuliana-Giribaldi-Journal-of-Bacteriology-&-Parasitology.pdf)
University of Torino Medical School, Italy
Guiyun Yan (http://www.omicsonline.org/recommendation/Guiyun-Yan-Journal-of-Bacteriology-&-Parasitology.pdf)
University of California at Irvine, USA
Ibne Karim M Ali (http://www.omicsonline.org/recommendation/Ibne-Karim-M-Ali-Journal-of-Bacteriology-&-Parasitology.pdf)
University of Virginia Health System, USA
Lei Zhou (http://www.omicsonline.org/recommendation/Lei-Zhou-Journal-of-Bacteriology-&-Parasitology.pdf)
Beijing Institute of Microbiology and Epidemiology, China
Lijuan Zhang (http://www.omicsonline.org/recommendation/Lijuan-Zhang-Journal-of-Bacteriology-&-Parasitology.pdf)
National Institute for Communicable Disease Control and Prevention, China
Mario Alberto Flores-Valdez (http://www.omicsonline.org/recommendation/Mario-Alberto-Flores-Valdez-Journal-of-Bacteriology-&-Parasitology.pdf)
Medical and Pharmaceutical Biotechnology Unit, Mexico
Mauro Prato (http://www.omicsonline.org/recommendation/Mauro-Prato-Journal-of-Bacteriology-&-Parasitology.pdf)
University of Torino, Italy
MD A Motaleb (http://www.omicsonline.org/recommendation/MD-A-Motaleb-Journal-of-

East Carolina University, USA

Thomas P West (http://www.omicsonline.org/recommendation/Thomas-P-West-Journal-of-Bacteriology-&-Parasitology.pdf)

South Dakota State University, USA

Victoria Shpacovitch (http://www.omicsonline.org/recommendation/Victoria-Shpacovitch-Journal-of-Bacteriology-&-Parasitology.pdf)

Leibniz-Institute for Analytical Sciences, Germany

Xuejie Yu (http://www.omicsonline.org/recommendation/Xuejie-Yu-Journal-of-Bacteriology-&-Parasitology.pdf)

University of Texas Medical Branch, USA

Youjun Feng (http://www.omicsonline.org/recommendation/Youjun-Feng-Journal-of-Bacteriology-&-Parasitology.pdf)

University of Illinois at Urbana-Champaign, USA

Yusen Liu (http://www.omicsonline.org/recommendation/Yusen-Liu-Journal-of-Bacteriology-&-Parasitology.pdf)

The Ohio State University, USA

Zhiliang Wu (http://www.omicsonline.org/recommendation/Zhiliang-Wu-Journal-of-Bacteriology-&-Parasitology.pdf)

Gifu University, Japan

# C

▷ **Clinical & Cellular Immunology** (http://www.omicsonline.org/clinical-cellular-immunology.php)

*Recommended by*

Abdul Rahman Asif (http://www.omicsonline.org/recommendation/Abdul-R-Asif-Journal-of-Clinical-&-Cellular-Immunology.pdf)

Georg-August-University, Germany

Antonino Carbone (http://www.omicsonline.org/recommendation/Antonino-Carbone-Journal-of-Clinical-&-Cellular-Immunology.pdf)

IRCCS C.R.O. Centro di Riferimento Oncologico, Italy

Anshu Agrawal (http://www.omicsonline.org/recommendation/Anshu-Agrawal-Journal-of-Clinical-&-Cellular-Immunology.pdf)

University of California, Irvine USA

Ahmed Lasfar (http://www.omicsonline.org/recommendation/Ahmed-Lasfar-Journal-of-Clinical-&-Cellular-Immunology.pdf)

Rutgers University, USA

Emanuela Signori (http://www.omicsonline.org/recommendation/Emanuela-Signori-Journal-of-Clinical-&-Cellular-Immunology.pdf)

University Campus Bio-Medico of Rome, Italy

Charles J. Malemud (http://www.omicsonline.org/recommendation/Charles-J-Malemud-Journal-of-Clinical-&-Cellular-Immunology.pdf)

Case Western Reserve University, USA

Esma S. Yolcu (http://www.omicsonline.org/recommendation/Esma-Yolcu-Journal-of-Clinical-&-Cellular-Immunology.pdf)

University of Louisville, USA

Fernando Villalta (http://www.omicsonline.org/recommendation/Fernando-Villalta-Journal-of-Clinical-&-Cellular-Immunology.pdf)

Meharry Medical College, USA

Horea Rus (http://www.omicsonline.org/recommendation/Horea-Rus-Journal-of-Clinical-&-
Cellular-Immunology.pdf)
University of Maryland, USA
Jianfei Yang (http://www.omicsonline.org/recommendation/Jianfei-Yang-Journal-of-Clinical-&-
Cellular-Immunology.pdf)
Tempero Pharmaceuticals, USA
Joseph Larkin III (http://www.omicsonline.org/recommendation/Joseph-Larkin-Journal-of-
Clinical-&-Cellular-Immunology.pdf)
University of Florida Gainesville, USA
Nancy Louis (http://www.omicsonline.org/recommendation/Nancy-Louis-Journal-of-Clinical-&-
Cellular-Immunology.pdf)
Emory University, USA
Narasaiah Kolliputi (http://www.omicsonline.org/recommendation/Esma-Yolcu-Journal-of-
Clinical-&-Cellular-Immunology.pdf)
University of South Florida, USA
Noah Isakov (http://www.omicsonline.org/recommendation/Noah-Isakov-Journal-of-Clinical-&-
Cellular-Immunology.pdf)
Ben Gurion University of the Negev, Israel
Pere Santamaria (http://www.omicsonline.org/recommendation/Pere-Santamaria-Journal-of-
Clinical-&-Cellular-Immunology.pdf)
University of Calgary Health Sciences Centre, Canada
Radhey S. Kaushik (http://www.omicsonline.org/recommendation/Radhey-Kaushik-Journal-of-
Clinical-&-Cellular-Immunology.pdf)
South Dakota State University, USA

▷ **Clinical & Experimental Pathology** (http://www.omicsonline.org/clinical-experimental-
pathology.php) *Recommended by*

Fusun Gundogan (http://www.omicsonline.org/recommendation/Fusun-Gundogan-Journal-of-
Clinical-&-Experimental-Pathology.pdf)
Warren Alpert Medical School of Brown University, USA
Adel El-Naggar (http://www.omicsonline.org/recommendation/Adel-El-Naggar-Journal-of-
Clinical-&-Experimental-Pathology.pdf)
The University of Texas, USA
Katerina Dorovini-Zis (http://www.omicsonline.org/recommendation/Katerina-Dorovini-Zis-
Journal-of-Clinical-&-Experimental-Pathology.pdf)
The University of British Columbia, USA
Huamin Wang (http://www.omicsonline.org/recommendation/Huamin-Wang-Journal-of-Clinical-
&-Experimental-Pathology.pdf)
The University of Texas, USA
Michael J Iatropoulos (http://www.omicsonline.org/recommendation/Michael-J-Iatropoulos-
Journal-of-Clinical-&-Experimental-Pathology.pdf)
New York Medical College, USA
C. Cameron Yin (http://www.omicsonline.org/recommendation/C-Cameron-Yin-Journal-of-
Clinical-&-Experimental-Pathology.pdf)
UT MD Anderson Cancer Center, USA
Qin Yan (http://www.omicsonline.org/recommendation/Qin-Yan-Journal-of-Clinical-&-
Experimental-Pathology.pdf)
Yale University, USA

▷ **Clinical Case Reports** (http://www.omicsgroup.org/journals/clinical-case-reports.php)
*Recommended by*

Anna Lena Berg (http://www.omicsonline.org/recommendation/Anna-Lena-Berg-Journal-of-Clinical-Case-Reports.pdf)
Lund University, Sweden
Dieudonne Kaimbo Wa Kaimbo (http://www.omicsonline.org/recommendation/Dieudonne-Kaimbo-Wa-Kaimbo-Journal-of-Clinical-Case-Reports.pdf)
University of Kinshasa, Republic of Congo
Ender Hur (http://www.omicsonline.org/recommendation/Ender-Hur-Journal-of-Clinical-Case-Reports.pdf)
Division of Nephrology, Turkey
Faruk Uguz (http://www.omicsonline.org/recommendation/Faruk-Uguz-Journal-of-Clinical-Case-Reports.pdf)
Selcuk University, Turkey
Hamid Mohamadjafari (http://www.omicsonline.org/recommendation/Hamid-Mohammadjafari-Journal-of-Clinical-Case-Reports.pdf)
Mazandaran University of medical sciences, Iran
Melvin Khee-Shing Leow (http://www.omicsonline.org/recommendation/Melvin-Khee-Shing-Leow-Journal-of-Clinical-Case-Reports.pdf)
Tan Tock Seng Hospital, Singapore
Noah Isakov (http://www.omicsonline.org/recommendation/Noah-Isakov-Journal-of-Clinical-Case-Reports.pdf)
Ben Gurion University of the Negev, Israel
Sandeep Grover (http://www.omicsonline.org/recommendation/Sandeep-Grover-Journal-of-Clinical-Case-Reports.pdf)
Post Graduate Institute of Medical Education & Research, India
Sunit Kumar Jurel (http://www.omicsonline.org/recommendation/Sunit-Kumar-Jurel-Journal-of-Clinical-Case-Reports.pdf)
Dental Sciences upgraded KGMC, India
Theodoros Eleftheriadis (http://www.omicsonline.org/recommendation/Theodoros-Eleftheriadis-Journal-of-Clinical-Case-Reports.pdf)
Medialyse SA Renal Unit, GreeceM

▷ **Clinical Microbiology: Open Access** (http://www.esciencecentral.org/journals/clinical-microbiology.php) *Recommended by*

Cristiano Pagnini (http://www.omicsonline.org/recommendation/Cristiano_Pagnini_CMO.pdf)
S. Andrea Hospital, Italy
Ender Hur (http://www.omicsonline.org/recommendation/Ender_Hur_CMO.pdf)
Bulent Ecevit University, Turkey
Zhi-Qiang Xiong (http://www.omicsonline.org/recommendation/Zhi_Qiang_Xiong_CMO.pdf)
Chinese Academy of Sciences, China
Younes Smani (http://www.omicsonline.org/recommendation/Younes_Smani_CMO.pdf)
University Hospital, Spain
Hiroshi Hidaka (http://www.omicsonline.org/recommendation/Hiroshi_Hidaka_CMO.pdf)
Tokyo University, Japan
Mahmoud A Khattab

Minia University, Egypt
Sahin Direkel (http://www.omicsonline.org/recommendation/Sahin_Direkel_CMO.pdf)
Giresun University Medical School, Turkey
Theocharis G Konstantinidis
(http://www.omicsonline.org/recommendation/Theocharis_G_Konstantinidis_CMO.pdf)
Democritus University of Thrace, Greece

▷ **Clinical Trials** (http://www.omicsgroup.org/journals/clinical-trials.php) *Recommended by*

Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Clinical-Trials.pdf)
University of Connecticut, USA
Romi Ghose (http://www.omicsonline.org/recommendation/Romi-Ghose-Journal-of-Clinical-Trials.pdf)
University of Houston, USA
E James Essien (http://www.omicsonline.org/recommendation/E-James-Essien-Journal-of-Clinical-Trials.pdf)
University of Houston, USA
Arun Aggarwal (http://www.omicsonline.org/recommendation/Arun-Aggarwal-Journal-of-Clinical-Trials.pdf)
The University of Sydney, Australia
Lukas Leopold Negrin (http://www.omicsonline.org/recommendation/Lukas-LeopoldNegrin-Journal-of-Clinical-Trials.pdf)
University of Vienna, Austria
Miroslav Pohanka (http://www.omicsonline.org/recommendation/Miroslav-Pohanka-Journal-of-Clinical-Trials.pdf)
Univertity of Defence, Czech Republic
Ronald B. Vender (http://www.omicsonline.org/recommendation/Ronald-Vender-Journal-of-Clinical-Trials.pdf)
McMaster University, USA
Susan M Abughosh (http://www.omicsonline.org/recommendation/Susan-Abughosh-Journal-of-Clinical-Trials.pdf)
University of Houston, USA

▷ **Clinical Pharmacology & Biopharmaceutics** (http://www.omicsgroup.org/journals/clinical-pharmacology-biopharmaceutics.php) *Recommended by*

Antoine Al-Achi (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-Antoine-Al-Achi.pdf)
Campbell University School of Pharmacy, USA
Bin Guo (http://www.omicsonline.org/recommendation/Bin-Guo-Clinical-Pharmacology-&-Biopharmaceutics.pdf)
North Dakota State University, USA
David A Johnson (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-David-A-Johnson.pdf)
Duquesne University, USA
Giuseppe Morgia (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-Giuseppe-Morgia.pdf)

Haigang Gu (http://www.omicsonline.org/recommendation/Haigang-Gu-Clinical-Pharmacology-&-Biopharmaceutics.pdf)
Vanderbilt University School of Medicine, USA
Jing Li (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-Jing-Li.pdf)
Wayne State University School of Medicine, USA
Koji Shimoke (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-Koji-Shimoke.pdf)
Kansai University, Japan
Shufeng Zhou (http://www.omicsonline.org/recommendation/Letter-of-Consent-CPB-Shufeng-Zhou.pdf)
University of South Florida, USA
William R Ravis (http://www.omicsonline.org/recommendation/William-R-Ravis-Clinical-Pharmacology-&-Biopharmaceutics.pdf)
Auburn University, USA

▷ **Chromatography & Separation Techniques** (http://www.omicsonline.org/chromatography-separation-techniques.php) *Recommended by*

Eduard Rogatsky (http://www.omicsonline.org/recommendation/Eduard-Rogatsky-Journal-of-Chromatography-&-Separation-Techniques.pdf)
Einstein-Montefiore Institute for Clinical and Translational Research, USA
Sihe Wang (http://www.omicsonline.org/recommendation/Sihe-Wang-Journal-of-Chromatography-&-Separation-Techniques.pdf)
Cleveland Clinic Main Campus, USA
Patrizia Polverino De Laureto (http://www.omicsonline.org/recommendation/Patrizia-Polverino-Recommendation-Letter.pdf)
University of Padova, Italy
Qing-Yi Lu (http://www.omicsonline.org/recommendation/Qing-Yi-Recommendation-Letter.pdf)
University of California at Los Angeles, USA
Elvira-Grandone (http://www.omicsonline.org/recommendation/Elvira-Grandone-Recommendation-Letter.pdf)
I.R.C.C.S. Casa Sollievo della Sofferenza, Italy

▷ **Clinical & Experimental Ophthalmology** (http://www.omicsonline.org/clinical-experimental-ophthalmology.php) *Recommended by*

Aljoscha S. Neubauer (http://www.omicsonline.org/recommendation/Aljoscha-S-Neubauer-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
Ludwig Maximilians University Munich, Germany
Ayman Ahmed Alkawas (http://www.omicsonline.org/recommendation/Ayman-Alkawas-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
Zagazig University, Egypt
David Andrew Wilkie (http://www.omicsonline.org/recommendation/David-A-Wilkie-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
The Ohio State University, USA
Grazyna Adamus (http://www.omicsonline.org/recommendation/Grazyna-Adamus-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
Oregon Health and Science University, USA

Iva Dekaris (http://www.omicsonline.org/recommendation/Iva-Dekaris-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
University Eye Hospital Svjetlost, Croatia
Mark A. Babizhayev (http://www.omicsonline.org/recommendation/Mark-A-Babizhayev-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
Moscow Office of Innovative Vision Products, Russia
Susumu Ishida (http://www.omicsonline.org/recommendation/Susumu-Ishida-Journal-of-Clinical-&-Experimental-Ophthalmology.pdf)
Hokkaido University, Japan

▷ **Clinical & Experimental Cardiology** (http://www.omicsonline.org/clinical-experimental-cardiology.php) *Recommended by*

Prithwish Banerjee (http://www.omicsonline.org/recommendation/Prithwish Banerjee-Journal of Clinical and Experimental Cardiology.pdf)
University of Warwick, United Kingdom
Grigorios Korosoglou (http://www.omicsonline.org/recommendation/Grigorios Korosoglou-Journal of Clinical and Experimental Cardiology.pdf)
University of Heidelberg, Germany
Syed Wamique Yusuf (http://www.omicsonline.org/recommendation/Syed Wamique Yusuf-Journal of Clinical and Experimental Cardiology.pdf)
University of Texas, USA
Rosalinda Madonna (http://www.omicsonline.org/recommendation/Rosalinda Madonna-Journal of Clinical and Experimental Cardiology.pdf)
Texas Heart Institute, USA
Xuejun H Parsons (http://www.omicsonline.org/recommendation/Xuejun H Parsons-Journal of Clinical and Experimental Cardiology.pdf)
San Diego Regenerative Medicine Institute, USA

▷ **Carcinogenesis & Mutagenesis** (http://www.omicsonline.org/carcinogenesis-mutagenesis.php)
*Recommended by*

Antonio Russo (http://www.omicsonline.org/recommendation/Antonio-Russo-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)
University of Palermo, Italy
Claudio Luparello (http://www.omicsonline.org/recommendation/Claudio-Luparello-Journal of Carcinogenesis-&-Mutagenesis.pdf)
University of Palermo, Italy
Jaroslava Halper (http://www.omicsonline.org/recommendation/Jaroslava-Halper-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)
The University of Georgia, USA
Laura Schramm (http://www.omicsonline.org/recommendation/Laura-Schramm-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)
St. John"s University, USA
Luca Fabris (http://www.omicsonline.org/recommendation/Luca-Fabris-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)
University of Padua School of Medicine, Italy
Yidong Bai (http://www.omicsonline.org/recommendation/Yidong-Bai-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

University of Texas Health Science Center, USA

Daotai Nie (http://www.omicsonline.org/recommendation/Daotai-Nie-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

Southern Illinois University School of Medicine, USA

Yuesheng Zhang (http://www.omicsonline.org/recommendation/Yuesheng-Zhang-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

Roswell Park Cancer Institute, USA

Xiaodong Zhou (http://www.omicsonline.org/recommendation/Xiaodong-Zhou-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

University of Texas Medical School at Houston, USA

Lubomir M. Stoilov (http://www.omicsonline.org/recommendation/Lubomir-M.-Stoilov-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

Institute of Genetics, Bulgaria

Hosam A. Elbaz (http://www.omicsonline.org/recommendation/Hosam-A-Elbaz-Journal-of-Carcinogenesis-&-Mutagenesis.pdf)

Wayne State University School of Medicine, USA

▷ **Clinical & Experimental Pharmacology** (http://www.omicsonline.org/clinical-experimental-pharmacology.php) *Recommended by*

Alan Prem Kumar (http://www.omicsonline.org/recommendation/Alan-Prem-Kumar-Journal-of-Clinical-&-Experimental-pharmacology.pdf)

National University of Singapore, Singapore

Hossein Fatemi (http://www.omicsonline.org/recommendation/Hossein-Fatemi-Journal-of-Clinical-&-Experimental-pharmacology.pdf)

University of Minnesota Medical School, USA

William R Ravis (http://www.omicsonline.org/recommendation/William-R-Ravis-Journal-of-Clinical-&-Experimental-pharmacology.pdf)

Pharmeucitical Sciences, USA

▷ **Clinical & Experimental Dermatology Research** (http://www.omicsonline.org/clinical-experimental-dermatology-research.php) *Recommended by*

John Paoli (http://www.omicsonline.org/recommendation/John-Paoli-Journal-of-Clinical-&-Experimental-Dermatology.pdf)

Sahlgrenska University Hospital, Sweden

Amit Garg (http://www.omicsonline.org/recommendation/Garg-recommendation-letter.pdf)

Boston University School of Medicine, USA

Rossitza Lazova (http://www.omicsonline.org/recommendation/Lazova-Rossitza-recommendation-letter.pdf)

Associate Professor of Dermatology and Pathology, Dermatopathology Laboratory, USA

▷ **Cardiovascular Pharmacology: Open Access**
(http://www.esciencecentral.org/journals/cardiovascular-pharmacology.php) *Recommended by*

Alberto Dominguez-Rodriguez (http://www.omicsonline.org/recommendation/Alberto-Dominguez-Rodriguez-Recommendation-Letter.pdf)

Hospital Universitario de Canarias, Spain

Angelo Squeri (http://www.omicsonline.org/recommendation/Angelo-Squeri-Recommendation-Letter.pdf)

Maria Cecilia Hospital, Italy

Diego Conde (http://www.omicsonline.org/recommendation/Diego-Conde-Recommendation-Letter.pdf)

Anchorena Hospital, Argentina

Vasiliki E Kalodimou (http://www.omicsonline.org/recommendation/Vasiliki-E-Kalodimou-Recommendation-Letter.pdf)

IASO Hospital, Greece

Fabio Angeli (http://www.omicsonline.org/recommendation/Fabio-Angeli-Recommendation-Letter.pdf)

Hospital Media Valle del Tevere, Italy

Hiroyasu Ueda (http://www.omicsonline.org/recommendation/Hiroyasu-Ueda-Recommendation-Letter.pdf)

Sumitomo Hospital, Japan

John Hwa (http://www.omicsonline.org/recommendation/John-Hwa-Recommendation-Letter.pdf)

Yale University, USA

Il-man Kim (http://www.omicsonline.org/recommendation/Il-man-Kim-Recommendation-Letter.pdf)

Georgia Health Sciences University, USA

David Della Morte (http://www.omicsonline.org/recommendation/David-Della-Morte-Recommendation-Letter.pdf)

University of Miami, USA

Pollen K F Yeung (http://www.omicsonline.org/recommendation/Pollen-K-Yeung-Recommendation-Letter.pdf)

Dalhousie University, Canada

Xiaoping Ren (http://www.omicsonline.org/recommendation/Xiaoping-Ren-Recommendation-Letter.pdf)

University of Cincinnati, USA

Yu Wang (http://www.omicsonline.org/recommendation/Yu-Wang-Recommendation-Letter.pdf)

University of Hong Kong, Hong Kong

Zsolt Bagi (http://www.omicsonline.org/recommendation/Zsolt-Bagi-Recommendation-Letter.pdf)

Georgia Health Sciences University, USA

Mingyi Wang (http://www.omicsonline.org/recommendation/Mingyi-Wang-Recommendation-Letter.pdf)

Johns Hopkins School of Bloomberg Public Health, USA

Xuejun H Parsons (http://www.omicsonline.org/recommendation/Xuejun-H-Parsons-Recommendation-Letter.pdf)

San Diego Regenerative Medicine Institute, USA

Judith Choi Wo Mak (http://www.omicsonline.org/recommendation/Judith-Choi-Wo-Mak-Recommendation-Letter.pdf)

The University of Hong Kong, Hong Kong

Li Lin (http://www.omicsonline.org/recommendation/Li-Lin-Recommendation-Letter.pdf)

National Institute on Aging, USA

Ravi R Rajani (http://www.omicsonline.org/recommendation/Ravi-R-Rajani-Recommendation-Letter.pdf)

Emory University, USA

Qiwei Yang (http://www.omicsonline.org/recommendation/Qiwei-Yang-Recommendation-Letter.pdf)

University of Illinois, USA

▷ **Computer Science & Systems Biology** (http://www.omicsonline.org/computer-science-systems-biology.php) *Recommended by*

> Rajshree Mootanah (http://www.omicsonline.org/recommendation/AngliaRuskinUniversity-Recommendation-Letter.pdf)
> Anglia Ruskin University, UK
> Paul Perco (http://www.omicsonline.org/recommendation/Paul-perco-Recommendation-Letter.pdf)
> Emergentec Biodevelopment GmbH, Austria
> Shigang YUE (http://www.omicsonline.org/recommendation/Shigang-YUE-Recommendation-Letter.pdf)
> University of Lincoln, UK
> Xiaolong Wu (http://www.omicsonline.org/recommendation/Xiaolong-wu-Recommendation-Letter.pdf)
> California State University, USA
> Ying Tan (http://www.omicsonline.org/recommendation/Ying-tan-Recommendation-Letter.pdf)
> Peking University, China

▷ **Cancer Science & Therapy** (http://www.omicsonline.org/cancer-science-therapy.php)
*Recommended by*

> Binoj Chandhrasekharan Nair (http://www.omicsonline.org/recommendation/Binoj-Chandhrasekharan-Nair-Journal-of-Cancer-Science-&-Therapy.pdf)
> UT MD Anderson Cancer Center, USA
> Jimmy T Efird (http://www.omicsonline.org/recommendation/Jimmy-T-Efird-Journal-of-Cancer-Science-&-Therapy.pdf)
> East Carolina University, USA
> Nives Pecina-Slaus (http://www.omicsonline.org/recommendation/Nives-Pecina-Slaus-Journal-of-Cancer-Science-&-Therapy.pdf)
> Medical School University of Zagreb, USA
> Prakash S Bisen (http://www.omicsonline.org/recommendation/Prakash-S-Bisen-Journal-of-Cancer-Science-&-Therapy.pdf)
> Tropilite Foods Pvt. Ltd, India
> Rajendra K Singh (http://www.omicsonline.org/recommendation/Rajendra_K_Singh_JCST.pdf)
> Dow Corning Corporation, USA
> Reza Hakkak (http://www.omicsonline.org/recommendation/Reza-Hakkak-Journal-of-Cancer-Science-&-Therapy.pdf)
> University of Arkansas for Medical Sciences, USA
> Sivanesan Dakshanamurthy (http://www.omicsonline.org/recommendation/Sivanesan-Dakshanamurthy-Journal-of-Cancer-Science-&-Therapy.pdf)
> Georgetown University Medical Center, USA
> Vicente Notario (http://www.omicsonline.org/recommendation/Vicente_Notario_JCST.pdf)
> Georgetown University Medical Center, USA
> Vincent L. Wilson (http://www.omicsonline.org/recommendation/Vincent_L_Wilson_JCST.pdf)
> Louisiana State University, USA

▷ **Community Medicine & Health Education** (http://www.omicsonline.org/community-medicine-health-education.php) *Recommended by*

