DAVID C. SHONKA
Acting General Counsel
IOANA RUSU
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-2077 (Rusu)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: irusu@ftc.gov, gashe@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **OMICS GROUP INC.**, *et al.*, <br><br> Defendants. | **Case No. 2:16-cv-02022-GMN-VCF** <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |

      Pursuant to LR IA 11-3, the Federal Trade Commission respectfully requests that this honorable Court admit Government attorney Ioana Rusu to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.  Local Rule IA 11-3 provides:

1

Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ioana Rusu is an attorney with the Federal Trade Commission, an agency of the federal government, and an active member in good standing of the Bar of the District of Columbia (Bar No. 1001603).

The following contact information is provided to the Court:

>Ioana Rusu
>Staff Attorney
>Federal Trade Commission
>600 Pennsylvania Avenue NW
>Washington, DC 20580
>Phone: 202-326-2077
>Fax: 202-326-3768
>irusu@ftc.gov.

Accordingly, the Federal Trade Commission respectfully requests that the Court admit Ioana Rusu to practice in the District of Nevada for the duration of employment by the United States.

Dated: August 26, 2016

                                            Respectfully submitted,

                                            DAVID C. SHONKA
                                            Acting General Counsel

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney<br>BLAINE T. WELSH<br>Assistant United States Attorney<br>Nevada Bar No. 4790<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>Telephone: (702) 388-6336<br>Facsimile: (702) 388-6787<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | _/s/Gregory A. Ashe_____<br>IOANA RUSU<br>GREGORY A. ASHE<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850<br>Telephone: 202-326-2077 (Rusu)<br>Telephone: 202-326-3719 (Ashe)<br>Facsimile: 202-326-3768<br>Email: irusu@ftc.gov, gashe@ftc.gov |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   October 1, 2016

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 26, 2016, a true and correct copy of **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

The undersigned further certifies that on August 26, 2016 a true and correct copy of **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** was served by e-mail on the following, who are not registered participants of the CM/ECF System:  Vijay Kumar and Ashok Ram Kumar.

*/s/Gregory A. Ashe*
Attorney for Plaintiff Federal Trade Commission