1  D. NEAL TOMLINSON
   Nevada Bar No. 06851
2  neal@hyperionlegal.com
   KRISTINA R. KLEIST
3  Nevada Bar No. 13520
   kristina@hyperionlegal.com
4  Hyperion Advisors
   3960 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 990-3901
6  Fax: (702) 999-3501

7  *Attorneys for Defendants*

8

9  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

10

11  FEDERAL TRADE COMMISSION,          Case No. 2:16-cv-02022-GMN-VCF

12          Plaintiff,

13          v.                         DECLARATION OF SRINUBABU
                                       GEDELA
14  OMICS GROUP INC., et al.,

15          Defendants.

16

17      I, Dr Srinubabu Gedela, hereby state that I have personal knowledge of the facts set forth

18  below and am competent to testify about them. If called as a witness, I could and would testify

19  as follows:

20      1.  I am over the age of 21. I live in Hyderabad, India.

21      2.  I graduated from Andhra University with a Bachelor of Pharmacy. I also have a Master

22          of Technology and received my Ph.D from Andhra University in 2007 followed by post-

23          doctorate from Stanford University in 2007.

24      3.  While obtaining my doctorate, I received the Young Scientist Award from the Asian

25          Human Proteome Organization (HUPO) in 2007.

26      4.  I faced lot of difficulty in getting relevant literature during my graduation. For literature

27          I used to travel 500 miles once in month rom Visakhapatnam to Hyderabad. Due to the

28

Page 1

difficulty in finding quality articles while completing my own research, I sought to help all scholars by creating an "Open-Access" forum for publication.

5.  Therefore, in 2007, I started OMICS Group ("OMICS") as the founding director and CEO.

6.  OMICS' principal place of business is located in Hyderabad, India, and the principal business is to publish academic journals and to promote and host related international conferences and events.

7.  OMICS has been instrumental in taking science and technology knowledge to the doorsteps of not only scholars, but ordinary men and women as well.

8.  OMICS publishes "Open-Access" scientific journals and organizes conferences around the world.

9.  The "Open-Access" publication model enables the dissemination of research articles to the global community free of charge.

10. Additionally, it removes the price and permission barriers that normally limit access and usage of published literature to only subscribed or licensed journals.

11. OMICS publications are made available online, free of charge to anyone and everyone having internet access.

12. I, through OMICS, developed the "Open-Access" model in order to expand the knowledge base and advance the development of science, because I believe scientists require unrestricted access to relevant scientific data and scholarly literature.

13. OMICS' publication practices are not deceptive or misleading to consumers. *See*, Attachment 1.

14. OMICS currently has over 30 million readers with more than 700 open access journals. *See*, Attachment 2.

15. Additionally, OMICS has become a global forum for discussion and knowledge sharing through its internet platform and global conferences. *Id.*

16. OMICS has received appreciation and invitation letters for hosting its conferences in many major cities. *See*, Attachment 3.

17. Omics reputation as a reputable publisher and conference organizer has grown quickly, and more than 900 well-respected scientists who serve as executive directors/editors-in-chiefs have recommended OMICS journals be included in PubMed etc. *See*, Attachment 4.

18. OMICS does solicit articles from academic professionals, but does not do so in a deceptive or misleading manner.

19. The publication policies are clearly stated on our website www.omicsonline.org/instructionsforauthors-clinical-immunology-open-access.php.

20. Most publication companies require that the individual be a member in order to attempt publication, this requirement is inconvenient and impossible for some individuals.

21. My desire in having a publication fee once an article has been selected for publication is due to my personal experience, and to make the process easier for others who may not be able to afford the high price of publisher's subscription fees.

22. OMICS does offer discounts to reduce the publication fee for individuals who make requests for smaller fees.

23. When an individual submits an article for publication, it is reviewed under a single blind review process. *See*, Attachment 1.

24. Our process is monitored by Editorial Manager System, developed and supported by Aries Systems Corporation, USA. *Id*.

25. This system is also supported by Aries Systems Corporation, USA and has also been adopted by many other well-known publishers. *Id*.

26. Additionally, OMICS' peer review process is not misleading or deceptive.

27. It is my belief that because the OMICS peer review process and publishing process is creating a change in the publishing industry, many OMICS competitors are using common consumer issues which occur in every business' ordinary course, to degrade the reputation OMICS has rightfully obtained since 2007.

28. The use of journal impact factors is also not misleading or deceptive.

29. OMICS does not claim to use Thomson Reuters impact factors, rather OMICS uses Journal Impact Factors. *See*, Attachment 5.

30. Again, simply because the industry is changing and OMICS is challenging long-time standards, it does not mean that OMICS practices are deceptive or misleading.

31. The conferences which OMICS organizes and presents are well-known and respected throughout the world.

32. These conferences are in fact attended and promoted by well-known academics and researchers.

33. As with any conference, occasionally people cancel or cannot attend.

34. OMICS does not intend to present any conference without respectable and qualified individuals.

35. In general, OMICS is attempting to make acquiring information and relevant literature easier for all individuals.

36. OMICS at no point in time has ever intended to deceive or mislead any individual.

37. OMICS Group with its 2000+ staff (we are just 10 in 2009, 200 in 2013) has been supported by 50000+ Editorial board members who serve on voluntary basis to disseminate healthcare and scientific information open access, and year on year this support is increasing progressively with which OMICS Group is able to grow from 10 journals in 2009 to 700 journals by 2016. OMICS Group journals readers/online visitors also increased from 10,000 in 2009 to 15 million by 2016.

38. Academics not questioning our legitimacy. Few librarians/bloggers are commenting for their personnal gain or bribe. Legitimate scientists know our hardwork and we are getting support from them. OMICS Group is publishing about 50,000 articles and proceedings yearly for less than USD 10 Million under Open access category, if the same articles published in subscription/pay access more than USD 500 Million can be generated. As you know if open access increasing few librarians may loose their jobs, from them only we are getting negative comments. OMICS Group disrupting the subscription based journals publishing and making open access as a response we are

1     getting few allegation from competitive pay access publishers and their agents.
2     Personally, I encourage debate/contraverse on new disruptive changes then only we can
3     get quality output.

4 39. OMICS has not engaged in deceptive or misleading actions as alleged by the Federal
5     Trade Commission.

6 40. If the articles are publishing under open access then only real science will reach to
7     general public and society. If the real science is publishing under paywall access, no one
8     is getting access and no comments from public/experts. In my opinion, all subscription-
9     based publishing is just for money not for real science. Even after peer review, if anyone
10     found something wrong, they can discuss more at respective online platforms and get
11     fruitful answers. This is not possible in pay access journals. If the science is publishing
12     in open Access, it can be re-published in all major languages for free and science
13     research provide fruitful results to general public along with scientific community.

15 I declare under penalty of perjury that the statements made in this declaration are true and
16 correct.
17 Executed this ___06___ day of January, 2017, in ___Hyderabad_____.

19                     Srinubabu Gedela