Hospital Universitario de Canarias, Spain
Angelo Squeri (http://www.omicsonline.org/recommendation/Angelo-Squeri-Recommendation-Letter.pdf)
Maria Cecilia Hospital, Italy
Diego Conde (http://www.omicsonline.org/recommendation/Diego-Conde-Recommendation-Letter.pdf)
Anchorena Hospital, Argentina
Vasiliki E Kalodimou (http://www.omicsonline.org/recommendation/Vasiliki-E-Kalodimou-Recommendation-Letter.pdf)
IASO Hospital, Greece
Fabio Angeli (http://www.omicsonline.org/recommendation/Fabio-Angeli-Recommendation-Letter.pdf)
Hospital Media Valle del Tevere, Italy
Hiroyasu Ueda (http://www.omicsonline.org/recommendation/Hiroyasu-Ueda-Recommendation-Letter.pdf)
Sumitomo Hospital, Japan
John Hwa (http://www.omicsonline.org/recommendation/John-Hwa-Recommendation-Letter.pdf)
Yale University, USA
Il-man Kim (http://www.omicsonline.org/recommendation/Il-man-Kim-Recommendation-Letter.pdf)
Georgia Health Sciences University, USA
David Della Morte (http://www.omicsonline.org/recommendation/David-Della-Morte-Recommendation-Letter.pdf)
University of Miami, USA
Pollen K F Yeung (http://www.omicsonline.org/recommendation/Pollen-K-Yeung-Recommendation-Letter.pdf)
Dalhousie University, Canada
Xiaoping Ren (http://www.omicsonline.org/recommendation/Xiaoping-Ren-Recommendation-Letter.pdf)
University of Cincinnati, USA
Yu Wang (http://www.omicsonline.org/recommendation/Yu-Wang-Recommendation-Letter.pdf)
University of Hong Kong, Hong Kong
Zsolt Bagi (http://www.omicsonline.org/recommendation/Zsolt-Bagi-Recommendation-Letter.pdf)
Georgia Health Sciences University, USA
Mingyi Wang (http://www.omicsonline.org/recommendation/Mingyi-Wang-Recommendation-Letter.pdf)
Johns Hopkins School of Bloomberg Public Health, USA
Xuejun H Parsons (http://www.omicsonline.org/recommendation/Xuejun-H-Parsons-Recommendation-Letter.pdf)
San Diego Regenerative Medicine Institute, USA
Judith Choi Wo Mak (http://www.omicsonline.org/recommendation/Judith-Choi-Wo-Mak-Recommendation-Letter.pdf)
The University of Hong Kong, Hong Kong
Li Lin (http://www.omicsonline.org/recommendation/Li-Lin-Recommendation-Letter.pdf)
National Institute on Aging, USA
Ravi R Rajani (http://www.omicsonline.org/recommendation/Ravi-R-Rajani-Recommendation-Letter.pdf)
Emory University, USA
Qiwei Yang (http://www.omicsonline.org/recommendation/Qiwei-Yang-Recommendation-

University of Illinois, USA

### ▸ Computer Science & Systems Biology (http://www.omicsonline.org/computer-science-systems-biology.php) *Recommended by*

Rajshree Mootanah (http://www.omicsonline.org/recommendation/AngliaRuskinUniversity-Recommendation-Letter.pdf)
Anglia Ruskin University, UK
Paul Perco (http://www.omicsonline.org/recommendation/Paul-perco-Recommendation-Letter.pdf)
Emergentec Biodevelopment GmbH, Austria
Shigang YUE (http://www.omicsonline.org/recommendation/Shigang-YUE-Recommendation-Letter.pdf)
University of Lincoln, UK
Xiaolong Wu (http://www.omicsonline.org/recommendation/Xiaolong-wu-Recommendation-Letter.pdf)
California State University, USA
Ying Tan (http://www.omicsonline.org/recommendation/Ying-tan-Recommendation-Letter.pdf)
Peking University, China

