Jawahar L Mehta (http://www.omicsonline.org/recommendation/Jawahar-L-Mehta-Journal-of-Forensic-Research.pdf)
UAMS and VAMC Little Rock, USA
Jaiprakash Shewale (http://www.omicsonline.org/recommendation/Jaiprakash-Shewale-Journal-of-Forensic-Research.pdf)
Life Technologies Corporation, USA
Harvey Hou (http://www.omicsonline.org/recommendation/Harvey-Hou-Journal-of-Forensic-Research.pdf)
Alabama State University, USA

# G

**Gastrointestinal & Digestive System** (http://www.omicsonline.org/gastrointestinal-digestive-system.php) *Recommended by*

Mikihiro Fujiya (http://www.omicsonline.org/recommendation/Mikihiro-Fujiya-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Asahikawa Medical University, Japan
Josef Wagner (http://www.omicsonline.org/recommendation/Josef-Wagner-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Royal Children Hospital, Australia
Ira Skvortsova (http://www.omicsonline.org/recommendation/Ira-Skvortsova-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Innsbruck Medical University, Austria
Inder Perkash (http://www.omicsonline.org/recommendation/Inder-Perkash-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Stanford University Medical Center, USA
Ayman I. Sayegh (http://www.omicsonline.org/recommendation/Ayman-I-Sayegh-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Tuskegee University, USA
Amr Amin (http://www.omicsonline.org/recommendation/Amr-Amin-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
UAE University, UAE
Melissa Palmer (http://www.omicsonline.org/recommendation/Melissa-Palmer-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
NYU Gastroenterology Associates, USA
Weibiao Cao (http://www.omicsonline.org/recommendation/Weibiao-Cao-Journal-of-Gastrointestinal-&-Digestive-System.pdf)
Brown University, USA

**Glycomics & Lipidomics** (http://www.omicsonline.org/glycomics-lipidomics.php) *Recommended by*

Aindrila Mukhopadhyay (http://www.omicsonline.org/recommendation/Letter-JGL-Aindrila-Mukhopadhyay.pdf)
Lawrence Berkeley National Laboratory, USA
Fadi Khasawneh (http://www.omicsonline.org/recommendation/Letter-of-Consent-Fadi-

Western University of Health Sciences, USA
Jozef Nahalka (http://www.omicsonline.org/recommendation/Letter-of-Consent-Jozef-Nahalka.pdf)
Slovak Academy of Sciences, Slovakia
Rafat A Siddiqui (http://www.omicsonline.org/recommendation/letter-of-consent-Rafat-A-Siddiqu.pdf)
Indiana University School of Medicine, USA

▷ **Gerontology & Geriatric Research** (http://www.omicsgroup.org/journals/gerontology-geriatric-research.php) *Recommended by*

Akhilesh Kumar Pandey (http://www.omicsonline.org/recommendation/Akhilesh-Kumar-Pandey-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Institute on Aging, School of Medicine, USA
Craig S. Atwood (http://www.omicsonline.org/recommendation/Craig-S-Atwood-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Wisconsin-Madison, USA
Rakesh Kumar Tripathi (http://www.omicsonline.org/recommendation/Rakesh-Kumar-Tripathi-Journal-of-Gerontology-&-Geriatric-Research.pdf)
King George"s Medical University, India
Vladimir N Anisimov (http://www.omicsonline.org/recommendation/Vladimir-N-Anisimov-Journal-of-Gerontology-&-Geriatric-Research.pdf)
N.N. Petrov Research Institute of Oncology, Russia
Antonios Kerasnoudis (http://www.omicsonline.org/recommendation/Antonios-Kerasnoudis-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Neurological Department, St. Josef Hospital, Germany
David E Vance (http://www.omicsonline.org/recommendation/David-E-Vance-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Alabama, USA
Elizabeth J Geller (http://www.omicsonline.org/recommendation/Elizabeth-J-Geller-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of North Carolina at Chapel Hill, USA
Gal Bitan (http://www.omicsonline.org/recommendation/Gal-Bitan-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of California, Los Angeles, USA
Jen Tzer Gau (http://www.omicsonline.org/recommendation/Jen-Tzer-Gau-Journal-of-Gerontology-&-Geriatric-Research.pdf)
Ohio University Athens, USA
Robert L Brunner (http://www.omicsonline.org/recommendation/Robert-L-Brunner-Journal-of-Gerontology-&-Geriatric-Research.pdf)
University of Nevada School of Medicine Reno, USA
Usha Sambamoorthi (http://www.omicsonline.org/recommendation/Usha-Sambamoorthi--Journal-of-Gerontology-&-Geriatric-Research.pdf)
West Virginia University, USA

