(http://www.omicsonline.org/recommendation/Edward_J_Trapido_Epidemiology.pdf)
LSUHSC School of Public Health, USA

▷ **Molecular Imaging & Dynamics** (http://www.omicsonline.org/molecular-imaging-dynamics.php)
*Recommended by*

Gabriella Baio (http://www.omicsonline.org/recommendation/Gabriella-Baio-Molecular-Imaging-&-Dynamics.pdf)
National Cancer Institute, Italy
Jean N. DaSilva (http://www.omicsonline.org/recommendation/Jean-N-DaSaliva-Molecular-Imaging-&-Dynamics.pdf)
University of Ottawa Heart Institute, Canada

# N

▷ **Nursing & Care** (http://www.omicsgroup.org/journals/nursing-care.php) *Recommended by*

Silvana Silveira Kempfer (http://www.omicsonline.org/recommendation/Silvana-Silveira-Kempfer-Journal-of-Nursing-&-Care.pdf)
Federal University Santa Catarina, Brazil
Anette Ekstrom (http://www.omicsonline.org/recommendation/Anette-Ekstrom-Journal-of-Nursing&Care.pdf)
University of Skovde, Sweden
Betsy D Gulledge (http://www.omicsonline.org/recommendation/Betsy-D-Gulledge-Journal-of-Nursing&Care.pdf)
Jacksonville State University, USA
S Afshin Shorofi (http://www.omicsonline.org/recommendation/S-Afshin-Shorofi-Journal-of-Nursing&Care.pdf)
Mazandaran University of Medical Sciences, Iran
Evridiki Papastavrou (http://www.omicsonline.org/recommendation/Evridiki-Papastavrou-Journal-of-Nursing&Care.pdf)
Cyprus University of Technology, Cyprus

▷ **Neurological Disorders** (http://www.esciencecentral.org/journals/neurological-disorders.php)
*Recommended by*

Aydin Sav (http://www.omicsonline.org/recommendation/Aydin-Sav-Journal-of-Neurological-Disorders.pdf)
Acibadem University, Turkey
Carlos Rubinstein (http://www.omicsonline.org/recommendation/Carlos-Rubinstein-Journal-of-Neurological-Disorders.pdf)
Universidad de Buenos Aires, Argentina
Hiroshi Nakanishi (http://www.omicsonline.org/recommendation/Hiroshi-Nakanishi-Journal-of-Neurological-Disorders.pdf)
Kyushu University, Japan
Jin Jun Luo (http://www.omicsonline.org/recommendation/Jin-Jun-Luo-Journal-of-Neurological-

Temple University, USA
John M Petitto (http://www.omicsonline.org/recommendation/John-M-Petitto-Journal-of-Neurological-Disorders.pdf)
McKnight Brain Institute, USA
Miguel A Pappolla (http://www.omicsonline.org/recommendation/Miguel-A-Pappolla-Journal-of-Neurological-Disorders.pdf)
University of Texas, USA
Roberto Federico Villa (http://www.omicsonline.org/recommendation/Roberto-Federico-Villa-Journal-of-Neurological-Disorders.pdf)
Universita Di Pavia, Italy
Trevor Archer (http://www.omicsonline.org/recommendation/Trevor-Archer-Journal-of-Neurological-Disorders.pdf)
University of Gothenburg, Sweden
Sebastiaan Engelborghs (http://www.omicsonline.org/recommendation/Sebastiaan-Engelborghs-Journal-of-Neurological-Disorders.pdf)
University of Antwerp, Belgium
Shin-ichi Muramatsu (http://www.omicsonline.org/recommendation/Shin-ichi-Muramatsu-Journal-of-Neurological-Disorders.pdf)
Jichi Medical University, Japan

