

**Veterinary Medical Center**
The Ohio State University
601 Vernon L. Tharp Street
Columbus, Ohio 43210-1089

Hospital for Companion Animals
(614) 292-3551
Hospital for Farm Animals
(614) 292-6661
Galbreath Equine Center
(614) 292-6661

July 6, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To Whom It May Concern:

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Respectfully,

David A Wilkie DVM, MS
Diplomate ACVO
Professor



**Academic Primary Care**
School of Medicine and Dentistry
Polwarth Building
Aberdeen AB25 2ZD
Scotland
United Kingdom
Tel: +44 (0) 1224 437253

**National Library of Medicine**
**Building 38A - Room 4N-419**
**8600 Rockville Pike**
**Bethesda, MD U.S.A. 20894**

## Letter of Consent

I hereby express my great interest in continued service in Journal of Allergy & Therapy as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

*David Price*

...............................................
Electronic/ Normal Signature

Professor David Price, Primary Care Respiratory Society UK, Professor of Primary Care Respiratory Medicine
...............................................
Name and Affiliation





# UNIVERSITY OF MANITOBA | Faculty of Medicine

Department of
Community Health Sciences
750 Bannatyne Avenue
Winnipeg, Manitoba
Canada R3E 0W3
Telephone 204-789-3473
Fax 204-789-3905

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 9, 2013

RE: Supporting letter for CMHE to be indexed in PubMed Central

To whom it concerns:

I have been served as a Editorial Board member for Journal of Community Medicine and Health Education for three years.

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

If you have any questions or need additional information, please do not hesitate to contact me at 204-272-3137 or via e-mail at depeng.jiang@med.umanitoba.ca

Sincerely,

Depeng Jiang, PhD
Assistant Professor, Department of Community Health Sciences
Director, Biostatistical Consulting Unit
Faculty of Medicine
University of Manitoba
Tel: (204) 272-3137
Fax: (204) 789-3905

UNIVERSITY OF PATRAS
SCHOOL OF MEDICINE
DEPT. BIOCHEMISTRY
26504-Patras, Greece
Tel.: +302610-996124
FAX: +302610-969167
E-mail: dimkal@med.upatras.gr



ΠΑΝΕΠΙΣΤΗΜΙΟ ΠΑΤΡΩΝ
ΤΜΗΜΑ ΙΑΤΡΙΚΗΣ
ΕΡΓ. ΒΙΟΛ. ΧΗΜΕΙΑΣ
26504-Πάτρα, Ελλάς
Τηλ.: 2610-996124
FAX: 2610-969167

Dimitrios L. Kalpaxis
Professor

July 9, 2013

To:
National Library of Medicine,
Building 38A-Room 4N-419,
8600 Rockville Pike,
Bethesda, MD U.S.A. 20994

Dear Sirs,

I am one of the members of the Editorial Board of the *Journal of Community Medicine & Health Education* and frequent visitor of PubMed website. I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and Editorial Board members have worked very hard for the Journal to establish high professional standing.

  Sincerely Yours

Prof. Dimitrios L. Kalpaxis



**College of Pharmacy**
Institute of Community Health

# Letter of Consent

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical Trials as an Editorial Board member. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Thank you for your consideration of this request.

E. James Essien, M.D., Dr.P.H., F.R.S.P.H.
Professor of Public Health & Director,
Institute of Community Health

July 8, 2013

| Consiglio Nazionale delle Ricerche |  | Istituto di Farmacologia Traslazionale<br>*Institute of Translational Pharmacology*<br>IFT<br><br>**Dr. Emanuela Signori, PhD**<br>Laboratorio di Patologia Molecolare e Oncologia Sperimentale<br>*Laboratory of Molecular Pathology and Experimental Oncology* |
|---|---|---|
| Via Fosso del Cavaliere, 100  -  00133 Rome, Italy    Tel: +39-0649934232    Fax: +39 06-45488257<br>e-mail: emanuela.signori@cnr.it ||||

