**VANDERBILT**
Institute for Global Health

2525 West End Avenue, Suite 750 • Nashville, TN 37203
phone | 615.322.9374 • fax | 615.343.7797

July 12, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Re: Recommendation letter for the Journal of AIDS & Clinical Research to be indexed in PubMed**

To Whom It May Concern:

Dear Sir/Madam,

I am writing to strongly recommend the Journal of AIDS & Clinical Research (JACR) to be indexed in PubMed Central. JACR is a multidisciplinary journal that aims to publish most complete and reliable source of information on the discoveries and current developments in HIV/AIDS related research.

I have been serving as an Editor for this Journal from its first published issue in 2010, and have seen the projectiles of the increasing number of high-quality manuscripts the Journal has received and the increasing number of citations on the papers that the Journal has published in the past years. As an epidemiologist with a decade of experiences on HIV/AIDS research and with experiences of serving as a reviewer for >15 journals including AIDS, JAMA, Plos One, I can vouch on the strictness of manuscript review by the Journal and the high quality of the papers that this Journal has published.

Journal staff and editorial board members have worked and will continue to work very hard for the journal to establish its high professional standing. The Index of the Journal by PubMed Central will make the high quality of papers in this Journal even more widely accessible to the global researchers.

Sincerely yours,

Han-Zhu Qian, M.D., Ph.D.
Assistant Professor of Medicine
Division of Epidemiology
Vanderbilt University Medical Center
Phone: (615) 343-3159
E-mail: han-zhu.qian@vanderbilt.edu



SCHOOL OF MEDICINE
*Division of Basic Medical Sciences*

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To Whom It May Concern,

I am writing in support of the Journal of Autacoids for inclusion in PubMed Central's indexing system of medical journals. Although relatively young in years, the journal staff and the editorial board members of this online access journal have worked tirelessly to establish the journal's high professional standing by regularly releasing published articles that are on par or surpass articles in journals that PubMed Central currently indexes. I believe that indexing by the National Library of Medicine's PubMed Central would further enhance the quality and quantity of manuscripts submitted for publication to this journal. Therefore, I would strongly recommend that the Journal of Autacoids be indexed in the National Library of Medicine's PubMed Central.

Sincerely,

Henry E. Young, PhD
Professor of Anatomy
Mercer University School of Medicine
Macon, GA 31207



**RTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

National Institutes of Health
National Institute on Drug Abuse
Intramural Research Program

251 Bayview Blvd., Suite 200,
Biomedical ResearchCenter,
Baltimore, MD 21224, USA

07/19/2013

To whom it may concern;

    I am writing a recommendation letter for the Journal of Alcoholism & Drug Dependence to be indexed in PubMed. The Journal of Alcoholism & Drug Dependence publishes papers on psychological and sociological aspects of alcohol and drugs, and their effects, including biomedical, biochemical, pharmacological, physiological, behavioral actions and clinical research in humans. The journal includes a wide range of fields in its discipline to create a platform for the authors to make their contribution towards the journal and the editorial office promises a peer review process for the submitted manuscripts for the quality of publishing. The journal is an Open Access journal and aims to publish most complete and reliable source of information on the discoveries and current developments in the mode of original articles, review articles, case reports, short communications, etc. in all areas of the field and making them freely available through online without any restrictions or any other subscriptions to researchers worldwide. The journal is using Editorial Tracking System for quality in review process. Editorial Tracking is an online manuscript submission, review and tracking systems. Review processing is performed by the editorial board members of journal or outside experts; at least two independent reviewers approval followed by editor approval is required for acceptance of any citable manuscript.

I strongly recommend this journal to be indexed in PubMed.

Sincerely,

*[signature]*

Takato Hiranita, Ph.D.

Department of Psychology & Neuroscience,
University of Colorado at Boulder

Mailing address:
Psychobiology Section,
Molecular Targets and Medications Discovery Branch,
Intramural Research Program,
National Institute on Drug Abuse,
National Institutes of Health/Department of Health and Human Services,
251 Bayview Blvd., Suite 200,
Biomedical ResearchCenter,
Baltimore, MD 21224, USA
  TEL:443-740-2556
  FAX:443-740-2829

E-mail: hiranitat@mail.nih.gov

July 19, 2013



## Department of Otolaryngology-HNS,
## Tohoku University School of Medicine

*1-1 Seiryomachi, Aoba-ku, Sendai 980-8575, Japan.*
*Tel: +81-22-717-7304, Fax: +81-22-717-7307*

To: National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894


Dear Managing Office of National Library of Medicine:

    Clinical Microbiology open access is a peer reviewed journal, dealing with interrelation of microorganisms under normal and pathological conditions and the dynamics of pathological process with an account of treatment till the clinical and complete recovery is presented. The editorial board members and journal staff have worked very hard for the journal to establish its high professional standing. Therefore, I would like to and recommend this journal to be indexed in Pub Med.
    I appreciate your consideration.


