

# 한 양 대 학 교
# 의 학 전 문 대 학 원

# School of Medicine
# Hanyang University

Department of Pharmacology
  & Clinical Pharmacology Laboratory
School of Medicine
Hanyang University

Ju-Seop Kang, MD, PhD
Professor

222 Wangsimni-ro, Seongdong-gu
Seoul 133-791, South Korea
Tel. 82-2-2220-0652
Fax. 82-2-2292-6686

July 23, 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD USA 20894

Dear Madam/Sir:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high scientific and professional standing.

Sincerely,

Ju-Seop Kang, MD, PhD
Professor



# Saitama Cancer Center

818 Komuro, Ina, Saitama 362-0806, JAPAN
TEL:                        81-48-722-1111
FAX: Hospital               81-48-722-1129
     Research Institute     81-48-722-1739

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

## Letter of Consent

I hereby express my great interest in continued service in Journal of Anaplastology as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

K. Yagihara.

Kazuhiro Yagihara, D.D.S., Ph.D.

Department of Oral Surgery, Saitama Cancer Center, JAPAN

 **Sejong University**
**Earth & Environmental Research Center** 

Date: 9 July 2013

RE: Recommendation of Journal of Air and Water Borne Diseases for PubMed

## TO WHOM IT MAY CONCERN

Considering the aim and scope and active contribution of Journal of Air and Water Borne Diseases, I strongly recommend this journal to be indexed in PubMed".

Prof. Ki-Hyun Kim

Professor Ki-Hyun Kim
Head of Earth and Environmental Research Center

Department of Environment & Energy, Sejong University
98 Goon Ja Dong, Gwang Jin Goo, Seoul Republic of Korea 143-747
Tel (82-2) 3408-3233; Fax (82-2) 499-2354; e-mail: khkim@sejong.ac.kr



SCHOOL OF MEDICINE

*KOTA V. RAMANA, Ph.D.*
PROFESSOR
BIOCHEMISTRY &
MOLECULAR BIOLOGY

July 10, 2013

## Letter of Consent

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Biochemistry & Analytical Biochemistry as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

Kota V Ramana, Ph.D
Associate Professor



**MAILMAN SCHOOL OF PUBLIC HEALTH**
Columbia University

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam,

**Re: Letter of recommendation for PMC indexing of the Journal of Community Medicine and Health Education**

I am writing in support of the Journal of Community Medicine and Health Education's application for indexing in the PMC.

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Koyejo A. Oyerinde MD MPH FAAP
Assistant Clinical Professor
Mailman School of Public Health
Columbia University, New York
Tel #: 1 646 897 1341
E-mail: kao2127@columbia.edu

Case 2:16-cv-02022-GMN-VCF   Document 33-13   Filed 01/07/17   Page 6 of 15



July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

RE:  Journal of Carcinogenesis & Mutagenesis indexing into PubMed Central

To Whom It May Concern:

I strongly recommend Journal of Carcinogenesis & Mutagenesis to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing."

Thank you for your time and consideration.

Sincerely,

*Laura Schramm*

Laura Schramm, Ph.D.
Associate Dean St. John's College
Associate Professor
Department of Biological Sciences
St. John's University
718.390.4402 (SI)
718.990.5558 (Queens)
schramml@stjohns.edu

# Yale University

Rossitza Lazova, M.D.
Associate Professor of Dermatology
and Pathology
Director, Dermatopathology Fellowship
School of Medicine
Dermatopathology Laboratory
P.O. Box 208059
New Haven, Connecticut 06520-8059

Campus address:
LMP 5031
15 York Street
Telephone: 203 785-4094
Fax: 203 785-6869
Email: rossitza.lazova@yale.edu

August 12, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam:

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

I hereby express my great interest in continued service in Journal of Clinical & Experimental Dermatology Research as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

Sincerely,

*Rossitza Lazova*

Rossitza Lazova, MD



## Letter of Consent

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in the continued service of the Journal of Pharmacoepidemiology and Drug Safety as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Shufeng Zhou, MD, PhD
Associate Vice President of Global Medical Development
Associate Dean of International Research
Professor and Chari, Pharmaceutical Sciences
College of Pharmacy
USF Health

DEPARTMENT OF PHARMACEUTICAL SCIENCES • COLLEGE OF PHARMACY
University of South Florida • 12901 Bruce B. Downs Blvd., Box MDC30 • Tampa, FL 33612
Phn: 813.974.2603 • Fax: 813.905.9885 • www.pharmacy.health.usf.edu



Mylan School of Pharmacy and
Graduate School of Pharmaceutical Sciences

David A. Johnson. Ph.D.,
Division Head
Pharmaceutical Sciences
(412) 396-5952
johnsond@duq.edu

## Letter of Consent

July 19, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir or Madam:

I hereby express my strong commitment to continued service to *Clinical Pharmacology & Biopharmaceutics* Journal as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Very truly yours,

David A. Johnson, Ph.D.
Duquesne University
Pittsburgh, PA 15282

Editor-in-Chief
*Clinical Pharmacology & Biopharmaceutics*

Case 2:16-cv-02022-GMN-VCF Document 33-13 Filed 06/02/17 Page 10 of 15




UNIVERSITA' DEGLI STUDI DI CATANIA
CLINICA UROLOGICA
SCUOLA DI SPECIALIZZAZIONE DI UROLOGIA
Direttore: Prof. Giuseppe Morgia

Date, 10/07/2013

As Chairman of the Urologic Unit of the University of Catania, I strongly recommend this journal to be indexed in PubMed

