

TECNOLOGICA
RESEARCH INSTITUTE

Via Enrico Fermi
Loc. Passovecchio zona industriale
88900 - Crotone - Italia
C.F. e P.I. 02595010790
Capitale sociale € 10.000,00
Tel. 0962.930276 - Fax 0962.930362
www.tecnologicasrl.com
E-mail: info@tecnologicasrl.com

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike Bethesda, MD
U.S.A. 20894

## Letter of Consent

*I hereby express my great interest in continued service in Journal of Anaplastology as an Editor.*

*I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.*

**I strongly recommend this journal to be indexed in PubMed Central.** *Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.*

*[signature: Marco Tatullo]*

## Dr. Marco TATULLO, DDS, PhD

*Scientific Director, Tecnologica Research Institute, Biomedical Section, St. E.Fermi, Crotone, Italy*
*Adjunct Professor in the post-graduate Master in "Oral Surgery", Faculty of Medicine, University of Bari, Italy*



# HOFSTRA UNIVERSITY.

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD

July 15, 2013

To Whom It May Concern:

I strongly recommend that the Journal of Community Medicine & Health Education be indexed in PubMed Central.

In my experience with the Journal staff, I have found them to be professional and hard working. The editorial board provided reviewers for the manuscript that I submitted that were helpful and supportive. Overall in my experience those associated with the Journal of Community Medicine & Health Education have developed a professional product that disseminates health research in an open and equitable way. PubMed Central indexing would expand the reach and impact of the research in the Journal and would continue to increase the quality of the submissions. Overall I feel that this would be a benefit for the research community at large.

Sincerely,

*[signature]*

Martine Hackett, Ph.D., MPH
Assistant Professor, Department of Health Professions
School of Health Sciences and Human Services\
Hofstra University
Hempstead, NY



**College of Medicine**  
Department of Neurology

100 South Newell Drive, L3-100  
PO Box 100236  
Gainesville, FL 32610-0236  
352-273-5550 Tel  
352-273-5575 Fax

July 9, 2013

National Library of Medicine  
Building 38A – Room 4N-419  
8600 Rockville Pike  
Bethesda, MD 20894

Dear Sir,

Please allow to express my interest and intent to continue my service as an Editor of the Brain Disorders & Therapy. I further give my consent for the Journal to disclose my affiliation and contact information.

I do not have any conflicts of interest which would interfere with this important service for the scientific, medical, and technological communities.

I strongly recommend that the *Brain Disorders & Therapy* be indexed in PubMed Central. This unique Open Access journal has become an excellent source of information related to Brain disorders and treatment, with many subscribers around the world. The journal staff, authors, and editorial board members have worked very hard to establish this journal as a publication with a high professional standing and thereby I recommend this journal to be indexed in PubMed.

Best Regards,

*Michael F. Waters*

Michael F. Waters, M.D.,Ph.D.  
Assistant Professor of Neurology and Neuroscience  
Chief, Neurovascular Division  
Director, University of Florida Stroke Program  
Associate Medical Director NeuroICU

*The Foundation for The Gator Nation*          *An Equal Opportunity Institution*



**DEPARTMENT OF HEALTH & HUMAN SERVICES**      Public Health Service

Mingyi Wang, MD, PhD
National Institutes of Health
National Institute on Aging
251 Bayview Blvd
Baltimore, Maryland 21224
Φ (410) 558-8112
Γ (410) 558-8150 FAX
Mingyiw@grc.nia.nih.gov

July 22, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam

I hereby express my great interest in continued service in *Cardiovascular Pharmacology: Open Access* as a member of Editorial Board. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

*[signature]*

Mingyi Wang MD, PHD, FAHA

Laboratory of Cardiovascular Science



UNIVERSITY of MICHIGAN ■ COLLEGE of ENGINEERING

Mohamed E.H. ElSayed, Ph.D.
1101 Beal Ave.
2150 Lurie Biomedical Engineering Building
Ann Arbor, MI 48109
Phone: (734) 615-9404; FAX: (734) 647-4834
E-mail: melsayed@umich.edu
Web: http://www.bme.umich.edu/centlab.php

