# Yale University



*Mailing address:*
*Department of Pathology*
*Yale School of Medicine*
*P.O. Box 208023*
*New Haven, CT 06520-8023*
*TEL: (203) 785-6672*
*FAX: (203) 785-2443*

*Shipping address:*
*Department of Pathology*
*Yale School of Medicine*
*310 Cedar Street, BML 348C*
*New Haven, CT 06510-3128*

*Email: qin.yan@yale.edu*

July 22, 2013

To,

National Library of Medicine

Building 38A - Room 4N-419

8600 Rockville Pike

Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical & Experimental Pathology as an editorial board member. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Qin Yan, Ph.D.
Assistant Professor



## Letter of Consent

I hereby express my great interest in continued service in Journal of Depression and Anxiety as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

*[signature]*

...........................................

Electronic/ Normal Signature

Quyen Tiet, Ph.D., Professor/Health Science Specialist/Clinical Associate Professor

Alliant International University/VA Palo Alto HCS/Stanford University School of Medicine

...........................................

Name and Affiliation



# South Dakota State University

College of Agriculture and Biological Sciences

Department of Biology and Microbiology
SNP 252A, Box 2140D,
South Dakota State University
Brookings, SD 57007-2142

From: Radhey S. Kaushik
　　　Professor and Assistant Dept. Head
Phone: 605 688 5501
Fax: 605 688 5624
Email: radhey.kaushik@sdstate.edu

July 19, 2013

**RE: Request for indexing Journal of Clinical & Cellular Immunology (JCCI) in PubMed Central.**

To
National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Clinical & Cellular Immunology (JCCI) as an Editor and Author. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend the Journal of Clinical & Cellular Immunology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely

*[signature]*

(Radhey S Kaushik)

Professor and Assistant Dept. Head



The Office of the Chairman
Rainer W.G. Gruessner, MD, FACS
Professor, Surgery & Immunology

Department of Surgery
1501 N. Campbell Avenue
Tucson, AZ 85724-5066
Tel: (520) 626-5555
Fax: (520) 626-9118
www.surgery.arizona.edu

July 25, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD  20894

To Whom It May Concern:

I strongly recommend that the Journal of Surgery: Current Research be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the Journal to establish its high professional standing.

Sincerely,

Rainer W.G. Gruessner, MD, FACP
Professor and Chairman
Department of Surgery



**DEPARTMENT OF DIETETICS AND NUTRITION**

4301 W. Markham St. #627
Little Rock, AR 72205-7199

501-686-6166 (voice)
501-686-5716 (facsimile)

www.uams.edu/chp/

Reza Hakkak, Ph.D.
Chairman



**UAMS**
COLLEGE OF
HEALTH PROFESSIONS
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

July 10, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Subject: Recommendation for Journal of Cancer Science & Therapy for PubMed Index

I strongly recommend Journal of Cancer Science & Therapy to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Reza Hakkak, Ph.D
Professor and Chair
Department of Dietetics and Nutrition
University of Arkansas for Medical Sciences
4301 West Markham St., Slot # 627
Little Rock, AR 72205
Phone # 501-686-6166



Dr. Şahin DİREKEL  
Assistant Professor,  
Department of Microbiology and Clinical Microbiology  
Giresun University Medical School  
Giresun/ Turkey  
Telephone: (454) 3101621  
Fax: (454) 3101699  
Email: sdirekel@yahoo.com

July 19, 2013  
National Library of Medicine  
Building 38A – Room 4N-419  
8600 Rockville Pike  
Bethesda, MD  
U.S.A.20894

### Letter of Recommendation

I hereby express my great interest in continued service in Journal of Medical Microbiology & Diagnosis as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, Which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and Editorial board members have worked very hard for the journal to establish its high Professional standing.

Sincerely,

Şahin DİREKEL, PhD  
Editorial Board Member



Department of Biostatistics and Bioinformatics

## Letter of Consent

July 8, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894
U.S.A.

**Re: Journal of Biometrics & Biostatistics**

Dear Sir or Madam:

I hereby express my great interest in continued service in Journal of Biometrics & Biostatistics as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

*Shein-Chung Chow*

Shein-Chung Chow, PhD
Professor
Biostatistics and Bioinformatics
Duke University School of Medicine
Tel: 919-668-7523
Fax: 919-668-5888

2424 Erwin Road, Room 11068, Hock Suite 1102 • Durham, North Carolina 27710
DUMC Box 2721 • Durham, North Carolina 27710
Website: http://biostat.duke.edu



Department of Biostatistics and Bioinformatics

## Letter of Consent

July 19, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894
U.S.A.

**Re: Drug Designing: Open Access**

Dear Sir or Madam:

I hereby express my great interest in continued service in **Drug Designing: Open Access** as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Shein-Chung Chow, PhD
Professor
Biostatistics and Bioinformatics
Duke University School of Medicine
Tel: 919-668-7523
Fax: 919-668-5888



July 10, 2013

Dear PubMed Administrators and Managers:

I strongly recommend that *Advances in Pharmacoepidemiology and Drug Safety* be indexed in PubMed.

Thank you for your consideration.

Respectfully submitted,

Sheryl L. Szeinbach, PhD, MS, BSPharm.
Professor, Ohio State University
College of Pharmacy
Columbus, OH 43210

Sivanesan Dakshanamurthy, Ph.D.
Associate Professor of Oncology, and
Clinical & Experimental Therapeutics
Program,
Email: sd233@georgetown.edu
Ph:   (202) 687 2347 (W)



Lombardi Comprehensive Cancer Center
Georgetown University Medical Center
3800 Reservoir Road, N.W.
Washington, D.C. 20057

July 08, 2013

I strongly recommend Journal of Cancer Science & Therapy to PudMed indexing. The editorial board members and journal staff have worked very hard for the journal to establish its high professional standing and there by recommending this journal to be indexed in PubMed.

Sincerely,

Sivanesan Dakshanamurthy, Ph.D.

NCI
CCC
**NCI Comprehensive Cancer Center**