# RUTGERS

Center of Alcohol Studies
Rutgers, The State University of New Jersey
607 Allison Road
Piscataway, NJ 08854-8001

Tel: 732-445-2190
Fax: 732-445-3500

7/22/13

To Whom It May Concern:

I am on the editorial board of the Journal of Alcoholism and Drug Dependence.

I strongly recommend this journal to be indexed in PubMed.

Sincerely,

*Suchismita Roy*

Suchismita Ray, Ph.D.
Assistant Research Professor
Center of Alcohol Studies
Rutgers, The State University of New Jersey
607 Allison Road,
Piscataway, NJ 08854
Phone: 732-445-4261
Fax: 732-445-3500
Email: shmita@rci.rutgers.edu

# UNIVERSITY of HOUSTON

**College of Pharmacy**
Department of Clinical Sciences
and Administration

July 18, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD  20894

I hereby express my great interest in continued service in Journal of Clinical Trials as an Editor. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central.  Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Susan M Abughosh, PhD
Assistant Professor
University of Houston
College of Pharmacy
1441 Moursund Street
Houston, TX 77030
832-842-8395
832-842-8383 (Fax)
smabughosh@uh.edu

**YOU ARE THE PRIDE**



**Department of Ophthalmology**
**Hokkaido University Graduate School of Medicine**

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

July 9, 2013

Dear Madam/ Sir,

I am writing to you with regard to the Journal of Clinical & Experimental Ophthalmology, of which I have undertaken the editorial board member and the organizing committee member.

I strongly recommend the Journal of Clinical & Experimental Ophthalmology to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

I sincerely hope that you will kindly accept this recommendation.
Thank you in advance for your cooperation and attention to this matter.

Sincerely,

Susumu Ishida, MD, PhD

Professor and Chairperson
Department of Ophthalmology
Hokkaido University Graduate School of Medicine

**N-15, W-7, Kita-ku, Sapporo 060-8638, Japan**
**Tel: +81-11-706-5944   FAX: +81-11-706-5948**



**THE UNIVERSITY OF SYDNEY**

Discipline of Behavioural and Social Sciences in Health
Faculty of Health sciences

ABN 15 211 513 464

**Dr Syeda Zakia Hossain**
*Senior lecturer*

Room T310
C42 - Cumberland Campus
The University of Sydney
Lidcombe
NSW 2141 Australia
Telephone: +61 2 9351 9340
Facsimile: +61 2 9351 9540
Email: zakia.hossain@sydney.edu.au
Web: http://www.fhs.usyd.edu.au/

10th July 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**Subject: Journal of Community Medicine and Health Education**

Dear Sir/Madam

I am writing you to in my capacity as an editorial board member of the Journal of Community Medicine and Health Education. I have been working with the Journal from its inception and am well aware about its regular release of issues and the quality of manuscripts that have published so far. The peer review process of the journal has been undertaking by highly qualified experts in the field and the time frame of publications of the articles submitted in the journal is much faster compared to many international peer reviewed journals. I understand the journal publishing committee is submitting an application for indexing of the journal in PMC and I support their application.

I strongly recommend that the Journal Community Medicine and Health Education to be indexed in PubMed Central. The Journal staff and the editorial board members have been working hard and efficiently for the journal to establish its high professional standing.

Should you have any query about the journal quality and its publications please do not hesitate to contact me via email. Thank you in anticipation.

Yours sincerely,



# GEORGETOWN UNIVERSITY MEDICAL CENTER

LOMBARDI COMPREHENSIVE CANCER CENTER
*Research • Education • Treatment*

*Vicente Notario, Ph.D.*
**Director, Division of Radiation Research**
**Department of Radiation Medicine**
**Room E215, Research Building**
**Box 571482**
**3970 Reservoir Rd., NW**
**Washington, DC 20057**

*Telephone: (202) 687-2102*
*Fax: (202) 687-3307*
*Email: notariov@georgetown.edu*

July 23, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD 20894

**Re.: Application for PubMed Indexing by the Journal of Cancer Science & Therapy**

Dear Madam/Sir,

I am writing this letter to state my support of the application for indexing in PubMed submitted by the Journal of Cancer Science & Therapy (JCST, ISSN 1948-5956). Since its first release in 2009, the JCST has made important progress and demonstrated a clear ability to maintain a consistent schedule for the timely release of regular issues as well as special mono-thematic issues. Currently in its volume 5, the JCST has published many articles of interest to scientists both in the United States and abroad.

The JCST has already satisfied the criteria to be indexed by a number of databases, such as CrossRef (which assigns a DOI to every published article), PubsHub, SCOPUS, Socolar, EBSCO, Chemical Abstracts, Index Copernicus, HINARI, and Scirus. In addition, a number of JCST papers reporting NIH-funded research have been published in PubMed Central.

By supporting the Bethesda Statement on Open Access Publishing, the Journal of Cancer Science & Therapy reaches a world wide audience and increases the visibility and impact of published work. The Journal of Cancer Science & Therapy follows the Creative Commons Attribution License and Scholars Open Access publishing policies, which permit anyone to copy, distribute, transmit and adapt the work provided the original work and source is appropriately cited. Consequently, by providing barrier-free access to the research literature, it greatly contributes to the progress in scientific and technical disciplines.

