1  D. NEAL TOMLINSON
   Nevada Bar No. 06851
2  neal@hyperionlegal.com
   KRISTINA R. KLEIST
3  Nevada Bar No. 13520
   kristina@hyperionlegal.com
4  Hyperion Advisors
   3960 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 990-3901
6  Fax: (702) 999-3501

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | (FIRST REQUEST) |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. On February 27, 2018, Plaintiff filed its Motion to Compel to Determine the Sufficiency of Answers to Requests for Admission (Dkt. No. 66).
2. On March 6, 2018, a hearing on Plaintiff's Motion to Compel (Dkt. No. 63) and Motion to Compel to Determine the Sufficiency of Answers to Requests for Admissions (Dkt. No. 66) was set for April 2, 2018.
3. At 9am (IST) March 13, 2018, Plaintiff took the deposition of Defendant Srinubabu Gedela at the offices of Omics International in Hyderabad, Telangana, India.

4. As a professional courtesy and in accommodation of defense counsel traveling to India for Dr. Gedela's deposition, Plaintiff's counsel has agreed to an extension of the March 13, 2018 response deadline for the Motion to Compel to Determine the Sufficiency of Answers to Requests for Admissions (Dkt. No 66).

5. The parties have agreed that Defendants will file their response no later than March 19, 2018.

6. This Stipulation is being made in good faith between and at the request of both Parties, and not for purposes of delay.

| | |
|---|---|
| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
| Dated this 14th day of March, 2017. | Dated this 14th day of March, 2017. |
| /s/ *D. Neal Tomlinson* | /s/ *Gregory A. Ashe (with permission)* |
| D. NEAL TOMLINSON<br>Nevada Bar No. 06851<br>KRISTINA R. KLEIST<br>Nevada Bar No. 13520<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 | DAVID C. SHONKA<br>Acting General Counsel<br>GREGORY A. ASHE<br>MICHAEL E. TANKERSLEY<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this \_\_14th\_\_ day of \_\_\_\_March_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*
D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE (FIRST REQUEST)** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ *D. Neal Tomlinson*
Attorney for Defendants