D. NEAL TOMLINSON
Nevada Bar No. 06851
neal@hyperionlegal.com
KRISTINA R. KLEIST
Nevada Bar No. 13520
kristina@hyperionlegal.com
Hyperion Advisors
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3901
Fax: (702) 999-3501

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> OMICS GROUP INC., et al., <br><br> Defendants. | Case No. 2:16-cv-02022-GMN-VCF <br><br> DECLARATION OF D. NEAL TOMLINSON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF ANSWERS TO REQUESTS FOR ADMISSION |

I, D. Neal Tomlinson, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over the age of 21. I reside in Las Vegas, Nevada, and am counsel of record for the Defendants in this action.

2. I received via email on December 21, 2017 an email from Michael Tankersley with a document entitled "FTC v OMICS_Third Requests for Admissions" containing nineteen numbered requests with fifteen of those requests containing two additional sub-requests.

3. I received via email on January 31, 2018 an email from Michael Tankersley with a document entitled "FTC v OMICS_4th Requests for Admissions" containing 80 separate requests, with one specifically containing 872 separate urls for Defendants to verify.

4. I received via email on February 14, 2018 an email from Michael Tankersley with a document entitled "FTC v OMICS_5th Request for Admissions" containing an additional 116 separate requests.

5. During this time, myself and my firm have had numerous communications with Defendants via email and phone conference to discuss initially the requests, and thereafter many questions and clarifications posed by Defendants.

6. Plaintiff scheduled the deposition of Defendant Srinubabu Gedela for March 13, 2018 to take place via telephone conference wherein Plaintiff's counsel was located in Washington D.C. and Defendant was located in India.

7. I travelled from Las Vegas, Nevada to Hyderabad, India for the deposition.

8. On March 12, 2018 I provided a letter to Mr. Tankersley and Mr. Ashe addressing the status of each identified issue still outstanding with respect to discovery.

9. At the time Plaintiff filed the subject Motion, undersigned counsel had been and continues to work with the Defendants to provide full and detailed responses.

10. Plaintiff's counsel is fully aware that all Defendants are located in India, and that language, time zones and geographical barriers have presented significant challenges for all involved.

11. Indeed, the deposition of Defendant Srinubabu Gedela highlighted the severity of the challenges involved, as even the Plaintiff's court reporter described the process as follows:

> As you are aware, this was a difficult deposition. There are some indiscernible areas where I simply could not make out Dr. Gedela's attempt to speak English. Being on the phone made the process more difficult, as it is easier to interrupt and request a restatement and understand a person when you can see them speak. I am hopeful that Dr. Gedela will make a thorough review of his transcript and correct any errors that I am extremely confident were made. I honestly did the best I could, and have had two other experienced reporters here listen to the audio file and help make the transcript as accurate as possible.

12. Based on the above, Plaintiff's counsel has not met its burden to provide the proper certification required by court rules, as the parties have never reached an impasse.

13. Both Defendants and undersigned counsel have acted in good faith to provide meaningful discovery responses, have not intentionally caused delay, and at all times agreed to provide supplemental responses.

I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed this 19th day of March, 2018, in Las Vegas, Nevada.

          /s/ *D. Neal Tomlinson*
          D. Neal Tomlinson