D. NEAL TOMLINSON
Nevada Bar No. 06851
neal@hyperionlegal.com
KRISTINA R. KLEIST
Nevada Bar No. 13520
kristina@hyperionlegal.com
Hyperion Advisors
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3901
Fax: (702) 999-3501

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | (FIRST REQUEST) |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. On March 23, 2018, Plaintiff filed its Motion for Sanctions Regarding Solicitation Evidence (Dkt. No. 72).
2. On April 2, 2018, a hearing took place on Plaintiff's Motion to Compel (Dkt. No. 63) and Motion to Compel to Determine the Sufficiency of Answers to Requests for Admissions (Dkt. No. 66).
3. On April 4, 2018, a Minute Order was issued granting Plaintiff's Motions and requiring Defendants to provide complete responses.

Page 1

4. Additionally, pursuant to the Minute Order, the parties are required to file a joint status report concerning any outstanding discovery by April 23, 2018 and thereafter a hearing will be set on Plaintiff's Motion for Sanctions.

5. Following the hearing, a conference was held between Plaintiff's counsel, Defendants' counsel, and Mr. Kishore Vattikoti, Defendants' Indian counsel, to identify and discuss all discovery issues.

6. Defendants and their counsel have been working since the hearing and conference held on April 2, 2018 to thoroughly review and address each discovery response as identified in the Motions and by Plaintiff's counsel to respond while Mr. Vattikoti is in the United States.

7. As a professional courtesy and in accommodation of Defendants' and their counsel addressing the Order on Plaintiff's Motions, and other discovery issues identified by Plaintiff, Plaintiff's counsel has agreed to an extension of the April 6, 2018 response deadline for the Motion to for Sanctions Regarding Solicitation Evidence (Dkt. No. 72).

8. The parties have agreed that Defendants will file their response no later than April 16, 2018.

9. This Stipulation is being made in good faith between and at the request of both Parties, and not for purposes of delay.

| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
|---|---|
| Dated this 6th day of April, 2017. | Dated this 6th day of April, 2017. |
| /s/ *D. Neal Tomlinson* | /s/ *Michael E. Tankersley* |
| D. NEAL TOMLINSON<br>Nevada Bar No. 06851<br>KRISTINA R. KLEIST<br>Nevada Bar No. 13520<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 | DAVID C. SHONKA<br>Acting General Counsel<br>GREGORY A. ASHE<br>MICHAEL E. TANKERSLEY<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

# **ORDER**

**IT IS SO ORDERED.**

Dated this <u>9th</u> day of <u>April</u>, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*
D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE (FIRST REQUEST)** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ *D. Neal Tomlinson*
Attorney for Defendants