D. NEAL TOMLINSON
Nevada Bar No. 06851
neal@hyperionlegal.com
KRISTINA R. KLEIST
Nevada Bar No. 13520
kristina@hyperionlegal.com
Hyperion Advisors
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3901
Fax: (702) 999-3501

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | (SECOND REQUEST) |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. On March 23, 2018, Plaintiff filed its Motion to for Sanctions Regarding Solicitation Evidence (Dkt. No. 72).

2. On April 2, 2018, a hearing took place on Plaintiff's Motion to Compel (Dkt. No. 63) and Motion to Compel to Determine the Sufficiency of Answers to Requests for Admissions (Dkt. No. 66).

3. On April 4, 2018, a Minute Order was issued granting Plaintiff's Motions and requiring Defendants to provide complete responses.

4. Additionally, pursuant to the Minute Order, the parties are required to file a joint status report concerning any outstanding discovery by April 23, 2018 and thereafter a hearing will be set on Plaintiff's Motion for Sanctions.

5. Following the hearing, a conference was held between Plaintiff's counsel, Defendants' counsel, and Mr. Kishore Vattikoti, Defendants' Indian counsel, to identify and discuss all discovery issues.

6. While Mr. Vattikoti was in the United States, Defendants and counsel reviewed and provided revised responses to Plaintiff's discovery requests as required by the Order and as discussed in the conference which took place thereafter.

7. As a professional courtesy and in accommodation of Defendants' and their counsel addressing the Order on Plaintiff's Motions, and other discovery issues identified by Plaintiff, Plaintiff's counsel agreed to an extension of the April 6, 2018 response deadline for the Motion to for Sanctions Regarding Solicitation Evidence (Dkt. No. 72) which was granted by this Court (Dkt. No. 75).

8. Plaintiff provided Defendants with a letter on April 10, 2018 regarding Defendants' revised responses.

9. As a professional courtesy, Plaintiff's counsel will accommodate an additional extension request due to Defendants' continued efforts to address all of Plaintiff's concerns regarding discovery.

10. The parties have agreed that Defendants will file their response no later than April 20, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11. This Stipulation is being made in good faith between and at the request of both Parties, and not for purposes of delay.

| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
|---|---|
| Dated this 16th day of April, 2017. | Dated this 16th day of April, 2017. |
| /s/ *D. Neal Tomlinson* | /s/ *Michael E. Tankersley* |
| D. NEAL TOMLINSON | DAVID C. SHONKA |
| Nevada Bar No. 06851 | Acting General Counsel |
| KRISTINA R. KLEIST | GREGORY A. ASHE |
| Nevada Bar No. 13520 | MICHAEL E. TANKERSLEY |
| 3960 Howard Hughes Parkway, Suite 500 | Federal Trade Commission |
| Las Vegas, Nevada 89169 | 600 Pennsylvania Avenue NW |
| | Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

Dated this _16th_ day of _April_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*
D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE (SECOND REQUEST)** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ D. Neal Tomlinson*
Attorney for Defendants