Arthur de S" Ferreira (http://www.omicsonline.org/recommendation/Arthur-de-Sa-Ferreira-Journal-of-Community-Medicine-&-Health-Education.pdf)
Arthur de S" Ferreira,
Chandrashekhar T Sreeramareddy
(http://www.omicsonline.org/recommendation/Chandrashekhar-T-Sreeramareddy-Journal-of-Community-Medicine-&-Health-Educatio.pdf)
University Tunku Abdul Rahman Bandar Sungai Long, Malaysia
Depeng Jiang (http://www.omicsonline.org/recommendation/Depeng-Jiang-Journal-of-Community-Medicine-&-Health-Education.pdf)
University of Manitoba, Canada
Dimitrios L. Kalpaxis (http://www.omicsonline.org/recommendation/Dimitrios-L-Kalpaxis-Journal-of-Community-Medicine-&-Health-Education.pdf)
University of Patras, Greece
Dinesh Kumar (http://www.omicsonline.org/recommendation/Dinesh-Kumar-Journal-of-Community-Medicine-&-Health-Education.pdf)
Dr. Rajendra Prasad Government Medical College, India
Koyejo A. Oyerinde (http://www.omicsonline.org/recommendation/Koye-Oyerinde-Journal-of-Community-Medicine-&-Health-Education.pdf)
Columbia University, USA
Martine Hackett (http://www.omicsonline.org/recommendation/Martine-hackett-Journal-of-Community-Medicine-&-Health-Education.pdf)
Hofstra University, USA
Samson Deji (http://www.omicsonline.org/recommendation/Samson-Deji-Journal-of-Community-Medicine-&-Health-Education.pdf)
Obafemi Awolowo University Teaching Hospital, Nigeria
Sutapa Agrawal (http://www.omicsonline.org/recommendation/Sutapa-Agrawal-Journal-of-Community-Medicine-&-Health-Education.pdf)
Public Health Foundation of India, India
Syeda Zakia (http://www.omicsonline.org/recommendation/Syeda-Zakia-Hossain-Journal-of-Community-Medicine-&-Health-Education.pdf)
Hossain The University of Sydney, Australia
Zan-Min Song (http://www.omicsonline.org/recommendation/Zan-Min-Journal-of-Community-Medicine-&-Health-Education.pdf)
Australian National University, Australia
Samson Ayo (http://www.omicsonline.org/recommendation/Samson-Ayo-Journal-of-Community-Medicine-&-Health-Education.pdf)
The Obafemi Awolowo University, Nigeria

▷ **Cell Science & Therapy** (http://www.omicsonline.org/cell-science-therapy.php) *Recommended by*

Katsuyuki Hamada (http://www.omicsonline.org/recommendation/Katsuyuki-Hamada-Journal-of-Cell-Science-&-Therapy.pdf)
Ehime University, Japan
Rakesh Srivastava (http://www.omicsonline.org/recommendation/Rakesh-Srivastava-Journal-of-Cell-Science-&-Therapy.pdf)
University of Kansas Medical Center, USA
Shengwen Calvin Li (http://www.omicsonline.org/recommendation/Katsuyuki-Hamada-Journal-

of-Cell-Science-&-Therapy.pdf)
University of California Irvine, USA
Porunelloor A. Mathew (http://www.omicsonline.org/recommendation/Porunelloor-A-Mathew-Journal-of-Cell-Science-&-Therapy.pdf)
Institute for Cancer Research, USA
Pradeep Chaluvally Raghavan (http://www.omicsonline.org/recommendation/Pradeep-Chaluvally-Raghavan-Journal-of-Cell-Science-&-Therapy.pdf)
University of Texas, USA
Zareen Amtul (http://www.omicsonline.org/recommendation/Zareen-Amtul-Journal-of-Cell-Science-&-Therapy.pdf)
Western University, Canada

# D

▷ **Depression and Anxiety** (http://www.omicsgroup.org/journals/depression-and-anxiety.php)
*Recommended by*

Hoyle Leigh (http://www.omicsonline.org/recommendation/Hoyle-Leigh-Journal-of-Depression-and-Anxiety.pdf)
University of California, USA
Quyen Q. Tiet (http://www.omicsonline.org/recommendation/Quyen-Tiet-Journal-of-Depression-and-Anxiety.pdf)
Alliant International University, USA
Rhonda C. Boyd (http://www.omicsonline.org/recommendation/Rhonda-C-Boyd-Journal-of-Depression-and-Anxiety.pdf)
University of Pennsylvania, USA
Paola Salvatore (http://www.omicsonline.org/recommendation/Paola-Salvatore-Journal-of-Depression-and-Anxiety.pdf)
University of Parma, Italy

▷ **Defense Management** (http://www.omicsgroup.org/journals/defense-management.php)
*Recommended by*

Pavel Otrsal (http://www.omicsonline.org/recommendation/Pavel-Otrisal-Journal-of-Defense-Management.pdf)
University of Defence, Czech Republic

▷ **Drug Designing: Open Access** (http://www.omicsgroup.org/journals/drug-designing.php)
*Recommended by*

Riadh Hammami (http://www.omicsonline.org/recommendation/Riadh-Hammami-Journal-of-Drug-Designing.pdf)
Laval University, Canada
Elena Zavyalova (http://www.omicsonline.org/recommendation/Elena-GZavyalova-Journal-of-Drug-Designing.pdf)
M.V. Lomonosov Moscow State University, Russia
George D. Geromichalos (http://www.omicsonline.org/recommendation/George-DGeromichalos-

Journal-of-Drug-Designing.pdf)
Theagenion Cancer Hospital, Greece
Gjumrakch Aliev (http://www.omicsonline.org/recommendation/Gjumrakch-Aliev-Journal-of-Drug-Designing.pdf)
GALLY International Biomedical Research, USA
Horacio P"rez-S"nchez (http://www.omicsonline.org/recommendation/Horacio-PerezSanchez-Journal-of-Drug-Designing.pdf)
Catholic University of Murcia (UCAM), Spain
Rafik Karaman (http://www.omicsonline.org/recommendation/Rafik-Karaman-Journal-of-Drug-Designing.pdf)
Al-Quds University Jerusalem, Palestine
Shein-Chung Chow (http://www.omicsonline.org/recommendation/Shein-ChungChow-Journal-of-Drug-Designing.pdf)
Duke University, USA


▷ **Dentistry** (http://www.omicsonline.org/dentistry.php)  *Recommended by*

Nabil F Bissada (http://www.omicsonline.org/recommendation/Nabil-F-Bissada-Journal-of-Dentistry.pdf)
Case Western Reserve University, USA
Demeral David Liu (http://www.omicsonline.org/recommendation/Demeral-David-Liu-Journal-of-Dentistry.pdf)
China Medical University, China
Luiz A. Pimenta (http://www.omicsonline.org/recommendation/Luiz-A-Pimenta-Journal-of-Dentistry.pdf)
UNC Chapel Hill, USA
Saroj M. Bahl (http://www.omicsonline.org/recommendation/Saroj-M-Bahl-Journal-of-Dentistry.pdf)
University of Texas-Houston Dental Branch, USA
Seiichi Yamano (http://www.omicsonline.org/recommendation/Seiichi-Yamano-Journal-of-Dentistry.pdf)
New York University College of Dentistry, USA
Yoshihisa Yamashita (http://www.omicsonline.org/recommendation/Yoshihisa-Yamashita-Journal-of-Dentistry.pdf)
Kyushu University, Japan


▷ **Drug Metabolism & Toxicology** (http://www.omicsonline.org/drug-metabolism-toxicology.php)
*Recommended by*

William R Ravis (http://www.omicsonline.org/recommendation/William-R-Ravis-Journal-of-Drug-Metabolism-&-Toxicology.pdf)
Auburn University, USA
Dale Johnson (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Dale_Johnson.pdf)
University of California, USA
Anantha Shekhar (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Anantha_Shekhar.pdf)
Indiana University Medical Center, USA

Sumit Rawal (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Sumit-Rawal.pdf)
University of Tennessee Health Science Center, USA
Honglian Shi (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Honglian-Shi.pdf)
University of Kansas, USA
Kazim Husain (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Kazim-Husain.pdf)
Ponce School of Medicine, USA

▷ **Diabetes & Metabolism** (http://www.omicsonline.org/diabetes-metabolism.php)  *Recommended by*

Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Journal-of-Diabetes-&-Metabolism.pdf)
Emory University School of Medicine, USA
Zhao-Qian"Liu (http://www.omicsonline.org/recommendation/Zhao-Qian-Liu-Journal-of-Diabetes-&-Metabolism.pdf)
Central South University, China
Anjan Kowluru (http://www.omicsonline.org/recommendation/Anjan-Kowuluru-Journal-of-Diabetes-&-Metabolism.pdf)
Wayne State University, USA
Fabio Angeli (http://www.omicsonline.org/recommendation/Febio-Angeli-Journal-of-Diabetes-&-Metabolism.pdf)
General Hospital of Perugia, Italy
Marta Di Carlo (http://www.omicsonline.org/recommendation/Marta-Di-Carlo-Journal-of-Diabetes-&-Metabolism.pdf)
Group Leader at IBIM, Italy
Pandu Gangula (http://www.omicsonline.org/recommendation/Pandu-Gangula-Journal-of-Diabetes-&-Metabolism.pdf)
Meharry Medical College, USA

# E

▷ **Epidemiology: Open Access** (http://www.omicsonline.org/epidemiology-open-access.php)
*Recommended by*

HamidReza Naderi (http://www.omicsonline.org/recommendation/HamidReza-Naderi-Epidemiology-Open-Access.pdf)
Mashhad University of Medical Sciences, Iran
Jane-Francis Akoachere (http://www.omicsonline.org/recommendation/Jane-Francis-Akoachere-Epidemiology-Open-Access.pdf)
University of Buea, Republic of Cameroon
George Rachiotis (http://www.omicsonline.org/recommendation/George-Rachiotis-Epidemiology-Open-Access.pdf)
University of Thessaly, Greece
Abbas Ali Mansour
(http://www.omicsonline.org/recommendation/Abbas_Ali_Mansour_Epidemiology.pdf)
Al-Faiha Diabetes Endocrine and Metabolism Center, Iraq

Pasteur Institute of Dakar, Senegal
Ahmad M Alshihry
(http://www.omicsonline.org/recommendation/Ahmad_M_Alshihry_Epidemiology.pdf)
Eye specialist hospital, Saudi Arabia
Anjum Hashmi (http://www.omicsonline.org/recommendation/Anjum_Hashmi_Epidemiology.pdf)
Maternity & Children"s Hospital, Saudi Arabia
Christian Napoli
(http://www.omicsonline.org/recommendation/Christian_Napoli_Epidemiology.pdf)
University of Bari, Italy
Edward J Trapido
(http://www.omicsonline.org/recommendation/Edward_J_Trapido_Epidemiology.pdf)
LSUHSC School of Public Health, USA
Graham A Colditz
(http://www.omicsonline.org/recommendation/Graham_A_Colditz_Epidemiology.pdf)
Washington University, USA
Sushan M Abughosh
(http://www.omicsonline.org/recommendation/Susan_M_Abughosh_Epidemiology.pdf)
University of Houston, USA
Xianglin L. Du (http://www.omicsonline.org/recommendation/Xianglin-L-Du-Epidemiology-Open-
Access.pdf)
The University of Texas School of Public Health, USA


▷ **Ergonomics** (http://www.omicsgroup.org/journals/ergonomics.php) *Recommended by*

Masahiro Tomita (http://www.omicsonline.org/recommendation/Masahiro-Tomita-Journal-of-
Ergonomics.pdf)
Mie University, Japan
Patrick Patterson (http://www.omicsonline.org/recommendation/Patrick-Patterson-Journal-of-
Ergonomics.pdf)
Texas Tech University, USA


▷ **Endocrinology & Metabolic Syndrome** (http://www.omicsonline.org/endocrinology-metabolic-
syndrome.php) *Recommended by*

Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-
Endocrinology-&-Metabolic-Syndrome.pdf)
Emory University Scvhool of Medicine, USA
Akhilesh Pandey (http://www.omicsonline.org/recommendation/Akhilesh-Kumar-Pandey-
Endocrinology-&-Metabolic-Syndrome.pdf)
Texas Tech University Health Sciences Center, USA
Chen Chen (http://www.omicsonline.org/recommendation/Chen-Chen-Endocrinology-&-
Metabolic-Syndrome.pdf)
The University of Queensland, Australia
Christa Buechler (http://www.omicsonline.org/recommendation/Christa-Buechler-
Endocrinology-&-Metabolic-Syndrome.pdf)
University Hospital Regensburg, Germany
Evangelos Zoidis (http://www.omicsonline.org/recommendation/E-Zoidis-Endocrinology-&-
Metabolic-Syndrome.pdf)
Agricultural University of Athens, Greece

Hong Wang (http://www.omicsonline.org/recommendation/Hong-Wang-Endocrinology-&-Metabolic-Syndrome.pdf)
University of Virginia Medical School, USA
Ilene Fennoy (http://www.omicsonline.org/recommendation/Ilene-Fennoy-Endocrinology-&-Metabolic-Syndrome.pdf)
Columbia University Medical Center, USA
Teik Chye Ooi (http://www.omicsonline.org/recommendation/TC-Ooi-Endocrinology-&-Metabolic-Syndrome.pdf)
University of Ottawa, Canada
Wlodzimierz Luczynski (http://www.omicsonline.org/recommendation/Wlodzimierz-Luczynski-Endocrinology-&-Metabolic-Syndrome.pdf)
Medical University of Bialystok, Poland

▷ **Earth Science & Climatic Change** (http://www.omicsonline.org/earth-science-climatic-change.php) *Recommended by*

Mukesh Singh Boori (http://www.omicsonline.org/recommendation/Mukesh-Singh-Boori-Journal-of-Earth-Science-Climatic-Change.pdf)
Palacky University Olomouc, Czech Republic
Paul Brandt Rauf (http://www.omicsonline.org/recommendation/Paul-Brandt-Rauf-Journal-of-Earth-Sciences-Climatic-Change.pdf)
Dean of the School of Public Health, USA

▷ **Environmental & Analytical Toxicology** (http://www.omicsonline.org/environmental-analytical-toxicology.php) *Recommended by*

Abdel Tawab (http://www.omicsonline.org/recommendation/Abdel-Tawab-Journal-of-Environmental-Analytical-Toxicology.pdf)
National Research Centre, Egypt
Manoj K Shukla (http://www.omicsonline.org/recommendation/Manoj-Shukla-Journal-of-Environmental-Analytical-Toxicology.pdf)
New mexico State University, USA
Rasel Das (http://www.omicsonline.org/recommendation/Rasel-Das-Journal-of-Environmental-Analytical-Toxicology.pdf)
University of Malaya, Malaysia
Wen Zhang (http://www.omicsonline.org/recommendation/Wen-Zhang-Journal-of-Environmental-Analytical-Toxicology.pdf)
New Jersey Institute of Technology, USA

▷ **Entomology, Ornithology & Herpetology: Current Research**
(http://www.omicsonline.org/entomology-ornithology-herpetology.php) *Recommended by*

Dr.Hisham S (http://www.omicsonline.org/recommendation/Hisham-s-Entomology-Ornithology-and-Herpetology.pdf)
King Saud University
Dr.K.Baskar (http://www.omicsonline.org/recommendation/K-Baskar-Entomology-Ornithology-and-Herpetology.pdf)

Loyola College
Dr.Maryam Ahmed (http://www.omicsonline.org/recommendation/Maryam-Ahmed-Entomology-Ornithology-and-Herpetology.pdf)
Appalachian State University
Dr.Peter waniek (http://www.omicsonline.org/recommendation/Peter-Waniek-Entomology-Ornithology-and-Herpetology.pdf)
Instituto Oswaldo Cruz
Dr.Qian Han (http://www.omicsonline.org/recommendation/Qian-Han-Entomology-Ornithology-and-Herpetology.pdf)
Verginia Tech
Dr.Samuel (http://www.omicsonline.org/recommendation/Samuel-Entomology-Ornithology-and-Herpetology.pdf)
University of Calabar


▷ **Emergency Medicine: Open Access** (http://www.omicsgroup.org/journals/emergency-medicine.php) *Recommended by*

Alexander Oberhuber
(http://www.omicsonline.org/recommendation/Alexander_Oberhuber_Emergency_Medicine.pdf)
University Hospital of Dusseldorf, Germany
Aparajita Dey
(http://www.omicsonline.org/recommendation/Aparajita_Dey_Emergency_Medicine.pdf)
MIT Campus, India
Arun Kumar Agnihotri
(http://www.omicsonline.org/recommendation/Arun_Kumar_Agnihotri_Emergency_Medicine.pdf)
S.S.R Medical College, Mauritius
Farzad Rahmani (http://www.omicsonline.org/recommendation/Farzad-Rahmani-Emergency-Medicine-Open-Access.pdf)
Tabriz University of Medical Sciences, Iran
Hassan Soleimanpour (http://www.omicsonline.org/recommendation/Hassan-Soleimanpour-Emergency-Medicine-Open-Access.pdf)
Tabriz University of Medical Sciences, Iran
Jochen Hinkelbein
(http://www.omicsonline.org/recommendation/Jochen_Hinkelbein_Emergency_Medicine.pdf)
University Hospital of Cologne, Germany
Lotze U (http://www.omicsonline.org/recommendation/Lotze_U_Emergency_Medicine.pdf)
DRK Krankenhaus Sondershausen, Germany
Sarkar S (http://www.omicsonline.org/recommendation/Sarkar_S_Emergency_Medicine.pdf)
University of Warwick, UK
Wojciech Dabrowski
(http://www.omicsonline.org/recommendation/Wojciech_Dabrowski_Emergency_Medicine.pdf)
Medical University of Lublin, Poland


▷ **Enzyme Engineering** (http://www.omicsgroup.org/journals/enzyme-engineering.php)
*Recommended by*

M.A.Kamal (http://www.omicsonline.org/recommendation/Mohammad-Amjad-Kamal-Enzyme-Engineering.pdf)

OMICS International | Open Access Journals | Editors Recommendation for Indexing

Nikos Labrou (http://www.omicsonline.org/recommendation/Nikos-Labrou-Enzyme-Engineering.pdf)
Agr. University of Athens, Greece
Shaomin Yan (http://www.omicsonline.org/recommendation/Shaomin-Yan-Enzyme-Engineering.pdf)
Guangxi Academy of Sciences, China

◁ **Entrepreneurship & Organization Management**
(http://www.omicsgroup.org/journals/entrepreneurship-organization-management.php)
*Recommended by*

Arie Halachmi (http://www.omicsonline.org/recommendation/Arie-Halachmi-Journal-of-Entrepreneurship-&-Organization-Management.pdf)
Tennessee State University, USA

# F

◁ **Fungal Genomics & Biology** (http://www.omicsgroup.org/journals/fungal-genomics-biology.php)
*Recommended by*

Arthur FJ Ram (http://www.omicsonline.org/recommendation/Arthur-FJ-Ram-Fungal-Genomics-&-Biology.pdf)
Leiden University, Netherlands
Lisa Solieri (http://www.omicsonline.org/recommendation/Lisa-Solieri-Fungal-Genomics-&-Biology.pdf)
University of Modena and Reggio Emilia, Italy
Vladimir Gouli (http://www.omicsonline.org/recommendation/Vladimir-Gouli-Fungal-Genomics-&-Biology.pdf)
University of Vermont, USA

◁ **Forest Research: Open Access** (http://www.omicsgroup.org/journals/forest-research-open-access.php) *Recommended by*

Jin-Zhi-Zhag (http://www.omicsonline.org/recommendation/Jin-Zhi-Zhag-Forest-Research.pdf)
Huazhong Agricultural University, China
Wendong Tao (http://www.omicsonline.org/recommendation/Wendong-Tao-Forest-Research.pdf)
College of Environmental Science and Forestry, USA

◁ **Fisheries & Livestock Production** (http://www.esciencecentral.org/journals/fisheries-livestock-production.php) *Recommended by*

Benjamin Clemens (http://www.omicsonline.org/recommendation/Benjamin-Clemens-Journal-of-Fisheries-&-Livestock-Production.pdf)
Oregon State University, USA

Sabine Sampels (http://www.omicsonline.org/recommendation/Sabine-Sampels-Journal-of-Fisheries-Livestock-Production.pdf)
University of South Bohemia, Czech Republic
Mahmoudreza Ovissipour (http://www.omicsonline.org/recommendation/Mahmoudreza-Ovissipour-Journal-of-Fisheries-&-Livestock-Production.pdf)
Washington State University, USA
Pere M Pares-Casanova (http://www.omicsonline.org/recommendation/Pere-Miquel-Peres-Journal-of-Fisheries-&-Livestock-Production.pdf)
Universitat de Lleida, Spain

▷ **Food Processing & Technology** (http://www.omicsonline.org/food-processing-technology.php)
*Recommended by*

Carol S.K. Lin (http://www.omicsonline.org/recommendation/Carol-S-K-Lin-Journal-of-Food-Processing-Technology.pdf)
City University of Hong Kong, Hong Kong
Noureddine Benkeblia (http://www.omicsonline.org/recommendation/Noureddine-Benkeblia-Journal-of-Food-Processing-Technology.pdf)
The University of the West Indies, Jamaica

▷ **Family Medicine & Medical Science Research** (http://www.omicsgroup.org/journals/family-medicine-medical-science-research.php) *Recommended by*

Akaba Godwin Otuodichinma (http://www.omicsonline.org/recommendation/Akaba-Godwin-Otuodichinma-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
University of Abuja Teaching Hospital, Nigeria
Cheng Zhang (http://www.omicsonline.org/recommendation/Cheng-Zhang-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Third Military Medical University, PR of China
Saeed Akhtar (http://www.omicsonline.org/recommendation/Saeed-Akhtar-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
University of Kuwait, Kuwait
Takenori Akiyama (http://www.omicsonline.org/recommendation/Takenori-Akiyama-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Keio University School of Medicine, Japan
Tatsushi Mutoh (http://www.omicsonline.org/recommendation/Tatsushi-Mutoh-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Research Institute for Brain and Blood Vessels-Akita, Japan

▷ **Forensic Research** (http://www.omicsonline.org/forensic-research.php) *Recommended by*

Kaori Shintani-Ishida (http://www.omicsonline.org/recommendation/Kaori-Shintani-Ishida-Journal-of-Forensic-Research.pdf)
University of Tokyo, Japan
Jianye Ge (http://www.omicsonline.org/recommendation/Jianye-Ge-Journal-of-Forensic-Research.pdf)
University of North Texas Health Science Center, USA

Jawahar L Mehta (http://www.omicsonline.org/recommendation/Jawahar-L-Mehta-Journal-of-Forensic-Research.pdf)
UAMS and VAMC Little Rock, USA
Jaiprakash Shewale (http://www.omicsonline.org/recommendation/Jaiprakash-Shewale-Journal-of-Forensic-Research.pdf)
Life Technologies Corporation, USA
Harvey Hou (http://www.omicsonline.org/recommendation/Harvey-Hou-Journal-of-Forensic-Research.pdf)
Alabama State University, USA

# G

▷ **Gastrointestinal & Digestive System** (http://www.omicsonline.org/gastrointestinal-digestive-system.php) *Recommended by*

Mikihiro Fujiya (http://www.omicsonline.org/recommendation/Mikihiro-Fujiya-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Asahikawa Medical University, Japan
Josef Wagner (http://www.omicsonline.org/recommendation/Josef-Wagner-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Royal Children Hospital, Australia
Ira Skvortsova (http://www.omicsonline.org/recommendation/Ira-Skvortsova-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Innsbruck Medical University, Austria
Inder Perkash (http://www.omicsonline.org/recommendation/Inder-Perkash-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Stanford University Medical Center, USA
Ayman I. Sayegh (http://www.omicsonline.org/recommendation/Ayman-I-Sayegh-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Tuskegee University, USA
Amr Amin (http://www.omicsonline.org/recommendation/Amr-Amin-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
UAE University, UAE
Melissa Palmer (http://www.omicsonline.org/recommendation/Melissa-Palmer-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
NYU Gastroenterology Associates, USA
Weibiao Cao (http://www.omicsonline.org/recommendation/Weibiao-Cao-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Brown University, USA

▷ **Glycomics & Lipidomics** (http://www.omicsonline.org/glycomics-lipidomics.php) *Recommended by*

Aindrila Mukhopadhyay (http://www.omicsonline.org/recommendation/Letter-JGL-Aindrila-Mukhopadhyay.pdf)
Lawrence Berkeley National Laboratory, USA
Fadi Khasawneh (http://www.omicsonline.org/recommendation/Letter-of-Consent-Fadi-

Western University of Health Sciences, USA
Jozef Nahalka (http://www.omicsonline.org/recommendation/Letter-of-Consent-Jozef-Nahalka.pdf)
Slovak Academy of Sciences, Slovakia
Rafat A Siddiqui (http://www.omicsonline.org/recommendation/letter-of-consent-Rafat-A-Siddiqu.pdf)
Indiana University School of Medicine, USA

▷ **Gerontology & Geriatric Research** (http://www.omicsgroup.org/journals/gerontology-geriatric-research.php) *Recommended by*

Akhilesh Kumar Pandey (http://www.omicsonline.org/recommendation/Akhilesh-Kumar-Pandey-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Institute on Aging, School of Medicine, USA
Craig S. Atwood (http://www.omicsonline.org/recommendation/Craig-S-Atwood-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Wisconsin-Madison, USA
Rakesh Kumar Tripathi (http://www.omicsonline.org/recommendation/Rakesh-Kumar-Tripathi-Journal-of-Gerontology-&-Geriatric-Research.pdf)
King George"s Medical University, India
Vladimir N Anisimov (http://www.omicsonline.org/recommendation/Vladimir-N-Anisimov-Journal-of-Gerontology-&-Geriatric-Research.pdf)
N.N. Petrov Research Institute of Oncology, Russia
Antonios Kerasnoudis (http://www.omicsonline.org/recommendation/Antonios-Kerasnoudis-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Neurological Department, St. Josef Hospital, Germany
David E Vance (http://www.omicsonline.org/recommendation/David-E-Vance-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Alabama, USA
Elizabeth J Geller (http://www.omicsonline.org/recommendation/Elizabeth-J-Geller-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of North Carolina at Chapel Hill, USA
Gal Bitan (http://www.omicsonline.org/recommendation/Gal-Bitan-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of California, Los Angeles, USA
Jen Tzer Gau (http://www.omicsonline.org/recommendation/Jen-Tzer-Gau-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Ohio University Athens, USA
Robert L Brunner (http://www.omicsonline.org/recommendation/Robert-L-Brunner-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Nevada School of Medicine Reno, USA
Usha Sambamoorthi (http://www.omicsonline.org/recommendation/Usha-Sambamoorthi--Journal-of-Gerontology-&-Geriatric-Research.pdf)
West Virginia University, USA

# H

▷ **Homeopathy & Ayurvedic Medicine** (http://www.omicsgroup.org/journals/homeopathy-

ayurvedic-medicine.php)  *Recommended by*

Bohdan W Wasilewski (http://www.omicsonline.org/recommendation/Bohdan-W-Wasilewski-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Psycomatic institute, Poland
Chakra Pany Sharma (http://www.omicsonline.org/recommendation/Chakra-Pany-Sharma-Journal of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Rajasthan Ayurveda University, India
Jiaxu Chen (http://www.omicsonline.org/recommendation/Jiaxu-Chen-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Bejijing University of Chinese Medicine, China
Mrunalini Rameshchandra (http://www.omicsonline.org/recommendation/Mrunalini-Rameshchandra-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Clinical Ayurveda Specialist, USA
Vaidya Manoj Kumar Sharma (http://www.omicsonline.org/recommendation/Vaidya-Manoj-Kumar-Sharma-Journal of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Rajasthan Ayurveda University, India
Joshi Hanumanthachar (http://www.omicsonline.org/recommendation/Joshi-Hanumanthachar-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Sarada Vilas College of Pharmacy, India