### ▸ Cancer Science & Therapy (http://www.omicsonline.org/cancer-science-therapy.php)
*Recommended by*

Binoj Chandhrasekharan Nair (http://www.omicsonline.org/recommendation/Binoj-Chandhrasekharan-Nair-Journal-of-Cancer-Science-&-Therapy.pdf)
UT MD Anderson Cancer Center, USA
Jimmy T Efird (http://www.omicsonline.org/recommendation/Jimmy-T-Efird-Journal-of-Cancer-Science-&-Therapy.pdf)
East Carolina University, USA
Nives Pecina-Slaus (http://www.omicsonline.org/recommendation/Nives-Pecina-Slaus-Journal-of-Cancer-Science-&-Therapy.pdf)
Medical School University of Zagreb, USA
Prakash S Bisen (http://www.omicsonline.org/recommendation/Prakash-S-Bisen-Journal-of-Cancer-Science-&-Therapy.pdf)
Tropilite Foods Pvt. Ltd, India
Rajendra K Singh (http://www.omicsonline.org/recommendation/Rajendra_K_Singh_JCST.pdf)
Dow Corning Corporation, USA
Reza Hakkak (http://www.omicsonline.org/recommendation/Reza-Hakkak-Journal-of-Cancer-Science-&-Therapy.pdf)
University of Arkansas for Medical Sciences, USA
Sivanesan Dakshanamurthy (http://www.omicsonline.org/recommendation/Sivanesan-Dakshanamurthy-Journal-of-Cancer-Science-&-Therapy.pdf)
Georgetown University Medical Center, USA
Vicente Notario (http://www.omicsonline.org/recommendation/Vicente_Notario_JCST.pdf)
Georgetown University Medical Center, USA
Vincent L. Wilson (http://www.omicsonline.org/recommendation/Vincent_L_Wilson_JCST.pdf)
Louisiana State University, USA

▷ **Community Medicine & Health Education** (http://www.omicsonline.org/community-medicine-health-education.php) *Recommended by*

Arthur de S" Ferreira (http://www.omicsonline.org/recommendation/Arthur-de-Sa-Ferreira-Journal-of-Community-Medicine-&-Health-Education.pdf)
Arthur de S" Ferreira,
Chandrashekhar T Sreeramareddy (http://www.omicsonline.org/recommendation/Chandrashekhar-T-Sreeramareddy-Journal-of-Community-Medicine-&-Health-Educatio.pdf)
University Tunku Abdul Rahman Bandar Sungai Long, Malaysia
Depeng Jiang (http://www.omicsonline.org/recommendation/Depeng-Jiang-Journal-of-Community-Medicine-&-Health-Education.pdf)
University of Manitoba, Canada
Dimitrios L. Kalpaxis (http://www.omicsonline.org/recommendation/Dimitrios-L-Kalpaxis-Journal-of-Community-Medicine-&-Health-Education.pdf)
University of Patras, Greece
Dinesh Kumar (http://www.omicsonline.org/recommendation/Dinesh-Kumar-Journal-of-Community-Medicine-&-Health-Education.pdf)
Dr. Rajendra Prasad Government Medical College, India
Koyejo A. Oyerinde (http://www.omicsonline.org/recommendation/Koye-Oyerinde-Journal-of-Community-Medicine-&-Health-Education.pdf)
Columbia University, USA
Martine Hackett (http://www.omicsonline.org/recommendation/Martine-hackett-Journal-of-Community-Medicine-&-Health-Education.pdf)
Hofstra University, USA
Samson Deji (http://www.omicsonline.org/recommendation/Samson-Deji-Journal-of-Community-Medicine-&-Health-Education.pdf)
Obafemi Awolowo University Teaching Hospital, Nigeria
Sutapa Agrawal (http://www.omicsonline.org/recommendation/Sutapa-Agrawal-Journal-of-Community-Medicine-&-Health-Education.pdf)
Public Health Foundation of India, India
Syeda Zakia (http://www.omicsonline.org/recommendation/Syeda-Zakia-Hossain-Journal-of-Community-Medicine-&-Health-Education.pdf)
Hossain The University of Sydney, Australia
Zan-Min Song (http://www.omicsonline.org/recommendation/Zan-Min-Journal-of-Community-Medicine-&-Health-Education.pdf)
Australian National University, Australia
Samson Ayo (http://www.omicsonline.org/recommendation/Samson-Ayo-Journal-of-Community-Medicine-&-Health-Education.pdf)
The Obafemi Awolowo University, Nigeria