# H

▷ **Homeopathy & Ayurvedic Medicine** (http://www.omicsgroup.org/journals/homeopathy-

ayurvedic-medicine.php) *Recommended by*

Bohdan W Wasilewski (http://www.omicsonline.org/recommendation/Bohdan-W-Wasilewski-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Psycomatic institute, Poland
Chakra Pany Sharma (http://www.omicsonline.org/recommendation/Chakra-Pany-Sharma-Journal of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Rajasthan Ayurveda University, India
Jiaxu Chen (http://www.omicsonline.org/recommendation/Jiaxu-Chen-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Bejijing University of Chinese Medicine, China
Mrunalini Rameshchandra (http://www.omicsonline.org/recommendation/Mrunalini-Rameshchandra-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Clinical Ayurveda Specialist, USA
Vaidya Manoj Kumar Sharma (http://www.omicsonline.org/recommendation/Vaidya-Manoj-Kumar-Sharma-Journal of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Rajasthan Ayurveda University, India
Joshi Hanumanthachar (http://www.omicsonline.org/recommendation/Joshi-Hanumanthachar-Journal-of-Homeopathy-&-Ayurvedic-Medicine.pdf)
Sarada Vilas College of Pharmacy, India

- **Health & Medical Informatics** (http://www.omicsonline.org/health-medical-informatics.php)
*Recommended by*

Giora Weisz (http://www.omicsonline.org/recommendation/Giora-Weisz-Journal-of-Health-&-Medical-Informatics.pdf)
Columbia University, USA
Hualiang Zhong (http://www.omicsonline.org/recommendation/Hualiang-Zhong-Journal-of-Health-&-Medical-Informatics.pdf)
Henry Ford Health System, USA
M"sges Prof. Ralph (http://www.omicsonline.org/recommendation/Ralph-Mosges-FAAAAI-Journal-of-Health-&-Medical-Informatics.pdf)
University of Cologne, Germany
Kazuo Maeda (http://www.omicsonline.org/recommendation/Kazuo-Maeda-Journal-of-Health-&-Medical-Informatics.pdf)
Tottori University, Japan
Stephen Obol Opiyo (http://www.omicsonline.org/recommendation/Stephen-Obol-Opiyo-Journal-of-Health-&-Medical-Informatics.pdf)
Molecular & Cellular Imaging Center, Columbus
Gail Washington (http://www.omicsonline.org/recommendation/Gail-Washington-Journal-of-Health-&-Medical-Informatics.pdf)
California State University, USA
Yang Zhang, (http://www.omicsonline.org/recommendation/Yang-Zhang-Journal-of-Health-&-Medical-Informatics.pdf)
The University of Michigan, USA
Yu Ding (http://www.omicsonline.org/recommendation/Yu-Ding-Journal-of-Health-&-Medical-Informatics.pdf)
The Ohio State University, USA

▷ **Hereditary Genetics: Current Research** (http://www.omicsonline.org/hereditary-genetics.php)
*Recommended by*