### Novel Physiotherapies (http://www.omicsgroup.org/journals/novel-physiotherapies.php)
*Recommended by*

David W Shields (http://www.omicsonline.org/recommendation/David-W-Shields-Journal-of-Novel-Phsiotherapies.pdf)
North Tyneside General Hospital, England
Raymond Chong (http://www.omicsonline.org/recommendation/Raymond-Chong-Journal-of-Novel-Phsiotherapies.pdf)
Georgia Regents University, USA
Feng Yang (http://www.omicsonline.org/recommendation/Feng-Yang-Journal-of-Novel-Phsiotherapies.pdf)
University of Illinois at Chicago, USA
Sean S Kohles (http://www.omicsonline.org/recommendation/Sean-S-Kohles-Journal-of-Novel-Phsiotherapies.pdf)
Director Regenerative Bioengineering Laboratory, USA
Ustinova Ksenia Ivanovna (http://www.omicsonline.org/recommendation/Ustinova-Ksenia-Ivanovna-Journal-of-Novel-Phsiotherapies.pdf)
Central Michigan University, USA

### Nutrition & Food Sciences (http://www.omicsonline.org/nutrition-food-sciences.php)
*Recommended by*

Charles Santerre (http://www.omicsonline.org/recommendation/Charles-R-Santerre-Journal-of-Nutrition-&-Food-Sciences.pdf)
Purdue University, USA
Chenchaiah Marella (http://www.omicsonline.org/recommendation/Chenchaiah-Marella-Journal-of-Nutrition-&-Food-Sciences.pdf)
South Dakota State University, USA

Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Nutrition-&-Food-Sciences.pdf)
University of Connecticut, USA
Christopher Papandreou (http://www.omicsonline.org/recommendation/Christopher-Papandreou-Journal-of-Nutrition-&-Food-Sciences.pdf)
Harokopio University, Greece
Jasminka Ilich-Ernst (http://www.omicsonline.org/recommendation/Jasminka-Ilich-Ernst-Journal-of-Nutrition-&-Food-Sciences.pdf)
Florida State University, USA
Weiqun (George) Wang (http://www.omicsonline.org/recommendation/Weiqun-(George)-Wang-Journal-of-Nutrition-&-Food-Sciences.pdf)
Kansas State University, USAM

▷ **Nanomedicine & Nanotechnology** (http://www.omicsonline.org/nanomedicine-nanotechnology.php) *Recommended by*

Ashwath Jayagopal (http://www.omicsonline.org/recommendation/Ashwath-Jayagopal-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Vanderbilt University, USA
Alex Vasenkov (http://www.omicsonline.org/recommendation/Alex-Vasenkov-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
CFD Research Corporation, USA
Dennis Douroumis (http://www.omicsonline.org/recommendation/Dennis-Douroumis-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
University of Greenwich, UK
Kytai Truong Nguyen (http://www.omicsonline.org/recommendation/Kytai-Truong-Nguyen-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
University of Texas at Arlington, USA
Michael R Hamblin (http://www.omicsonline.org/recommendation/Michael-R-Hamblin-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Harvard Medical School, USA
Narayan Bhattarai (http://www.omicsonline.org/recommendation/Narayan-Bhattarai-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
North Carolina A&T State Univeristy, USA
Roberto Guzman de Villoria (http://www.omicsonline.org/recommendation/Roberto-Guzman-de-Villoria-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Massachusetts Institute of Technology, USA
Sandeep K Vashist (http://www.omicsonline.org/recommendation/Sandeep-K-Vashist-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Hahn-Schickard-Society for Applied Research (HSG-IMIT), USA
Vikas Tomar (http://www.omicsonline.org/recommendation/Vikas-Tomar-Journal-of-Nanomedicine-&-Nanotechnology.pdf)
Purdue University, USA

▷ **Neurology & Neurophysiology** (http://www.omicsonline.org/neurology-neurophysiology.php) *Recommended by*

Paul A Lapchak (http://www.omicsonline.org/recommendation/Paul-A-Lapchak-Journal-of-