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

**Object:** PubMed Central indexing for JCCI

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Faithfully

Emanuela Signori

Rome, July 10th 2013



Erick O. Hernández-Ochoa, MD, PhD.
Research Associate
Department of Biochemistry and Molecular Biology
University of Maryland School of Medicine
ehern001@umaryland.edu

Wednesday, July 17, 2013

**Re:  Letter of Recommendation to get Biochemistry & Pharmacology: Open Access indexed in Pub med.**

Dear Sir/Madame,

      I would like to express my strong recommendation and my complete support for Biochemistry & Pharmacology: Open Access to be indexed in PubMed.  My knowledge of this Journal, as well as my exceptionally high regard for its scientific potential, stems from my direct collaboration as an Editor with Biochemistry & Pharmacology and observation of the remarkable work that the editorial board and staff is conducting to make of this Journal an attractive avenue to report original and high quality research.

      As for my qualifications to provide this recommendation, I am currently a Research Associate at the Department of Biochemistry and Molecular Biology at the University of Maryland School of Medicine.  I hold a MD, and a PhD degree in Neurophysiology.  I have 11 years of scientific research experience in the fields of neuronal and muscle electrophysiology as well as in the study of structure and function of calcium channels.  My research has been focused in understand the molecular mechanisms underlying neuronal and skeletal muscle calcium signaling.  I have published 21 articles in prestigious peer-reviewed journals, such as Journal of Neuroscience, American Journal of physiology, Cell Calcium, and European Journal of Physiology and the Journal of Clinical Investigation.  I am member of scientific societies including the Biophysical Society and the American Association for the Advancement of Science.  I am also heavily involved in the education and training of under/graduate students and postdoctoral scientists.  Therefore, I feel that I qualify to evaluate and recommend Biochemistry & Pharmacology's capabilities and its potential in the scientific field. In summary, I highly and without reservations recommend this Journal to be indexed in PubMed.

Sincerely yours,

*E.K.OHz.*

Erick O. Hernández-Ochoa, MD. PhD.

*Research Associate*
*Department of Biochemistry and Molecular Biology*
*University of Maryland School of Medicine*
108 N. Greene St, Room 229.
Baltimore, MD, 21201
E-mail: ehern001@umaryland.edu
Phone:410-706-5787; Fax: 410-706-8297



BENEMÉRITA UNIVERSIDAD AUTÓNOMA DE PUEBLA

POSGRADO EN CIENCIAS QUÍMICAS MAESTRÍA Y DOCTORADO

## Letter of consent

To

National Library of Medicine

Building 38A-Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Biochemistry & Pharmacology:Open Access Journal as an Editor, Author and Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

*Estibaliz Sansinenea*     07/19/2013

Estibaliz Sansinenea Royano, PhD.

Chemistry Science Faculty

Benemérita Universidad Autónoma de Puebla

C.P.72570, Puebla, Pue. México.

E-mail: estisan@yahoo.com

 **INSTITUTUL REGIONAL DE ONCOLOGIE IAŞI**
Str. G-ral Henri Mathias Berthelot nr.2 – 4
Cod Fiscal 29067408
Operator date cu caracter personal:21677
www.iroiasi.ro; e-mail: oncoiasi@iroiasi.ro 

**Eugen Carasevici** Prof. Dr.
Head, Molecular Biology Compartment
Regional Institute of Oncology
Iasi, Romania
kara@iasi.mednet.ro
July 10, 2013

# RECOMMENDATION LETTER

Herewith, I confirm that Biochemistry & Pharmacology Open Access Journal is an Pharmaceutical Sciences Journals from the OMICS Group dealing with printing and publishing papers that includes a generously range of fields connected with fundamental, experimental and clinical aspects of Biochemistry and Pharmacology as core biomedical disciplines. As such Biochemistry & Pharmacology Open Access is becoming a open platform for confronting ideas and research results without any restriction.

The journal select, through a high quality review process, original articles, review articles, case reports, short communications, in all areas of the above mentioned field making them freely available through online in a short time interval.

A very professional team of editors are managing the hole process of submission, review, revise, and publish.
The scientific content of the journal become more and more valuable and important by this design of a fair and unobstructed publishing policy.