Sincerely,


*[signature]*

Hiroshi Hidaka, M.D.
Associate Professor of Otolaryngology-Head and Neck Surgery
Tohoku University Graduate School of Medicine
1-1 Seiryomachi, Aoba-ku, Sendai 980-8575, Japan
E-mail: ZAY00015@nifty.com



DEPARTMENT OF NEUROLOGY

# UNIVERSITY OF MARYLAND
# SCHOOL OF MEDICINE

July 22, 2013

To Whom it might be concerned,

     With greatest pleasure I am writing this letter on behalf of Journal of Clinical & Cellular Immunology, who is applying to be indexed in PubMed Central. I have been a reviewer for this journal and a member of the Editorial Board for more then 4 years, during which time I reviewed and edited manuscripts and I was able to experience first hand the review process.

     To introduce myself, I am a Professor of Neurology at the University of Maryland, School of Medicine. I have been a faculty member at University of Maryland for 19 years, and I am an expert in multiple sclerosis. During this time I was principal investigator of National Institutes of Health, Veterans Administration and Multiple Sclerosis Society funded research projects on multiple sclerosis. I was also an associate editor for Journal of Immunology and editorial board member for Journal of Neuroimmunology.

Based on my previous experience and that of working with the Journal of Clinical & Cellular Immunology I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. I have to say that the Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

     I have absolutely no doubt that journal will continue on the same path and will become an important journal in the field of Immunology. I strongly recommend the journal as an excellent candidate to be indexed in PubMed.

Please do not hesitate to contact me if you need further information's.

Sincerely yours,

Horea Rus, M.D., PhD
Professor of Neurology

110 S. Paca Street, 3rd Floor • Baltimore, Maryland 21201-1642 • 410 328 5809 • 410 328 0244 fax



# Letter of Consent

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bacteriology & Parasitology as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

*Ibne Karim Md. Ali*

Ibne Karim M. Ali, PhD
Instructor
Division of Infectious Diseases and International Health
University of Virginia Health System
Room 1705A Carter Harrison Research Building
345 Crispell Drive
Box 801340
Charlottesville, VA 22908-1340
USA
Tel: 434-924-7250 (Office)
Fax: 434-924-0075
E-mail: ika3t@virginia.edu



200 Technology Square Suite 602
Cambridge, MA 02139
Phone: 617.774.8830
Fax: 617.774.8839

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

National Library of Medicine,

My name is Jianfei Yang and I am a Principal Scientist and an Immunologist at Tempero Pharmaceuticals, a GSK company. During my career, I have published numerous papers in different journals including Nature Immunology, the Journal of Immunology and the Journal of Clinical & Cellular Immunology.

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely Yours,

Jianfei Yang, MD, PhD

www.temperopharma.com



### Letter of Consent

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To whom it may concern:

I hereby express my great interest in continued service in Biochemistry & Pharmacology: Open Access Journal as an Editor in Chief. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Most sincerely,

Jie Wu, M.D., Ph.D.
Professor
Division of Neurology
Director, Laboratory of Neurophysiology
Barrow Neurological Institute
St. Joseph's Hospital & Medical Center
350 W. Thomas Rd
Phoenix AZ 85013
Tell: (602)-406-6376
Fax: (602)-406-7172
E-mail: jie.wu@dignityhealth.org

Editor in Chief, Biochemistry and Pharmacology: Open Assess



**East Carolina Heart Institute at East Carolina University**
Department of Cardiovascular Sciences
Brody School of Medicine
115 Heart Drive
East Carolina University
Greenville, NC 27834-4354

252-744-4400 office
1-866-401-3244 toll free

**Cardiothoracic Surgery**
252-744-4400 office
252-744-5539 fax

**Vascular Surgery**
252-744-4400 office
252-744-3794 fax

**Cardiology Medicine**
252-744-4400 office
252-744-3987 fax

JimmyT. Efird, PhD MSc
Director
Epidemiology and Outcomes Research Unit
East Carolina Heart Institute
Brody School of Medicine
East Carolina University
115 Heart Drive
Greenville, NC 27834 USA
Phone: +1.650.248.8282
Fax: +1.252.744.5539
Email: jimmy.efird@stanfordalumni.org

July 14, 2013

RE: *Journal of Biometrics & Biostatistics*

Dear NLM:

Please accept this letter as reference of my support for the Journal of Biometrics & Biostatistics in their application for indexing in PubMed. The journal has published many articles of interest to scientists in both the United States and abroad.