Prof. Giuseppe Morgia


AZIENDA OSPEDALIERO – UNIVERSITARIA "POLICLINICO – VITTORIO EMANUELE"
PRESIDIO "GASPARE RODOLICO"
Via S. Sofia, 78 – 95123 CATANIA
Caposala: Tel. 095.3781277 – Stanza Medici: Tel. 095.3782710 – Infermeria. : Tel. 095.3782712
Per ulteriori informazioni visitare il sito: www.clinicaurologicacatania.it



## Letter of Consent

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical Pharmacology & Biopharmaceuticsas an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Shufeng Zhou, MD, PhD
Associate Vice President of Global Medical Development
Associate Dean of International Research
Professor and Chari, Pharmaceutical Sciences
College of Pharmacy
USF Health

DEPARTMENT OF PHARMACEUTICAL SCIENCES • COLLEGE OF PHARMACY
University of South Florida • 12901 Bruce B. Downs Blvd . Box MDC30 • Tampa, FL 33612
Ph: 813.974.2603 • Fax: 813.905.9885 • www.pharmacy.health.usf.edu



## UC San Diego
### SKAGGS SCHOOL OF PHARMACY AND PHARMACEUTICAL SCIENCES

July 19, 2013

To,
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

### Letter of Consent

I hereby express my great interest in continued service in Journal of Analytical & Bioanalytical Techniques as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

*[signature]*

Rupak Doshi, Ph.D.
Postdoctoral Research Scholar-Employee
Skaggs School of Pharmacy and Pharmaceutical Sciences
University of California, San Diego (UCSD)

Skaggs School of Pharmacy & Pharmaceutical Sciences
UC San Diego Health Sciences • 9500 Gilman Drive, # 0754 • La Jolla, CA 92093
T: 858-822-5817 • F: 858-822-6842 • rudoshi@ucsd.edu

 **SLOVAK ACADEMY OF SCIENCES**
**Institute of Chemistry**
**Center for Glycomics**
Dúbravská cesta 9, 845 38 Bratislava, Slovakia 

To Whom It May Concern:

In my opinion, Glycomics and lipidomix are two scientific areas which will grow markedly in near future. In light of this, I strongly recommend this journal to be indexed in PubMed!

Sincerely,

Dr. Jozef Nahalka

Journal of Glycomics & Lipidomics - editorial board member

Head of Department of Enzymology of Saccharides

Head of Centre of excellence for white-green biotechnology



UNIVERSITÀ
DEGLI STUDI
DI PADOVA

DIPARTIMENTO DI SCIENZE CHIRURGICHE,
ONCOLOGICHE E GASTROENTEROLOGICHE
DISCOG

July 8, 2013

**National Library of Medicine**
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I strongly recommend JOURNAL OF CARCINOGENESIS & MUTAGENESIS to be indexed in PubMed Central.
The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Yours sincerely,

Luca Fabris MD, PhD
Asst Professor Gastroenterology and Hepatology
Department of Surgery, Oncology and Gastroenterology
University of Padua School of Medicine
Via Giustiniani, 2
35128 Padova, Italy
Tel: +39 049 827 8905
Fax: + 39 049 827 8906

Adjunct Assistant Professor
Section of Digestive Disease
Yale University School of Medicine
New Haven, CT, USA



**Institut de recherche
de l'École de biotechnologie de Strasbourg**

Dr. Marc Van Regenmortel
UMR 7242 "Biotechnologie et signalisation cellulaire"
CNRS/University of Strasbourg
vanregen@unistra.fr

July 20, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Recommendation letter for the Journal of AIDS & Clinical Research to be indexed in PubMed**

To Whom It May Concern:

Dear Sir/Madam,

Following my earlier letter sent to you on 10 July 2013 regarding this Journal, I would like to mention that I became its Editor-in-Chief at the beginning of 2011. The Journal of AIDS and Clinical Research (JACR) covers an extremely wide range of scientific and clinical issues in the field of HIV and AIDS and publishes original articles, reviews, case reports, short communications, editorials, as well as special issues devoted to important current aspects of the AIDS epidemic.

I am currently also the Editor-in-Chief of ARCHIVES OF VIROLOGY (since 1999) and JOURNAL OF MOLECULAR RECOGNITION (since 1999), an Executive Editor of ANALYTICAL BIOCHEMISTRY (since 1994), an Associate Editor of ADVANCES IN VIRUS RESEARCH (since 1985), of FRONTIERS IN IMMUNOTHERAPIES AND VACCINES (since 2012), of JOURNAL OF IMMUNOLOGICAL METHODS (since 1994), of ISRN IMMUNOLOGY (since 2011) and of BIONOMINA (since 2011).

I am therefore well acquainted with the process of peer-reviewing in use by the major publishers of scientific journals (Elsevier, Wiley, Springer, Academic Press) and can vouch that the editorial board of JACR carries out a reviewing process of high quality.

The unofficial 2012 impact factor of the Journal was 6,83. This figure was established by dividing the number of articles published in 2010 and 2011, and cited in 2012, based on a search of the Google Scholar Citation Index Database, by the number of articles published in 2010 and 2011. The Index Copernicus Value of the Journal was 5,58.

I have therefore no hesitation to strongly recommend that the Journal of AIDS and Clinical Research be indexed in PubMed Central.

Yours sincerely,

Marc H V Van Regenmortel,
Emeritus CNRS Research Director

IREBS, School of Biotechnology,
University of Strasbourg
France