July 9, 2013

## Letter of Consent

To

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bioengineering and Biomedical Sciences as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Mohamed Elsayed*

Director, Cellular Engineering & Nano-Therapeutics Laboratory



Department of Pediatrics

Nancy Louis, M.D.
*Assistant Professor of Pediatrics*

July 12, 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

**Re: Indexing of the Journal of Clinical & Cellular Immunology in PubMed Central**

Dear National Library of Medicine:

I am writing to strongly recommend that the Journal of Clinical & Cellular Immunology be indexed in PubMed Central. The Journal staff and editorial board have worked very hard for the journal to establish its high professional standing. As we continue to promote excellence in our primary research publications, special issues, and review articles, recognition through PubMed Central will support our authors, encourage their continued participation, and help to validate their contributions within the academic community.

Sincerely,

Nancy Louis, MD

Nancy Louis, MD



Emory University School of Medicine
Division of Neonatal-Perinatal Medicine
2015 Uppergate Dr. NE
Atlanta, Georgia 30322

Tel 404-727-3360
Fax 404-727-3236

The Robert W. Woodruff Health Sciences Center
*An equal opportunity, affirmative action university*



**COLUMBIA UNIVERSITY**
*College of Physicians and Surgeons*

**Department of Psychiatry**
1051 Riverside Drive
New York, NY 10032

www.cumc.columbia.edu

Nina B.L. Urban, MD, MSc
Assistant Professor of Clinical Psychiatry
nu2118@columbia.edu
Ph: 212-543-6605

New York City, July 19, 2013

To Whom It May Concern:

I would like to support the request for including the **"Journal of Alcoholism & Drug Dependence"** in the PubMed index. I strongly recommend this journal to be indexed in PubMed.

Sincerely,

Nina Urban, MD, MSc

**Columbia University Medical Center**



**BEN GURION UNIVERSITY OF THE NEGEV**
**P.O.B. 653 BEER SHEVA 84105, ISRAEL**

Noah Isakov, Ph.D.
Joseph H. Krupp professor in Cancer Immunobiology
Head, The Shraga Segal Department of Microbiology, Immunology and Genetics
Ben Gurion University of the Negev
P.O.B. 653, Beer Sheva 84105, Israel
Tel.: 972-8-647-7267
Fax: 972-8-647-7626
E-mail: noah@bgu.ac.il

July 9, 2013

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

Re: **Journal of Clinical & Cellular Immunology**

I would like to highly recommend the consideration of inclusion of the **Journal of Clinical & Cellular Immunology** in PubMed Central.
This Journal is publishing good quality of scientific papers and has a strict reviewing process. In the last few years the Journal has set good standards and established itself among the Immunology Journals.

Sincerely,

*[signature: Noah Isakov]*

Noah Isakov, Ph.D.
Professor and Head
The Shraga Segal Department of Microbiology,
   Immunology and Genetics



**BEN GURION UNIVERSITY OF THE NEGEV**
**P.O.B. 653 BEER SHEVA 84105, ISRAEL**

Noah Isakov, Ph.D.
Joseph H. Krupp professor in Cancer Immunobiology
Head, The Shraga Segal Department of Microbiology, Immunology and Genetics
Ben Gurion University of the Negev
P.O.B. 653, Beer Sheva 84105, Israel
Tel.: 972-8-647-7267
Fax: 972-8-647-7626
E-mail: noah@bgu.ac.il

July 9, 2013

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894


Re: **Journal of Clinical Case Report**

As a member of the Editorial Board of the **Journal of Clinical Case Report**, I would like to highly recommend the consideration of inclusion of the **Journal of Clinical Case Report** in PubMed Central.
This Journal is publishing good quality of scientific papers and has a strict reviewing process. In the last few years the Journal has set good standards and established itself among the Clinical Journals.