(contd.)

Case 2:16-cv-02022-GMN-VCF    Document 33-16    Filed 01/07/17    Page 6 of 12

| Natl. Library of Medicine | JCST Application for PubMed Indexing | Page 2 |

I strongly endorse the Open Access publishing movement and support the application by the Journal of Cancer Science & Therapy for indexing in PubMed with the strongest possible enthusiasm and without reservation.

Please, do not hesitate to contact me if additional information regarding this matter were needed.

Sincerely,

*[signature]*

Vicente Notario, Ph.D.

Professor, Radiation Medicine, and of
   Biochemistry and Molecular & Cellular Biology
Chief, Laboratory of Experimental Carcinogenesis
Leader, Molecular Oncology Program



July 18, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir or Madam,

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Yours sincerely,

Weiya Ma, MD, PhD.
Assistant Professor
Douglas Mental Health University Institute and Dept. of Psychiatry
McGill University
Tel. 514-761-6131, ext.2935
Fax. 514-762-3034
E-mail address: weiya.ma@douglas.mcgill.ca; weiya.ma2@mcgill.ca

Centre de recherche de l'Hôpital Douglas | 6875, boulevard LaSalle | Montréal (Québec) | H4H 1R3 | Téléphone : 514 761-6131 | www.douglas.qc.ca



Affilié à l'Université McGill
Affiliated with McGill University

Centre collaborateur OMS de Montréal pour la recherche et la formation en santé mentale
Montreal WHO Collaborating Centre for Research and Training in Mental Health



**Department of Medical Pharmacology and Physiology**

University of Missouri-Columbia
**School of Medicine**

William Durante, Ph.D.
Professor

M409 Medical Sciences Building
Columbia, MO 65212

PHONE (573) 882-3886
FAX (573) 884-4276
durantew@health.missouri.edu

July 9, 2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Madam/Sir:

I strongly recommend the Journal of Autacoids to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

William Durante

William Durante, PhD, FAHA
Professor

 THE UNIVERSITY OF
BRITIE COLUMBIA

 **Brain Research Centre**

**Dr. William Jia**, PhD
Principle Investigator
Associate Professor
Brain Research Centre
2211 Wesbrook Mall
Vancouver, B.C. Canada   V6T 2B5
Tel: (604) 822-0728
Email: wjia@mail.ubc.ca

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

Dear Sir/Madam

I strongly recommend this journal to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Regards

William Jia, PhD
Associate Professor



PHARMACAL
SCIENCES

AUBURN UNIVERSITY

HARRISON SCHOOL
OF PHARMACY

July 10, 2013

Gracia S Oliver
Editorial Assistant
Clinical Pharmacology & Biopharmaceutics
Pharmaceutical Sciences Journals: OMICS Group
731 Gull Ave, Foster City, CA 94404, USA
Phone: +1-650-268-9744
Fax: +1-650-618-1414
E-mail: editor.cpb@omicsonline.org

Dear Dr. Oliver:

I strongly recommend that the **Clinical Pharmacology & Biopharmaceutics** be indexed in PubMed. It would be of great value to the biomedical research community to have this journal available via PubMed.

Sincerely,

William R. Ravis, PhD, FCP
Professor
Pharmacal Sciences

4306 Walker Building, Auburn, AL 36849-5309; Telephone: 334-844-4037; Fax: 334-844-8331
www.auburn.edu | www.pharmacy.auburn.edu



**The University of Texas**
**Health Science Center at Houston**

Medical School
Department of Internal Medicine, Division of Rheumatology
Xiaodong Zhou MD.
Associate Professor of Internal Medicine
6431 Fannin, MSB5.270, Houston Texas 77030
Phone: 713-500-6900, Fax: 713-500-0580

7/2/2013

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

**As an editorial board member, I strongly recommend Rheumatology: Current Research to be indexed in PubMed Central. The Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.**

Sincerely

Xiaodong Zhou M.D.
Associate Professor
Director of Research Laboratory in Rheumatology and Clinical Immunogenetics
University of Texas Medical School at Houston

 Health

Department of Pathology
1.116 Keiller Bldg.
301 University Blvd.
Galveston, Texas 77555-0609
O 409.772.2856  F 409.772.2500
W utmb.edu

**Letter of Consent**

To

National Library of Medicine
Building 38A - Room 4N-419
8600 Rockville Pike
Bethesda, MD U.S.A. 20894

I hereby express my great interest in continued service in Journal of Bacteriology & Parasitology as an Editor (or) Author (or) Reviewer. I further give my consent to disclose by the Journal my affiliation and contact information. I do not have any conflict of interest, which would interfere with this important service for science, medicine, and technology communities.

I strongly recommend this journal to be indexed in PubMed Central. Journal staff and editorial board members have worked very hard for the journal to establish its high professional standing.

Sincerely,

Xue-jie Yu, MD, Ph.D

Professor

Department of Pathology

University of Texas Medical Branch

Galveston, Texas 77555-0609.

utmb.edu  Working together to work wonders.  The University of Texas Medical Branch  *Member, Texas Medical Center*