▷ **Health & Medical Informatics** (http://www.omicsonline.org/health-medical-informatics.php)
*Recommended by*

Giora Weisz (http://www.omicsonline.org/recommendation/Giora-Weisz-Journal-of-Health-&-Medical-Informatics.pdf)
Columbia University, USA
Hualiang Zhong (http://www.omicsonline.org/recommendation/Hualiang-Zhong-Journal-of-Health-&-Medical-Informatics.pdf)
Henry Ford Health System, USA
M"sges Prof. Ralph (http://www.omicsonline.org/recommendation/Ralph-Mosges-FAAAAI-Journal-of-Health-&-Medical-Informatics.pdf)
University of Cologne, Germany
Kazuo Maeda (http://www.omicsonline.org/recommendation/Kazuo-Maeda-Journal-of-Health-&-Medical-Informatics.pdf)
Tottori University, Japan
Stephen Obol Opiyo (http://www.omicsonline.org/recommendation/Stephen-Obol-Opiyo-Journal-of-Health-&-Medical-Informatics.pdf)
Molecular & Cellular Imaging Center, Columbus
Gail Washington (http://www.omicsonline.org/recommendation/Gail-Washington-Journal-of-Health-&-Medical-Informatics.pdf)
California State University, USA
Yang Zhang, (http://www.omicsonline.org/recommendation/Yang-Zhang-Journal-of-Health-&-Medical-Informatics.pdf)
The University of Michigan, USA
Yu Ding (http://www.omicsonline.org/recommendation/Yu-Ding-Journal-of-Health-&-Medical-Informatics.pdf)
The Ohio State University, USA

▷ **Hereditary Genetics: Current Research** (http://www.omicsonline.org/hereditary-genetics.php)
*Recommended by*

Airong Li (http://www.omicsonline.org/recommendation/Li-Airong-Hereditary-Genetics-Current-Research.pdf)
Harvard Medical School, USA

Gil Atzmon (http://www.omicsonline.org/recommendation/Gil-Atzmon-Hereditary-Genetics-Current-Research.pdf)
Yeshiva University, USA

Juan Ren (http://www.omicsonline.org/recommendation/Jaun-Ren-Hereditary-Genetics-Current-Research.pdf)
Xi"an Jiao Tong University, China

Shin-ichi Usami (http://www.omicsonline.org/recommendation/Shin-ichi-Usami-Hereditary-Genetics-Current-Research.pdf)
Shinshu University School of Medicine, Japan

Veena N. Rao (http://www.omicsonline.org/recommendation/Veena-N-Rao-Hereditary-Genetics-Current-Research.pdf)
Georgia Cancer Centre of Medicine, USA

Willis Li (http://www.omicsonline.org/recommendation/Willis-Li-Hereditary-Genetics-Current-Research.pdf)
University of California, USA

X. Long Zheng (http://www.omicsonline.org/recommendation/X-Long-Zheng-Hereditary-Genetics-Current-Research.pdf)
The University of Pennsylvania, USA

Yuehua Cui (http://www.omicsonline.org/recommendation/Yuehua-Cui-Hereditary-Genetics-Current-Research.pdf)
Michigan State University, USA


I

▷ **Infectious Diseases and Therapy** (http://www.esciencecentral.org/journals/infectious-diseases-and-therapy.php) *Recommended by*

Vincent Marconi (http://www.omicsonline.org/recommendation/Vincent-Marconi-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Emory University School of Medicine, USA

Theodore A Parasidis (http://www.omicsonline.org/recommendation/Theodore-A-Parasidis-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Regional Public Health Laboratory, Greece

Vijay Kumar Prajapati (http://www.omicsonline.org/recommendation/Vijay-Kumar-Prajapati-Journal-of-Infectious-Diseases-&-Therapy.pdf)
University of South Alabama, USA

Steven Fiering (http://www.omicsonline.org/recommendation/Steven-Fiering-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Geisel School of Medicine, USA

Naveen Patil (http://www.omicsonline.org/recommendation/Naveen-Patil-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Arkansas Department of Health, USA

Maria Salvato (http://www.omicsonline.org/recommendation/Maria-Salvato-Journal-of-Infectious-Diseases-&-Therapy.pdf)

University of Maryland, USA

Juan Carlos Zapata (http://www.omicsonline.org/recommendation/Juan-Carlos-Zapata-Journal-of-Infectious-Diseases-&-Therapy.pdf)

University of Maryland, USA

Dennis O Adeegbe (http://www.omicsonline.org/recommendation/Dennis-O-Adeegbe-Journal-of-Infectious-Diseases-&-Therapy.pdf)

Osaka University, Japan

David J Bzik (http://www.omicsonline.org/recommendation/David-J-Bzik-Journal-of-Infectious-Diseases-&-Therapy.pdf)

The Geisel School of Medicine, USA

Ayalew Mergia (http://www.omicsonline.org/recommendation/Ayalew-Mergia-Journal-of-Infectious-Diseases-&-Therapy.pdf)

University of Florida, USA

Paul M Southern (http://www.omicsonline.org/recommendation/Paul-M-Southern-Journal-of-Infectious-Diseases-&-Therapy.pdf)

UT Southwestern Medical Center, USA

▷ **Irrigation & Drainage Systems Engineering** (http://www.omicsgroup.org/journals/irrigation-and-drainage-systems-engineering.php) *Recommended by*

Daniele De Wrachien (http://www.omicsonline.org/recommendation/Daniele-De-Wrachien-Irrigation-Drainage-Systems-Engineering.pdf)

State University of Milan, Italy

Luciano Mateos (http://www.omicsonline.org/recommendation/Luciano-Mateos-Irrigation-Drainage-Systems-Engineering.pdf)

Instituto de Agricultura Sostenible, Spain

Mohammad Valipour (http://www.omicsonline.org/recommendation/Mohammad-Valipour-Irrigation-Drainage-Systems-Engineering.pdf)

University of Tehran, Iran

▷ **Industrial Engineering & Management** (http://www.omicsgroup.org/journals/industrial-engineering-management.php) *Recommended by*

Pierluigi Siano (http://www.omicsonline.org/recommendation/Pierluigi-Siano-Industrial-Engineering-Management.pdf)

University of Salerno, Italy

# L

▷ **Leukemia** (http://www.esciencecentral.org/journals/leukemia.php) *Recommended by*

Agata Pastorczak (http://www.omicsonline.org/recommendation/Agata-Pastorczak-Journal-of-Leukemia.pdf)

Medical University of Lodz, Poland

Celalettin Ustun (http://www.omicsonline.org/recommendation/Celalettin-Ustun-Journal-of-Leukemia.pdf)

University of Minnesota, USA

C. Cameron Yin (http://www.omicsonline.org/recommendation/C-Cameron-Yin-Journal-of-Leukemia.pdf)
UT MD Anderson Cancer Center, USA
Hatem E Sabaawy (http://www.omicsonline.org/recommendation/Hatem-E-Sabaawy-Journal-of-Leukemia.pdf)
Cancer Pharmacology & Preclinical Therapeutics Program, USA
Katarzyna Muszynska Roslan (http://www.omicsonline.org/recommendation/Katarzyna-Muszynska-Roslan-Journal-of-Leukemia.pdf)
Medical University of Bialystok, Poland
Susumu Ikehara (http://www.omicsonline.org/recommendation/Susumu-Ikehara-Journal-of-Leukemia.pdf)
Kansai Medical University, Taiwan
Tadeusz Robak (http://www.omicsonline.org/recommendation/Tadeusz-Robak-Journal-of-Leukemia.pdf)
Medical University of Lodz, Poland
Vikram K Mahajan (http://www.omicsonline.org/recommendation/Vikram-K-Mahajan-Journal-of-Leukemia.pdf)
Dr. R.P.Govt.Medical.College, India
Walid AL Achkar (http://www.omicsonline.org/recommendation/Walid-AL-Achkar-Journal-of-Leukemia.pdf)
SAEC damascus, Syria

# M

▷ **Medical Microbiology & Diagnosis** (http://www.omicsonline.org/medical-microbiology-diagnosis.php) *Recommended by*

Gokul C Das (http://www.omicsonline.org/recommendation/Gokul-C-Das-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Baylor College of Medicine, USA
Honorio Adenilda Cristina Franca (http://www.omicsonline.org/recommendation/Honorio-Adenilda-Cristina-Franca-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Federal University of Mato Grosso, Brazil
Joel K Weltman (http://www.omicsonline.org/recommendation/Joel-Kenneth-Weltman-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Brown University, USA
Karim Essani (http://www.omicsonline.org/recommendation/Karim-Essani-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Western Michigan University, USA
Nora Molina (http://www.omicsonline.org/recommendation/Nora-Molina-Journal-of-Medical-Microbiology-Diagnosis.pdf)
Universidad Nacional de La Plata, Argentina
Pere Santamaria (http://www.omicsonline.org/recommendation/Pere-Santamaria-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Julia McFarlane Diabetes Research Centre, Canada
Xiao-Jian Yao (http://www.omicsonline.org/recommendation/Xiao-Jian-Journal-of-Medical-Microbiology-Diagnosis.pdf)
University of Manitoba, Canada
Xuexian Yang (http://www.omicsonline.org/recommendation/Xuexian-Yang-Journal-of-Medical-

University of New Mexico Health Sciences Center, USA
Yongqun Oliver (http://www.omicsonline.org/recommendation/Yongqun-Oliver-Journal-of-Medical-Microbiology-Diagnosis.pdf)
University of Michigan Medical School, USA
Yoshio Yamaoka (http://www.omicsonline.org/recommendation/Yoshio-Yamaoka-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Baylor Collcge of Medicine, USA
Zhongjie Shi (http://www.omicsonline.org/recommendation/Zhongjie-Shi-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Thomas Jefferson University, USA


▷ **Microbial & Biochemical Technology** (http://www.omicsonline.org/microbial-biochemical-technology.php) *Recommended by*

Robert Bucki (http://www.omicsonline.org/recommendation/Robert-Bucki-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Pennsylvania, USA
Alexander Statnikov (http://www.omicsonline.org/recommendation/Honorio-Adenilda-Cristina-Franca-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Center for Health Informatics and Bioinformatics, USA
Domenico Schillaci (http://www.omicsonline.org/recommendation/Domenico-Schillaci-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Universit" degli Studi di Palermo, Italy
Milosavic Nenad (http://www.omicsonline.org/recommendation/Nenad-Milosavic-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Belgrade, Serbia
Cheorl-Ho Kim (http://www.omicsonline.org/recommendation/Cheorl-Ho-Kim-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Sungkyunkwan University, Korea
Stella Maris Melana (http://www.omicsonline.org/recommendation/Stella-Maris-Melana-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Mount Sinai School of Medicine, USA
Madan Verma (http://www.omicsonline.org/recommendation/Madan-Verma-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Deakin University, Australia
Ta Yeong Wu (http://www.omicsonline.org/recommendation/Ta-Yeong-Wu-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Monash University, Malaysia
Thavasi Renga Thavasi (http://www.omicsonline.org/recommendation/Thavasi-Renga-Thavasi-Journal-of-Microbial-and-Biochemical-Technology.pdf)
New York University, USA
Olawole Obembe (http://www.omicsonline.org/recommendation/Olawole-Obembe-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Covenant University, Nigeria
Sanguansak Rerksuppaphol (http://www.omicsonline.org/recommendation/Sanguansak-Rerksuppaphol-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Srinakharinwirot University, Thailand
Chen Hongzhang (http://www.omicsonline.org/recommendation/Hongzhang-Chen-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Chinese Academy of Sciences, Chinese

Rahul Mittal (http://www.omicsonline.org/recommendation/Rahul-Mittal-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Southern California, USA
Woravimol Krittaphol (http://www.omicsonline.org/recommendation/Woravimol-Krittaphol-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Otago University, New Zealand
Tingyue Gu (http://www.omicsonline.org/recommendation/Tingyue-Gu-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Oak Ridge National Laboratory, USA
Parag Vaishampayan (http://www.omicsonline.org/recommendation/Parag-Vaishampayan-Journal-of-Microbial-and-Biochemical-Technology.pdf)
NASA Biotechnology and Planetary Protection Group, Canada
Yiqi Yang (http://www.omicsonline.org/recommendation/Yiqi-Yang-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Institute of Agriculture and Natural Resources, USA
Abd El Latif Hesham (http://www.omicsonline.org/recommendation/Abd-El-Latif-Hesham-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Genetics Department, Assiut University, Egypt

▷ **Molecular Pharmaceutics & Organic Process Research**
(http://www.esciencecentral.org/journals/molecular-pharmaceutics-organic-process-research.php)
*Recommended by*

Sherine Ahmed Nabil Khattab (http://www.omicsonline.org/recommendation/Sherine-Ahmed-Nabil-Khattab-Recomendation-Letter.pdf)
Alexandria University, Egypt
Seyed Hossein Mostafavi (http://www.omicsonline.org/recommendation/Seyed-Hossein-Mostafavi-Recomendation-Letter.pdf)
Project of nanotechnology roadmap"s, Iran
Yuri L. Lyubchenko (http://www.omicsonline.org/recommendation/yuri-L-Recommendation-Letter.pdf)
University of Nebraska Medical Center, USA

▷ **Marine Science: Research & Development** (http://www.omicsonline.org/marine-science-research-development.php) *Recommended by*

Chaoshu Zeng (http://www.omicsonline.org/recommendation/chao-shu-Journal-of-Marine-Science-Research-&-Development.pdf)
James Cook University, Australia
Elisabetta Tostic (http://www.omicsonline.org/recommendation/Elisabetta-Tosti-Journal-of-Marine-Science-Research-&-Development.pdf)
Stazione Zoologica, Naples, Italy
Quinton White (http://www.omicsonline.org/recommendation/Quinton-White-Journal-of-Marine-Science-Research-&-Development.pdf)
Jacksonville University, USA
W. Randy Brooks (http://www.omicsonline.org/recommendation/Randy-Brooks-Journal-of-Marine-Science-Research-&-Development.pdf)
Florida Atlantic University, usa
Stephen Jewett (http://www.omicsonline.org/recommendation/Stephen-Jewett-Journal-of-

Marine-Science-Research-&-Development.pdf)
University of Alaska Fairbanks, Fairbanks
V"tor Vasconcelos (http://www.omicsonline.org/recommendation/vitor-Vasconcelos-Journal-of-
Marine-Science-Research-&-Development.pdf)
CIIMAR - Porto University, Portugal

▷ **Modern Chemistry & Applications** (http://www.esciencecentral.org/journals/modern-chemistry-
applications.php) *Recommended by*

Ashraf Maher Abdel Ghaffar (http://www.omicsonline.org/recommendation/Abdel-AM-Ghaffar-
Recommendation-Letter.pdf)
National Center for Radiation Research and Technology, Egypt
Carlos Feleder (http://www.omicsonline.org/recommendation/Carlos-Feleder-
Recommendation-Letter.pdf)
Albany College of Pharmacy and Health Sciences, USA
M.O.Faruk Khan (http://www.omicsonline.org/recommendation/MO-Faruk-Khan-
Recommendation-Letter.pdf)
Southwestern Oklahoma State University, USA
Rosemarie C Chinni (http://www.omicsonline.org/recommendation/Rosemarie-C-Chinni-
Recommendation-Letter.pdf)
Alvernia University, USA
Zbigniew Czarnocki (http://www.omicsonline.org/recommendation/Zbigniew-Czarnocki-
Recommendation-Letter.pdf)
University of Warsaw, Poland
Qingfeng Yan (http://www.omicsonline.org/recommendation/Yang-Qingfeng-Recommendation-
Letter.pdf)
Tsinghua University, China
Dillip K Mohanty (http://www.omicsonline.org/recommendation/Dillip-K-Mohanty-
Recommendation-Letter.pdf)
Central Michigan University, USA
Malinda W Gilmore (http://www.omicsonline.org/recommendation/Malinda-Gilmore-
Recommendation-Letter.pdf)
Alabama Agricultural and Mechanical University, USA
Tracey D Boncher (http://www.omicsonline.org/recommendation/Tracey-D-Boncher-
Recommendation-Letter.pdf)
Ferris State University, USA

▷ **Medicinal & Aromatic Plants** (http://www.omicsgroup.org/journals/medicinal-aromatic-
plants.php) *Recommended by*

Ahmed Moussa (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-
Ahmed.pdf)
Department of Microbiology and infectious diseases, Algeria
Devendra Kumar (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-
Patel.pdf)
Guru Ghasidas Vishwavidyalaya, India
Gianni Sacchetti (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-
Giantti.pdf)

OMICS International | Open Access Journals | Editors Recommendation for Indexing

University of Ferrara, Italy
Thomas Efferth (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-Thomas.pdf)
Johannes Gutenberg University, Germany
Sabyasachi Chatterjee (http://www.omicsonline.org/recommendation/Sabyasachi-Chatterjee-Medicinal-&-Aromatic-Plants.pdf)
The University of Burdwan, India

▷ **Mycobacterial Diseases** (http://www.omicsonline.org/mycobacterial-diseases.php)
*Recommended by*

Abu Salim Mustafa (http://www.omicsonline.org/recommendation/Abu-Salim-Mustafa-Journal-of-Mycobacterial-Diseases.pdf)
Kuwait University, Kuwait
Marit Andersen (http://www.omicsonline.org/recommendation/Marit-Andersen-Journal-of-Mycobacterial-Diseases.pdf)
Oslo University Hospital, Norway
W.C.Yam (http://www.omicsonline.org/recommendation/W-C-Yam-Journal-of-Mycobacterial-Diseases.pdf)
University of Hong Kong, Hong Kong

▷ **Medicinal Chemistry** (http://www.omicsonline.org/medicinal-chemistry.php) *Recommended by*

Daniel Canney (http://www.omicsonline.org/recommendation/Daniel-Canney-Medicinal-Chemistry.pdf)
Temple University School of Pharmacy, USA
Kalyan C Nagulapalli Venkata (http://www.omicsonline.org/recommendation/Kalyan-C-Nagulapalli-Venkata-Medicinal-Chemistry.pdf)
University of Southern California, USA
Kyoko Nakagawa-Goto (http://www.omicsonline.org/recommendation/Kyoko-Nakagawa-Goto-Medicinal-Chemistry.pdf)
Kanazawa University, Japan
Winfried Neuhaus (http://www.omicsonline.org/recommendation/Letter-of-Consent-MCCR-Winfried-Neuhaus.pdf)
University of Vienna, Austria

▷ **Molecular Biomarkers & Diagnosis** (http://www.omicsonline.org/molecular-biomarkers-diagnosis.php) *Recommended by*

Alan Prem Kumar (http://www.omicsonline.org/recommendation/Alan-Prem-Kumar-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Cancer Science Institute of Singapore, Singapore
C Cameron Yin (http://www.omicsonline.org/recommendation/C-Cameron-Yin-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
University of Texas, USA
Marco Falasca (http://www.omicsonline.org/recommendation/Marco-Falasca-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)

Blizard Institute of Cell and Molecular Science, UK
Moorthy P Ponnusamy (http://www.omicsonline.org/recommendation/Moorthy-P-Ponnusamy-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Universrity of Nebraska medical centre, USA
Shuguang Huang (http://www.omicsonline.org/recommendation/Shuguang-Huang-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Precision Therapeutics Inc., USA
Shyam Sundar (http://www.omicsonline.org/recommendation/Shyam-Sundar-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Banaras Hindu University, INDIA
Vijay Kumar Prajapati (http://www.omicsonline.org/recommendation/Vijay-Kumar-Prajapati-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
University of South Alabama, USA
Wellington Pham (http://www.omicsonline.org/recommendation/Wellington-Pham-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Vanderbilt University, USA


▷ **Membrane Science & Technology** (http://www.omicsonline.org/membrane-science-technology.php) *Recommended by*

Xianfeng Li (http://www.omicsonline.org/recommendation/Xianfeng-Li-Journal-of-Membrane-Science-&-Technology.pdf)
Chinese Academy of Science, China
Philip Moulin (http://www.omicsonline.org/recommendation/Philipe.pdf)
University Paul Cezanne Aix Marseille cedex, France
Hirendra Banerjee (http://www.omicsonline.org/recommendation/Hirendra-Banerjee.pdf)
University of North Carolina, USA
Rickey P. Hicks (http://www.omicsonline.org/recommendation/Rickey-P-Hicks.pdf)
East Carolina University, USA
Yuh-Shan Ho (http://www.omicsonline.org/recommendation/yuh-shanho.pdf)
Asia University, Taiwan
Karam F.A. Soliman (http://www.omicsonline.org/recommendation/Karam-Soliman.pdf)
Florida agricultural and Mechanical University, USA
Hai Rao (http://www.omicsonline.org/recommendation/Hai-Rao.pdf)
The University of Texas, USA
Jose M. Vicaria (http://www.omicsonline.org/recommendation/JoseM-Vicaria-.pdf)
University of Granada, Spain


▷ **Metabolomics:Open Access** (http://www.omicsonline.org/metabolomics-open-access.php)
*Recommended by*

Antonios Kerasnoudis (http://www.omicsonline.org/recommendation/Antonios-Kerasnoudis-Journal-of-Gerontology-&-Geriatric-Research.pdf)
St. Josef Hospital, Germany
Vincenzo-Naddeo (http://www.omicsonline.org/recommendation/Vincenzo-Naddeo-Hydrology-Current-Research.pdf)
University of Salerno, Italy
Edward J Trapido

(http://www.omicsonline.org/recommendation/Edward_J_Trapido_Epidemiology.pdf)
LSUHSC School of Public Health, USA

▷ **Molecular Imaging & Dynamics** (http://www.omicsonline.org/molecular-imaging-dynamics.php)
*Recommended by*

Gabriella Baio (http://www.omicsonline.org/recommendation/Gabriella-Baio-Molecular-
Imaging-&-Dynamics.pdf)
National Cancer Institute, Italy
Jean N. DaSilva (http://www.omicsonline.org/recommendation/Jean-N-DaSaliva-Molecular-
Imaging-&-Dynamics.pdf)
University of Ottawa Heart Institute, Canada

# N

▷ **Nursing & Care** (http://www.omicsgroup.org/journals/nursing-care.php) *Recommended by*

Silvana Silveira Kempfer (http://www.omicsonline.org/recommendation/Silvana-Silveira-
Kempfer-Journal-of-Nursing-&-Care.pdf)
Federal University Santa Catarina, Brazil
Anette Ekstrom (http://www.omicsonline.org/recommendation/Anette-Ekstrom-Journal-of-
Nursing&Care.pdf)
University of Skovde, Sweden
Betsy D Gulledge (http://www.omicsonline.org/recommendation/Betsy-D-Gulledge-Journal-of-
Nursing&Care.pdf)
Jacksonville State University, USA
S Afshin Shorofi (http://www.omicsonline.org/recommendation/S-Afshin-Shorofi-Journal-of-
Nursing&Care.pdf)
Mazandaran University of Medical Sciences, Iran
Evridiki Papastavrou (http://www.omicsonline.org/recommendation/Evridiki-Papastavrou-
Journal-of-Nursing&Care.pdf)
Cyprus University of Technology, Cyprus

▷ **Neurological Disorders** (http://www.esciencecentral.org/journals/neurological-disorders.php)
*Recommended by*

Aydin Sav (http://www.omicsonline.org/recommendation/Aydin-Sav-Journal-of-Neurological-
Disorders.pdf)
Acibadem University, Turkey
Carlos Rubinstein (http://www.omicsonline.org/recommendation/Carlos-Rubinstein-Journal-of-
Neurological-Disorders.pdf)
Universidad de Buenos Aires, Argentina
Hiroshi Nakanishi (http://www.omicsonline.org/recommendation/Hiroshi-Nakanishi-Journal-of-
Neurological-Disorders.pdf)
Kyushu University, Japan
Jin Jun Luo (http://www.omicsonline.org/recommendation/Jin-Jun-Luo-Journal-of-Neurological-

Temple University, USA
John M Petitto (http://www.omicsonline.org/recommendation/John-M-Petitto-Journal-of-Neurological-Disorders.pdf)
McKnight Brain Institute, USA
Miguel A Pappolla (http://www.omicsonline.org/recommendation/Miguel-A-Pappolla-Journal-of-Neurological-Disorders.pdf)
University of Texas, USA
Roberto Federico Villa (http://www.omicsonline.org/recommendation/Roberto-Federico-Villa-Journal-of-Neurological-Disorders.pdf)
Universita Di Pavia, Italy
Trevor Archer (http://www.omicsonline.org/recommendation/Trevor-Archer-Journal-of-Neurological-Disorders.pdf)
University of Gothenburg, Sweden
Sebastiaan Engelborghs (http://www.omicsonline.org/recommendation/Sebastiaan-Engelborghs-Journal-of-Neurological-Disorders.pdf)
University of Antwerp, Belgium
Shin-ichi Muramatsu (http://www.omicsonline.org/recommendation/Shin-ichi-Muramatsu-Journal-of-Neurological-Disorders.pdf)
Jichi Medical University, Japan

▷ **Novel Physiotherapies** (http://www.omicsgroup.org/journals/novel-physiotherapies.php)
*Recommended by*

David W Shields (http://www.omicsonline.org/recommendation/David-W-Shields-Journal-of-Novel-Phsiotherapies.pdf)
North Tyneside General Hospital, England
Raymond Chong (http://www.omicsonline.org/recommendation/Raymond-Chong-Journal-of-Novel-Phsiotherapies.pdf)
Georgia Regents University, USA
Feng Yang (http://www.omicsonline.org/recommendation/Feng-Yang-Journal-of-Novel-Phsiotherapies.pdf)
University of Illinois at Chicago, USA
Sean S Kohles (http://www.omicsonline.org/recommendation/Sean-S-Kohles-Journal-of-Novel-Phsiotherapies.pdf)
Director Regenerative Bioengineering Laboratory, USA
Ustinova Ksenia Ivanovna (http://www.omicsonline.org/recommendation/Ustinova-Ksenia-Ivanovna-Journal-of-Novel-Phsiotherapies.pdf)
Central Michigan University, USA

▷ **Nutrition & Food Sciences** (http://www.omicsonline.org/nutrition-food-sciences.php)
*Recommended by*

Charles Santerre (http://www.omicsonline.org/recommendation/Charles-R-Santerre-Journal-of-Nutrition-&-Food-Sciences.pdf)
Purdue University, USA
Chenchaiah Marella (http://www.omicsonline.org/recommendation/Chenchaiah-Marella-Journal-of-Nutrition-&-Food-Sciences.pdf)
South Dakota State University, USA

Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Nutrition-&-Food-Sciences.pdf)
University of Connecticut, USA
Christopher Papandreou (http://www.omicsonline.org/recommendation/Christopher-Papandreou-Journal-of-Nutrition-&-Food-Sciences.pdf)
Harokopio University, Greece
Jasminka Ilich-Ernst (http://www.omicsonline.org/recommendation/Jasminka-Ilich-Ernst-Journal-of-Nutrition-&-Food-Sciences.pdf)
Florida State University, USA
Weiqun (George) Wang (http://www.omicsonline.org/recommendation/Weiqun-(George)-Wang-Journal-of-Nutrition-&-Food-Sciences.pdf)
Kansas State University, USAM

▷ **Nanomedicine & Nanotechnology** (http://www.omicsonline.org/nanomedicine-nanotechnology.php) *Recommended by*

Ashwath Jayagopal (http://www.omicsonline.org/recommendation/Ashwath-Jayagopal-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Vanderbilt University, USA
Alex Vasenkov (http://www.omicsonline.org/recommendation/Alex-Vasenkov-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
CFD Research Corporation, USA
Dennis Douroumis (http://www.omicsonline.org/recommendation/Dennis-Douroumis-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
University of Greenwich, UK
Kytai Truong Nguyen (http://www.omicsonline.org/recommendation/Kytai-Truong-Nguyen-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
University of Texas at Arlington, USA
Michael R Hamblin (http://www.omicsonline.org/recommendation/Michael-R-Hamblin-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Harvard Medical School, USA
Narayan Bhattarai (http://www.omicsonline.org/recommendation/Narayan-Bhattarai-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
North Carolina A&T State Univeristy, USA
Roberto Guzman de Villoria (http://www.omicsonline.org/recommendation/Roberto-Guzman-de-Villoria-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Massachusetts Institute of Technology, USA
Sandeep K Vashist (http://www.omicsonline.org/recommendation/Sandeep-K-Vashist-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Hahn-Schickard-Society for Applied Research (HSG-IMIT), USA
Vikas Tomar (http://www.omicsonline.org/recommendation/Vikas-Tomar-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Purdue University, USA

▷ **Neurology & Neurophysiology** (http://www.omicsonline.org/neurology-neurophysiology.php)
*Recommended by*

Paul A Lapchak (http://www.omicsonline.org/recommendation/Paul-A-Lapchak-Journal-of-

Cedars-Sinai Medical Center, USA
Brian D Berman (http://www.omicsonline.org/recommendation/Brian-Berman-Journal-of-Neurology-Neurophysiology.pdf)
University of Colorado Denver, USA
Carl Y. Saab (http://www.omicsonline.org/recommendation/Carl-Saab-Journal-of-Neurology-Neurophysiology.pdf)
Brown University, USA
Xiang Deng Han (http://www.omicsonline.org/recommendation/Han-Xiang-Deng-Journal-of-Neurology-Neurophysiology.pdf)
Northwestern University, USA
Jin J Luo (http://www.omicsonline.org/recommendation/Jin-J-Luo-Journal-of-Neurology-Neurophysiology.pdf)
Temple University School of Medicine, USA
Junhua Xiao (http://www.omicsonline.org/recommendation/Junhua-Xiao-Journal-of-Neurology-Neurophysiology.pdf)
The University of Melbourne, Australia
Michael F Waters (http://www.omicsonline.org/recommendation/Michael-F-Waters-Journal-of-Neurology-Neurophysiology.pdf)
University of Florida, USA
Espinosa PS (http://www.omicsonline.org/recommendation/Patricio-S-Espinosa-Journal-of-Neurology-Neurophysiology.pdf)
International Centre for Neuroscience, USA
Carli Roulston (http://www.omicsonline.org/recommendation/Carli-Roulston-Journal-of-Neurology-Neurophysiology.pdf)
O'Brien Institute, Australia

▷ **Nephrology & Therapeutics** (http://www.omicsonline.org/nephrology-therapeutics.php)
*Recommended by*

Mohamed G. Atta (http://www.omicsonline.org/recommendation/Mohamed-G-Atta-Journal-of-Nephrology-&-Therapeutics.pdf)
Johns Hopkins University , USA
Kunal Chaudary (http://www.omicsonline.org/recommendation/Kunal-Chaudhary-Journal-of-Nephrology-&-Therapeutics.pdf)
University of Missouri Health Sciences Center, USA
Maged El-Ashker (http://www.omicsonline.org/recommendation/Maged-El-Ashker-Journal-of-Nephrology-&-Therapeutics.pdf)
Mansoura University, Egypt
Mattias Carlstrom (http://www.omicsonline.org/recommendation/Mattias-Carlstrom-Journal-of-Nephrology-&-Therapeutics.pdf)
Georgetown University, USA
Yanlin Wang (http://www.omicsonline.org/recommendation/Yanlin-Wang-Journal-of-Nephrology-&-Therapeutics.pdf)
Baylor College of Medicine, USA
Samy L Habib (http://www.omicsonline.org/recommendation/Samy-L-Habib-Journal-of-Nephrology-&-Therapeutics.pdf)
The University of Texas Health Science Center, USA
Liping Zhang (http://www.omicsonline.org/recommendation/Zhang-Liping-Journal-of-Nephrology-&-Therapeutics.pdf)

Baylor College of Medicine, USA
Vassilios Liakopoulos (http://www.omicsonline.org/recommendation/Vassilios-Liakopoulos-Journal-of-Nephrology-&-Therapeutics.pdf)
Aristotle University of Thessaloniki, Greece
Steven S Caldwell (http://www.omicsonline.org/recommendation/Steven-S-Caldwell-Journal-of-Nephrology-&-Therapeutics.pdf)
Professor and Assistant Chair, Department of Medicine, University of Alberta, Canada

▷ **Natural Products Chemistry & Research** (http://www.esciencecentral.org/journals/natural-products-chemistry-research.php) *Recommended by*

Mohammad Semreen (http://www.omicsonline.org/recommendation/Mohammad-Semreen-Recommendation-Letter.pdf)
University of Sharjah, UAE
Pollen Yeung (http://www.omicsonline.org/recommendation/Pollen-Yeung-Recommendation-Letter.pdf)
Dalhousie University, Canada
Tao Ye (http://www.omicsonline.org/recommendation/Tao-Ye-Recommendation-Letter.pdf)
The Hong Kong Polytechnic, China
Valdir A Braga (http://www.omicsonline.org/recommendation/Valdir-A-Braga-Recommendation-Letter.pdf)
Federal University of Paraiba, Brazil
Zhongping Yao (http://www.omicsonline.org/recommendation/Zhongping-Yao-Recommendation-Letter.pdf)
The Hong Kong Polytechnic, China
Chun-Yu Ho (http://www.omicsonline.org/recommendation/Chun-Yu-Ho-Recommendation-Letter.pdf)
University of Hong Kong, China
Dai Lu (http://www.omicsonline.org/recommendation/Dai-Lu-Recommendation-Letter.pdf)
Irma Lerma Rangel College of Pharmacy, USA
Frank J Burczynski (http://www.omicsonline.org/recommendation/Frank-J-Burczynski-Recommendation-Letter.pdf)
University of Manitoba, Canada

▷ **Nutritional Disorders & Therapy** (http://www.omicsonline.org/nutritional-disorders-therapy.php) *Recommended by*

David M. Brady (http://www.omicsonline.org/recommendation/David-Brady-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Brigeport, USA
Dongmin Liu (http://www.omicsonline.org/recommendation/Dongmin-Liu-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
VirginiaTech, USA
Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Emroy University School of Medicine, USA
Miao Lin (http://www.omicsonline.org/recommendation/Miao-Lin-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
National Chung Hsing University, Taiwan

Micheal B Zemel (http://www.omicsonline.org/recommendation/Micheal-B-Zemel-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
The University of Tennessee, USA
Mihai Niculescu (http://www.omicsonline.org/recommendation/Mihai-Niculescu-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
UNC Research Institute, USA
Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Connecticut, USA
Paolo Borrione (http://www.omicsonline.org/recommendation/Paolo-Borrione-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Rome, Italy
Pouran Faghri (http://www.omicsonline.org/recommendation/Pouran-Faghri-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Conencticut ,USA
Reza Rastmanesh (http://www.omicsonline.org/recommendation/Reza-Rastmanesh-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Shahid Beheshti University of Medical Sciences, Iran
Sanjay Gupta (http://www.omicsonline.org/recommendation/Sanjay-Gupta-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Case Western Reserve University, USA
Sanjay K Srivastava (http://www.omicsonline.org/recommendation/Sanjay-K-Srivastava-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Texas Tech University Health Sciences Center, USA
William W Wong (http://www.omicsonline.org/recommendation/William-W-Wong-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Baylor College of Medicine, USA


# O

▷ **Organic Chemistry: Current Research** (http://www.omicsonline.org/organic-chemistry-current-research.php) *Recommended by*

Alexander D. Q. Li (http://www.omicsonline.org/recommendation/Alexander-DQ-Li-Recommendation-Letter.pdf)
Washington State University, USA
Angela Patti (http://www.omicsonline.org/recommendation/Angela-Patti-Recomendation-Letter.pdf)
National council of research of Italy, Italy
Anton V Dolzhenko (http://www.omicsonline.org/recommendation/Anton-V-Dolzhenko-Recommendation-Letter.pdf)
Curtin University, Australia
AS Hamad Elgazwy (http://www.omicsonline.org/recommendation/AS-Hamad-Elgazwy-Recommendation-Letter.pdf)
Ain Shams University, Egypt
Edmond Dik-Lung (http://www.omicsonline.org/recommendation/Edmond-Dik-Lung-Recommendation-Letter.pdf)
Hong Kong Baptist University, Hong Kong
Hiromasa Kiyota (http://www.omicsonline.org/recommendation/Hiromasa-Kiyota-

OMICS International I Open Access Journals I Editors Recommendation for Indexing

Recommendation-Letter.pdf)
Tohoku University, Japan
Jian-Wei Han (http://www.omicsonline.org/recommendation/Jianwei-Han-Recommendation-Letter.pdf)
Chinese Academy of Sciences, China
Li Cai (http://www.omicsonline.org/recommendation/Li-Cai-Recommendation-Letter.pdf)
University of South Carolina Salkehatchie, USA
Rafat Milad Mohareb (http://www.omicsonline.org/recommendation/Rafat-Milad-Mohareb-Recommendation-Letter.pdf)
Cairo University, Egypt
Rakeshwar Bandichhor (http://www.omicsonline.org/recommendation/Rakeshwar-Bandichhor-Recommendation-Letter.pdf)
Dr. Reddy's Laboratories, India
Satomi Niwayama (http://www.omicsonline.org/recommendation/Satomi-Niwayama-Recommendation-Letter.pdf)
Texas Tech University, USA
Shivaputra Appanna Patil (http://www.omicsonline.org/recommendation/Shivaputra-Appanna-Patil-Reommendation-Letter.pdf)
The University of Tennessee, USA
Shuli You (http://www.omicsonline.org/recommendation/Shuli-You-Recommendation-Letter.pdf)
Chinese Academy of Sciences, China
Soon Hyeok Hong (http://www.omicsonline.org/recommendation/Soon-Hyeok-Hong-Recommendation-Letter.pdf)
Seoul National University, South Korea
Vladimir Ya LEE (http://www.omicsonline.org/recommendation/Vladimir-Ya-LEE-Recommendation-Letter.pdf)
University of Tsukuba, Japan
Zibo Li (http://www.omicsonline.org/recommendation/Zibo-Li-Recommendation-Letter.pdf)
University of Southern California, USA

▷ **Obesity & Weight Loss Therapy** (http://www.omicsgroup.org/journals/obesity-weight-loss-therapy.php) *Recommended by*

Jon Gould (http://www.omicsonline.org/recommendation/Jon-Gould-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Medical College of Wisconsin, USA
Hong Wang (http://www.omicsonline.org/recommendation/Hong-Wang-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
University of Virginia, USA
Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
University of Connecticut, USA
Karime Haua Navarro (http://www.omicsonline.org/recommendation/Karime-Haua-Navarro-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Universidad Iberoamericana, Mexico
Michel Chia (http://www.omicsonline.org/recommendation/Michel-chia-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
National Institute of Education, Singapore
Ryan (http://www.omicsonline.org/recommendation/Ryan-Journal-of-Obesity-&-Weight-Loss-

Therapy.pdf)
Elizabeth Ryan (http://www.omicsonline.org/recommendation/Elizabeth-Ryan-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Colorado State University, USA
Reza Rastmanesh (http://www.omicsonline.org/recommendation/Reza-Rastmanesh-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Shahid Beheshti University of Medical Sciences, Iran
David Williamson (http://www.omicsonline.org/recommendation/Williamson-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
The State UNiversity of New York, USA
Hanrui Zhang (http://www.omicsonline.org/recommendation/Hanrui-Zhang-Journal-of-Obesity-Weight-Loss-Therapy.pdf)
University of Pennsylvania School of Medicine, USA
Miroslav Pohanka (http://www.omicsonline.org/recommendation/Miroslav-Pohanka-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
University of Defense, Czech Republic


▷ **OMICS Journal of Radiology** (http://www.omicsgroup.org/journals/radiology.php) *Recommended by*

Baojun Li (http://www.omicsonline.org/recommendation/Baojun-Li-OMICS-Journal-of-Radiology.pdf)
Boston University, USA
Domenico Rubello (http://www.omicsonline.org/recommendation/Domenico-Rubello-OMICS-Journal-of-Radiology.pdf)
University of Pisa, Italy
Jeon Hor Chen (http://www.omicsonline.org/recommendation/Jeon-Hor-Chen-OMICS-Journal-of-Radiology.pdf)
University of California, USA
Jiang Du (http://www.omicsonline.org/recommendation/Jiang-Du-OMICS-Journal-of-Radiology.pdf)
University of California, San Diego, USA
Kaan Orhan (http://www.omicsonline.org/recommendation/Kaan-Orhan-OMICS-Journal-of-Radiology.pdf)
Near East University, Cyprus
Mehdi Djekidel (http://www.omicsonline.org/recommendation/Mehdi-Djekidel-OMICS-Journal-of-Radiology.pdf)
Yale School of medicine, USA
Shi Wei (http://www.omicsonline.org/recommendation/Shi-Wei-OMICS-Journal-of-Radiology.pdf)
The University of Alabama at Birmingham, USA
Zibo Li (http://www.omicsonline.org/recommendation/Zibo-Li-OMICS-Journal-of-Radiology.pdf)
University of Southern California, USA


▷ **Otolaryngology: Open Access** (http://www.omicsonline.org/otolaryngology-open-access.php)
*Recommended by*

Alfio Ferlito (http://www.omicsonline.org/recommendation/Alfio-Ferlito-Otolaryngology-Open-

Access.pdf)
University of Udine, Italy
Lars Sand (http://www.omicsonline.org/recommendation/Lars-Sand-Recommendation-Letter.pdf)
Uppsala University Hospital, Sweden

▷ **Orthopedic & Muscular System: Current Research** (http://www.omicsonline.org/orthopedic-muscular-system-current-research.php) *Recommended by*

Alessandro Geraci (http://www.omicsonline.org/recommendation/Alessandro-Geraci-Orthopedics-Muscular-System.pdf)
University of Palermo, Italy
Bingyun Li (http://www.omicsonline.org/recommendation/Bingyun-Li-Orthopedics-Muscular-System.pdf)
West Virginia University, USA
Chuanju Liu (http://www.omicsonline.org/recommendation/Chuanju-Liu-Orthopedics-Muscular-System.pdf)
New York University School of Medicine, USA

# P

▷ **Palliative Care & Medicine** (http://www.omicsgroup.org/journals/palliative-care-medicine.php) *Recommended by*

Jack Fu (http://www.omicsonline.org/recommendation/Jack-Fu-journal-palliative-care-medicine.pdf)
University of Luebeck, Germany
UT MD Anderson Cancer Center, USA
Michael Silbermann (http://www.omicsonline.org/recommendation/Michael-Silbermann-journal-palliative-care-medicine.pdf)
Israel Institute of Technology, Israel
Sebastiano Mercadante (http://www.omicsonline.org/recommendation/Sebastiano-Mercadante-journal-palliative-care-medicine.pdf)
University of Palermo, Italy
Stevo Duvnjak (http://www.omicsonline.org/recommendation/Stevo-Duvnjak-journal-palliative-care-medicine.pdf)
Odense University Hospital, Denmark
Geana Paula Kurita (http://www.omicsonline.org/recommendation/Geana-Paula-Kurita-journal-palliative-care-medicine.pdf)
National Hospital Copenhagen University, Denmark
Hisaharu Oya (http://www.omicsonline.org/recommendation/Hisaharu-Oya-journal-palliative-care-medicine.pdf)
Nagoya University, Japan

▷ **Psychology & Psychotherapy** (http://www.omicsonline.org/psychology-psychotherapy.php)
*Recommended by*

Gallus Bischof (http://www.omicsonline.org/recommendation/Gallus-bischof-journal-psychology-psychotherapy.pdf)
University of Luebeck, Germany
Tanja Jovanovic (http://www.omicsonline.org/recommendation/Tanja-jovanovic-journal-psychology-psychotherapy.pdf)
Emory University School of Medicine, USA
Peter Sch"nknecht (http://www.omicsonline.org/recommendation/Peter-Schonknecht-journal-psychology-psychotherapy.pdf)
University of Leipzig, Germany
Kathy Sexton-Radek (http://www.omicsonline.org/recommendation/Kathy-Sexton-Radek-journal-psychology-psychotherapy.pdf)
Elmhurst College, USA

▷ **Phylogenetics & Evolutionary Biology** (http://www.esciencecentral.org/journals/phylogenetics-evolutionary-biology.php) *Recommended by*

Yuri Kartavtsev (http://www.omicsonline.org/recommendation/letter-of-consent-kartavtsev.pdf)
Laboratory of Molecular Systematics Head

▷ **Pancreatic Disorders & Therapy** (http://www.omicsgroup.org/journals/pancreatic-disorders-therapy.php) *Recommended by*

Dr. Ru Chen (http://www.omicsonline.org/recommendation/Ru-Chen-Pancreatic-Disorders-&-Thearpy.pdf)
University of Washington, USA

▷ **Pulmonary & Respiratory Medicine** (http://www.omicsonline.org/pulmonary-respiratory-medicine.php) *Recommended by*

Cui Hua Liu (http://www.omicsonline.org/recommendation/Cui-Hua-Liu-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Chinese Academy of Sciences, China
Denis Hadjiliadis (http://www.omicsonline.org/recommendation/Denis-Hadjiliadis-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Pennsylvania Medical Center, USA
Florian Lang (http://www.omicsonline.org/recommendation/Florian-Lang-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of T"bingen, Germany
John E Repine (http://www.omicsonline.org/recommendation/John-E-Repine-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Colorado Denver, USA
Jose Roberto Fioretto (http://www.omicsonline.org/recommendation/Jose-Roberto-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Botucatu Medical School Sao Paulo State University, Brazil
Juan Bustamante Munguira (http://www.omicsonline.org/recommendation/Juan-Bustamante-Munguira-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

Hospital Universitario La Princesa, Spain

Roberto F Machado (http://www.omicsonline.org/recommendation/Roberto-F-Machado-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

University of Illinois Chicago, USA

Sandra Hodge (http://www.omicsonline.org/recommendation/Sandra-Hodge-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

University of Adelaide, South Australia

Stephen P Peters (http://www.omicsonline.org/recommendation/Stephen-Peters-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

Wake Forest School of Medicine, USA

Theodoros Kelesidis (http://www.omicsonline.org/recommendation/Theodoros-Kelesidis-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

Ronald Reagan University, USA

Wanis H Ibrahim (http://www.omicsonline.org/recommendation/Ibrahim-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

Weill-Cornell Medical College, Qatar

▷ **Proteomics & Bioinformatics** (http://www.omicsonline.org/proteomics-bioinformatics.php)
*Recommended by*

Alan J Tackett (http://www.omicsonline.org/recommendation/Alan-J-Tackett-Journal-of-Proteomics-&-Bioinformatics.pdf)

University of Arkansas for Medical Sciences, USA

Jie Luo (http://www.omicsonline.org/recommendation/Jie-Luo-Journal-of-Proteomics-&-Bioinformatics.pdf)

Institute for Systems Biology, USA

Denong Wang (http://www.omicsonline.org/recommendation/Denong-Wang-Journal-of-Proteomics-&-Bioinformatics.pdf)

SRI International Biosciences Division, USA

Mobeen Raja (http://www.omicsonline.org/recommendation/Mobeen-Raja-Letter-of-Consent.pdf)

Dalhousie University, Canada

Phan Van Chi (http://www.omicsonline.org/recommendation/Phan-Van-Chi-Letter-of-Consent.pdf)

Vietnam Academy of Science & Technology, Vietnam

Peter Nilsson (http://www.omicsonline.org/recommendation/Peter-Nilsson-Journal-of-Proteomics-&-Bioinformatics.pdf)

KTH " Royal Institute of Technology, Sweden

▷ **Pharmaceutica Analytica Acta** (http://www.omicsonline.org/pharmaceutica-analytica-acta.php)
*Recommended by*

Ali Mohammadi (http://www.omicsonline.org/recommendation/Ali-Mohammadi-Pharmaceutica-Analytica-Acta.pdf)

Tehran University of Medical Sciences, Iran

Fumiaki Uchiumi (http://www.omicsonline.org/recommendation/Fumiaki-Uchiumi-Pharmaceutica-Analytica-Acta.pdf)

Tokyo University of Science, Japan

Analytica-Acta.pdf)
Universitas Padjadjaran, Indonesia
Peisheng Xu (http://www.omicsonline.org/recommendation/Peisheng-Xu-Pharmaceutica-Analytica-Acta.pdf)
University of South Carolina, USA
Paulo Sergio Monzani (http://www.omicsonline.org/recommendation/Paulo-Sergio-Monzani-Pharmaceutica-Analytica-Acta.pdf)
Universidade Norte do Parana, Brazil
Dennis Douroumis (http://www.omicsonline.org/recommendation/Dennis-Douroumis-Pharmaceutica-Analytica-Acta.pdf)
University of Greenwich, USA
Ajay K Banga (http://www.omicsonline.org/recommendation/Ajay-K-Banga-Pharmaceutica-Analytica-Acta.pdf)
Mercer University, USA
Afzal R Mohammed (http://www.omicsonline.org/recommendation/Afzal-R-Mohammed-Pharmaceutica-Analytica-Acta.pdf)
Aston University, United Kingdom
Victoria Samanidou (http://www.omicsonline.org/recommendation/Victoria-Samanidou-Pharmaceutica-Analytica-Acta.pdf)
Aristotle University of Thessaloniki, Europe
Paraskevas D Tzanavaras (http://www.omicsonline.org/recommendation/Paraskevas-D-Tzanavaras-Pharmaceutica-Analytica-Acta.pdf)
University of Thessaloniki, Europe
Luis Eduardo M Quintas (http://www.omicsonline.org/recommendation/Luis-Eduardo-M-Quintas-Pharmaceutica-Analytica-Acta.pdf)
Federal University of Rio de Janeiro, Brazil
Hideharu Shintani (http://www.omicsonline.org/recommendation/Hideharu-Shintani-Pharmaceutica-Analytica-Acta.pdf)
Chuo University, Japan
Ismail Murat Palabiyik (http://www.omicsonline.org/recommendation/Ismail-Murat-Palabiyik-Pharmaceutica-Analytica-Acta.pdf)
University of Ankara, Turkey
Alok Nahata (http://www.omicsonline.org/recommendation/Alok-Nahata-Pharmaceutica-Analytica-Acta.pdf)
Doctor H S Gour University, India
Joshua Ikoni Ogaji (http://www.omicsonline.org/recommendation/Joshua-Ikoni-Ogaji-Pharmaceutica-Analytica-Acta.pdf)
University of Jos,Nigeria
Raj Kumar (http://www.omicsonline.org/recommendation/Raj-Kumar-Pharmaceutica-Analytica-Acta.pdf)
Central University of Punjab India

▷ **Plant Pathology & Microbiology** (http://www.omicsonline.org/plant-pathology-microbiology.php) *Recommended by*

Xingen Zhou (http://www.omicsonline.org/recommendation/Xingen-Zhou-Journal-of-Plant-Pathology-&-Microbiology.pdf)
Texas A & M University System, USA
Chioma Okeoma (http://www.omicsonline.org/recommendation/Chioma-Okeoma-Journal-of-

Plant-Pathology-&-Microbiology.pdf)
University of Iowa, USA
Fernando Villalta (http://www.omicsonline.org/recommendation/Fernando-Villalta-Journal-of-
Plant-Pathology-&-Microbiology.pdf)
Meharry Medical College, USA

▷ **Physical Chemistry & Biophysics** (http://www.omicsonline.org/physical-chemistry-
biophysics.php) *Recommended by*

John R Sabin (http://www.omicsonline.org/recommendation/John-R-Sabin-Journal-of-Physical-
Chemistry-&-Biophysics.pdf)
University of Southern Denmark, Denmark
Daekyu Sun (http://www.omicsonline.org/recommendation/Daekyu-Sun-Journal-of-Physical-
Chemistry-&-Biophysics.pdf)
University of Arizona, USA
Ajay Vidyasagar (http://www.omicsonline.org/recommendation/Ajay-Vidyasagar-
Recommendation-letter.pdf)
University of Minnesota, USA
Anatoly L Buchachenko (http://www.omicsonline.org/recommendation/Anatoly-L-
Buchachenko-Recommendation-letter.pdf)
Moscow University, Russia
Arash Kianianmomeni (http://www.omicsonline.org/recommendation/Arash-Kianianmomeni-
Recommendation-letter.pdf)
Humboldt-University of Berlin, Berliln
Luisa Di Paola (http://www.omicsonline.org/recommendation/Luisa-Di-Paola-Recommendation-
Letter.pdf)
University of Campus Biomedico, Italy
Shangfeng Yang (http://www.omicsonline.org/recommendation/Shangfeng-Yang-
Recommendation-letter.pdf)
University of Science and Technology of China, China
Suren A Tatulian (http://www.omicsonline.org/recommendation/Suren-A-Tatulian-
Recommendation-letter.pdf)
University of Central Florida, USA
Vaneica Y Young (http://www.omicsonline.org/recommendation/Vaneica-Y-Young-
Recommendation-letter.pdf)
University of Florida, USA
Zhihong Nie (http://www.omicsonline.org/recommendation/Zhihong-Nie-Recommendation-
Letter.pdf)
University of Maryland, USA

▷ **Primary Health Care: Open Access** (http://www.omicsgroup.org/journals/primary-health-care-
open-access.php) *Recommended by*

Olive Wahoush (http://www.omicsonline.org/recommendation/Olive-Wahoush-Primary-Health-
Care-Open-Access.pdf)