▷ **Cell Science & Therapy** (http://www.omicsonline.org/cell-science-therapy.php) *Recommended by*

Katsuyuki Hamada (http://www.omicsonline.org/recommendation/Katsuyuki-Hamada-Journal-of-Cell-Science-&-Therapy.pdf)
Ehime University, Japan
Rakesh Srivastava (http://www.omicsonline.org/recommendation/Rakesh-Srivastava-Journal-of-Cell-Science-&-Therapy.pdf)
University of Kansas Medical Center, USA
Shengwen Calvin Li (http://www.omicsonline.org/recommendation/Katsuyuki-Hamada-Journal-

of-Cell-Science-&-Therapy.pdf)
University of California Irvine, USA
Porunelloor A. Mathew (http://www.omicsonline.org/recommendation/Porunelloor-A-Mathew-Journal-of-Cell-Science-&-Therapy.pdf)
Institute for Cancer Research, USA
Pradeep Chaluvally Raghavan (http://www.omicsonline.org/recommendation/Pradeep-Chaluvally-Raghavan-Journal-of-Cell-Science-&-Therapy.pdf)
University of Texas, USA
Zareen Amtul (http://www.omicsonline.org/recommendation/Zareen-Amtul-Journal-of-Cell-Science-&-Therapy.pdf)
Western University, Canada

# D

## Depression and Anxiety (http://www.omicsgroup.org/journals/depression-and-anxiety.php)

*Recommended by*

Hoyle Leigh (http://www.omicsonline.org/recommendation/Hoyle-Leigh-Journal-of-Depression-and-Anxiety.pdf)
University of California, USA
Quyen Q. Tiet (http://www.omicsonline.org/recommendation/Quyen-Tiet-Journal-of-Depression-and-Anxiety.pdf)
Alliant International University, USA
Rhonda C. Boyd (http://www.omicsonline.org/recommendation/Rhonda-C-Boyd-Journal-of-Depression-and-Anxiety.pdf)
University of Pennsylvania, USA
Paola Salvatore (http://www.omicsonline.org/recommendation/Paola-Salvatore-Journal-of-Depression-and-Anxiety.pdf)
University of Parma, Italy

## Defense Management (http://www.omicsgroup.org/journals/defense-management.php)

*Recommended by*

Pavel Otrsal (http://www.omicsonline.org/recommendation/Pavel-Otrisal-Journal-of-Defense-Management.pdf)
University of Defence, Czech Republic

## Drug Designing: Open Access (http://www.omicsgroup.org/journals/drug-designing.php)

*Recommended by*

Riadh Hammami (http://www.omicsonline.org/recommendation/Riadh-Hammami-Journal-of-Drug-Designing.pdf)
Laval University, Canada
Elena Zavyalova (http://www.omicsonline.org/recommendation/Elena-GZavyalova-Journal-of-Drug-Designing.pdf)
M.V. Lomonosov Moscow State University, Russia

Journal-of-Drug-Designing.pdf)
Theagenion Cancer Hospital, Greece
Gjumrakch Aliev (http://www.omicsonline.org/recommendation/Gjumrakch-Aliev-Journal-of-Drug-Designing.pdf)
GALLY International Biomedical Research, USA
Horacio P"rez-S"nchez (http://www.omicsonline.org/recommendation/Horacio-PerezSanchez-Journal-of-Drug-Designing.pdf)
Catholic University of Murcia (UCAM), Spain
Rafik Karaman (http://www.omicsonline.org/recommendation/Rafik-Karaman-Journal-of-Drug-Designing.pdf)
Al-Quds University Jerusalem, Palestine
Shein-Chung Chow (http://www.omicsonline.org/recommendation/Shein-ChungChow-Journal-of-Drug-Designing.pdf)
Duke University, USA