Airong Li (http://www.omicsonline.org/recommendation/Li-Airong-Hereditary-Genetics-Current-Research.pdf)
Harvard Medical School, USA
Gil Atzmon (http://www.omicsonline.org/recommendation/Gil-Atzmon-Hereditary-Genetics-Current-Research.pdf)
Yeshiva University, USA
Juan Ren (http://www.omicsonline.org/recommendation/Jaun-Ren-Hereditary-Genetics-Current-Research.pdf)
Xi"an Jiao Tong University, China
Shin-ichi Usami (http://www.omicsonline.org/recommendation/Shin-ichi-Usami-Hereditary-Genetics-Current-Research.pdf)
Shinshu University School of Medicine, Japan
Veena N. Rao (http://www.omicsonline.org/recommendation/Veena-N-Rao-Hereditary-Genetics-Current-Research.pdf)
Georgia Cancer Centre of Medicine, USA
Willis Li (http://www.omicsonline.org/recommendation/Willis-Li-Hereditary-Genetics-Current-Research.pdf)
University of California, USA
X. Long Zheng (http://www.omicsonline.org/recommendation/X-Long-Zheng-Hereditary-Genetics-Current-Research.pdf)
The University of Pennsylvania, USA
Yuehua Cui (http://www.omicsonline.org/recommendation/Yuehua-Cui-Hereditary-Genetics-Current-Research.pdf)
Michigan State University, USA

I

▷ **Infectious Diseases and Therapy** (http://www.esciencecentral.org/journals/infectious-diseases-and-therapy.php) *Recommended by*

Vincent Marconi (http://www.omicsonline.org/recommendation/Vincent-Marconi-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Emory University School of Medicine, USA
Theodore A Parasidis (http://www.omicsonline.org/recommendation/Theodore-A-Parasidis-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Regional Public Health Laboratory, Greece
Vijay Kumar Prajapati (http://www.omicsonline.org/recommendation/Vijay-Kumar-Prajapati-Journal-of-Infectious-Diseases-&-Therapy.pdf)
University of South Alabama, USA
Steven Fiering (http://www.omicsonline.org/recommendation/Steven-Fiering-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Geisel School of Medicine, USA
Naveen Patil (http://www.omicsonline.org/recommendation/Naveen-Patil-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Arkansas Department of Health, USA
Maria Salvato (http://www.omicsonline.org/recommendation/Maria-Salvato-Journal-of-Infectious-Diseases-&-Therapy.pdf)

University of Maryland, USA
Juan Carlos Zapata (http://www.omicsonline.org/recommendation/Juan-Carlos-Zapata-Journal-of-Infectious-Diseases-&-Therapy.pdf)
University of Maryland, USA
Dennis O Adeegbe (http://www.omicsonline.org/recommendation/Dennis-O-Adeegbe-Journal-of-Infectious-Diseases-&-Therapy.pdf)
Osaka University, Japan
David J Bzik (http://www.omicsonline.org/recommendation/David-J-Bzik-Journal-of-Infectious-Diseases-&-Therapy.pdf)
The Geisel School of Medicine, USA
Ayalew Mergia (http://www.omicsonline.org/recommendation/Ayalew-Mergia-Journal-of-Infectious-Diseases-&-Therapy.pdf)
University of Florida, USA
Paul M Southern (http://www.omicsonline.org/recommendation/Paul-M-Southern-Journal-of-Infectious-Diseases-&-Therapy.pdf)
UT Southwestern Medical Center, USA

▷ **Irrigation & Drainage Systems Engineering** (http://www.omicsgroup.org/journals/irrigation-and-drainage-systems-engineering.php) *Recommended by*

Daniele De Wrachien (http://www.omicsonline.org/recommendation/Daniele-De-Wrachien-Irrigation-Drainage-Systems-Engineering.pdf)
State University of Milan, Italy
Luciano Mateos (http://www.omicsonline.org/recommendation/Luciano-Mateos-Irrigation-Drainage-Systems-Engineering.pdf)
Instituto de Agricultura Sostenible, Spain
Mohammad Valipour (http://www.omicsonline.org/recommendation/Mohammad-Valipour-Irrigation-Drainage-Systems-Engineering.pdf)
University of Tehran, Iran

▷ **Industrial Engineering & Management** (http://www.omicsgroup.org/journals/industrial-engineering-management.php) *Recommended by*