Cedars-Sinai Medical Center, USA
Brian D Berman (http://www.omicsonline.org/recommendation/Brian-Berman-Journal-of-Neurology-Neurophysiology.pdf)
University of Colorado Denver, USA
Carl Y. Saab (http://www.omicsonline.org/recommendation/Carl-Saab-Journal-of-Neurology-Neurophysiology.pdf)
Brown University, USA
Xiang Deng Han (http://www.omicsonline.org/recommendation/Han-Xiang-Deng-Journal-of-Neurology-Neurophysiology.pdf)
Northwestern University, USA
Jin J Luo (http://www.omicsonline.org/recommendation/Jin-J-Luo-Journal-of-Neurology-Neurophysiology.pdf)
Temple University School of Medicine, USA
Junhua Xiao (http://www.omicsonline.org/recommendation/Junhua-Xiao-Journal-of-Neurology-Neurophysiology.pdf)
The University of Melbourne, Australia
Michael F Waters (http://www.omicsonline.org/recommendation/Michael-F-Waters-Journal-of-Neurology-Neurophysiology.pdf)
University of Florida, USA
Espinosa PS (http://www.omicsonline.org/recommendation/Patricio-S-Espinosa-Journal-of-Neurology-Neurophysiology.pdf)
International Centre for Neuroscience, USA
Carli Roulston (http://www.omicsonline.org/recommendation/Carli-Roulston-Journal-of-Neurology-Neurophysiology.pdf)
O'Brien Institute, Australia

**Nephrology & Therapeutics** (http://www.omicsonline.org/nephrology-therapeutics.php)

*Recommended by*

Mohamed G. Atta (http://www.omicsonline.org/recommendation/Mohamed-G-Atta-Journal-of-Nephrology-&-Therapeutics.pdf)
Johns Hopkins University, USA
Kunal Chaudary (http://www.omicsonline.org/recommendation/Kunal-Chaudhary-Journal-of-Nephrology-&-Therapeutics.pdf)
University of Missouri Health Sciences Center, USA
Maged El-Ashker (http://www.omicsonline.org/recommendation/Maged-El-Ashker-Journal-of-Nephrology-&-Therapeutics.pdf)
Mansoura University, Egypt
Mattias Carlstrom (http://www.omicsonline.org/recommendation/Mattias-Carlstrom-Journal-of-Nephrology-&-Therapeutics.pdf)
Georgetown University, USA
Yanlin Wang (http://www.omicsonline.org/recommendation/Yanlin-Wang-Journal-of-Nephrology-&-Therapeutics.pdf)
Baylor College of Medicine, USA
Samy L Habib (http://www.omicsonline.org/recommendation/Samy-L-Habib-Journal-of-Nephrology-&-Therapeutics.pdf)
The University of Texas Health Science Center, USA
Liping Zhang (http://www.omicsonline.org/recommendation/Zhang-Liping-Journal-of-Nephrology-&-Therapeutics.pdf)

Baylor College of Medicine, USA
Vassilios Liakopoulos (http://www.omicsonline.org/recommendation/Vassilios-Liakopoulos-Journal-of-Nephrology-&-Therapeutics.pdf)
Aristotle University of Thessaloniki, Greece
Steven S Caldwell (http://www.omicsonline.org/recommendation/Steven-S-Caldwell-Journal-of-Nephrology-&-Therapeutics.pdf)
Professor and Assistant Chair, Department of Medicine, University of Alberta, Canada

- **Natural Products Chemistry & Research** (http://www.esciencecentral.org/journals/natural-products-chemistry-research.php) Recommended by

    Mohammad Semreen (http://www.omicsonline.org/recommendation/Mohammad-Semreen-Recommendation-Letter.pdf)
    University of Sharjah, UAE
    Pollen Yeung (http://www.omicsonline.org/recommendation/Pollen-Yeung-Recommendation-Letter.pdf)
    Dalhousie University, Canada
    Tao Ye (http://www.omicsonline.org/recommendation/Tao-Ye-Recommendation-Letter.pdf)
    The Hong Kong Polytechnic, China
    Valdir A Braga (http://www.omicsonline.org/recommendation/Valdir-A-Braga-Recommendation-Letter.pdf)
    Federal University of Paraiba, Brazil
    Zhongping Yao (http://www.omicsonline.org/recommendation/Zhongping-Yao-Recommendation-Letter.pdf)
    The Hong Kong Polytechnic, China
    Chun-Yu Ho (http://www.omicsonline.org/recommendation/Chun-Yu-Ho-Recommendation-Letter.pdf)
    University of Hong Kong, China
    Dai Lu (http://www.omicsonline.org/recommendation/Dai-Lu-Recommendation-Letter.pdf)
    Irma Lerma Rangel College of Pharmacy, USA
    Frank J Burczynski (http://www.omicsonline.org/recommendation/Frank-J-Burczynski-Recommendation-Letter.pdf)
    University of Manitoba, Canada