Considering all this qualities, so promptly consolidated, I strongly recommend this journal to be indexed in PubMed.

Eugen Carasevici

 UNIVERSITÀ E AZIENDA OSPEDALIERA DI PERUGIA 

*S.C. Cardiologia e Fisiopatologia Cardiovascolare*

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 20, 2013

## **Letter of Consent**

I hereby express my great interest in continued service in Cardiovascular Pharmacology: Open Access as an Editor.

I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Signature

Fabio Angeli, MD
Division of Cardiology and
Cardiovascular Pathophysiology
Teaching Hospital 'S.M. della Misericordia'
Perugia, Italy

Case 2:16-cv-02022-GMN-VCF Document 33-11 Filed 09/02/17 Page 11 of 15

  

# UNIVERSITÀ E AZIENDA OSPEDALIERA DI PERUGIA
## *S.C. Cardiologia e Fisiopatologia Cardiovascolare*

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 20, 2013

## **Letter of Consent**

I hereby express my great interest in continued service in Journal of Diabetes & Metabolism as an Editor.

I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Signature

Fabio Angeli, MD
Division of Cardiology and
Cardiovascular Pathophysiology
Teaching Hospital 'S.M. della Misericordia'
Perugia, Italy



Universidade Federal de Minas Gerais

## Letter of Consent

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in *Biochemistry and Physiology: Open Access* as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high` professional standing.

Sincerely,

..............................................
Fernando M. Reis, MD, PhD
Associate Professor
Universidade Federal de Minas Gerais
Belo Horizonte, Brazil

Laboratório de Reprodução Humana, Hospital das Clínicas
Av. Alfredo Balena, 110 – 9º andar 30130-100 Belo Horizonte, MG
Tel. (31) 3248 9485  Fax (31) 3248 9299
e-mail: reis@medicina.ufmg.br



SCHOOL OF MEDICINE
*Department of Microbiology and Immunology*

July 9, 2013

Dr. Donald A.B. Lindberg, MD.
Director
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

Dear Dr. Lindberg,

I strongly recommend that the Journal of Clinical & Cellular Immunology be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Fernando Villalta*

Fernando Villalta, Ph.D.
Chair and Professor, Department of Microbiology and Immunology
Interim Director, Center for AIDS Health Disparities Research
Deputy Director, Meharry Translational Research Center
Meharry Medical College
Email: fvillalta@mmc.edu
Tel: 615-327-6667

*1005 DR. D.B. TODD JR. BOULEVARD*
*NASHVILLE, TENNESSEE 37208-3599*
*T: 615.327.6281   F: 615.327.6072  www.mmc.edu*

 

**Boston University** School of Medicine

**Amit Garg, M.D.**
Director, Dermatology Training Program
Boston Medical Center
Associate Professor of Dermatology
Boston University School of Medicine

EXCEPTIONAL CARE. WITHOUT EXCEPTION.

The primary teaching affiliate of the
Boston University School of Medicine.

July 17, 2013

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

I also express my great interest in continued service to the Journal of Clinical & Experimental Dermatology Research as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

Most sincerely,

**Amit Garg, MD**
Director, Dermatology Training Program
Boston Medical Center
Associate Professor of Dermatology
Boston University School of Medicine
Phone: 617-638-5531   Email: agarg@bu.edu



**OREGON HEALTH & SCIENCE UNIVERSITY**

Ocular Immunology Lab
Casey Eye Institute

**Departments of Ophthalmology**

Mail code L467AD

3181 SW Sam Jackson Pk Rd
Portland, OR 97239-3098

Office: 503-418-2540
Fax: 503-418-2541
Lab: 503-418-2543
Dept.: 503-494-5023

**Grazyna Adamus, Ph.D.**
*Professor*

adamusg@ohsu.edu

9 July 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

To whom it may concern:

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Thank you for your consideration.

Respectfully,

*G. Adamus*

Grazyna Adamus, Ph.D.
Professor of Ophthalmology and Neuroscience Graduate Program