Open-Source publishing represents an important venue for disseminating timely scientific information to the research community. I strongly endorse this movement and the above application for indexing.

Please do not hesitate to contact me if you need any additional information regarding this matter.

Sincerely,

Jimmy T. Efird PhD

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity university.

# East Carolina University

**East Carolina Heart Institute at East Carolina University**

Department of Cardiovascular Sciences
Brody School of Medicine
115 Heart Drive
East Carolina University
Greenville, NC 27834-4354

252-744-4400 office
1-866-401-3244 toll free

---

**Cardiothoracic Surgery**
252-744-4400 office
252-744-5539 fax

**Vascular Surgery**
252-744-4400 office
252-744-3794 fax

**Cardiology Medicine**
252-744-4400 office
252-744-3987 fax

Jimmy T. Efird, PhD MSc
Director
Epidemiology and Outcomes Research Unit
East Carolina Heart Institute
Brody School of Medicine
East Carolina University
115 Heart Drive
Greenville, NC 27834 USA
Phone: +1.650.248.8282
Fax: +1.252.744.5539
Email: jimmy.efird@stanfordalumni.org

July 14, 2013

RE: *Journal of Cancer Science & Therapy*

Dear NLM:

Please accept this letter as reference of my support for the Journal of Cancer Science & Therapy in their application for indexing in PubMed. The journal has published many articles of interest to scientists in both the United States and abroad.

Open-Source publishing represents an important venue for disseminating timely scientific information to the research community. I strongly endorse this movement and the above application for indexing.

Please do not hesitate to contact me if you need any additional information regarding this matter

.

Sincerely,

Jimmy T. Efird PhD

East Carolina University is a constituent institution of the University of North Carolina. An equal opportunity university.



**Temple University Hospital**

Temple University Health System

Jin J. Luo, MD, PhD, FAAN, FAANEM

Tel (215) 707-3040
Fax (215) 707-8235

3401 North Broad Street
Philadelphia, PA 19140

Clinical Neurophysiology
Department of Neurology

July 10, 2013

<u>Letter of Recommendation</u>

To,
National Library of Medicine
Building 38A-Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

I hereby express my great interest in continued service in Brain Disorder & Therapy as Author. I further give my consent to disclose by the Journal my affiliation and contact information.

I do not have any conflict of interest, which would interfere with this important service for science, medicine and technology communities.

I strongly recommend *Brain Disorders & Therapy* to be indexed in PubMed Central. This unique Open Access journal has become a very good source of information related neurology practice and research.

Sincerely,

Jin J Luo, MD, PhD, FAAN, FAANEM
Associate Professor
Department of Neurology and Pharmacology
Director, EMG/ Neuromuscular Medicine
Temple University School of Medicine

3401 North Board Street, Suite C525
Philadelphia, PA 19140

# Yale University



SCHOOL OF MEDICINE
Yale Cardiovascular Research Center
300 George Street – Room 759H
New Haven, CT 06511
Telephone: 203.737.5583
Fax: 203.737.6118
Email: john.hwa@yale.edu

John Hwa, M.D., Ph.D.
Director of Cardiovascular Pharmacogenetics
Associate Professor of Medicine
Department of Internal Medicine
Section of Cardiology

July 22, 2012

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Cardiovascular Pharmacology: Open Access as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Regards

John Hwa



Institute of Food and Agricultural Sciences  
Department of Microbiology and Cell Science

Room 1052, Building 981  
Post Office Box 110700  
Gainesville, FL 32611-0700  
Voice 352-392-1906  
Fax 352-392-5922

July 8, 2013

National Library of Medicine  
Building 38A - Room 4N-419  
8600 Rockville Pike  
Bethesda, MD U.S.A. 20894

Dear National Library of Medicine:

"I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing."

Sincerely,

Joseph Larkin III, Ph.D.  
Assistant Professor

*The Foundation for The Gator Nation*  
An Equal Opportunity Institution