Sincerely,

*[signature: Noah Isakov]*

Noah Isakov, Ph.D.
Professor and Head
The Shraga Segal Department of Microbiology,
    Immunology and Genetics

**McLean Hospital** a Harvard Medical School affiliate

*International Consortium for Bipolar*                                                  *Paola Salvatore, M.D.*
*& Psychotic Disorders Research*
Centre Building - G7B
Phone: 617 855 2780
Fax:    617 855 3479
Email: psalvatore@mclean.harvard.edu

9 July 2013

National Library of Medicine
Building 38A – Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

<u>Letter of Consent</u>

I hereby express my great interest in continued service in Journal of Depression & Anxiety as an Author. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*[signature: Paola Salvatore, MD]*

Paola Salvatore, MD

Research Associate in Psychiatry
International Consortium for
Bipolar & Psychotic Disorders Research
McLean Hospital-Harvard Medical School
Belmont MA 02478 U.S.A
Assistant Professor of Psychiatry
Department of Neuroscience
University of Parma
Parma 43100 Italy



July 19, 2013

To:

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

To whom it may concern,

I am a member of the editorial Board of the *Journal of Asthma and Therapy*. Upon assuming this role it was my strong recommendation to the editors of the journal that the *Journal of Asthma and Therapy* be indexed in PubMed Central, and I continue to recommend this activity. The mission of the journal staff and editorial board members is to publish a journal that will be useful to the healthcare community. Their high standards for peer review have made the journal a dependable source of information for clinicians and researchers.

Sincerely,

Patricia Newcomb, PhD, RN
Nurse Scientist, Texas Health Resources
Adjunct faculty, doctoral program, College of Nursing
University of Texas at Arlington
PatriciaNewcomb@texashealth.org
pnewcomb@uta.edu

# UNIVERSITY OF CALIFORNIA, SAN DIEGO

UCSD

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO

SANTA BARBARA • SANTA CRUZ



DEPARTMENT OF BIOENGINEERING
MICROHEMODYNAMICS LABORATORY

9500 GILMAN DRIVE
LA JOLLA, CALIFORNIA 92093-0412

PEDRO CABRALES Ph.D.
ASSISTANT PROFESSOR
pcabrales@ucsd.edu

(858)534-8791

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bioengineering and Biomedical Sciences as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely yours,

*Pedro Cabrales*
Pedro Cabrales



## FACULTY OF MEDICINE | UNIVERSITY OF CALGARY

Dr. PERE SANTAMARIA
Professor, Department of Microbiology and Infectious Diseases,
Chair and Director, Julia McFarlane Diabetes Research Centre,
Health Sciences Centre/HSC-2559
Telephone: (403) 220-8735
Fax: (403) 270-8520
Email: psantama@ucalgary.ca

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD
U.S.A. 20894

### Letter of Recommendation

I hereby express my great interest in continued service in the Journal of Clinical & Cellular Immunology as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Pere Santamaria, MD, PhD
Editorial Board Member

---

3330 Hospital Drive N.W., Calgary, Alberta, Canada T2N 4N1 • www.ucalgary.ca



**Pharmacokinetics & Metabolism Laboratory**
College of Pharmacy & Department of Medicine
Faculties of Health Professions & Medicine, Dalhousie University
5968 College Street, Halifax, Nova Scotia, Canada B3H 4R2
Office: (902)494-3845; Lab: 494-3869; Fax: 494-1396;
Director Email: Pollen.Yeung@Dal.Ca
http://myweb.dal.ca/pkyeung

July 20th, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Re: Letter of consent

I hereby express my great interest in continued service in Cardiovascular Pharmacology: Open Access as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely Yours,

Pollen K. Yeung, Ph.D.
Professor of Pharmacy and Medicine



## College of Pharmacy

07/17/2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Subject: Recommend the Journal of Autacoids to be indexed in PubMed Central**

Dear Committee:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

The journal constantly published high quality research / review articles and the quality surpassed the publications in comparative journals with high impact factor. I strongly endorse this journal. Please let me know with questions.


Sincerely,

Pradeep K. Karla, Ph.D.

Assistant Professor
Department of Pharmaceutical Sciences
College of Pharmacy, Rm 309
Howard University
2300 4th Street NW
Washington D.C. 20059
Ph.No. - 202-806-6543 (o)
Email - pkarla@howard.edu



2300 4th St NW
Washington, DC 20059

Tel: 202-806-6530
Fax: 202-806-4636
www.howard.edu