▷ **Powder Metallurgy & Mining** (http://www.omicsgroup.org/journals/powder-metallurgy-

mining.php) *Recommended by*

Mridula Biswas (http://www.omicsonline.org/recommendation/Mridula-Biswas-Journal-of-Powder-Metallurgy-Mining.pdf)
Korea Institute of Science and Technology Seoul, South Korea
Mehdi Rahimian (http://www.omicsonline.org/recommendation/Mehdi-Rahimian-Journal-of-Powder-Metallurgy-Mining.pdf)
IMDEA " Materials Institute Getafe Madrid, Spain
Yuanzhi Zhu (http://www.omicsonline.org/recommendation/Yuanzhi-Zhu-Journal-of-Powder-Metallurgy-Mining.pdf)
Wuhan university of science and technology, China

▷ **Pharmacogenomics & Pharmacoproteomics** (http://www.omicsonline.org/pharmacogenomics-pharmacoproteomics.php) *Recommended by*

Alok Sharma (http://www.omicsonline.org/recommendation/Alok-Sharma-Recommendation-Letter.pdf)
Non-Clinical Safety Assessment Covance Laboratories Inc, USA
Anil Modak (http://www.omicsonline.org/recommendation/Anil-Modak-Recommendation-Letter.pdf)
Cambridge Isotope Laboratories Inc, USA
Shufeng Zhou (http://www.omicsonline.org/recommendation/Shufeng-Zhou-Recommendation-Letter.pdf)
University of South Florida,USA
Danxin Wang (http://www.omicsonline.org/recommendation/Danxin-Wang-Recommendation-Letter.pdf)
Ohio State University, USA
Joanne Wang (http://www.omicsonline.org/recommendation/Joanne-Wang-Recommendation-Letter.pdf)
University of Washington, USA
Kelen G Tantisira (http://www.omicsonline.org/recommendation/Kelen-G-Tantisira-Recommendation-Letter.pdf)
Harvard Medical School, USA
John J Lima (http://www.omicsonline.org/recommendation/John-J-Lima-Recommendation-Letter.pdf)
Nemours Biomedical Research, USA
William Chi-shing Cho (http://www.omicsonline.org/recommendation/William-Chi-shing-Cho-Recommendation-Letter.pdf)
Queen Elizabeth Hospital, Hong Kong
Mesut Muyan (http://www.omicsonline.org/recommendation/Mesut-Muyan-Recommendation-Letter.pdf)
Middle East Technical University, Turkey
Carlos Feleder (http://www.omicsonline.org/recommendation/Carlos-Feleder-Recommendation-Letter.pdf)
Non-Clinical Safety Assessment Covance Laboratories Inc, USA

▷ **Pain & Relief** (http://www.omicsgroup.org/journals/pain-relief.php) *Recommended by*

Geoffrey Burnstock (http://www.omicsonline.org/recommendation/Geoffrey-Burnstock-

Journal-of-Pain-&-Relief.pdf)
University College Medical School, London
Helieh S Oz (http://www.omicsonline.org/recommendation/Helieh-S-Oz-Journal-of-Pain-&-
Relief.pdf)
University of Pittsburgh, USA
Inna Belfer (http://www.omicsonline.org/recommendation/Inna-Belfer-Journal-of-Pain-&-
Relief.pdf)
University of Pittsburgh, USA
Jinghong Chen (http://www.omicsonline.org/recommendation/Jinghong-Chen-Journal-of-Pain-
&-Relief.pdf)
University of Texas, USA
Michael A Carter (http://www.omicsonline.org/recommendation/Michael-A-Carter-Journal-of-
Pain-&-Relief.pdf)
University of Tennessee, USA
Paradee Auvichayapat (http://www.omicsonline.org/recommendation/Paradee-Auvichayapat-
Journal-of-Pain-&-Relief.pdf)
Khon Kaen University, Thailand
Pedro Tanaka (http://www.omicsonline.org/recommendation/Pedro-Tanaka-Journal-of-Pain-&-
Relief.pdf)
Stanford University School of Medicine, USA
Shan Ping Yu (http://www.omicsonline.org/recommendation/Shan-Ping-Yu-Journal-of-Pain-&-
Relief.pdf)
Emory University, USA
Xiulu Ruan (http://www.omicsonline.org/recommendation/Xiulu-Ruan-Journal-of-Pain-&-
Relief.pdf)
LSU Health New Orleans School of Medicine, USA

# R

▷ **Rheumatology: Current Research** (http://www.omicsonline.org/rheumatology-current-
research.php) *Recommended by*

Shinichi Kawai (http://www.omicsonline.org/recommendation/Shinichi-Kawai-Rheumatology-
Current-Research.pdf)
Toho University, Japan
Charles Malemud (http://www.omicsonline.org/recommendation/Charles-Malemud-
Rheumatology-Current-Research.pdf)
Case western Reserve University, USA
Snezana Tomasevic-Todorovic (http://www.omicsonline.org/recommendation/Snezana-
Tomasevic-Todorovic-Rheumatology-Current-Research.pdf)
University of Novi Sad, Serbia
Olwyn Westwood (http://www.omicsonline.org/recommendation/Olwyn-Westwood-
Rheumatology-Current-Research.pdf)
Barts and the London School of Medicine and Dentistry, UK
Guangjie Chen (http://www.omicsonline.org/recommendation/Guangjie-Chen-Rheumatology-
Current-Research.pdf)
Shanghai Jiao Tong University, China

▷ **Reproductive System & Sexual Disorders** (http://www.omicsonline.org/reproductive-system-sexual-disorders.php) *Recommended by*

Zhongjie Shi (http://www.omicsonline.org/recommendation/Zhongjie-Shi-Journal-of-Reproductive-System-&-Sexual-Disorders.pdf)
Thomas Jefferson University, USA
Charalampos Siristatidis (http://www.omicsonline.org/recommendation/Charalampos-Siristatidis-Reproductive-System-&-Sexual-Disorders.pdf)
Attikon University Hospital, Greece
Gwan-Su Yi (http://www.omicsonline.org/recommendation/Gwan-Su-Yi-Reproductive-System-&-Sexual-Disorders.pdf)
Korean Advanced Institute of Science & Advanced Technology, South Korea
R"bert G"spar (http://www.omicsonline.org/recommendation/Robert-Gaspar-Reproductive-System-&-Sexual-Disorders.pdf)
University of Szeged, Hungary
Milan Terzic (http://www.omicsonline.org/recommendation/Milan-Terzic-Reproductive-System-&-Sexual-Disorders.pdf)
University of Belgrade, Serbia

# S

▷ **Stem Cell Research & Therapy** (http://www.omicsonline.org/stem-cell-research-therapy.php)
*Recommended by*

Atsushi Asakura (http://www.omicsonline.org/recommendation/Atsushi-Asakura-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
University of Minnesota Medical School, USA
Christian Drapeau (http://www.omicsonline.org/recommendation/Christian-Drapeau-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
StemTech HealthSciences, USA
Dhananjaya Nayak (http://www.omicsonline.org/recommendation/Dhananjaya-Nayak-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
University of Wisconsin-Madison, USA
Haigang Gu (http://www.omicsonline.org/recommendation/Haigang-Gu-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
Vanderbilt University School of Medicine, USA
Harold Elias (http://www.omicsonline.org/recommendation/Harold-Elias-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
Kansas Medical Center, USA
Jan H Spaas (http://www.omicsonline.org/recommendation/Jan-H-Spaas-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
Global Stem cell Technology, Belgium
James Adjaye (http://www.omicsonline.org/recommendation/James-Adjaye-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
Max Planck Institute for Molecular Genetics, Germany
Michael Kyba (http://www.omicsonline.org/recommendation/Michael-Kyba-Journal-of-Stem-Cell-Research-&-Therapy.pdf)
S.E.University of Minnesota, USA
Nady Golestaneh (http://www.omicsonline.org/recommendation/Nady-Golestaneh-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

Georgetown University, USA

Prasanna Krishnamurthy (http://www.omicsonline.org/recommendation/Prasanna-Krishnamurthy-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

Northwestern University, USA

Qing Ma (http://www.omicsonline.org/recommendation/Qing-Ma-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

University of Texas, USA

Raji Padmanabhan (http://www.omicsonline.org/recommendation/Raji-Padmanabhan-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

National Institutes of Health, USA

Rita Perlingeiro (http://www.omicsonline.org/recommendation/Rita-Perlingeiro-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

University of Minnesota, USA

Shi-Jiang (John) Lu (http://www.omicsonline.org/recommendation/Shi-Jiang-(John)-Lu-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

Advanced Cell Technology, USA

Xuejun H Parsons (http://www.omicsonline.org/recommendation/Xuejun-H-Parsons-Journal-of-Stem-Cell-Research-&-Therapy.pdf)

San diego Regenarative Medicine Institute, USA

▷ **Steroids & Hormonal Science** (http://www.omicsonline.org/steroids-hormonal-science.php)
*Recommended by*

Akhilesh Kumar Pandey (http://www.omicsonline.org/recommendation/Akhilesh-Kumar-Pandey-Journal-of-Steroids&Hormonal-Science.pdf)

Texas Tech University Health Sciences Center,USA

Chamindie Punyadeera (http://www.omicsonline.org/recommendation/Chamindie-Punyadeera-Journal-of-Steroids-Hormonal-Sciecne.pdf)

University of Queensland, Australia

Cheryl Frye (http://www.omicsonline.org/recommendation/Cheryl-Frye-Journal-of-Steroids&Hormonal-Science.pdf)

The University at Albany-SUNY, USA

CarloSpirli (http://www.omicsonline.org/recommendation/CarloSpirli-Journal-of-Steroids&Hormonal-Science.pdf)

Yale University, USA

Jeroen Declercq (http://www.omicsonline.org/recommendation/Jeroen-Declercq-Journal-of-Steroids&Hormonal-Science.pdf)

University of Leuven, Belgium

Jeffrey Michael McBride (http://www.omicsonline.org/recommendation/Jeffrey-Michael-McBride-Journal-of-Steroids&Hormonal-Science.pdf)

Appalachian State University ,USA

Kamran Hosseini (http://www.omicsonline.org/recommendation/Kamran-Hosseini-Journal-of-Steroids&Hormonal-Science.pdf)

InSite Vision Inc, USA

Mary Jane De Souza (http://www.omicsonline.org/recommendation/Mary-Jane-De-Souza-Journal-of-Steroids&Hormonal-Science.pdf)

The Pennsylvania State University, USA

Qi-Huang Zheng (http://www.omicsonline.org/recommendation/Qi-Huang-Zheng-Journal-of-Steroids&Hormonal-Science.pdf)

Ruijin Shao (http://www.omicsonline.org/recommendation/Ruijin-Shao-Journal-of-Steroids&Hormonal-Science.pdf)
Gothenburg University, Sweden
Rahul Ray (http://www.omicsonline.org/recommendation/Rahul-Ray-Journal-of-Steroids&Hormonal-Science.pdf)
Boston University School of Medicine, USA

▷ **Spine** (http://www.omicsgroup.org/journals/spine.php) *Recommended by*

Fraser C.Henderson (http://www.omicsonline.org/recommendation/Fraser-C-Henderson-Journal-of-Spine.pdf)
Metropolitan Neurosurgical Group, USA
Odile Gabay Engel (http://www.omicsonline.org/recommendation/Odile-Gabay-Engel-Journal-of-Spine.pdf)
National Institute of Health, USA
Siavash S Haghighi (http://www.omicsonline.org/recommendation/Siavash-S-Haghighi-Journal-of-Spine.pdf)
Sharp Memorial Hospital, USA
Arjun Sahgal (http://www.omicsonline.org/recommendation/Arjun-Sahgal-Journal-of-Spine.pdf)
University of Toronto, Canada
Afrooz Afghani (http://www.omicsonline.org/recommendation/Afrooz-Afghani-Journal-of-Spine.pdf)
University of California, USA
Ely Steinberg (http://www.omicsonline.org/recommendation/Ely-Steinberg-Journal-of-Spine.pdf)
Sourasky Tel-Aviv Medical Center, Israel
Qingyi He (http://www.omicsonline.org/recommendation/Qingyi-He-Journal-of-Spine.pdf)
Third Military Medical University, China
Ali Fahir Ozer (http://www.omicsonline.org/recommendation/Ali-Fahir-Ozer-Journal-of-Spine.pdf)
Koc University School of Medicine, Turkey

▷ **Sleep Disorders & Therapy** (http://www.omicsgroup.org/journals/sleep-disorders-therapy.php)
*Recommended by*

Annette Van Maanen (http://www.omicsonline.org/recommendation/Annette-van-Maanen-Journal-of-Sleep-Disorders-&-Therapy.pdf)
University of Amsterdam, USA
Giuseppe Insalaco (http://www.omicsonline.org/recommendation/Giuseppe-Insalaco-Journal-of-Sleep-Disorders-&-Therapy.pdf)
Institute of Biomedicine and Molecular Immunology, Italy
Jahan Porhomayon (http://www.omicsonline.org/recommendation/JahanPorhomayon-Journal-of-Sleep-Disorders-&-Therapy.pdf)
University at Buffalo, USA
Laura Palagini (http://www.omicsonline.org/recommendation/Laura-Palagini-Journal-of-Sleep-Disorders-&-Therapy.pdf)
University of Pisa, Italy
Sue Xue Ming (http://www.omicsonline.org/recommendation/Xue-Ming-Journal-of-Sleep-

Disorders-&-Therapy.pdf)
University of Medicine and Dentistry, USA
Xianghzhong Zheng (http://www.omicsonline.org/recommendation/Xianghzhong-Zheng-Journal-Of-Sleep-Disorders-&-Therapy.pdf)
University of Pennsylvania, USA
Zhang Xi (http://www.omicsonline.org/recommendation/Zhang-Xi-Journal-of-Sleep-Disorders-&-Therapy.pdf)
Sleep Medicine Research Center, China

▷ **Single Cell Biology** (http://www.omicsgroup.org/journals/single-cell-biology.php) *Recommended by*

John Ho (http://www.omicsonline.org/recommendation/John-Ho-Single-Cell-Biology.pdf)
The chinese university of Hong Kong
Shouji Shimoyama (http://www.omicsonline.org/recommendation/Shouji-Shimoyama-Single-Cell-Biology.pdf)
Settlement Clinic, Japan
Xinghua PAN (http://www.omicsonline.org/recommendation/Xinghua-Pan-Single-Cell-Biology.pdf)
Yale University School of Medicine, USA
Yiping Hu (http://www.omicsonline.org/recommendation/Yiping-Hu-Single-Cell-Biology.pdf)
Second Military Medical University, China
Yuefei Yu (http://www.omicsonline.org/recommendation/Yuefei-Yu-Single-Cell-Biology.pdf)
Texas Tech University Health Sciences Center, USA

▷ **Surgery: Current Research** (http://www.omicsonline.org/surgery-current-research.php)
*Recommended by*

William Jia (http://www.omicsonline.org/recommendation/William-Jia-Surgery-Current-Research.pdf)
Brain Research Centre, Canada
Suresh G Joshi (http://www.omicsonline.org/recommendation/Suresh-G-Joshi-Surgery-Current-Research.pdf)
Surgical Infection Research, USA
Rainer W.G Gruessner (http://www.omicsonline.org/recommendation/Rainer-W-G-Gruessner-Surgery-Current-Research.pdf)
Department of Surgery, USA

# T

▷ **Thyroid Disorders & Therapy** (http://www.omicsgroup.org/journals/thyroid-disorders-therapy.php) *Recommended by*

Alessandro Antonelli (http://www.omicsonline.org/recommendation/Alessandro-Antonelli-Journal-of-Thyroid-Disorders-&-Therapy.pdf)
University of Pisa, Italy
HJ Biersack (http://www.omicsonline.org/recommendation/HJ-Biersack-Journal-of-Thyroid-

Disorders-&-Therapy.pdf)
University of Bonn, Germany
Johannes Ott (http://www.omicsonline.org/recommendation/Johannes-Ott-Journal-of-Thyroid-Disorders-&-Therapy.pdf)
Medical University of Vienna, Austria
Libo Chen (http://www.omicsonline.org/recommendation/Libo-Chen-Journal-of-Thyroid-Disorders-&-Therapy.pdf)
Shanghai Jiao Tong University, China
Magdalena Chirila (http://www.omicsonline.org/recommendation/Magdalena-Chirila-Journal-of-Thyroid-Disorders-&-Therapy.pdf)
Iuliu Hatieganu University of Medicine and Pharmacy, Romania

▷ **Translational Medicine** (http://www.omicsonline.org/translational-medicine.php) *Recommended by*

Amine M. Korchi (http://www.omicsonline.org/recommendation/Amine-M-Korchi-Translational-Medicine.pdf)
Geneva University Hospital, Switzerland
Arun K. Rishi (http://www.omicsonline.org/recommendation/Arun-K-Rishi-Translational-Medicine.pdf)
Wayne State University, USA
Donald G. Phinney (http://www.omicsonline.org/recommendation/Donald-G-Phinney-Translational-Medicine.pdf)
The Scripps Research Institute, USA
Felix Mottaghy (http://www.omicsonline.org/recommendation/Felix-Mottaghy-Translational-Medicine.pdf)
University Hospital Aachen, Germany
Giuseppe Biondi Zoccai (http://www.omicsonline.org/recommendation/Giuseppe-Biondi-Zoccai-Translational-Medicine.pdf)
Sapienza University of Rome, Italy
George P. Patrinos (http://www.omicsonline.org/recommendation/George-P-Patrinos-Translational-Medicine.pdf)
University of Patras, Greece
Junya Kuroda (http://www.omicsonline.org/recommendation/Junya-Kuroda-Translational-Medicine.pdf)
Kyoto Prefectural University of Medicine, Japan
Sritulasi Karri (http://www.omicsonline.org/recommendation/Sritulasi-Karri-Translational-Medicine.pdf)
Texas Tech University Health Sciences Centre, USA
William Cho (http://www.omicsonline.org/recommendation/William-Cho-Translational-Medicine.pdf)
Queen Elizabeth Hospital, China
Vincenzo Canzonieri (http://www.omicsonline.org/recommendation/Vincenzo-Canzonieri-Translational-Medicine.pdf)
National Cancer Insitute, Italy
Min Li (http://www.omicsonline.org/recommendation/Min-Li-Translational-Medicine.pdf)
The University of Texas Medical School, USA
Wen G Jiang (http://www.omicsonline.org/recommendation/Wen-G-Jiang-Translational-Medicine.pdf)
Cardiff-Peking Cancer Institute, China

Takashi Daimon (http://www.omicsonline.org/recommendation/Takashi-Daimon-Translational-Medicine.pdf)
Hyogo College of Medicine, Japan

▷ **Telecommunications System & Management**
(http://www.omicsgroup.org/journals/telecommunications-system-management.php)
*Recommended by*

Celestine Iwendi (http://www.omicsonline.org/recommendation/Celestine-Iwendi-Journal-of-Telecommunications-System-Management.pdf)
University of Aberdeen, United Kingdom
Pablo Cortes (http://www.omicsonline.org/recommendation/Pablo-Cortes-Journal-of-Telecommunications-System-Management.pdf)
University of Seville, Italy

▷ **Thermodynamics & Catalysis** (http://www.omicsonline.org/thermodynamics-catalysis.php)
*Recommended by*

Andrea Di Vita (http://www.omicsonline.org/recommendation/Andrea-Di-Vita-Journal-of-Thermodynamics-&-Catalysis.pdf)
University of Genova, Italy

▷ **Tropical Diseases** (http://www.esciencecentral.org/journals/tropical-diseases.php) *Recommended by*

Nguyen Tien Huy (http://www.omicsonline.org/recommendation/Nguyen-Tien-Huy-Journal-of-Tropical-Diseases.pdf)
Nagasaki University, Japan
Mark F Wiser (http://www.omicsonline.org/recommendation/Mark-F-Wiser-Journal-of-Tropical-Diseases.pdf)
Tulane University, USA
Alastair Miller (http://www.omicsonline.org/recommendation/Alastair-Miller-Journal-of-Tropical-Diseases.pdf)
Royal Liverpool University, UK
Feng Yih Chai (http://www.omicsonline.org/recommendation/Feng-Yih-Chai-Journal-of-Tropical-Diseases.pdf)
Universiti Kebangsaan, Malaysia
Jianyong Li (http://www.omicsonline.org/recommendation/Jianyong-Li-Journal-of-Tropical-Diseases.pdf)
Virginia Tech, USA
Samson Mukaratirwa (http://www.omicsonline.org/recommendation/Samson-Mukaratirwa-Journal-of-Tropical-Diseases.pdf)
University of KwaZulu-Natal, South Africa
Shibin Cheng (http://www.omicsonline.org/recommendation/Shibin-Cheng-Journal-of-Tropical-Diseases.pdf)
Brown University, USA
Bindu Sukumaran (http://www.omicsonline.org/recommendation/Bindu-Sukumaran-Journal-of-

Tropical-Diseases.pdf)
Duke-NUS Graduate Medical School, Singapore
Tetsuji Yamada (http://www.omicsonline.org/recommendation/Tetsuji-Yamada-Journal-of-
Tropical-Diseases.pdf)
Rutgers University, USA
Stela Halichidis (http://www.omicsonline.org/recommendation/Stela-Halichidis-Journal-of-
Tropical-Diseases.pdf)
Ovidius University, Romania
Kosta Y Mumcuoglu (http://www.omicsonline.org/recommendation/Kosta-Y-Mumcuoglu-
Journal-of-Tropical-Diseases.pdf)
The Hebrew University, Israel


▷ **Transplantation Technologies & Research** (http://www.omicsonline.org/transplantation-
technologies-research.php) *Recommended by*

Ayman Karkar (http://www.omicsonline.org/recommendation/Ayman-Karkar-Journal-of-
Transplantation-Technologies-&-Research.pdf)
Kanoo Kidney Center,Saudi Arabia
Fausto Catena Emerg (http://www.omicsonline.org/recommendation/Fausto-Catena-Emerg-
Journal-of-Transplantation-Technologies-&-Research.pdf)
St. Orsola-Malpighi University Hospital,Italy
Jose Arellano Galindo (http://www.omicsonline.org/recommendation/Jose-Arellano-Galindo-
Journal-of-Transplantation-Technologies-&-Research.pdf)
Hospital Infantil de M"xico Federico G"mez,Mexico
Manuel Maglione (http://www.omicsonline.org/recommendation/Manuel-Maglione-Journal-of-
Transplantation-Technologies-&-Research.pdf)
Innsbruck Medical University,Austria
Paolo Muiesan (http://www.omicsonline.org/recommendation/Paolo-Muiesan-Journal-of-
Transplantation-Technologies-&-Research.pdf)
Queen Elizabeth Hospital,UK
Phuong Thu Pham (http://www.omicsonline.org/recommendation/Phuong-Thu-Pham-Journal-
of-Transplantation-Technologies-&-Research.pdf)
David Geffen School of Medicine,USA
R Goekmen Turan (http://www.omicsonline.org/recommendation/R-Goekmen-Turan-Journal-
of-Transplantation-Technologies-&-Research.pdf)
Rostock University Hospital,Germany
Roberta Rizzo (http://www.omicsonline.org/recommendation/Roberta-Rizzo-Journal-of-
Transplantation-Technologies-&-Research.pdf)
Univeristy of Ferrara,Italy
Rubens Siqueira (http://www.omicsonline.org/recommendation/Rubens-Siqueira-Journal-of-
Transplantation-Technologies-&-Research.pdf)
S"o Paulo University,Brazil
Simrit Parmer (http://www.omicsonline.org/recommendation/Simrit-parmer-Journal-of-
Transplantation-Technologies-&-Research.pdf)
The University of Texas MD Anderson Cancer Center,USA
Tatsuta Mimura (http://www.omicsonline.org/recommendation/Tatsuta-Mimura-Journal-of-
Transplantation-Technologies-&-Research.pdf)
University of Tokyo Graduate School of Medicine,Japan
Theodoros Kelesidis (http://www.omicsonline.org/recommendation/Theodoros-Kelesidis-
Journal-of-Transplantation-Technologies-&-Research.pdf)

MD David Geffen School of Medicine at UCLA,USA

# V

▷ **Vaccines & Vaccination** (http://www.omicsonline.org/vaccines-vaccination.php) *Recommended by*

Alwyn Rapose (http://www.omicsonline.org/recommendation/Alwyn-Rapose-Journal-of-Vaccines-&-Vaccination.pdf)
University of Massachusetts Medical School, USA
Simon Graham (http://www.omicsonline.org/recommendation/Simon-Graham-Journal-of-Vaccines-&-Vaccination.pdf)
Animal Health and Veterinary Laboratories Agency, UK
Jiafen Hu (http://www.omicsonline.org/recommendation/Jiafen-Hu-Journal-of-Vaccines-&-Vaccination.pdf)
Penn State College of Medicine, USA
Claudius Malerczyk (http://www.omicsonline.org/recommendation/Claudius-Malerczyk-Journal-of-Vaccines-&-Vaccination.pdf)
Albert Einstein College of Medicine, USA
Patrick Eberechi Akpaka (http://www.omicsonline.org/recommendation/Patrick-Eberechi-Akpaka-Journal-of-Vaccines-&-Vaccination.pdf)
The University of the West Indies, Trinidad
Nasr-Eldin Mohamed M. Aref (http://www.omicsonline.org/recommendation/Nasr-Eldin-Mohamed-M-Aref-Journal-of-Vaccines-&-Vaccination.pdf)
Assiut University, Egypt
Nikolai Petrovsky (http://www.omicsonline.org/recommendation/Nikolai-Petrovsky-Journal-of-Vaccines-&-Vaccination.pdf)
Flinders University , Australia
Cagla Ayhan (http://www.omicsonline.org/recommendation/Cagla-Ayhan-Journal-of-Vaccines-&-Vaccination.pdf)
KAPPA Training Research, Turkey
Fangcheng-Zhuang (http://www.omicsonline.org/recommendation/Fangcheng-Zhuang-Journal-of-Vaccines-&-Vaccination.pdf)
Institute of Viral Diseases, China

▷ **Virology & Mycology** (http://www.omicsonline.org/virology-mycology.php) *Recommended by*

Neelam Sharma-Walia (http://www.omicsonline.org/recommendation/Neelam-Sharma-Walia-Virology-&-Mycology.pdf)
Rosalind Franklin University of Medicine and Science, USA
Theodore A Parasidis (http://www.omicsonline.org/recommendation/Theodore-A-Parasidis-Virology-&-Mycology.pdf)
Hellenic Center for Disease Control and Prevention, Greece
Xuming Zhang (http://www.omicsonline.org/recommendation/Xuming-Zhang-Virology-&-Mycology.pdf)
University of Arkansas for Medical Sciences, USA
Rachel Roper L (http://www.omicsonline.org/recommendation/Rachel-Roper-L-Virology-&-Mycology.pdf)
East Carolina University, USA

OMICS International | Open Access Journals | Editors Recommendation for Indexing

Mycology.pdf)
Northeast Agricultural University, China
Shan-Lu Liu (http://www.omicsonline.org/recommendation/Shan-Lu-Liu-Virology-&-Mycology.pdf)
University of Missouri, USA
Michael Gbadegesin (http://www.omicsonline.org/recommendation/Michael-Gbadegesin-Virology-&-Mycology.pdf)
University of Ibadan, Nigeria
Cagla Ayhan (http://www.omicsonline.org/recommendation/Ludmila-Vikshna-Virology-&-Mycology.pdf)
Riga Stradins University, Latvia
Marian H van Beers-Tas (http://www.omicsonline.org/recommendation/Marian-H-van-Beers-Tas-Virology-&-Mycology.pdf)
GGD Zaanstreek-Waterland, Netherlands
Stephen Mark Tompkins (http://www.omicsonline.org/recommendation/Stephen-Mark-Tompkins-Virology-&-Mycology.pdf)
University of Georgia, USA

# W

▷ **Women's Health Care** (http://www.omicsgroup.org/journals/womens-health-care.php)
*Recommended by*

A M Makuwani (http://www.omicsonline.org/recommendation/A-M-Makuwani-Journal-of-Womens-Health-Care.pdf)
Ministry of Health and Social Welfare, Tanzania
AbdelAziem A Ali (http://www.omicsonline.org/recommendation/AbdelAlziem-A-Ali-Journal-of-Womens-Health-Care.pdf)
Ministry of Health and Social Welfare, Tanzania
Jeffrey A Keelan (http://www.omicsonline.org/recommendation/Jeffrey-A-Keelan-Journal-of-Womens-Health-Care.pdf)
University of Western Australia, Australia
Pamela Barbadoro (http://www.omicsonline.org/recommendation/Pamela-Barbadoro-journal-of-womens-health-care.pdf)
University of Politecnica delle Marche Ancona, Italy

# Y

▷ **Yoga & Physical Therapy** (http://www.omicsonline.org/yoga-physical-therapy.php)
*Recommended by*

Timothy R Koch (http://www.omicsonline.org/recommendation/Timothy-R-Koch-Journal-of-Yoga-&-Physical-Therapy.pdf)
Georgetown University School of Medicine, USA
Erik J. Groessl (http://www.omicsonline.org/recommendation/Letter-of-Consent-JYPT-Erik.pdf)
University of California San Diego, USA
Elaine L. Bukowski (http://www.omicsonline.org/recommendation/Letter-of-Consent-JYPT-

More than 900+ editorial board members have recommended NIH to index our journals in PubMed. All these Editorial board members are well reputed scientists across the world. We are enclosing some of their recommendation letters as exhibits. And the same is also available online for your perusal.