- **Dentistry** (http://www.omicsonline.org/dentistry.php) *Recommended by*

  Nabil F Bissada (http://www.omicsonline.org/recommendation/Nabil-F-Bissada-Journal-of-Dentistry.pdf)
  Case Western Reserve University, USA
  Demeral David Liu (http://www.omicsonline.org/recommendation/Demeral-David-Liu-Journal-of-Dentistry.pdf)
  China Medical University, China
  Luiz A. Pimenta (http://www.omicsonline.org/recommendation/Luiz-A-Pimenta-Journal-of-Dentistry.pdf)
  UNC Chapel Hill, USA
  Saroj M. Bahl (http://www.omicsonline.org/recommendation/Saroj-M-Bahl-Journal-of-Dentistry.pdf)
  University of Texas-Houston Dental Branch, USA
  Seiichi Yamano (http://www.omicsonline.org/recommendation/Seiichi-Yamano-Journal-of-Dentistry.pdf)
  New York University College of Dentistry, USA
  Yoshihisa Yamashita (http://www.omicsonline.org/recommendation/Yoshihisa-Yamashita-Journal-of-Dentistry.pdf)
  Kyushu University, Japan

- **Drug Metabolism & Toxicology** (http://www.omicsonline.org/drug-metabolism-toxicology.php)
*Recommended by*

  William R Ravis (http://www.omicsonline.org/recommendation/William-R-Ravis-Journal-of-Drug-Metabolism-&-Toxicology.pdf)
  Auburn University, USA
  Dale Johnson (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Dale_Johnson.pdf)
  University of California, USA
  Anantha Shekhar (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Anantha_Shekhar.pdf)
  Indiana University Medical Center, USA

Sumit Rawal (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Sumit-Rawal.pdf)
University of Tennessee Health Science Center, USA
Honglian Shi (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Honglian-Shi.pdf)
University of Kansas, USA
Kazim Husain (http://www.omicsonline.org/recommendation/Letter-of-Consent-JDMT-Kazim-Husain.pdf)
Ponce School of Medicine, USA

- **Diabetes & Metabolism** (http://www.omicsonline.org/diabetes-metabolism.php) *Recommended by*

    Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Journal-of-Diabetes-&-Metabolism.pdf)
    Emory University School of Medicine, USA
    Zhao-Qian"Liu (http://www.omicsonline.org/recommendation/Zhao-Qian-Liu-Journal-of-Diabetes-&-Metabolism.pdf)
    Central South University, China
    Anjan Kowluru (http://www.omicsonline.org/recommendation/Anjan-Kowuluru-Journal-of-Diabetes-&-Metabolism.pdf)
    Wayne State University, USA
    Fabio Angeli (http://www.omicsonline.org/recommendation/Febio-Angeli-Journal-of-Diabetes-&-Metabolism.pdf)
    General Hospital of Perugia, Italy
    Marta Di Carlo (http://www.omicsonline.org/recommendation/Marta-Di-Carlo-Journal-of-Diabetes-&-Metabolism.pdf)
    Group Leader at IBIM, Italy
    Pandu Gangula (http://www.omicsonline.org/recommendation/Pandu-Gangula-Journal-of-Diabetes-&-Metabolism.pdf)
    Meharry Medical College, USA

# E

- **Epidemiology: Open Access** (http://www.omicsonline.org/epidemiology-open-access.php)
*Recommended by*

    HamidReza Naderi (http://www.omicsonline.org/recommendation/HamidReza-Naderi-Epidemiology-Open-Access.pdf)
    Mashhad University of Medical Sciences, Iran
    Jane-Francis Akoachere (http://www.omicsonline.org/recommendation/Jane-Francis-Akoachere-Epidemiology-Open-Access.pdf)
    University of Buea, Republic of Cameroon
    George Rachiotis (http://www.omicsonline.org/recommendation/George-Rachiotis-Epidemiology-Open-Access.pdf)
    University of Thessaly, Greece
    Abbas Ali Mansour
    (http://www.omicsonline.org/recommendation/Abbas_Ali_Mansour_Epidemiology.pdf)
    Al-Faiha Diabetes Endocrine and Metabolism Center, Iraq