Pierluigi Siano (http://www.omicsonline.org/recommendation/Pierluigi-Siano-Industrial-Engineering-Management.pdf)
University of Salerno, Italy

# L

▷ **Leukemia** (http://www.esciencecentral.org/journals/leukemia.php) *Recommended by*

Agata Pastorczak (http://www.omicsonline.org/recommendation/Agata-Pastorczak-Journal-of-Leukemia.pdf)
Medical University of Lodz, Poland
Celalettin Ustun (http://www.omicsonline.org/recommendation/Celalettin-Ustun-Journal-of-Leukemia.pdf)
University of Minnesota, USA

C. Cameron Yin (http://www.omicsonline.org/recommendation/C-Cameron-Yin-Journal-of-Leukemia.pdf)
UT MD Anderson Cancer Center, USA
Hatem E Sabaawy (http://www.omicsonline.org/recommendation/Hatem-E-Sabaawy-Journal-of-Leukemia.pdf)
Cancer Pharmacology & Preclinical Therapeutics Program, USA
Katarzyna Muszynska Roslan (http://www.omicsonline.org/recommendation/Katarzyna-Muszynska-Roslan-Journal-of-Leukemia.pdf)
Medical University of Bialystok, Poland
Susumu Ikehara (http://www.omicsonline.org/recommendation/Susumu-Ikehara-Journal-of-Leukemia.pdf)
Kansai Medical University, Taiwan
Tadeusz Robak (http://www.omicsonline.org/recommendation/Tadeusz-Robak-Journal-of-Leukemia.pdf)
Medical University of Lodz, Poland
Vikram K Mahajan (http://www.omicsonline.org/recommendation/Vikram-K-Mahajan-Journal-of-Leukemia.pdf)
Dr. R.P.Govt.Medical.College, India
Walid AL Achkar (http://www.omicsonline.org/recommendation/Walid-AL-Achkar-Journal-of-Leukemia.pdf)
SAEC damascus, Syria

# M

### Medical Microbiology & Diagnosis (http://www.omicsonline.org/medical-microbiology-diagnosis.php) *Recommended by*

Gokul C Das (http://www.omicsonline.org/recommendation/Gokul-C-Das-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Baylor College of Medicine, USA
Honorio Adenilda Cristina Franca (http://www.omicsonline.org/recommendation/Honorio-Adenilda-Cristina-Franca-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Federal University of Mato Grosso, Brazil
Joel K Weltman (http://www.omicsonline.org/recommendation/Joel-Kenneth-Weltman-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Brown University, USA
Karim Essani (http://www.omicsonline.org/recommendation/Karim-Essani-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Western Michigan University, USA
Nora Molina (http://www.omicsonline.org/recommendation/Nora-Molina-Journal-of-Medical-Microbiology-Diagnosis.pdf)
Universidad Nacional de La Plata, Argentina
Pere Santamaria (http://www.omicsonline.org/recommendation/Pere-Santamaria-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Julia McFarlane Diabetes Research Centre, Canada
Xiao-Jian Yao (http://www.omicsonline.org/recommendation/Xiao-Jian-Journal-of-Medical-Microbiology-Diagnosis.pdf)
University of Manitoba, Canada
Xuexian Yang (http://www.omicsonline.org/recommendation/Xuexian-Yang-Journal-of-Medical-

University of New Mexico Health Sciences Center, USA
Yongqun Oliver (http://www.omicsonline.org/recommendation/Yongqun-Oliver-Journal-of-Medical-Microbiology-Diagnosis.pdf)
University of Michigan Medical School, USA
Yoshio Yamaoka (http://www.omicsonline.org/recommendation/Yoshio-Yamaoka-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Baylor Collcge of Medicine, USA
Zhongjie Shi (http://www.omicsonline.org/recommendation/Zhongjie-Shi-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Thomas Jefferson University, USA

**Microbial & Biochemical Technology** (http://www.omicsonline.org/microbial-biochemical-technology.php) *Recommended by*