- **Nutritional Disorders & Therapy** (http://www.omicsonline.org/nutritional-disorders-therapy.php) Recommended by

    David M. Brady (http://www.omicsonline.org/recommendation/David-Brady-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
    University of Brigeport, USA
    Dongmin Liu (http://www.omicsonline.org/recommendation/Dongmin-Liu-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
    VirginiaTech, USA
    Masayoshi Yamaguchi (http://www.omicsonline.org/recommendation/Masayoshi-Yamaguchi-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
    Emroy University School of Medicine, USA
    Miao Lin (http://www.omicsonline.org/recommendation/Miao-Lin-Journal-of-Nutritional-Disorders-&-Therapy.pdf)

Micheal B Zemel (http://www.omicsonline.org/recommendation/Micheal-B-Zemel-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
The University of Tennessee, USA
Mihai Niculescu (http://www.omicsonline.org/recommendation/Mihai-Niculescu-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
UNC Research Institute, USA
Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Connecticut, USA
Paolo Borrione (http://www.omicsonline.org/recommendation/Paolo-Borrione-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Rome, Italy
Pouran Faghri (http://www.omicsonline.org/recommendation/Pouran-Faghri-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
University of Conencticut ,USA
Reza Rastmanesh (http://www.omicsonline.org/recommendation/Reza-Rastmanesh-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Shahid Beheshti University of Medical Sciences, Iran
Sanjay Gupta (http://www.omicsonline.org/recommendation/Sanjay-Gupta-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Case Western Reserve University, USA
Sanjay K Srivastava (http://www.omicsonline.org/recommendation/Sanjay-K-Srivastava-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Texas Tech University Health Sciences Center, USA
William W Wong (http://www.omicsonline.org/recommendation/William-W-Wong-Journal-of-Nutritional-Disorders-&-Therapy.pdf)
Baylor College of Medicine, USA

# O

▷ **Organic Chemistry: Current Research** (http://www.omicsonline.org/organic-chemistry-current-research.php) *Recommended by*

Alexander D. Q. Li (http://www.omicsonline.org/recommendation/Alexander-DQ-Li-Recommendation-Letter.pdf)
Washington State University, USA
Angela Patti (http://www.omicsonline.org/recommendation/Angela-Patti-Recomendation-Letter.pdf)
National council of research of Italy, Italy
Anton V Dolzhenko (http://www.omicsonline.org/recommendation/Anton-V-Dolzhenko-Recommendation-Letter.pdf)
Curtin University, Australia
AS Hamad Elgazwy (http://www.omicsonline.org/recommendation/AS-Hamad-Elgazwy-Recommendation-Letter.pdf)
Ain Shams University, Egypt
Edmond Dik-Lung (http://www.omicsonline.org/recommendation/Edmond-Dik-Lung-Recommendation-Letter.pdf)
Hong Kong Baptist University, Hong Kong
Hiromasa Kiyota (http://www.omicsonline.org/recommendation/Hiromasa-Kiyota-