July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Letter of Consent**

I hereby express my great interest in continued service in Journal of Anaplastology as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Christopher J. Salgado, MD

Professor of Surgery

Section Chief of Plastic Surgery, University of Miami Hospital

Co-Director for Center of Aesthetic and Corrective Genital Surgery

Co-Director of University of Miami Hernia Center

Division of Plastic Surgery

University of Miami / Miller School of Medicine



**SEMEL**
Institute
UCLA

**Department of Psychiatry and Biobehavioral Sciences**

Jane & Terry Semel Institute for Neuroscience & Human Behavior
University of California Los Angeles

**John K. Williams, M.D.**
**Associate Professor**

760 Westwood Plaza
38-260 NPI
Box 175919
Los Angeles, California 90024-1759
voice  (310) 825-8810
fax  (310) 206-9137
keoniwmd@aol.com

July 7, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894.

Dear Sir or Madame:

It is with great pleasure that I write this letter to endorse the addition of the *Journal of AIDS & Clinical Research* into the Pubmed index.  As an Editorial Board Member, I am extremely proud of our multidisciplinary journal that aims to inform a broad audience of clinicians, researchers, academics, students and the lay community about the latest research on HIV/AIDS. Our journal includes findings in the areas of social/behavioral, clinical and basic sciences.

Through original articles, review articles, case reports, and short communications, the *Journal of AIDS & Clinical Research* is able to publish the most innovative, complete and reliable discoveries and current developments in the field of HIV/AIDS.  Our rigorous peer review process ensures that the research is sound and will make a significant contribution to the literature.  Importantly, the Journal of AIDS & Clinical Research is an Open Access journal. Thus, our articles are freely available online without any restrictions or any other subscriptions to researchers worldwide.

In conclusion, the editorial board members and journal staff have worked very hard for the journal to establish its high professional standing and there by recommending this journal to be indexed in PubMed.  Please do not hesitate to contact me if you need any further information.

Sincerely,

*John K Williams*

John K. Williams, M.D.
Associate Professor
UCLA, Department of Psychiatry & Biobehavioral Sciences

UNIVERSITÄTSMEDIZIN
GÖTTINGEN ▌**UMG**

Universitätsmedizin Göttingen, 37099 Göttingen
PD Dr. A. R. Asif, Abt. Klinische Chemie – UMG-Labor
Robert-Koch-Straße 40, 37075 Göttingen

**Zentrum Innere Medizin**
**Abteilung Klinische Chemie – UMG-Labor**
**Direktor (komm.): Dr. med. Lutz Binder**
Ärztlicher Koordinator und Leiter UMG-Labor

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**PD Dr. rer. nat. Abdul Rahman Asif**
**37099 Göttingen Briefpost**
Robert-Koch-Straße 40, 37075 Göttingen **Adresse**
0551 / 39-22945 **Telefon**
0551 / 39-12505 **Fax**
asif@med.uni-goettingen.de **E-Mail**
www.universitaetsmedizin-goettingen.de
www.clinchem.med.uni-goettingen.de

13.7_JCCI **Aktenzeichen**
24.07.2013 **Datum**

Betr:  PMC indexing of  Journal of Clinical & Cellular Immunology

To whom it may concern

Dear Sir / Dear Madam,

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Abdul Rahman Asif



**Tohoku University Graduate School of Medicine**
**Department of Molecular Endocrinology**
**2-1 Seiryo-machi, Aoba-ku, Sendai 980-8575, Miyagi, Japan**
**Telephone +81-22-717-8079       Fax +81-22-717-8083**

August 16, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central.
The Journal staff and editorial board members have worked very hard for the journal to establish its
high professional standing.

Thank you very much for your consideration.

Sincerely,

Akira Sugawara M.D., Ph.D.
Professor
Department of Molecular Endocrinology
Tohoku University Graduate School of Medicine

 

CAMPUS INNENSTADT

AUGENKLINIK UND POLIKLINIK
DIREKTOR: PROF. DR. MED. A. KAMPIK



Klinikum der Universität München · Augenklinik und Poliklinik - Innenstadt ·
Mathildenstr. 8 · 80336 München · GERMANY

Ansprechpartner:
Prof. Dr. med. A.S. Neubauer

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Telefon   +49 (0)89 5160 - 3811
Telefax   +49 (0)89 5160 - 5160
Aljoscha.Neubauer@med.uni-muenchen.de
www.augenklinikmuenchen.de

Postanschrift:
Mathildenstraße 8
80336 München
Germany

Ihr Zeichen:                Unser Zeichen:                                              Munich, 11. July 2013

## Letter of Recommendation

Dear ladies and gentlement,

over the last years our research group has published several papers in the Journal of
Clinical & Experimental Ophthalmology, some of which have been highly cited, which
confirms the quality of importance of this journal.

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be indexed in
PubMed Central. The Journal staff and editorial board members have worked very hard for the
journal to establish its high professional standing.

Best regards

A.S. Neubauer, MD, MBA

Professor of Ophthalmology
Dept. of Ophthalmology
Ludwig-Maximilians University
Muenchen, Germany

Das Klinikum der Universität München ist eine Anstalt des öffentlichen Rechts

Leiter der Klinik:                Prof. Dr. med. Anselm Kampik
öffentl. Verkehr:                 U1, U2, U3, U6, Tram 16, 17, 18, 27 bis Haltestelle Sendlinger Tor

UNIVERSITY OF CALIFORNIA, IRVINE



BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

Anshu Agrawal, Ph. D.
Associate Professor,
Division of Basic and Clinical Immunology

Medicine/Immunology
C240 Medical Sciences I
 Irvine, CA 92697-4069
 TEL  (949) 824-7706
 FAX (949) 824-4362
 aagrawal@uci.edu

July, 8th, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To Whom It May Concern:

"I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing."

Thanking you,

Sincerely,

Anshu Agrawal, Ph. D.

# CENTRO DI RIFERIMENTO ONCOLOGICO

### ISTITUTO NAZIONALE TUMORI - AVIANO

ISTITUTO DI RICOVERO E CURA A CARATTERE SCIENTIFICO DI DIRITTO PUBBLICO (D.I. 31/07/90)
Via Franco Gallini, 2 - 33081 AVIANO - Italy - C.F. P.I. 00623340932 - Tel. 39-434-659111 - Fax 39-434-652182

S.O.C. Anatomia Patologica
Direttore: Prof. Antonino Carbone - Tel. +39-0434.659085
Segreteria: Tel. +39-0434.659292 - Fax +39-0434.659370
e-mail: acarbone@cro.it - anatomiapatologica@cro.it

Aviano, 10/07/2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Reagards.

IL DIRETTORE

Antonino Carbone

DIVISIONE DI
ANATOMIA PATOLOGICA
Il Primario Prof. Antonino Carbone



# *Università degli Studi di Palermo*

## *Department of Surgical, Oncological and Stomatological Sciences*
### *Section of Medical Oncology*

Via del Vespro 129 – 90127 Palermo (Tel: 091/6552500  fax: 091/6554529)

Antonio Russo, MD, PhD
Professor In Medical Oncology
Department of Surgical and Oncological Sciences
University of Palermo.
Adjunct Full Professor in Temple University,
Institute for Cancer Research and Molecular Medicine
and Center of Biotechnology - College of Science and
Biotechnology, Philadelphia (USA).
Via del Vespro 129, 90127 Palermo, Italy
Phone: +39-091-6552500
Fax: (011) 39-091-6554529
antonio.russo@usa.net

July 9, 2013
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear National Library of Medicine,

I strongly recommend Journal of Carcinogenesis & Mutagenesis to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

With my best regards,

Antonio Russo

# UNIVERSITY OF MINNESOTA

| | | |
|---|---|---|
| **Twin Cities Campus** | **Stem Cell Institute**<br>Medical School | LRB/MTRF<br>2001 6th Street SE<br>Mail Code 2873<br>Minneapolis, MN 55455 |
| | | Office: 612-626-4916<br>Fax: 612-624-2436 |

**National Library of Medicine**
**Building 38A - Room 4N-419**
**8600 Rockville Pike**
**Bethesda, MD U.S.A. 20894**

July 9th 2013

I hereby express my great interest in continued service in Journal of Stem Cell Research & Therapy as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities. I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

Atsushi Asakura, PhD

Associate Professor of Neurology
Stem Cell Institute
Paul & Sheila Wellstone Muscular Dystrophy Center
Department of Neurology
University of Minnesota Medical School
McGuire Translational Research Facility
2001 6th St. SE
Minneapolis, MN, 55455
Tel: 612-624-7108
Fax: 612-624-2436
E-mail: asakura@umn.edu



Faculty of Medicine & Health Sciences
UNIVERSITI TUNKU ABDUL RAHMAN
Jalan Sungai Long, Bandar Sg. Long, Cheras,
43000 Kajang, Selangor.
Tel: (603) 9019 4722  Fax: (603) 9019 1959
Homepage://www.utar.edu.my

To,

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I have been working with Journal of Community Medicine & Health Education since 2010 as editorial board member. The journal is planning to submit for indexing in PubMed Central. I strongly recommend Journal of Community Medicine and Health Education **to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.**

**Your's sincerely**

**Dr. Chandrashekhar T Sreeramareddy**
**Head of the Department**
**Population Medicine**
**Faculty of Medicine and Health Sciences**
**University Tunku Abdul Rahman**
**Bandar Sungai Long**
**Selangor, Malaysia**

**Editorial Board member**
**Journal of Community Medicine and Health Education**
**OMICS Group Journals**



NELL HODGSON
**WOODRUFF**
S C H O O L   O F
**NURSING**

July 9, 2013

National Library of Medicine
Building 38A-Room4N-419
8600 Rockville Pike
Bethesda, MD 20894

Re: PubMed Indexing of Journal of Air and Water Borne Disease

To Whom It May Concern:

I strongly recommend Journal of Air and Water Borne Disease to be indexed in PubMed Central. Journal staff and editorial board members have worked diligently to establish its high professional ranking.

As an Editor, I offer my strongest continued support. I do not have a conflict of interest which would interfere with this important service for science, medicine and technology communities.

Thank you for your consideration of this very important matter.

Sincerely,

Charles A. Downs, PhD, ACNP-BC

Emory University
1520 Clifton Road NE
Atlanta, Georgia 30322-4207
The Robert W. Woodruff Health Sciences Center
An equal opportunity, affirmative action university

www.nursing.emory.edu



CASE WESTERN RESERVE UNIVERSITY

**Charles J. Malemud, Ph.D.**
Professor of Medicine and Anatomy
School of Medicine

July 15, 2013

National Library of Medicine
Building 38A- Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

Sirs:

I strongly recommend the *Journal of Clinical and Cellular Immunology* to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Charles J. Malemud, Ph.D.
Editor-in-Chief, *Journal of Clinical and Cellular Immunology*

---

*MAILING ADDRESS*
Case Western Reserve University
10900 Euclid Avenue
Cleveland, Ohio 44106-4946

*VISITORS AND DELIVERIES*

Office: 2061 Cornell Road, Rm. 207

Phone  216-844-7846
Fax    216-844-2288



**Universitätsklinikum Regensburg**

Universitätsklinikum Regensburg
D- 93042 Regensburg

KLINIK UND POLIKLINIK FÜR INNERE MEDIZIN I
DIREKTORIN: PROF. DR. M. MÜLLER-SCHILLING

PROF. DR. CHRISTA BÜCHLER
TEL.: +49 941 944-7009
FAX: +49 941 944-7019
E-MAIL: CHRISTA.BUECHLER@KLINIK.UNI-
REGENSBURG.DE

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Regensburg, 19.07.2013

Dear Madam or Sir,

I strongly recommend the Journal, Endocrinology & Metabolic Syndrome to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Yours sincerely,

Prof. Dr. Christa Buechler

Hausadresse
Universitätsklinikum Regensburg
Franz-Josef-Strauß-Allee 11
93053 Regensburg

ÖPNV: RVV Linien 6 und 19

Telefon:
0941 / 944 – 7003
Telefax:
0941 / 944 – 7004

Email:
os-med1@klinikum-regensburg.de

Universitätsklinikum Regensburg
Anstalt des öffentlichen Rechts
Vorstand:
Ärztlicher Direktor: Prof. Dr. Oliver Kölbl (Vorsitzender)
Kaufmännischer Direktor: Dipl.-Kfm. Klaus Fischer
Pflegedirektor: Alfred Stockinger
Dekan der Fakultät für Medizin: Prof. Dr. Dr. Torsten E. Reichert



151 Calle Iglesia • San Clemente, CA 92672
*Phone*: (949) 542-8600 • *Fax*: (949) 542-8617
www.stemtech.com

Tuesday, 9 July, 2013


National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894


To Whom It May Concern,

This letter is to express my interest in continued service with the *Journal of Stem Cell Research & Therapy* as an Editor and Reviewer. I further give my consent to disclosure by the Journal of my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important contribution to science, medicine, and technology communities.


I have witnessed the dedication of Journal staff and editorial board members who have worked very hard for the journal to establish its high professional standing.  I hereby strongly recommend this journal to be indexed in PubMed Central.


Christian Drapeau
Chief Science Officer



**College of Education**

Department of Educational Psychology,
Research and Evaluation

469 Marillac Hall
One University Blvd.
St. Louis, Missouri 63121-4400
Telephone: 314-516-5782
Fax: 314-516-5784

July 6, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I am writing to support *Journal of Addiction Research & Therapy* to be indexed in PubMed. The
journal provides a comprehensive aspects of physiological, biochemical, genetic and behavioral
pathways underlying addiction, and it has a wide audience via its open access format, which is a
valuable platform to provide an unprecedented overview of a complex field of high societal
significance. The editorial board members  and journal staff have worked very hard for the
journal to establish its high professional standing and there by recommending this journal to be
indexed in PubMed.

Sincerely,

Cody Ding, Ph.D.
Professor of Measurement Psychology
Department of Educational Psychology, Research & Evaluation
University of Missouri-St. Louis



**Veterinary Medical Center**
The Ohio State University
601 Vernon L. Tharp Street
Columbus, Ohio 43210-1089

Hospital for Companion Animals
(614) 292-3551
Hospital for Farm Animals
(614) 292-6661
Galbreath Equine Center
(614) 292-6661

.

July 6, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To Whom It May Concern:

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Respectfully,

David A Wilkie DVM, MS
Diplomate ACVO
Professor



# UNIVERSITY OF ABERDEEN

**Academic Primary Care**
School of Medicine and Dentistry
Polwarth Building
Aberdeen AB25 2ZD
Scotland
United Kingdom
Tel: +44 (0) 1224 437253

**National Library of Medicine**
**Building 38A - Room 4N-419**
**8600 Rockville Pike**
**Bethesda, MD U.S.A. 20894**

### Letter of Consent

I hereby express my great interest in continued service in Journal of Allergy & Therapy as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

...............................................
Electronic/ Normal Signature

Professor David Price, Primary Care Respiratory Society UK, Professor of Primary Care Respiratory Medicine
...............................................
Name and Affiliation



INVESTOR IN PEOPLE



UNIVERSITY
OF MANITOBA | Faculty of Medicine

Department of
Community Health Sciences
750 Bannatyne Avenue
Winnipeg, Manitoba
Canada  R3E 0W3
Telephone 204-789-3473
Fax 204-789-3905

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 9, 2013

RE: Supporting letter for CMHE to be indexed in PubMed Central

To whom it concerns:

I have been served as a Editorial Board member for Journal of Community Medicine and Health
Education for three years.

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial
board members have worked very hard for the journal to establish its high professional standing.

If you have any questions or need additional information, please do not hesitate to contact me at
204-272-3137 or via e-mail at depeng.jiang@med.umanitoba.ca

Sincerely,

Depeng Jiang, PhD
Assistant Professor, Department of Community Health Sciences
Director, Biostatistical Consulting Unit
Faculty of Medicine
University of Manitoba
Tel: (204) 272-3137
Fax: (204) 789-3905

umanitoba.ca



**UNIVERSITY OF PATRAS**
**SCHOOL OF MEDICINE**
**DEPT. BIOCHEMISTRY**
**26504-Patras, Greece**
**Tel.: +302610-996124**
**FAX: +302610-969167**
**E-mail: dimkal@med.upatras.gr**

ΠΑΝΕΠΙΣΤΗΜΙΟ
ΠΑΤΡΩΝ

**ΠΑΝΕΠΙΣΤΗΜΙΟ ΠΑΤΡΩΝ**
**ΤΜΗΜΑ ΙΑΤΡΙΚΗΣ**
**ΕΡΓ. ΒΙΟΛ. ΧΗΜΕΙΑΣ**
**26504-Πάτρα, Ελλάς**
**Τηλ.: 2610-996124**
**FAX: 2610-969167**

Dimitrios L. Kalpaxis
Professor

July 9, 2013

To:
National Library of Medicine,
Building 38A-Room 4N-419,
8600 Rockville Pike,
Bethesda, MD U.S.A. 20994

Dear Sirs,
I am one of the members of the Editorial Board of the *Journal of Community Medicine & Health Education* and frequent visitor of PubMed website. I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and Editorial Board members have worked very hard for the Journal to establish high professional standing.

Sincerely Yours

Prof. Dimitrios L. Kalpaxis



**College of Pharmacy**
Institue of Community Health

## <u>Letter of Consent</u>

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical Trials as an Editorial Board member. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Thank you for your consideration of this request.

E. James Essien, M.D., Dr.P.H., F.R.S.P.H.
Professor of Public Health & Director,
Institute of Community Health

July 8, 2013

| Consiglio Nazionale delle Ricerche |  | **Istituto di Farmacologia Traslazionale** *Institute of Translational Pharmacology* **IFT** **Dr. Emanuela Signori, PhD** Laboratorio di Patologia Molecolare e Oncologia Sperimentale *Laboratory of Molecular Pathology and Experimental Oncology* |
|---|---|---|

Via Fosso del Cavaliere, 100 - 00133 Rome, Italy    Tel: +39-0649934232    Fax: +39 06-45488257
e-mail: emanuela.signori@cnr.it

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Object:** PubMed Central indexing for JCCI

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Faithfully

Emanuela Signori

Rome, July 10th 2013



Erick O. Hernández-Ochoa, MD, PhD.
Research Associate
*Department of Biochemistry and Molecular Biology*
*University of Maryland School of Medicine*
*ehern001@umaryland.edu*

Wednesday, July 17, 2013

**Re:  Letter of Recommendation to get Biochemistry & Pharmacology: Open Access indexed in Pub med.**

Dear Sir/Madame,

I would like to express my strong recommendation and my complete support for Biochemistry & Pharmacology: Open Access to be indexed in PubMed.  My knowledge of this Journal, as well as my exceptionally high regard for its scientific potential, stems from my direct collaboration as an Editor with Biochemistry & Pharmacology and observation of the remarkable work that the editorial board and staff is conducting to make of this Journal an attractive avenue to report original and high quality research.

As for my qualifications to provide this recommendation, I am currently a Research Associate at the Department of Biochemistry and Molecular Biology at the University of Maryland School of Medicine.  I hold a MD, and a PhD degree in Neurophysiology.  I have 11 years of scientific research experience in the fields of neuronal and muscle electrophysiology as well as in the study of structure and function of calcium channels.  My research has been focused in understand the molecular mechanisms underlying neuronal and skeletal muscle calcium signaling.  I have published 21 articles in prestigious peer-reviewed journals, such as Journal of Neuroscience, American Journal of physiology, Cell Calcium, and European Journal of Physiology and the Journal of Clinical Investigation.  I am member of scientific societies including the Biophysical Society and the American Association for the Advancement of Science.  I am also heavily involved in the education and training of under/graduate students and postdoctoral scientists.  Therefore, I feel that I qualify to evaluate and recommend Biochemistry & Pharmacology's capabilities and its potential in the scientific field. In summary, I highly and without reservations recommend this Journal to be indexed in PubMed.

Sincerely yours,

*E.K.OHz.*

Erick O. Hernández-Ochoa, MD. PhD.

*Research Associate*
*Department of Biochemistry and Molecular Biology*
*University of Maryland School of Medicine*
108 N. Greene St, Room 229.
Baltimore, MD, 21201
E-mail: ehern001@umaryland.edu
Phone:410-706-5787; Fax: 410-706-8297



BENEMÉRITA UNIVERSIDAD
AUTÓNOMA DE PUEBLA

POSGRADO EN CIENCIAS QUÍMICAS
MAESTRÍA Y DOCTORADO

### Letter of consent

To

National Library of Medicine

Building 38A-Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Biochemistry & Pharmacology:Open Access Journal as an Editor, Author and Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

07/19/2013

Estibaliz Sansinenea Royano, PhD.

Chemistry Science Faculty

Benemérita Universidad Autónoma de Puebla

C.P.72570, Puebla, Pue. México.

E-mail: estisan@yahoo.com

 Institutul Regional de Oncologie Iasi

**INSTITUTUL REGIONAL DE ONCOLOGIE IAȘI**
Str. G-ral Henri Mathias Berthelot nr.2 – 4
Cod Fiscal 29067408
Operator date cu caracter personal:21677
www.iroiasi.ro; e-mail: oncoiasi@iroiasi.ro



**Eugen Carasevici** Prof. Dr.
Head, Molecular Biology Compartment
Regional Institute of Oncology
Iasi, Romania
kara@iasi.mednet.ro
July 10, 2013

# RECOMMENDATION LETTER

Herewith, I confirm that Biochemistry & Pharmacology Open Access Journal is an Pharmaceutical Sciences Journals from the OMICS Group dealing with printing and publishing papers that includes a generously range of fields connected with fundamental, experimental and clinical aspects of Biochemistry and Pharmacology as core biomedical disciplines. As such Biochemistry & Pharmacology Open Access is becoming a open platform for confronting ideas and research results without any restriction.

The journal select, through a high quality review process, original articles, review articles, case reports, short communications, in all areas of the above mentioned field making them freely available through online in a short time interval.

A very professional team of editors are managing the hole process of submission, review, revise, and publish.
The scientific content of the journal become more and more valuable and important by this design of a fair and unobstructed publishing policy.

Considering all this qualities, so promptly consolidated, I strongly recommend this journal to be indexed in PubMed.

Eugen Carasevici

UNIVERSITÀ E AZIENDA OSPEDALIERA DI PERUGIA

*S.C. Cardiologia e Fisiopatologia Cardiovascolare*

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 20, 2013

### Letter of Consent

I hereby express my great interest in continued service in Cardiovascular Pharmacology: Open Access as an Editor.
I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Signature

Fabio Angeli, MD
Division of Cardiology and
Cardiovascular Pathophysiology
Teaching Hospital 'S.M. della Misericordia'
Perugia, Italy





UNIVERSITÀ E AZIENDA OSPEDALIERA DI PERUGIA

*S.C. Cardiologia e Fisiopatologia Cardiovascolare*

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 20, 2013

## **Letter of Consent**

I hereby express my great interest in continued service in Journal of Diabetes & Metabolism as an Editor.

I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Signature

Fabio Angeli, MD
Division of Cardiology and
Cardiovascular Pathophysiology
Teaching Hospital 'S.M. della Misericordia'
Perugia, Italy

 **Universidade Federal de Minas Gerais**

## Letter of Consent

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in *Biochemistry and Physiology: Open Access* as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high` professional standing.

Sincerely,

......................................
Fernando M. Reis, MD, PhD
Associate Professor
Universidade Federal de Minas Gerais
Belo Horizonte, Brazil

Laboratório de Reprodução Humana, Hospital das Clínicas
Av. Alfredo Balena, 110 – 9º andar 30130-100 Belo Horizonte, MG
Tel. (31) 3248 9485  Fax (31) 3248 9299
e-mail: reis@medicina.ufmg.br



SCHOOL OF MEDICINE
Department of Microbiology and Immunology

July 9, 2013

Dr. Donald A.B. Lindberg, MD.
Director
National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

Dear Dr. Lindberg,

I strongly recommend that the Journal of Clinical & Cellular Immunology be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Fernando Villalta*

Fernando Villalta, Ph.D.
Chair and Professor, Department of Microbiology and Immunology
Interim Director, Center for AIDS Health Disparities Research
Deputy Director, Meharry Translational Research Center
Meharry Medical College
Email: fvillalta@mmc.edu
Tel: 615-327-6667




**Boston University** School of Medicine

Amit Garg, M.D.
Director, Dermatology Training Program
Boston Medical Center
Associate Professor of Dermatology
Boston University School of Medicine

July 17, 2013

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

I also express my great interest in continued service to the Journal of Clinical & Experimental Dermatology Research as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

Most sincerely,

**Amit Garg, MD**
Director, Dermatology Training Program
Boston Medical Center
Associate Professor of Dermatology
Boston University School of Medicine
Phone: 617-638-5531   Email: agarg@bu.edu



OREGON
HEALTH
&SCIENCE
UNIVERSITY

9 July 2013

Ocular Immunology Lab
Casey Eye Institute

**Departments of
Ophthalmology**

Mail code L467AD

3181 SW Sam Jackson Pk Rd
Portland, OR 97239-3098

Office: 503-418-2540
Fax: 503-418-2541
Lab: 503-418-2543
Dept.: 503-494-5023

**Grazyna Adamus, Ph.D.**
*Professor*

adamusg@ohsu.edu

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

To whom it may concern:

I strongly recommend the Journal of Clinical & Experimental Ophthalmology
to be indexed in PubMed Central. The Journal staff and editorial board
members have worked very hard for the journal to establish its high
professional standing.