Pasteur Institute of Dakar, Senegal
Ahmad M Alshihry (http://www.omicsonline.org/recommendation/Ahmad_M_Alshihry_Epidemiology.pdf)
Eye specialist hospital, Saudi Arabia
Anjum Hashmi (http://www.omicsonline.org/recommendation/Anjum_Hashmi_Epidemiology.pdf)
Maternity & Children"s Hospital, Saudi Arabia
Christian Napoli (http://www.omicsonline.org/recommendation/Christian_Napoli_Epidemiology.pdf)
University of Bari, Italy
Edward J Trapido (http://www.omicsonline.org/recommendation/Edward_J_Trapido_Epidemiology.pdf)
LSUHSC School of Public Health, USA
Graham A Colditz (http://www.omicsonline.org/recommendation/Graham_A_Colditz_Epidemiology.pdf)
Washington University, USA
Sushan M Abughosh (http://www.omicsonline.org/recommendation/Susan_M_Abughosh_Epidemiology.pdf)
University of Houston, USA
Xianglin L. Du (http://www.omicsonline.org/recommendation/Xianglin-L-Du-Epidemiology-Open-Access.pdf)
The University of Texas School of Public Health, USA

- **Ergonomics** (http://www.omicsgroup.org/journals/ergonomics.php) *Recommended by*

    Masahiro Tomita (http://www.omicsonline.org/recommendation/Masahiro-Tomita-Journal-of-Ergonomics.pdf)
    Mie University, Japan
    Patrick Patterson (http://www.omicsonline.org/recommendation/Patrick-Patterson-Journal-of-Ergonomics.pdf)
    Texas Tech University, USA

- **Endocrinology & Metabolic Syndrome** (http://www.omicsonline.org/endocrinology-metabolic-syndrome.php) *Recommended by*

    Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Endocrinology-&-Metabolic-Syndrome.pdf)
    Emory University Scvhool of Medicine, USA
    Akhilesh Pandey (http://www.omicsonline.org/recommendation/Akhilesh-Kumar-Pandey-Endocrinology-&-Metabolic-Syndrome.pdf)
    Texas Tech University Health Sciences Center, USA
    Chen Chen (http://www.omicsonline.org/recommendation/Chen-Chen-Endocrinology-&-Metabolic-Syndrome.pdf)
    The University of Queensland, Australia
    Christa Buechler (http://www.omicsonline.org/recommendation/Christa-Buechler-Endocrinology-&-Metabolic-Syndrome.pdf)
    University Hospital Regensburg, Germany
    Evangelos Zoidis (http://www.omicsonline.org/recommendation/E-Zoidis-Endocrinology-&-Metabolic-Syndrome.pdf)
    Agricultural University of Athens, Greece

Hong Wang (http://www.omicsonline.org/recommendation/Hong-Wang-Endocrinology-&-Metabolic-Syndrome.pdf)
University of Virginia Medical School, USA
Ilene Fennoy (http://www.omicsonline.org/recommendation/Ilene-Fennoy-Endocrinology-&-Metabolic-Syndrome.pdf)
Columbia University Medical Center, USA
Teik Chye Ooi (http://www.omicsonline.org/recommendation/TC-Ooi-Endocrinology-&-Metabolic-Syndrome.pdf)
University of Ottawa, Canada
Wlodzimierz Luczynski (http://www.omicsonline.org/recommendation/Wlodzimierz-Luczynski-Endocrinology-&-Metabolic-Syndrome.pdf)
Medical University of Bialystok, Poland

## Earth Science & Climatic Change (http://www.omicsonline.org/earth-science-climatic-change.php) Recommended by

Mukesh Singh Boori (http://www.omicsonline.org/recommendation/Mukesh-Singh-Boori-Journal-of-Earth-Science-Climatic-Change.pdf)
Palacky University Olomouc, Czech Republic
Paul Brandt Rauf (http://www.omicsonline.org/recommendation/Paul-Brandt-Rauf-Journal-of-Earth-Sciences-Climatic-Change.pdf)
Dean of the School of Public Health, USA

## Environmental & Analytical Toxicology (http://www.omicsonline.org/environmental-analytical-toxicology.php) Recommended by