Robert Bucki (http://www.omicsonline.org/recommendation/Robert-Bucki-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Pennsylvania, USA
Alexander Statnikov (http://www.omicsonline.org/recommendation/Honorio-Adenilda-Cristina-Franca-Journal-of-Medical-Microbiology-&-Diagnosis.pdf)
Center for Health Informatics and Bioinformatics, USA
Domenico Schillaci (http://www.omicsonline.org/recommendation/Domenico-Schillaci-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Universit" degli Studi di Palermo, Italy
Milosavic Nenad (http://www.omicsonline.org/recommendation/Nenad-Milosavic-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Belgrade, Serbia
Cheorl-Ho Kim (http://www.omicsonline.org/recommendation/Cheorl-Ho-Kim-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Sungkyunkwan University, Korea
Stella Maris Melana (http://www.omicsonline.org/recommendation/Stella-Maris-Melana-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Mount Sinai School of Medicine, USA
Madan Verma (http://www.omicsonline.org/recommendation/Madan-Verma-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Deakin University, Australia
Ta Yeong Wu (http://www.omicsonline.org/recommendation/Ta-Yeong-Wu-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Monash University, Malaysia
Thavasi Renga Thavasi (http://www.omicsonline.org/recommendation/Thavasi-Renga-Thavasi-Journal-of-Microbial-and-Biochemical-Technology.pdf)
New York University, USA
Olawole Obembe (http://www.omicsonline.org/recommendation/Olawole-Obembe-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Covenant University, Nigeria
Sanguansak Rerksuppaphol (http://www.omicsonline.org/recommendation/Sanguansak-Rerksuppaphol-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Srinakharinwirot University, Thailand
Chen Hongzhang (http://www.omicsonline.org/recommendation/Hongzhang-Chen-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Chinese Academy of Sciences, Chinese

Rahul Mittal (http://www.omicsonline.org/recommendation/Rahul-Mittal-Journal-of-Microbial-and-Biochemical-Technology.pdf)
University of Southern California, USA
Woravimol Krittaphol (http://www.omicsonline.org/recommendation/Woravimol-Krittaphol-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Otago University, New Zealand
Tingyue Gu (http://www.omicsonline.org/recommendation/Tingyue-Gu-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Oak Ridge National Laboratory, USA
Parag Vaishampayan (http://www.omicsonline.org/recommendation/Parag-Vaishampayan-Journal-of-Microbial-and-Biochemical-Technology.pdf)
NASA Biotechnology and Planetary Protection Group, Canada
Yiqi Yang (http://www.omicsonline.org/recommendation/Yiqi-Yang-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Institute of Agriculture and Natural Resources, USA
Abd El Latif Hesham (http://www.omicsonline.org/recommendation/Abd-El-Latif-Hesham-Journal-of-Microbial-and-Biochemical-Technology.pdf)
Genetics Department, Assiut University, Egypt

### Molecular Pharmaceutics & Organic Process Research
(http://www.esciencecentral.org/journals/molecular-pharmaceutics-organic-process-research.php)
*Recommended by*

Sherine Ahmed Nabil Khattab (http://www.omicsonline.org/recommendation/Sherine-Ahmed-Nabil-Khattab-Recomendation-Letter.pdf)
Alexandria University, Egypt
Seyed Hossein Mostafavi (http://www.omicsonline.org/recommendation/Seyed-Hossein-Mostafavi-Recomendation-Letter.pdf)
Project of nanotechnology roadmap"s, Iran
Yuri L. Lyubchenko (http://www.omicsonline.org/recommendation/yuri-L-Recommendation-Letter.pdf)
University of Nebraska Medical Center, USA

### Marine Science: Research & Development (http://www.omicsonline.org/marine-science-research-development.php) *Recommended by*