Recommendation-Letter.pdf)
Tohoku University, Japan
Jian-Wei Han (http://www.omicsonline.org/recommendation/Jianwei-Han-Recommendation-Letter.pdf)
Chinese Academy of Sciences, China
Li Cai (http://www.omicsonline.org/recommendation/Li-Cai-Recommendation-Letter.pdf)
University of South Carolina Salkehatchie, USA
Rafat Milad Mohareb (http://www.omicsonline.org/recommendation/Rafat-Milad-Mohareb-Recommendation-Letter.pdf)
Cairo University, Egypt
Rakeshwar Bandichhor (http://www.omicsonline.org/recommendation/Rakeshwar-Bandichhor-Recommendation-Letter.pdf)
Dr. Reddy's Laboratories, India
Satomi Niwayama (http://www.omicsonline.org/recommendation/Satomi-Niwayama-Recommendation-Letter.pdf)
Texas Tech University, USA
Shivaputra Appanna Patil (http://www.omicsonline.org/recommendation/Shivaputra-Appanna-Patil-Reommendation-Letter.pdf)
The University of Tennessee, USA
Shuli You (http://www.omicsonline.org/recommendation/Shuli-You-Recommendation-Letter.pdf)
Chinese Academy of Sciences, China
Soon Hyeok Hong (http://www.omicsonline.org/recommendation/Soon-Hyeok-Hong-Recommendation-Letter.pdf)
Seoul National University, South Korea
Vladimir Ya LEE (http://www.omicsonline.org/recommendation/Vladimir-Ya-LEE-Recommendation-Letter.pdf)
University of Tsukuba, Japan
Zibo Li (http://www.omicsonline.org/recommendation/Zibo-Li-Recommendation-Letter.pdf)
University of Southern California, USA

- **Obesity & Weight Loss Therapy** (http://www.omicsgroup.org/journals/obesity-weight-loss-therapy.php) *Recommended by*

    Jon Gould (http://www.omicsonline.org/recommendation/Jon-Gould-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
    Medical College of Wisconsis, USA
    Hong Wang (http://www.omicsonline.org/recommendation/Hong-Wang-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
    University of Virginia, USA
    Ock K Chun (http://www.omicsonline.org/recommendation/Ock-K-Chun-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
    University of Connecticut, USA
    Karime Haua Navarro (http://www.omicsonline.org/recommendation/Karime-Haua-Navarro-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
    Universidad Iberoamericana, Mexico
    Michel Chia (http://www.omicsonline.org/recommendation/Michel-chia-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
    National Institute of Education, Singapore
    Ryan (http://www.omicsonline.org/recommendation/Ryan-Journal-of-Obesity-&-Weight-Loss-

Therapy.pdf)
Elizabeth Ryan (http://www.omicsonline.org/recommendation/Elizabeth-Ryan-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Colorado State University, USA
Reza Rastmanesh (http://www.omicsonline.org/recommendation/Reza-Rastmanesh-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
Shahid Beheshti University of Medical Sciences, Iran
David Williamson (http://www.omicsonline.org/recommendation/Williamson-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
The State UNiversity of New York, USA
Hanrui Zhang (http://www.omicsonline.org/recommendation/Hanrui-Zhang-Journal-of-Obesity-Weight-Loss-Therapy.pdf)
University of Pennsylvania School of Medicine, USA
Miroslav Pohanka (http://www.omicsonline.org/recommendation/Miroslav-Pohanka-Journal-of-Obesity-&-Weight-Loss-Therapy.pdf)
University of Defense, Czech Republic

▷ **OMICS Journal of Radiology** (http://www.omicsgroup.org/journals/radiology.php) *Recommended by*

Baojun Li (http://www.omicsonline.org/recommendation/Baojun-Li-OMICS-Journal-of-Radiology.pdf)
Boston University, USA
Domenico Rubello (http://www.omicsonline.org/recommendation/Domenico-Rubello-OMICS-Journal-of-Radiology.pdf)
University of Pisa, Italy
Jeon Hor Chen (http://www.omicsonline.org/recommendation/Jeon-Hor-Chen-OMICS-Journal-of-Radiology.pdf)
University of California, USA
Jiang Du (http://www.omicsonline.org/recommendation/Jiang-Du-OMICS-Journal-of-Radiology.pdf)
University of California, San Diego, USA
Kaan Orhan (http://www.omicsonline.org/recommendation/Kaan-Orhan-OMICS-Journal-of-Radiology.pdf)
Near East University, Cyprus
Mehdi Djekidel (http://www.omicsonline.org/recommendation/Mehdi-Djekidel-OMICS-Journal-of-Radiology.pdf)
Yale School of medicine, USA
Shi Wei (http://www.omicsonline.org/recommendation/Shi-Wei-OMICS-Journal-of-Radiology.pdf)
The University of Alabama at Birmingham, USA
Zibo Li (http://www.omicsonline.org/recommendation/Zibo-Li-OMICS-Journal-of-Radiology.pdf)
University of Southern California, USA