Thank you for your consideration.

Respectfully,

*G. Adamus*

Grazyna Adamus, Ph.D.
Professor of Ophthalmology and Neuroscience Graduate Program

**VANDERBILT**
**Institute for Global Health**

2525 West End Avenue, Suite 750 • Nashville, TN 37203
phone I 615-322-9374 • fax I 615-343-7797

July 12, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Re: Recommendation letter for the Journal of AIDS & Clinical Research to be indexed in PubMed**

To Whom It May Concern:

Dear Sir/Madam,

I am writing to strongly recommend the Journal of AIDS & Clinical Research (JACR) to be indexed in PubMed Central. JACR is a multidisciplinary journal that aims to publish most complete and reliable source of information on the discoveries and current developments in HIV/AIDS related research.

I have been serving as an Editor for this Journal from its first published issue in 2010, and have seen the projectiles of the increasing number of high-quality manuscripts the Journal has received and the increasing number of citations on the papers that the Journal has published in the past years. As an epidemiologist with a decade of experiences on HIV/AIDS research and with experiences of serving as a reviewer for >15 journals including AIDS, JAMA, Plos One, I can vouch on the strictness of manuscript review by the Journal and the high quality of the papers that this Journal has published.

Journal staff and editorial board members have worked and will continue to work very hard for the journal to establish its high professional standing. The Index of the Journal by PubMed Central will make the high quality of papers in this Journal even more widely accessible to the global researchers.

Sincerely yours,

Han-Zhu Qian, M.D., Ph.D.
Assistant Professor of Medicine
Division of Epidemiology
Vanderbilt University Medical Center
Phone: (615) 343-3159
E-mail: han-zhu.qian@vanderbilt.edu



**SCHOOL OF MEDICINE**
*Division of Basic Medical Sciences*

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To Whom It May Concern,

I am writing in support of the Journal of Autacoids for inclusion in PubMed Central's indexing system of medical journals. Although relatively young in years, the journal staff and the editorial board members of this online access journal have worked tirelessly to establish the journal's high professional standing by regularly releasing published articles that are on par or surpass articles in journals that PubMed.Central currently indexes. I believe that indexing by the National Library of Medicine's PubMed Central would further enhance the quality and quantity of manuscripts submitted for publication to this journal. Therefore, I would strongly recommend that the Journal of Autacoids be indexed in the National Library of Medicine's PubMed Central.

Sincerely,

Henry E. Young, PhD
Professor of Anatomy
Mercer University School of Medicine
Macon, GA 31207



**RTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

National Institutes of Health
National Institute on Drug Abuse
Intramural Research Program

251 Bayview Blvd., Suite 200,
Biomedical ResearchCenter,
Baltimore, MD 21224, USA

07/19/2013

To whom it may concern;

    I am writing a recommendation letter for the Journal of Alcoholism & Drug Dependence to be indexed in PubMed. The Journal of Alcoholism & Drug Dependence publishes papers on psychological and sociological aspects of alcohol and drugs, and their effects, including biomedical, biochemical, pharmacological, physiological, behavioral actions and clinical research in humans. The journal includes a wide range of fields in its discipline to create a platform for the authors to make their contribution towards the journal and the editorial office promises a peer review process for the submitted manuscripts for the quality of publishing. The journal is an Open Access journal and aims to publish most complete and reliable source of information on the discoveries and current developments in the mode of original articles, review articles, case reports, short communications, etc. in all areas of the field and making them freely available through online without any restrictions or any other subscriptions to researchers worldwide. The journal is using Editorial Tracking System for quality in review process. Editorial Tracking is an online manuscript submission, review and tracking systems. Review processing is performed by the editorial board members of journal or outside experts; at least two independent reviewers approval followed by editor approval is required for acceptance of any citable manuscript.

I strongly recommend this journal to be indexed in PubMed.

Sincerely,

*Takato Hiranita*

Takato Hiranita, Ph.D.

Department of Psychology & Neuroscience,
University of Colorado at Boulder

Mailing address:
Psychobiology Section,
Molecular Targets and Medications Discovery Branch,
Intramural Research Program,
National Institute on Drug Abuse,
National Institutes of Health/Department of Health and Human Services,
251 Bayview Blvd., Suite 200,
Biomedical ResearchCenter,
Baltimore, MD 21224, USA
  TEL:443-740-2556
  FAX:443-740-2829

E-mail: hiranitat@mail.nih.gov

July 19, 2013



## Department of Otolaryngology-HNS,
## Tohoku University School of Medicine

*1-1 Seiryomachi, Aoba-ku, Sendai 980-8575, Japan.*
*Tel: +81-22-717-7304,  Fax: +81-22-717-7307*

To: National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Managing Office of National Library of Medicine:

Clinical Microbiology open access is a peer reviewed journal, dealing with interrelation of microorganisms under normal and pathological conditions and the dynamics of pathological process with an account of treatment till the clinical and complete recovery is presented. The editorial board members and journal staff have worked very hard for the journal to establish its high professional standing. Therefore, I would like to and recommend this journal to be indexed in Pub Med.

I appreciate your consideration.

Sincerely,

Hiroshi Hidaka, M.D.
Associate Professor of Otolaryngology-Head and Neck Surgery
Tohoku University Graduate School of Medicine
1-1 Seiryomachi, Aoba-ku, Sendai 980-8575, Japan
E-mail: ZAY00015@nifty.com

DEPARTMENT OF NEUROLOGY



# UNIVERSITY OF MARYLAND
# SCHOOL OF MEDICINE

July 22, 2013

To Whom it might be concerned,

  With greatest pleasure I am writing this letter on behalf of Journal of Clinical & Cellular Immunology, who is applying to be indexed in PubMed Central. I have been a reviewer for this journal and a member of the Editorial Board for more then 4 years, during which time I reviewed and edited manuscripts and I was able to experience first hand the review process.

  To introduce myself, I am a Professor of Neurology at the University of Maryland, School of Medicine. I have been a faculty member at University of Maryland for 19 years, and I am an expert in multiple sclerosis. During this time I was principal investigator of National Institutes of Health, Veterans Administration and Multiple Sclerosis Society funded research projects on multiple sclerosis. I was also an associate editor for Journal of Immunology and editorial board member for Journal of Neuroimmunology.

Based on my previous experience and that of working with the Journal of Clinical & Cellular Immunology I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. I have to say that the Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

  I have absolutely no doubt that journal will continue on the same path and will become an important journal in the field of Immunology.  I strongly recommend the journal as an excellent candidate to be indexed in PubMed.

Please do not hesitate to contact me if you need further information's.

Sincerely yours,

Horea Rus, M.D., PhD
Professor of Neurology

110 S. Paca Street, 3rd Floor • Baltimore, Maryland 21201-1642 • 410 328 5809 • 410 328 0244 *fax*



UNIVERSITY *of* VIRGINIA
HEALTH SYSTEM
Department *of* Medicine

## **Letter of Consent**

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bacteriology &
Parasitology as an Editor. I further give my consent to disclose by the Journal my affiliation
and contact information. I do not have any conflict of interest, which would interfere with
this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and
editorial board members have worked very hard for the journal to establish its high
professional standing.

*Ibne Karim Md. Ali*

Ibne Karim M. Ali, PhD
Instructor
Division of Infectious Diseases and International Health
University of Virginia Health System
Room 1705A Carter Harrison Research Building
345 Crispell Drive
Box 801340
Charlottesville, VA 22908-1340
USA
Tel: 434-924-7250 (Office)
Fax: 434-924-0075
E-mail: ika3t@virginia.edu



200 Technology Square Suite 602
Cambridge, MA 02139
Phone: 617.774.8830
Fax: 617.774.8839

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

National Library of Medicine,

My name is Jianfei Yang and I am a Principal Scientist and an Immunologist at Tempero Pharmaceuticals, a GSK company. During my career, I have published numerous papers in different journals including Nature Immunology, the Journal of Immunology and the Journal of Clinical & Cellular Immunology.

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely Yours,

Jianfei Yang, MD, PhD



## <u>Letter of Consent</u>

**To**
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

## To whom it may concern:

I hereby express my great interest in continued service in Biochemistry & Pharmacology: Open Access Journal as an Editor in Chief. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Most sincerely,

Jie Wu, M.D., Ph.D.
Professor
Division of Neurology
Director, Laboratory of Neurophysiology
Barrow Neurological Institute
St. Joseph's Hospital & Medical Center
350 W. Thomas Rd
Phoenix AZ 85013
Tell: (602)-406-6376
Fax:  (602)-406-7172
E-mail: jie.wu@dignityhealth.org

Editor in Chief, Biochemistry and Pharmacology: Open Assess



**East Carolina Heart**
**Institute at East**
**Carolina University**

Department of
Cardiovascular Sciences

Brody School of Medicine

115 Heart Drive

East Carolina University

Greenville, NC 27834-4354

**252-744-4400** office
**1-866-401-3244** toll free

**Cardiothoracic Surgery**
252-744-4400 office
252-744-5539 fax

**Vascular Surgery**
252-744-4400 office
252-744-3794 fax

**Cardiology Medicine**
252-744-4400 office
252-744-3987 fax

JimmyT. Efird, PhD MSc
Director
Epidemiology and Outcomes Research Unit
East Carolina Heart Institute
Brody School of Medicine
East Carolina University
115 Heart Drive
Greenville, NC 27834 USA
Phone: +1.650.248.8282
Fax: +1.252.744.5539
Email: jimmy.efird@stanfordalumni.org

July 14, 2013

RE: *Journal of Biometrics & Biostatistics*

Dear NLM:

Please accept this letter as reference of my support for the Journal of Biometrics & Biostatistics in their application for indexing in PubMed. The journal has published many articles of interest to scientists in both the United States and abroad.

Open-Source publishing represents an important venue for disseminating timely scientific information to the research community. I strongly endorse this movement and the above application for indexing.

Please do not hesitate to contact me if you need any additional information regarding this matter

.

Sincerely,

Jimmy T. EfirdPhD



**East Carolina Heart Institute at East Carolina University**
Department of Cardiovascular Sciences
Brody School of Medicine
115 Heart Drive
East Carolina University
Greenville, NC 27834-4354

**252-744-4400** office
**1-866-401-3244** toll free

**Cardiothoracic Surgery**
252-744-4400 office
252-744-5539 fax

**Vascular Surgery**
252-744-4400 office
252-744-3794 fax

**Cardiology Medicine**
252-744-4400 office
252-744-3987 fax

JimmyT. Efird, PhD MSc
Director
Epidemiology and Outcomes Research Unit
East Carolina Heart Institute
Brody School of Medicine
East Carolina University
115 Heart Drive
Greenville, NC 27834 USA
Phone: +1.650.248.8282
Fax: +1.252.744.5539
Email: jimmy.efird@stanfordalumni.org

July 14, 2013

RE: *Journal of Cancer Science & Therapy*

Dear NLM:

Please accept this letter as reference of my support for the Journal of Cancer Science & Therapy in their application for indexing in PubMed. The journal has published many articles of interest to scientists in both the United States and abroad.

Open-Source publishing represents an important venue for disseminating timely scientific information to the research community. I strongly endorse this movement and the above application for indexing.

Please do not hesitate to contact me if you need any additional information regarding this matter

.

Sincerely,

Jimmy T. EfirdPhD

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity university.



**Temple University**
**Hospital**

Jin J. Luo, MD, PhD, FAAN, FAANEM

Temple University Health System

Tel  (215) 707-3040       3401 North Broad Street      **Clinical Neurophysiology**
Fax (215) 707-8235        Philadelphia, PA 19140        **Department of Neurology**

July 10, 2013

<u>Letter of Recommendation</u>

To,
National Library of Medicine
Building 38A-Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

 I hereby express my great interest in continued service in Brain Disorder & Therapy as Author. I further give my consent to disclose by the Journal my affiliation and contact information.

I do not have any conflict of interest, which would interfere with this important service for science, medicine and technology communities.

I strongly recommend *Brain Disorders & Therapy* to be indexed in PubMed Central. This unique Open Access journal has become a very good source of information related neurology practice and research.

Sincerely,

Jin J. Luo, MD, PhD, FAAN, FAANEM
Associate Professor
Department of Neurology and Pharmacology
Director, EMG/ Neuromuscular Medicine
Temple University School of Medicine

3401 North Board Street, Suite C525
Philadelphia, PA 19140

# Yale University



SCHOOL OF MEDICINE
Yale Cardiovascular Research Center
300 George Street – Room 759H
New Haven, CT  06511
Telephone:  203.737.5583
Fax:          203.737.6118
Email:        john.hwa@yale.edu

John Hwa, M.D., Ph.D.
Director of Cardiovascular Pharmacogenetics
Associate Professor of Medicine
Department of Internal Medicine
Section of Cardiology

July 22, 2012

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Cardiovascular Pharmacology: Open Access as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Regards

John Hwa



| | |
|---|---|
| Institute of Food and Agricultural Sciences | Room 1052, Building 981 |
| Department of Microbiology and Cell Science | Post Office Box 110700 |
| | Gainesville, FL 32611-0700 |
| | Voice 352-392-1906 |
| | Fax 352-392-5922 |

July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear National Library of Medicine:

"I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing."

Sincerely,

Joseph Larkin III, Ph.D.
Assistant Professor

*The Foundation for The Gator Nation*

An Equal Opportunity Institution



# 한 양 대 학 교
# 의학전문대학원

# School of Medicine
# Hanyang University

Department of Pharmacology
    & Clinical Pharmacology Laboratory
School of Medicine
Hanyang University

Ju—Seop Kang, MD, PhD
Professor

222 Wangsimni—ro, Seongdong—gu
Seoul 133—791, South Korea
Tel. 82—2—2220—0652
Fax. 82—2—2292—6686

July 23, 2013

National Library of Medicine
Building 38A — Room 4N—419
8600 Rockville Pike
Bethesda, MD USA 20894

Dear Madam/Sir:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high scientific and professional standing.

Sincerely,

Ju—Seop Kang, MD, PhD
Professor



## Saitama Cancer Center

818 Komuro, Ina, Saitama 362-0806, JAPAN
TEL:                    81-48-722-1111
FAX: Hospital          81-48-722-1129
      Research Institute   81-48-722-1739

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

### Letter of Consent

I hereby express my great interest in continued service in Journal of Anaplastology as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Kazuhiro Yagihara, D.D.S., Ph.D.

Department of Oral Surgery, Saitama Cancer Center, JAPAN



**Sejong University**
**Earth & Environmental Research Center**



Date: 9 July 2013

RE: Recommendation of Journal of  Air and Water Borne Diseases for PubMed

---

## TO WHOM IT MAY CONCERN

Considering the aim and scope and active contribution of Journal of  Air and Water Borne Diseases, I strongly recommend this journal to be indexed in PubMed".

Prof. Ki-Hyun Kim

---

Professor Ki-Hyun Kim
Head of Earth and Environmental Research Center

---

Department of Environment & Energy, Sejong University
98 Goon Ja Dong, Gwang Jin Goo, Seoul Republic of Korea 143-747
Tel (82-2) 3408-3233; Fax (82-2) 499-2354;   e-mail: khkim@sejong.ac.kr



**The University of Texas Medical Branch**

SCHOOL OF MEDICINE

*KOTA V. RAMANA, Ph.D.*
PROFESSOR
BIOCHEMISTRY &
MOLECULAR BIOLOGY

July 10, 2013

## Letter of Consent

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Biochemistry & Analytical Biochemistry as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

Kota V Ramana, Ph.D
Associate Professor



**AMDD**
Averting Maternal
Death and Disability

MAILMAN SCHOOL OF PUBLIC HEALTH
Columbia University

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam,

**Re: Letter of recommendation for PMC indexing of the Journal of Community Medicine and Health Education**

I am writing in support of the Journal of Community Medicine and Health Education's application for indexing in the PMC.

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Koyejo A. Oyerinde MD MPH FAAP
Assistant Clinical Professor
Mailman School of Public Health
Columbia University, New York
Tel #: 1 646 897 1341
E-mail: kao2127@columbia.edu



**ST. JOHN'S**
**UNIVERSITY**

July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

RE:  Journal of Carcinogenesis & Mutagenesis indexing into PubMed Central

To Whom It May Concern:

I strongly recommend Journal of Carcinogenesis & Mutagenesis to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing."

Thank you for your time and consideration.

Sincerely,

*Laura Schramm*

Laura Schramm, Ph.D.
Associate Dean St. John's College
Associate Professor
Department of Biological Sciences
St. John's University
718.390.4402 (SI)
718.990.5558 (Queens)
schramml@stjohns.edu

# Yale University

Rossitza Lazova, M.D.
Associate Professor of Dermatology
and Pathology
Director, Dermatopathology Fellowship
School of Medicine
Dermatopathology Laboratory
P.O. Box 208059
New Haven, Connecticut 06520-8059

Campus address:
LMP 5031
15 York Street
Telephone: 203 785-4094
Fax: 203 785-6869
Email: rossitza.lazova@yale.edu

August 12, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam:

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

I hereby express my great interest in continued service in Journal of Clinical & Experimental Dermatology Research as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

Sincerely,

*Rossitza Lazova*

Rossitza Lazova, MD



**USF HEALTH**

## <u>Letter of Consent</u>

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894


I hereby express my great interest in the continued service of the Journal of Pharmacoepidemiology and Drug Safety as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.


Shufeng Zhou, MD, PhD
Associate Vice President of Global Medical Development
Associate Dean of International Research
Professor and Chari, Pharmaceutical Sciences
College of Pharmacy
USF Health

 **DUQUESNE UNIVERSITY**

David A. Johnson. Ph.D.,
Division Head
Pharmaceutical Sciences
(412) 396-5952
johnsond@duq.edu

Mylan School of Pharmacy and
Graduate School of Pharmaceutical Sciences

## **Letter of Consent**

July 19, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir or Madam:

I hereby express my strong commitment to continued service to *Clinical Pharmacology & Biopharmaceutics* Journal as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Very truly yours,

David A. Johnson, Ph.D.
Duquesne University
Pittsburgh, PA 15282

Editor-in-Chief
*Clinical Pharmacology & Biopharmaceutics*



**UNIVERSITA' DEGLI STUDI DI CATANIA**
**CLINICA UROLOGICA**
SCUOLA DI SPECIALIZZAZIONE DI UROLOGIA
Direttore: Prof. Giuseppe Morgia



Date, 10/07/2013

As Chairman of the Urologic Unit of the University of Catania, I strongly recommend this journal to be indexed in PubMed

Prof. Giuseppe Morgia





## **Letter of Consent**

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical Pharmacology & Biopharmaceuticsas an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Shufeng Zhou, MD, PhD
Associate Vice President of Global Medical Development
Associate Dean of International Research
Professor and Chari, Pharmaceutical Sciences
College of Pharmacy
USF Health



**UC San Diego**
SKAGGS SCHOOL OF PHARMACY
AND PHARMACEUTICAL SCIENCES

**July 19, 2013**

To,

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

<u>**Letter of Consent**</u>

I hereby express my great interest in continued service in Journal of Analytical & Bioanalytical Techniques as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Rupak Doshi, Ph.D.

Postdoctoral Research Scholar-Employee

Skaggs School of Pharmacy and Pharmaceutical Sciences

University of California, San Diego (UCSD)

 

**SLOVAK ACADEMY OF SCIENCES**

**Institute of Chemistry**

**Center for Glycomics**

**Dúbravská cesta 9, 845 38 Bratislava, Slovakia**

To Whom It May Concern:

In my opinion, Glycomics and lipidomix arc two scientific areas which will grow markedly in near future. In light of this, I strongly recommend this journal to be indexed in PubMed!

Sincerely,

Dr. Jozef Nahalka

Journal of Glycomics & Lipidomics - editorial board member

Head of Department of Enzymology of Saccharides

Head of Centre of excellence for white-green biotechnology



**UNIVERSITÀ
DEGLI STUDI
DI PADOVA**

DIPARTIMENTO DI SCIENZE CHIRURGICHE,
ONCOLOGICHE E GASTROENTEROLOGICHE
DISCOG

July 8, 2013

**National Library of Medicine**
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I strongly recommend JOURNAL OF CARCINOGENESIS & MUTAGENESIS to be indexed in PubMed
Central.
The Journal staff and editorial board members have worked very hard for the journal to
establish its high professional standing.

Yours sincerely,

Luca Fabris MD, PhD
Asst Professor Gastroenterology and Hepatology
Department of Surgery, Oncology and Gastroenterology
University of Padua School of Medicine
Via Giustiniani, 2
35128 Padova, Italy
Tel: +39 049 827 8905
Fax: + 39 049 827 8906

Adjunct Assistant Professor
Section of Digestive Disease
Yale University School of Medicine
New Haven, CT, USA



**irebs**

Institut de recherche
de l'École de biotechnologie de Strasbourg

Dr. Marc Van Regenmortel
UMR 7242 "Biotechnologie et signalisation cellulaire"
CNRS/University of Strasbourg
vanregen@unistra.fr

July 20, 2013

**National Library of Medicine**
**Building 38A - Room 4N-419**
**8600 Rockville Pike**
**Bethesda, MD U.S.A. 20894**

**Recommendation letter for the Journal of AIDS & Clinical Research to be indexed in PubMed**

To Whom It May Concern:

Dear Sir/Madam,

Following my earlier letter sent to you on 10 July 2013 regarding this Journal, I would like to mention that I became its Editor-in-Chief at the beginning of 2011. The Journal of AIDS and Clinical Research (JACR) covers an extremely wide range of scientific and clinical issues in the field of HIV and AIDS and publishes original articles, reviews, case reports, short communications, editorials, as well as special issues devoted to important current aspects of the AIDS epidemic.

I am currently also the Editor-in-Chief of ARCHIVES OF VIROLOGY (since 1999) and JOURNAL OF MOLECULAR RECOGNITION (since 1999), an Executive Editor of ANALYTICAL BIOCHEMISTRY (since 1994), an Associate Editor of ADVANCES IN VIRUS RESEARCH (since 1985), of FRONTIERS IN IMMUNOTHERAPIES AND VACCINES (since 2012), of JOURNAL OF IMMUNOLOGICAL METHODS (since 1994), of ISRN IMMUNOLOGY (since 2011) and of BIONOMINA (since 2011).

I am therefore well acquainted with the process of peer-reviewing in use by the major publishers of scientific journals (Elsevier, Wiley, Springer, Academic Press) and can vouch that the editorial board of JACR carries out a reviewing process of high quality.

The unofficial 2012 impact factor of the Journal was 6,83. This figure was established by dividing the number of articles published in 2010 and 2011, and cited in 2012, based on a search of the Google Scholar Citation Index Database, by the number of articles published in 2010 and 2011. The Index Copernicus Value of the Journal was 5,58.

I have therefore no hesitation to strongly recommend that the Journal of AIDS and Clinical Research be indexed in PubMed Central.

Yours sincerely,

Marc H V Van Regenmortel,
Emeritus CNRS Research Director

IREBS, School of Biotechnology,
University of Strasbourg
France



TECNOLOGICA
RESEARCH INSTITUTE

Via Enrico Fermi
Loc. Passovecchio zona industriale
88900  Crotone - Italia
C.F. e  P. I. 02595010790
Capitale sociale € 10.000,00
Tel. 0962 930276  Fax 0962 930362
www.tecnologicasrl.com
E-mail: info@tecnologicasrl.com

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike Bethesda, MD
U.S.A. 20894

## Letter of Consent

I hereby express my great interest in continued service in Journal of Anaplastology as an Editor.

I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

**I strongly recommend this journal to be indexed in PubMed Central.**   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

**Dr. Marco TATULLO , DDS , PhD**

Scientific Director, Tecnologica Research Institute, Biomedical Section, St. E.Fermi, Crotone, Italy
Adjunct Professor in the post-graduate Master in "Oral Surgery", Faculty of Medicine, University of Bari, Italy



# HOFSTRA
## UNIVERSITY.

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD

July 15, 2013

To Whom It May Concern:

I strongly recommend that the Journal of Community Medicine & Health Education be indexed in PubMed Central.

In my experience with the Journal staff, I have found them to be professional and hard working. The editorial board provided reviewers for the manuscript that I submitted that were helpful and supportive. Overall in my experience those associated with the Journal of Community Medicine & Health Education have developed a professional product that disseminates health research in an open and equitable way. PubMed Central indexing would expand the reach and impact of the research in the Journal and would continue to increase the quality of the submissions. Overall I feel that this would be a benefit for the research community at large.

Sincerely,

Martine Hackett, Ph.D., MPH
Assistant Professor, Department of Health Professions
School of Health Sciences and Human Services\
Hofstra University
Hempstead, NY



**College of Medicine**
Department of Neurology

100 South Newell Drive, L3-100
PO Box 100236
Gainesville, FL 32610-0236
352-273-5550 Tel
352-273-5575 Fax

July 9, 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

Dear Sir,

Please allow to express my interest and intent to continue my service as an Editor of the Brain Disorders & Therapy. I further give my consent for the Journal to disclose my affiliation and contact information.

I do not have any conflicts of interest which would interfere with this important service for the scientific, medical, and technological communities.

I strongly recommend that the *Brain Disorders & Therapy* be indexed in PubMed Central. This unique Open Access journal has become an excellent source of information related to Brain disorders and treatment, with many subscribers around the world. The journal staff, authors, and editorial board members have worked very hard to establish this journal as a publication with a high professional standing and thereby I recommend this journal to be indexed in PubMed.