Abdel Tawab (http://www.omicsonline.org/recommendation/Abdel-Tawab-Journal-of-Environmental-Analytical-Toxicology.pdf)
National Research Centre, Egypt
Manoj K Shukla (http://www.omicsonline.org/recommendation/Manoj-Shukla-Journal-of-Environmental-Analytical-Toxicology.pdf)
New mexico State University, USA
Rasel Das (http://www.omicsonline.org/recommendation/Rasel-Das-Journal-of-Environmental-Analytical-Toxicology.pdf)
University of Malaya, Malaysia
Wen Zhang (http://www.omicsonline.org/recommendation/Wen-Zhang-Journal-of-Environmental-Analytical-Toxicology.pdf)
New Jersey Institute of Technology, USA

## Entomology, Ornithology & Herpetology: Current Research (http://www.omicsonline.org/entomology-ornithology-herpetology.php) Recommended by

Dr.Hisham S (http://www.omicsonline.org/recommendation/Hisham-s-Entomology-Ornithology-and-Herpetology.pdf)
King Saud University
Dr.K.Baskar (http://www.omicsonline.org/recommendation/K-Baskar-Entomology-Ornithology-and-Herpetology.pdf)

Loyola College
Dr.Maryam Ahmed (http://www.omicsonline.org/recommendation/Maryam-Ahmed-Entomology-Ornithology-and-Herpetology.pdf)
Appalachian State University
Dr.Peter waniek (http://www.omicsonline.org/recommendation/Peter-Waniek-Entomology-Ornithology-and-Herpetology.pdf)
Instituto Oswaldo Cruz
Dr.Qian Han (http://www.omicsonline.org/recommendation/Qian-Han-Entomology-Ornithology-and-Herpetology.pdf)
Verginia Tech
Dr.Samuel (http://www.omicsonline.org/recommendation/Samuel-Entomology-Ornithology-and-Herpetology.pdf)
University of Calabar

> **Emergency Medicine: Open Access** (http://www.omicsgroup.org/journals/emergency-medicine.php) Recommended by

Alexander Oberhuber (http://www.omicsonline.org/recommendation/Alexander_Oberhuber_Emergency_Medicine.pdf)
University Hospital of Dusseldorf, Germany
Aparajita Dey (http://www.omicsonline.org/recommendation/Aparajita_Dey_Emergency_Medicine.pdf)
MIT Campus, India
Arun Kumar Agnihotri (http://www.omicsonline.org/recommendation/Arun_Kumar_Agnihotri_Emergency_Medicine.pdf)
S.S.R Medical College, Mauritius
Farzad Rahmani (http://www.omicsonline.org/recommendation/Farzad-Rahmani-Emergency-Medicine-Open-Access.pdf)
Tabriz University of Medical Sciences, Iran
Hassan Soleimanpour (http://www.omicsonline.org/recommendation/Hassan-Soleimanpour-Emergency-Medicine-Open-Access.pdf)
Tabriz University of Medical Sciences, Iran
Jochen Hinkelbein (http://www.omicsonline.org/recommendation/Jochen_Hinkelbein_Emergency_Medicine.pdf)
University Hospital of Cologne, Germany
Lotze U (http://www.omicsonline.org/recommendation/Lotze_U_Emergency_Medicine.pdf)
DRK Krankenhaus Sondershausen, Germany
Sarkar S (http://www.omicsonline.org/recommendation/Sarkar_S_Emergency_Medicine.pdf)
University of Warwick, UK
Wojciech Dabrowski (http://www.omicsonline.org/recommendation/Wojciech_Dabrowski_Emergency_Medicine.pdf)
Medical University of Lublin, Poland

> **Enzyme Engineering** (http://www.omicsgroup.org/journals/enzyme-engineering.php) Recommended by

M.A.Kamal (http://www.omicsonline.org/recommendation/Mohammad-Amjad-Kamal-Enzyme-Engineering.pdf)

Nikos Labrou (http://www.omicsonline.org/recommendation/Nikos-Labrou-Enzyme-Engineering.pdf)
Agr. University of Athens, Greece
Shaomin Yan (http://www.omicsonline.org/recommendation/Shaomin-Yan-Enzyme-Engineering.pdf)
Guangxi Academy of Sciences, China

### Entrepreneurship & Organization Management
(http://www.omicsgroup.org/journals/entrepreneurship-organization-management.php)
*Recommended by*