Chaoshu Zeng (http://www.omicsonline.org/recommendation/chao-shu-Journal-of-Marine-Science-Research-&-Development.pdf)
James Cook University, Australia
Elisabetta Tostic (http://www.omicsonline.org/recommendation/Elisabetta-Tosti-Journal-of-Marine-Science-Research-&-Development.pdf)
Stazione Zoologica, Naples, Italy
Quinton White (http://www.omicsonline.org/recommendation/Quinton-White-Journal-of-Marine-Science-Research-&-Development.pdf)
Jacksonville University, USA
W. Randy Brooks (http://www.omicsonline.org/recommendation/Randy-Brooks-Journal-of-Marine-Science-Research-&-Development.pdf)
Florida Atlantic University, usa
Stephen Jewett (http://www.omicsonline.org/recommendation/Stephen-Jewett-Journal-of-

Marine-Science-Research-&-Development.pdf)
University of Alaska Fairbanks, Fairbanks
V"tor Vasconcelos (http://www.omicsonline.org/recommendation/vitor-Vasconcelos-Journal-of-Marine-Science-Research-&-Development.pdf)
CIIMAR - Porto University, Portugal

▷ **Modern Chemistry & Applications** (http://www.esciencecentral.org/journals/modern-chemistry-applications.php) Recommended by

Ashraf Maher Abdel Ghaffar (http://www.omicsonline.org/recommendation/Abdel-AM-Ghaffar-Recommendation-Letter.pdf)
National Center for Radiation Research and Technology, Egypt
Carlos Feleder (http://www.omicsonline.org/recommendation/Carlos-Feleder-Recommendation-Letter.pdf)
Albany College of Pharmacy and Health Sciences, USA
M.O.Faruk Khan (http://www.omicsonline.org/recommendation/MO-Faruk-Khan-Recommendation-Letter.pdf)
Southwestern Oklahoma State University, USA
Rosemarie C Chinni (http://www.omicsonline.org/recommendation/Rosemarie-C-Chinni-Recommendation-Letter.pdf)
Alvernia University, USA
Zbigniew Czarnocki (http://www.omicsonline.org/recommendation/Zbigniew-Czarnocki-Recommendation-Letter.pdf)
University of Warsaw, Poland
Qingfeng Yan (http://www.omicsonline.org/recommendation/Yang-Qingfeng-Recommendation-Letter.pdf)
Tsinghua University, China
Dillip K Mohanty (http://www.omicsonline.org/recommendation/Dillip-K-Mohanty-Recommendation-Letter.pdf)
Central Michigan University, USA
Malinda W Gilmore (http://www.omicsonline.org/recommendation/Malinda-Gilmore-Recommendation-Letter.pdf)
Alabama Agricultural and Mechanical University, USA
Tracey D Boncher (http://www.omicsonline.org/recommendation/Tracey-D-Boncher-Recommendation-Letter.pdf)
Ferris State University, USA

▷ **Medicinal & Aromatic Plants** (http://www.omicsgroup.org/journals/medicinal-aromatic-plants.php) Recommended by

Ahmed Moussa (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-Ahmed.pdf)
Department of Microbiology and infectious diseases, Algeria
Devendra Kumar (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-Patel.pdf)
Guru Ghasidas Vishwavidyalaya, India
Gianni Sacchetti (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-Giantti.pdf)

University of Ferrara, Italy
Thomas Efferth (http://www.omicsonline.org/recommendation/Letter-of-Consent-MAP-Thomas.pdf)
Johannes Gutenberg University, Germany
Sabyasachi Chatterjee (http://www.omicsonline.org/recommendation/Sabyasachi-Chatterjee-Medicinal-&-Aromatic-Plants.pdf)
The University of Burdwan, India

▷ **Mycobacterial Diseases** (http://www.omicsonline.org/mycobacterial-diseases.php)
*Recommended by*

Abu Salim Mustafa (http://www.omicsonline.org/recommendation/Abu-Salim-Mustafa-Journal-of-Mycobacterial-Diseases.pdf)
Kuwait University, Kuwait
Marit Andersen (http://www.omicsonline.org/recommendation/Marit-Andersen-Journal-of-Mycobacterial-Diseases.pdf)
Oslo University Hospital, Norway
W.C.Yam (http://www.omicsonline.org/recommendation/W-C-Yam-Journal-of-Mycobacterial-Diseases.pdf)
University of Hong Kong, Hong Kong