▷ **Otolaryngology: Open Access** (http://www.omicsonline.org/otolaryngology-open-access.php) *Recommended by*

Access.pdf)
University of Udine, Italy
Lars Sand (http://www.omicsonline.org/recommendation/Lars-Sand-Recommendation-Letter.pdf)
Uppsala University Hospital, Sweden

▷ **Orthopedic & Muscular System: Current Research** (http://www.omicsonline.org/orthopedic-muscular-system-current-research.php) Recommended by

Alessandro Geraci (http://www.omicsonline.org/recommendation/Alessandro-Geraci-Orthopedics-Muscular-System.pdf)
University of Palermo, Italy
Bingyun Li (http://www.omicsonline.org/recommendation/Bingyun-Li-Orthopedics-Muscular-System.pdf)
West Virginia University, USA
Chuanju Liu (http://www.omicsonline.org/recommendation/Chuanju-Liu-Orthopedics-Muscular-System.pdf)
New York University School of Medicine, USA

## P

▷ **Palliative Care & Medicine** (http://www.omicsgroup.org/journals/palliative-care-medicine.php)
Recommended by

Jack Fu (http://www.omicsonline.org/recommendation/Jack-Fu-journal-palliative-care-medicine.pdf)
University of Luebeck, Germany
UT MD Anderson Cancer Center, USA
Michael Silbermann (http://www.omicsonline.org/recommendation/Michael-Silbermann-journal-palliative-care-medicine.pdf)
Israel Institute of Technology, Israel
Sebastiano Mercadante (http://www.omicsonline.org/recommendation/Sebastiano-Mercadante-journal-palliative-care-medicine.pdf)
University of Palermo, Italy
Stevo Duvnjak (http://www.omicsonline.org/recommendation/Stevo-Duvnjak-journal-palliative-care-medicine.pdf)
Odense University Hospital, Denmark
Geana Paula Kurita (http://www.omicsonline.org/recommendation/Geana-Paula-Kurita-journal-palliative-care-medicine.pdf)
National Hospital Copenhagen University, Denmark
Hisaharu Oya (http://www.omicsonline.org/recommendation/Hisaharu-Oya-journal-palliative-care-medicine.pdf)
Nagoya University, Japan

▷ **Psychology & Psychotherapy** (http://www.omicsonline.org/psychology-psychotherapy.php)
Recommended by

Gallus Bischof (http://www.omicsonline.org/recommendation/Gallus-bischof-journal-psychology-psychotherapy.pdf)
University of Luebeck, Germany
Tanja Jovanovic (http://www.omicsonline.org/recommendation/Tanja-jovanovic-journal-psychology-psychotherapy.pdf)
Emory University School of Medicine, USA
Peter Sch"nknecht (http://www.omicsonline.org/recommendation/Peter-Schonknecht-journal-psychology-psychotherapy.pdf)
University of Leipzig, Germany
Kathy Sexton-Radek (http://www.omicsonline.org/recommendation/Kathy-Sexton-Radek-journal-psychology-psychotherapy.pdf)
Elmhurst College, USA

▷ **Phylogenetics & Evolutionary Biology** (http://www.esciencecentral.org/journals/phylogenetics-evolutionary-biology.php) *Recommended by*

Yuri Kartavtsev (http://www.omicsonline.org/recommendation/letter-of-consent-kartavtsev.pdf)
Laboratory of Molecular Systematics Head