Best Regards,

Michael F. Waters, M.D.,Ph.D.
Assistant Professor of Neurology and Neuroscience
Chief, Neurovascular Division
Director, University of Florida Stroke Program
Associate Medical Director NeuroICU

*The Foundation for The Gator Nation*                    *An Equal Opportunity Institution*



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Mingyi Wang, MD, PhD
National Institutes of Health
National Institute on Aging
251 Bayview Blvd
Baltimore, Maryland 21224
Φ (410) 558-8112
Γ (410) 558-8150 FAX
Mingyiw@grc.nia.nih.gov

July 22, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam

I hereby express my great interest in continued service in *Cardiovascular Pharmacology: Open Access* as a member of Editorial Board. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

Mingyi Wang MD, PHD, FAHA

Laboratory of Cardiovascular Science



**BIOMEDICAL ENGINEERING**

UNIVERSITY of MICHIGAN ▪ COLLEGE of ENGINEERING

Mohamed E.H. ElSayed, Ph.D.
1101 Beal Ave.
2150 Lurie Biomedical Engineering Building
Ann Arbor, MI 48109
Phone: (734) 615-9404; FAX: (734) 647-4834
E-mail: melsayed@umich.edu
Web: http://www.bme.umich.edu/centlab.php

July 9, 2013

## Letter of Consent

To

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bioengineering and Biomedical Sciences as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Mohamed Elsayed*

Director, Cellular Engineering & Nano-Therapeutics Laboratory



Department of Pediatrics

Nancy Louis, M.D.
*Assistant Professor of Pediatrics*

July 12, 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894
**Re: Indexing of the Journal of Clinical & Cellular Immunology in PubMed Central**

Dear National Library of Medicine:
I am writing to strongly recommend that the Journal of Clinical & Cellular Immunology be indexed in PubMed Central. The Journal staff and editorial board have worked very hard for the journal to establish its high professional standing. As we continue to promote excellence in our primary research publications, special issues, and review articles, recognition through PubMed Central will support our authors, encourage their continued participation, and help to validate their contributions within the academic community.


Sincerely,

Nancy Louis, MD



Emory University School of Medicine
Division of Neonatal-Perinatal Medicine
2015 Uppergate Dr. NE
Atlanta, Georgia 30322

Tel 404-727-3360
Fax 404-727-3236

The Robert W. Woodruff Health Sciences Center
*An equal opportunity, affirmative action university*

 **COLUMBIA UNIVERSITY**

*College of Physicians and Surgeons*

**Department of Psychiatry**
1051 Riverside Drive
New York, NY 10032

www.cumc.columbia.edu

Nina B.L. Urban, MD, MSc
Assistant Professor of Clinical Psychiatry
nu2118@columbia.edu
Ph: 212-543-6605

New York City, July 19, 2013

To Whom It May Concern:

I would like to support the request for including the **"Journal of Alcoholism & Drug Dependence"** in the PubMed index. I strongly recommend this journal to be indexed in PubMed.

Sincerely,

Nina Urban, MD, MSc

**Columbia University Medical Center**



**BEN GURION UNIVERSITY OF THE NEGEV**
**P.O.B. 653 BEER SHEVA 84105, ISRAEL**

Noah Isakov, Ph.D.
Joseph H. Krupp professor in Cancer Immunobiology
Head, The Shraga Segal Department of Microbiology, Immunology and Genetics
Ben Gurion University of the Negev
P.O.B. 653, Beer Sheva 84105, Israel
Tel.: 972-8-647-7267
Fax: 972-8-647-7626
E-mail: noah@bgu.ac.il

July 9, 2013

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

Re: **Journal of Clinical & Cellular Immunology**

I would like to highly recommend the consideration of inclusion of the **Journal of Clinical & Cellular Immunology** in PubMed Central.
This Journal is publishing good quality of scientific papers and has a strict reviewing process. In the last few years the Journal has set good standards and established itself among the Immunology Journals.

Sincerely,

Noah Isakov, Ph.D.
Professor and Head
The Shraga Segal Department of Microbiology,
Immunology and Genetics



**BEN GURION UNIVERSITY OF THE NEGEV**
**P.O.B. 653 BEER SHEVA 84105, ISRAEL**

Noah Isakov, Ph.D.
Joseph H. Krupp professor in Cancer Immunobiology
Head, The Shraga Segal Department of Microbiology, Immunology and Genetics
Ben Gurion University of the Negev
P.O.B. 653, Beer Sheva 84105, Israel
Tel.: 972-8-647-7267
Fax: 972-8-647-7626
E-mail: noah@bgu.ac.il

July 9, 2013

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

Re: **Journal of Clinical Case Report**

As a member of the Editorial Board of the **Journal of Clinical Case Report**, I would like to highly recommend the consideration of inclusion of the **Journal of Clinical Case Report** in PubMed Central.
This Journal is publishing good quality of scientific papers and has a strict reviewing process. In the last few years the Journal has set good standards and established itself among the Clinical Journals.

Sincerely,

Noah Isakov, Ph.D.
Professor and Head
The Shraga Segal Department of Microbiology,
      Immunology and Genetics

McLean Hospital  a Harvard Medical School affiliate

**International Consortium for Bipolar**
**& Psychotic Disorders Research**
Centre Building - G7B
Phone: 617 855 2780
Fax:    617 855 3479
Email: psalvatore@mclean.harvard.edu

Paola Salvatore, M.D.

9 July 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

<u>Letter of Consent</u>

I hereby express my great interest in continued service in Journal of Depression & Anxiety as an
Author. I further give my consent to disclose by the Journal my affiliation and contact information. I do
not have any conflict of interest, which would interfere with this important service for science, medicine,
and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board
members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Paola Selvatore, MD*

Paola Salvatore, MD

Research Associate in Psychiatry
International Consortium for
Bipolar & Psychotic Disorders Research
McLean Hospital-Harvard Medical School
Belmont MA 02478 U.S.A
Assistant Professor of Psychiatry
Department of Neuroscience
University of Parma
Parma 43100 Italy



July 19, 2013

To:

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To whom it may concern,

I am a member of the editorial Board of the *Journal of Asthma and Therapy*. Upon assuming this role it was my strong recommendation to the editors of the journal that the *Journal of Asthma and Therapy* be indexed in PubMed Central, and I continue to recommend this activity. The mission of the journal staff and editorial board members is to publish a journal that will be useful to the healthcare community. Their high standards for peer review have made the journal a dependable source of information for clinicians and researchers.

Sincerely,

Patricia Newcomb, PhD, RN
Nurse Scientist, Texas Health Resources
Adjunct faculty, doctoral program, College of Nursing
University of Texas at Arlington
PatriciaNewcomb@texashealth.org
pnewcomb@uta.edu

# UNIVERSITY OF CALIFORNIA, SAN DIEGO

**UCSD**



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF BIOENGINEERING                                   9500 GILMAN DRIVE
MICROHEMODYNAMICS LABORATORY                          LA JOLLA, CALIFORNIA 92093-0412

PEDRO CABRALES  Ph.D.                                                (858)534-8791
ASSISTANT PROFESSOR
pcabrales@ucsd.edu

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bioengineering and Biomedical Sciences as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

Pedro Cabrales



FACULTY OF | UNIVERSITY OF
# MEDICINE | CALGARY

Dr. PERE SANTAMARIA

Professor, Department of Microbiology and Infectious Diseases,
Chair and Director, Julia McFarlane Diabetes Research Centre,
Health Sciences Centre/HSC-2559
Telephone: (403) 220-8735
Fax: (403) 270-8520
Email: psantama@ucalgary.ca

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD
U.S.A. 20894

## Letter of Recommendation

I hereby express my great interest in continued service in the Journal of Clinical &
Cellular Immunology as an Editor. I further give my consent to disclose by the Journal
my affiliation and contact information. I do not have any conflict of interest, which
would interfere with this important service for science, medicine, and technology
communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and
editorial board members have worked very hard for the journal to establish its high
professional standing.

Sincerely,

Pere Santamaria, MD, PhD
Editorial Board Member


DALHOUSIE
UNIVERSITY
*Inspiring Minds*

**Pharmacokinetics & Metabolism Laboratory**
College of Pharmacy & Department of Medicine
Faculties of Health Professions & Medicine, Dalhousie University
5968 College Street, Halifax, Nova Scotia, Canada B3H 4R2
Office: (902)494-3845; Lab: 494-3869; Fax: 494-1396;
Director Email: Pollen.Yeung@Dal.Ca
http://myweb.dal.ca/pkyeung

July 20th, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Re: Letter of consent

I hereby express my great interest in continued service in Cardiovascular Pharmacology:
Open Access as an Editor. I further give my consent to disclose by the Journal my affiliation
and contact information. I do not have any conflict of interest, which would interfere with this
important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and
editorial board members have worked very hard for the journal to establish its high
professional standing.


Sincerely Yours,


Pollen K. Yeung, Ph.D.
Professor of Pharmacy and Medicine



**HOWARD**
**UNIVERSITY**

**College of Pharmacy**

**07/17/2013**

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Subject: Recommend the Journal of Autacoids to be indexed in PubMed Central**

Dear Committee:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

The journal constantly published high quality research / review articles and the quality surpassed the publications in comparative journals with high impact factor. I strongly endorse this journal. Please let me know with questions.

Sincerely,

Pradeep K. Karla, Ph.D.

Assistant Professor
Department of Pharmaceutical Sciences
College of Pharmacy, Rm 309
Howard University
2300 4th Street NW
Washington D.C. 20059
Ph.No. -  202-806-6543 (o)
Email - pkarla@howard.edu



# Yale University



*Mailing address:*
*Department of Pathology*
*Yale School of Medicine*
*P.O. Box 208023*
*New Haven, CT 06520-8023*
*TEL: (203) 785-6672*
*FAX: (203) 785-2443*

*Shipping address:*
*Department of Pathology*
*Yale School of Medicine*
*310 Cedar Street, BML 348C*
*New Haven, CT 06510-3128*

*Email: qin.yan@yale.edu*

July 22, 2013

To,

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical &
Experimental Pathology as an editorial board member. I do not have any conflict of
interest, which would interfere with this important service for science, medicine, and
technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and
editorial board members have worked very hard for the journal to establish its high
professional standing.

Sincerely,

Qin Yan, Ph.D.
Assistant Professor



**CSPP** CALIFORNIA SCHOOL OF PROFESSIONAL PSYCHOLOGY
ALLIANT INTERNATIONAL UNIVERSITY

## **Letter of Consent**

I hereby express my great interest in continued service in Journal of Depression and Anxiety as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

...............................................

Electronic/ Normal Signature

Quyen Tiet, Ph.D., Professor/Health Science Specialist/Clinical Associate Professor

Alliant International University/VA Palo Alto HCS/Stanford University School of Medicine

...............................................

Name and Affiliation



**South Dakota
State University**

SDSU®

College of Agriculture and Biological Sciences

Department of Biology and Microbiology
SNP 252A, Box 2140D,
South Dakota State University
Brookings, SD 57007-2142

From: Radhey S. Kaushik
          Professor and Assistant Dept. Head
Phone: 605 688 5501
Fax: 605 688 5624
Email: radhey.kaushik@sdstate.edu

July 19, 2013

**RE: Request for indexing Journal of Clinical & Cellular Immunology (JCCI) in PubMed Central.**

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical & Cellular Immunology (JCCI) as an Editor and Author. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely

(Radhey S Kaushik)

Professor and Assistant Dept. Head



THE UNIVERSITY
OF ARIZONA.

College of Medicine

The Office of the Chairman
Rainer W.G. Gruessner, MD, FACS
Professor, Surgery & Immunology

Department of Surgery
1501 N. Campbell Avenue
Tucson, AZ 85724-5066
Tel: (520) 626-5555
Fax: (520) 626-9118
www.surgery.arizona.edu

July 25, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD  20894

To Whom It May Concern:

I strongly recommend that the Journal of Surgery: Current Research be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the Journal to establish its high professional standing.

Sincerely,

Rainer W.G. Gruessner, MD, FACP
Professor and Chairman
Department of Surgery



DEPARTMENT OF
DIETETICS AND
NUTRITION

4301 W. Markham St. #627
Little Rock, AR 72205-7199

501-686-6166 (voice)
501-686-5716 (facsimile)

www.uams.edu/chp/

Reza Hakkak, Ph.D.
Chairman



**UAMS**
COLLEGE OF
HEALTH PROFESSIONS
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Subject: Recommendation for Journal of Cancer Science & Therapy for PubMed Index

I strongly recommend Journal of Cancer Science & Therapy to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Reza Hakkak, Ph.D
Professor and Chair
Department of Dietetics and Nutrition
University of Arkansas for Medical Sciences
4301 West Markham St., Slot # 627
Little Rock, AR 72205
Phone # 501-686-6166



Dr. Şahin DİREKEL

Assistant Professor,

Department of Microbiology and Clinical Microbiology

Giresun University Medical School

Giresun/ Turkey

Telephone: (454) 3101621

Fax: (454) 3101699

Email: sdirekel@yahoo.com

July 19, 2013

National Library of Medicine

Building 38A – Room 4N-419

8600 Rockville Pike

Bethesda, MD

U.S.A.20894

## <u>Letter of Recommendation</u>

I hereby express my great interest in continued service in Journal of Medical Microbiology & Diagnosis as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, Which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and Editorial board members have worked very hard for the journal to establish its high Professional standing.

Sincerely,

Şahin DİREKEL, PhD

Editorial Board Member

Nizamiye Yerleşkesi Orhan Yılmaz Caddesi Mumcular Sokak No:1/1 Merkez Giresun/Turkey
www.giresun.edu.tr



**Department of Biostatistics and Bioinformatics**

## <u>Letter of Consent</u>

July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894
U.S.A.

**Re: Journal of Biometrics & Biostatistics**

Dear Sir or Madam:

I hereby express my great interest in continued service in Journal of Biometrics & Biostatistics as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Shein Chung Chow*

Shein-Chung Chow, PhD
Professor
Biostatistics and Bioinformatics
Duke University School of Medicine
Tel: 919-668-7523
Fax: 919-668-5888



**Duke**Medicine

Department of Biostatistics and Bioinformatics

## <u>Letter of Consent</u>

July 19, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894
U.S.A.

**Re: Drug Designing: Open Access**

Dear Sir or Madam:

I hereby express my great interest in continued service in **Drug Designing: Open Access** as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Shein-Chung Chow, PhD
Professor
Biostatistics and Bioinformatics
Duke University School of Medicine
Tel: 919-668-7523
Fax: 919-668-5888



THE OHIO STATE UNIVERSITY

July 10, 2013

Dear PubMed Administrators and Managers:

I strongly recommend that *Advances in Pharmacoepidemiology and Drug Safety* be indexed in PubMed.

Thank you for your consideration.

Respectfully submitted,

Sheryl L. Szeinbach, PhD, MS, BSPharm.
Professor, Ohio State University
College of Pharmacy
Columbus, OH 43210

Sivanesan Dakshanamurthy, Ph.D.
Associate Professor of Oncology, and
Clinical & Experimental Therapeutics
Program,
Email: sd233@georgetown.edu
Ph:    (202) 687 2347 (W)



Lombardi Comprehensive Cancer Center
Georgetown University Medical Center
3800 Reservoir Road, N.W.
Washington, D.C. 20057

July 08, 2013

I strongly recommend  Journal of Cancer Science & Therapy to PudMed indexing. The editorial board members  and journal staff have worked very hard for the journal to establish its high professional standing and there by recommending this journal to be indexed in PubMed.

Sincerely,

Sivanesan Dakshanamurthy, Ph.D.



Center of Alcohol Studies                          Tel: 732-445-2190
Rutgers, The State University of New Jersey        Fax: 732-445-3500
607 Allison Road
Piscataway, NJ 08854-8001

7/22/13

To Whom It May Concern:

I am on the editorial board of the Journal of Alcoholism and Drug Dependence.

I strongly recommend this journal to be indexed in PubMed.

Sincerely,

Suchismita Ray

Suchismita Ray, Ph.D.
Assistant Research Professor
Center of Alcohol Studies
Rutgers, The State University of New Jersey
607 Allison Road,
Piscataway, NJ 08854
Phone: 732-445-4261
Fax: 732-445-3500
Email: shmita@rci.rutgers.edu

UNIVERSITY of
# HOUSTON

**College of Pharmacy**
Department of Clinical Sciences
and Administration

July 18, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD  20894

I hereby express my great interest in continued service in Journal of Clinical Trials
as an Editor. I further give my consent to disclose by the Journal my affiliation and
contact information. I do not have any conflict of interest, which would interfere
with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff
and editorial board members have worked very hard for the journal to establish its
high professional standing.

Sincerely,

Susan M Abughosh, PhD
Assistant Professor
University of Houston
College of Pharmacy
1441 Moursund Street
Houston, TX 77030
832-842-8395
832-842-8383 (Fax)
smabughosh@uh.edu

**YOU ARE THE PRIDE**

1441 Moursund Street (TMC)  •  Houston, TX 77030
Phone: 832.842.8380  •  Fax: 832.842.8383  •  www.uh.edu



**Department of Ophthalmology**
**Hokkaido University Graduate School of Medicine**

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 9, 2013

Dear Madam/ Sir,

I am writing to you with regard to the Journal of Clinical & Experimental
Ophthalmology, of which I have undertaken the editorial board member and the
organizing committee member.

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be
indexed in PubMed Central. The Journal staff and editorial board members have
worked very hard for the journal to establish its high professional standing.

I sincerely hope that you will kindly accept this recommendation.
Thank you in advance for your cooperation and attention to this matter.

Sincerely,

Susumu Ishida, MD, PhD

Professor and Chairperson
Department of Ophthalmology
Hokkaido University Graduate School of Medicine

**N-15, W-7, Kita-ku, Sapporo 060-8638, Japan**
**Tel: +81-11-706-5944   FAX: +81-11-706-5948**



THE UNIVERSITY OF
**SYDNEY**

Discipline of Behavioural and Social
Sciences in Health
Faculty of Health sciences

ABN 15 211 513 464

**Dr Syeda Zakia Hossain**
*Senior lecturer*

Room T310
C42 - Cumberland Campus
The University of Sydney
Lidcombe
NSW 2141 Australia
Telephone:   +61 2 9351 9340
Facsimile:   +61 2 9351 9540
Email: zakia.hossain@sydney.edu.au
Web: http://www.fhs.usyd.edu.au/

10th July 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Subject: Journal of Community Medicine and Health Education**

Dear Sir/Madam

I am writing you to in my capacity as an editorial board member of the Journal of Community Medicine and Health Education.  I have been working with the Journal from its inception and am well aware about its regular release of issues and the quality of manuscripts that have published so far. The peer review process of the journal has been undertaking by highly qualified experts in the field and the time frame of publications of the articles submitted in the journal is much faster compared to many international peer reviewed journals. I understand the journal publishing committee is submitting an application for indexing of the journal in PMC and I support their application.

I strongly recommend that the Journal Community Medicine and Health Education to be indexed in PubMed Central. The Journal staff and the editorial board members have been working hard and efficiently for the journal to establish its high professional standing.

Should you have any query about the journal quality and its publications please do not hesitate to contact me via email. Thank you in anticipation.

Yours sincerely,



## GEORGETOWN UNIVERSITY MEDICAL CENTER

**LOMBARDI COMPREHENSIVE CANCER CENTER**
*Research ● Education ● Treatment*

*Vicente Notario, Ph.D.*
*Director, Division of Radiation Research*
*Department of Radiation Medicine*
*Room E215, Research Building*
*Box 571482*
*3970 Reservoir Rd., NW*
*Washington, DC 20057*

*Telephone: (202) 687-2102*
*Fax: (202) 687-3307*
*Email: notariov@georgetown.edu*

July 23, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

**Re.: Application for PubMed Indexing by the Journal of Cancer Science & Therapy**

Dear Madam/Sir,

I am writing this letter to state my support of the application for indexing in PubMed submitted by the Journal of Cancer Science & Therapy (JCST, ISSN 1948-5956). Since its first release in 2009, the JCST has made important progress and demonstrated a clear ability to maintain a consistent schedule for the timely release of regular issues as well as special mono-thematic issues. Currently in its volume 5, the JCST has published many articles of interest to scientists both in the United States and abroad.

The JCST has already satisfied the criteria to be indexed by a number of databases, such as CrossRef (which assigns a DOI to every published article), PubsHub, SCOPUS, Socolar, EBSCO, Chemical Abstracts , Index Copernicus, HINARI, and Scirus. In addition, a number of JCST papers reporting NIH-funded research have been published in PubMed Central.

By supporting the Bethesda Statement on Open Access Publishing, the Journal of Cancer Science & Therapy reaches a world wide audience and increases the visibility and impact of published work. The Journal of Cancer Science & Therapy follows the Creative Commons Attribution License and Scholars Open Access publishing policies, which permit anyone to copy, distribute, transmit and adapt the work provided the original work and source is appropriately cited. Consequently, by providing barrier-free access to the research literature, it greatly contributes to the progress in scientific and technical disciplines.

(contd.)

I strongly endorse the Open Access publishing movement and support the application by the Journal of Cancer Science & Therapy for indexing in PubMed with the strongest possible enthusiasm and without reservation.

Please, do not hesitate to contact me if additional information regarding this matter were needed.

Sincerely,

Vicente Notario, Ph.D.

Professor, Radiation Medicine, and of
    Biochemistry and Molecular & Cellular Biology
Chief, Laboratory of Experimental Carcinogenesis
Leader, Molecular Oncology Program



SOIGNER.
DÉCOUVRIR.
ENSEIGNER.

INSTITUT
UNIVERSITAIRE EN
SANTÉ MENTALE

MENTAL HEALTH
UNIVERSITY
INSTITUTE

CARING.
DISCOVERING.
TEACHING.

July 18, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir or Madam,

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Yours sincerely,

Weiya Ma, MD, PhD.
Assistant Professor
Douglas Mental Health University Institute and Dept. of Psychiatry
McGill University
Tel. 514-761-6131, ext.2935
Fax. 514-762-3034
E-mail address: weiya.ma@douglas.mcgill.ca; weiya.ma2@mcgill.ca



Affilié à l'Université McGill
Affiliated with McGill University

Centre collaborateur OMS de Montréal pour la recherche et la formation en santé mentale
Montreal WHO Collaborating Centre for Research and Training in Mental Health



**Department of Medical Pharmacology and Physiology**

University of Missouri-Columbia
**School of Medicine**

William Durante, Ph.D.
Professor

M409 Medical Sciences Building
Columbia, MO  65212

PHONE (573) 882-3886
FAX (573) 884-4276
durantew@health.missouri.edu

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Madam/Sir:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

William Durante, PhD, FAHA
Professor

 THE UNIVERSITY OF
BRITISH COLUMBIA



Brain
Research
Centre

**Dr. William Jia**, PhD
Principle Investigator
Associate Professor
Brain Research Centre
2211 Wesbrook Mall
Vancouver, B.C. Canada  V6T 2B5
Tel: (604) 822-0728
Email: wjia@mail.ubc.ca

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Regards

William Jia, PhD

Associate Professor



PHARMACAL
SCIENCES

AUBURN UNIVERSITY

HARRISON SCHOOL
OF PHARMACY

July 10, 2013

Gracia S Oliver
Editorial Assistant
Clinical Pharmacology & Biopharmaceutics
Pharmaceutical Sciences Journals: OMICS Group
731 Gull Ave, Foster City, CA 94404, USA
Phone: +1-650-268-9744
Fax: +1-650-618-1414
E-mail: editor.cpb@omicsonline.org

Dear Dr. Oliver:

I strongly recommend that the **Clinical Pharmacology & Biopharmaceutics** be indexed in PubMed. It would be of great value to the biomedical research community to have this journal available via PubMed.

Sincerely,

William R. Ravis, PhD, FCP
Professor
Pharmacal Sciences



**UTHealth** ™

**The University of Texas**
**Health Science Center at Houston**

Medical School

Department of Internal Medicine, Division of Rheumatology
Xiaodong Zhou MD.
Associate Professor of Internal Medicine
6431 Fannin, MSB5.270, Houston Texas 77030
Phone: 713-500-6900, Fax: 713-500-0580

7/2/2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**As an editorial board member, I strongly recommend Rheumatology: Current Research to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.**

Sincerely

Xiaodong Zhou  M.D.
Associate Professor
Director of Research Laboratory in Rheumatology and Clinical Immunogenetics
University of Texas Medical School at Houston

 Health

**Department of Pathology**
1.116 Keiller Bldg.
301 University Blvd.
Galveston, Texas 77555-0609
O 409.772.2856  F 409.772.2500
W utmb.edu

## Letter of Consent

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bacteriology & Parasitology as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.   Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Xue-jie Yu, MD, Ph.D

Professor

Department of Pathology

University of Texas Medical Branch

Galveston, Texas 77555-0609.

http://mytuluv1320/DHLPOS/Pages/Booking/Booking.aspx?Cus...

**DHL**

| Product Code | Parcels |
| --- | --- |
| **TDT-12PM** 1/1 | |

Account No: CASHINLKP   SVC Code: LKM

| Day: 20/09/2016 | Time: 06:11 |
| --- | --- |

**FROM:**

MR KISHORE VATTIKOTI
1-3-183/27 , TALLABASTI
KAVADIGUDA, HYDERABAD
HYDERABAD 500080, TELANGANA, INDIA

Tel: +91-09966333313 | Mobile: +91-9966333313

**TO:**

UNITED STATES DISTRICT COURT
LANCES WILSON
COURT CLERK , DISTRICT OF NEVEDA ,
333 LAS VEGAS BLVD, SOUTH LAS VEGAS, NV 89101
LAS VEGAS 89101 ,UNITED STATES OF AMERICA

Tel: 001-999999999 | Mobile No:

Shipment No: 1518181873    **Origin: HYD**

Shipper Reference:

**LAS**    Waybill(Non Negotiable): **1518181873**

1518181873

89101

JJD0146000035525201135

| Description: | DOCUMENTS | | |
| --- | --- | --- | --- |
| Description2 | | | |
| Route Code: | LKSA | PrePaid No: | |
| Service: | 12:00 PM | Coupon No: | |
| Gross Weight: | 0.5 | Vol. Weight: | 0 |
| Imp/Exp Type: | | Permanent Date: | 20/09/2016 |
| Customs Value: | | | |
| Terms of Trade: | | Ins. Value: | |

**TARRIF CHARGES:**

| SHIPMENT CHARGES: | 2986.25 | FUEL CHARGES: | 0 | INS. ADMIN CHARGES: | 0 |
| --- | --- | --- | --- | --- | --- |
| INS. PREMIUM: | 0 | TDD: | 937.5 | COMM/FREIGHT CHG: | 0 |
| RAS. | 0 | EXTENDED LIABILITY: | 0 | SBC: | 19.62 |
| DISCOUNT: | 0 | PASSPORT DISC.: | 0 | | |
| NET AMOUNT: | 3923.75 | SERVICE TAX + KKC: | 568.94 | TOTAL: | 4512 |

**PAYMENT DETAILS :**

| Payment Mode1 | DEBIT/CREDIT CARD | Payment Amount1: | 4512 | Payment Mode2: | N/A | Payment Amount2 | 0 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Customer Signature

DHL Staff Signature

For all your shipment tracking requirement, please contact DHL 24*7 customer service helpline 1800 233 0345. You can also visit us on www.dhl.co.in or SMS us on DHL Track and send it to 53456