Arie Halachmi (http://www.omicsonline.org/recommendation/Arie-Halachmi-Journal-of-Entrepreneurship-&-Organization-Management.pdf)
Tennessee State University, USA

## F

### Fungal Genomics & Biology (http://www.omicsgroup.org/journals/fungal-genomics-biology.php)
*Recommended by*

Arthur FJ Ram (http://www.omicsonline.org/recommendation/Arthur-FJ-Ram-Fungal-Genomics-&-Biology.pdf)
Leiden University, Netherlands
Lisa Solieri (http://www.omicsonline.org/recommendation/Lisa-Solieri-Fungal-Genomics-&-Biology.pdf)
University of Modena and Reggio Emilia, Italy
Vladimir Gouli (http://www.omicsonline.org/recommendation/Vladimir-Gouli-Fungal-Genomics-&-Biology.pdf)
University of Vermont, USA

### Forest Research: Open Access (http://www.omicsgroup.org/journals/forest-research-open-access.php) *Recommended by*

Jin-Zhi-Zhag (http://www.omicsonline.org/recommendation/Jin-Zhi-Zhag-Forest-Research.pdf)
Huazhong Agricultural University, China
Wendong Tao (http://www.omicsonline.org/recommendation/Wendong-Tao-Forest-Research.pdf)
College of Environmental Science and Forestry, USA

### Fisheries & Livestock Production (http://www.esciencecentral.org/journals/fisheries-livestock-production.php) *Recommended by*

Benjamin Clemens (http://www.omicsonline.org/recommendation/Benjamin-Clemens-Journal-of-Fisheries-&-Livestock-Production.pdf)
Oregon State University, USA

Sabine Sampels (http://www.omicsonline.org/recommendation/Sabine-Sampels-Journal-of-Fisheries-Livestock-Production.pdf)
University of South Bohemia, Czech Republic
Mahmoudreza Ovissipour (http://www.omicsonline.org/recommendation/Mahmoudreza-Ovissipour-Journal-of-Fisheries-&-Livestock-Production.pdf)
Washington State University, USA
Pere M Pares-Casanova (http://www.omicsonline.org/recommendation/Pere-Miquel-Peres-Journal-of-Fisheries-&-Livestock-Production.pdf)
Universitat de Lleida, Spain

### Food Processing & Technology (http://www.omicsonline.org/food-processing-technology.php)
*Recommended by*

Carol S.K. Lin (http://www.omicsonline.org/recommendation/Carol-S-K-Lin-Journal-of-Food-Processing-Technology.pdf)
City University of Hong Kong, Hong Kong
Noureddine Benkeblia (http://www.omicsonline.org/recommendation/Noureddine-Benkeblia-Journal-of-Food-Processing-Technology.pdf)
The University of the West Indies, Jamaica

### Family Medicine & Medical Science Research (http://www.omicsgroup.org/journals/family-medicine-medical-science-research.php) *Recommended by*

Akaba Godwin Otuodichinma (http://www.omicsonline.org/recommendation/Akaba-Godwin-Otuodichinma-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
University of Abuja Teaching Hospital, Nigeria
Cheng Zhang (http://www.omicsonline.org/recommendation/Cheng-Zhang-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Third Military Medical University, PR of China
Saeed Akhtar (http://www.omicsonline.org/recommendation/Saeed-Akhtar-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
University of Kuwait, Kuwait
Takenori Akiyama (http://www.omicsonline.org/recommendation/Takenori-Akiyama-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Keio University School of Medicine, Japan
Tatsushi Mutoh (http://www.omicsonline.org/recommendation/Tatsushi-Mutoh-Journal-of-Family-Medicine-&-Medical-Science-Research.pdf)
Research Institute for Brain and Blood Vessels-Akita, Japan

### Forensic Research (http://www.omicsonline.org/forensic-research.php) *Recommended by*

Kaori Shintani-Ishida (http://www.omicsonline.org/recommendation/Kaori-Shintani-Ishida-Journal-of-Forensic-Research.pdf)
University of Tokyo, Japan
Jianye Ge (http://www.omicsonline.org/recommendation/Jianye-Ge-Journal-of-Forensic-Research.pdf)
University of North Texas Health Science Center, USA