▷ **Medicinal Chemistry** (http://www.omicsonline.org/medicinal-chemistry.php) *Recommended by*

Daniel Canney (http://www.omicsonline.org/recommendation/Daniel-Canney-Medicinal-Chemistry.pdf)
Temple University School of Pharmacy, USA
Kalyan C Nagulapalli Venkata (http://www.omicsonline.org/recommendation/Kalyan-C-Nagulapalli-Venkata-Medicinal-Chemistry.pdf)
University of Southern California, USA
Kyoko Nakagawa-Goto (http://www.omicsonline.org/recommendation/Kyoko-Nakagawa-Goto-Medicinal-Chemistry.pdf)
Kanazawa University, Japan
Winfried Neuhaus (http://www.omicsonline.org/recommendation/Letter-of-Consent-MCCR-Winfried-Neuhaus.pdf)
University of Vienna, Austria

▷ **Molecular Biomarkers & Diagnosis** (http://www.omicsonline.org/molecular-biomarkers-diagnosis.php) *Recommended by*

Alan Prem Kumar (http://www.omicsonline.org/recommendation/Alan-Prem-Kumar-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Cancer Science Institute of Singapore, Singapore
C Cameron Yin (http://www.omicsonline.org/recommendation/C-Cameron-Yin-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
University of Texas, USA
Marco Falasca (http://www.omicsonline.org/recommendation/Marco-Falasca-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)

Blizard Institute of Cell and Molecular Science, UK
Moorthy P Ponnusamy (http://www.omicsonline.org/recommendation/Moorthy-P-Ponnusamy-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Universitry of Nebraska medical centre, USA
Shuguang Huang (http://www.omicsonline.org/recommendation/Shuguang-Huang-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Precision Therapeutics Inc., USA
Shyam Sundar (http://www.omicsonline.org/recommendation/Shyam-Sundar-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Banaras Hindu University, INDIA
Vijay Kumar Prajapati (http://www.omicsonline.org/recommendation/Vijay-Kumar-Prajapati-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
University of South Alabama, USA
Wellington Pham (http://www.omicsonline.org/recommendation/Wellington-Pham-Journal-of-Molecular-Biomarkers-&-Diagnosis.pdf)
Vanderbilt University, USA

> **Membrane Science & Technology** (http://www.omicsonline.org/membrane-science-technology.php) *Recommended by*

Xianfeng Li (http://www.omicsonline.org/recommendation/Xianfeng-Li-Journal-of-Membrane-Science-&-Technology.pdf)
Chinese Academy of Science, China
Philip Moulin (http://www.omicsonline.org/recommendation/Philipe.pdf)
University Paul Cezanne Aix Marseille cedex, France
Hirendra Banerjee (http://www.omicsonline.org/recommendation/Hirendra-Banerjee.pdf)
University of North Carolina, USA
Rickey P. Hicks (http://www.omicsonline.org/recommendation/Rickey-P-Hicks.pdf)
East Carolina University, USA
Yuh-Shan Ho (http://www.omicsonline.org/recommendation/yuh-shanho.pdf)
Asia University, Taiwan
Karam F.A. Soliman (http://www.omicsonline.org/recommendation/Karam-Soliman.pdf)
Florida agricultural and Mechanical University, USA
Hai Rao (http://www.omicsonline.org/recommendation/Hai-Rao.pdf)
The University of Texas, USA
Jose M. Vicaria (http://www.omicsonline.org/recommendation/JoseM-Vicaria-.pdf)
University of Granada, Spain

> **Metabolomics:Open Access** (http://www.omicsonline.org/metabolomics-open-access.php)
*Recommended by*

Antonios Kerasnoudis (http://www.omicsonline.org/recommendation/Antonios-Kerasnoudis-Journal-of-Gerontology-&-Geriatric-Research.pdf)
St. Josef Hospital, Germany
Vincenzo-Naddeo (http://www.omicsonline.org/recommendation/Vincenzo-Naddeo-Hydrology-Current-Research.pdf)
University of Salerno, Italy
Edward J Trapido