▷ **Pancreatic Disorders & Therapy** (http://www.omicsgroup.org/journals/pancreatic-disorders-therapy.php) *Recommended by*

Dr. Ru Chen (http://www.omicsonline.org/recommendation/Ru-Chen-Pancreatic-Disorders-&-Thearpy.pdf)
University of Washington, USA

▷ **Pulmonary & Respiratory Medicine** (http://www.omicsonline.org/pulmonary-respiratory-medicine.php) *Recommended by*

Cui Hua Liu (http://www.omicsonline.org/recommendation/Cui-Hua-Liu-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Chinese Academy of Sciences, China
Denis Hadjiliadis (http://www.omicsonline.org/recommendation/Denis-Hadjiliadis-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Pennsylvania Medical Center, USA
Florian Lang (http://www.omicsonline.org/recommendation/Florian-Lang-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of T"bingen, Germany
John E Repine (http://www.omicsonline.org/recommendation/John-E-Repine-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Colorado Denver, USA
Jose Roberto Fioretto (http://www.omicsonline.org/recommendation/Jose-Roberto-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Botucatu Medical School Sao Paulo State University, Brazil
Juan Bustamante Munguira (http://www.omicsonline.org/recommendation/Juan-Bustamante-Munguira-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)

Hospital Universitario La Princesa, Spain
Roberto F Machado (http://www.omicsonline.org/recommendation/Roberto-F-Machado-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Illinois Chicago, USA
Sandra Hodge (http://www.omicsonline.org/recommendation/Sandra-Hodge-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
University of Adelaide, South Australia
Stephen P Peters (http://www.omicsonline.org/recommendation/Stephen-Peters-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Wake Forest School of Medicine, USA
Theodoros Kelesidis (http://www.omicsonline.org/recommendation/Theodoros-Kelesidis-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Ronald Reagan University, USA
Wanis H Ibrahim (http://www.omicsonline.org/recommendation/Ibrahim-Journal-of-Pulmonary-&-Respiratory-Medicine.pdf)
Weill-Cornell Medical College, Qatar

**Proteomics & Bioinformatics** (http://www.omicsonline.org/proteomics-bioinformatics.php)

*Recommended by*

Alan J Tackett (http://www.omicsonline.org/recommendation/Alan-J-Tackett-Journal-of-Proteomics-&-Bioinformatics.pdf)
University of Arkansas for Medical Sciences, USA
Jie Luo (http://www.omicsonline.org/recommendation/Jie-Luo-Journal-of-Proteomics-&-Bioinformatics.pdf)
Institute for Systems Biology, USA
Denong Wang (http://www.omicsonline.org/recommendation/Denong-Wang-Journal-of-Proteomics-&-Bioinformatics.pdf)
SRI International Biosciences Division, USA
Mobeen Raja (http://www.omicsonline.org/recommendation/Mobeen-Raja-Letter-of-Consent.pdf)
Dalhousie University, Canada
Phan Van Chi (http://www.omicsonline.org/recommendation/Phan-Van-Chi-Letter-of-Consent.pdf)
Vietnam Academy of Science & Technology, Vietnam
Peter Nilsson (http://www.omicsonline.org/recommendation/Peter-Nilsson-Journal-of-Proteomics-&-Bioinformatics.pdf)
KTH " Royal Institute of Technology, Sweden

**Pharmaceutica Analytica Acta** (http://www.omicsonline.org/pharmaceutica-analytica-acta.php)

*Recommended by*

Ali Mohammadi (http://www.omicsonline.org/recommendation/Ali-Mohammadi-Pharmaceutica-Analytica-Acta.pdf)
Tehran University of Medical Sciences, Iran
Fumiaki Uchiumi (http://www.omicsonline.org/recommendation/Fumiaki-Uchiumi-Pharmaceutica-Analytica-Acta.pdf)
Tokyo University of Science, Japan
Rizky Abdulah (http://www.omicsonline.org/recommendation/Rizky-Abdulah-Pharmaceutica-