1  D. NEAL TOMLINSON
   Nevada Bar No. 06851
2  neal@hyperionlegal.com
   KRISTINA R. KLEIST
3  Nevada Bar No. 13520
   kristina@hyperionlegal.com
4  Hyperion Advisors
   3960 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 990-3901
6  Fax: (702) 999-3501

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. On March 23, 2018, Plaintiff filed its Motion for Sanctions Regarding Solicitation Evidence (Dkt. No. 72).
2. On April 2, 2018, a hearing took place on Plaintiff's Motion to Compel (Dkt. No. 63) and Motion to Compel to Determine the Sufficiency of Answers to Requests for Admissions (Dkt. No. 66).
3. On April 4, 2018, a Minute Order was issued granting Plaintiff's Motions and requiring Defendants to provide complete responses (Dkt. No. 73).

4. Additionally, pursuant to the Minute Order, the parties are required to file a joint status report concerning any outstanding discovery by April 23, 2018 and thereafter a hearing will be set on Plaintiff's Motion for Sanctions. The Scheduling Order in this action also provides that the deadline for dispositive motions is April 23, 2018. (Dkt. No. 57).

5. Plaintiff and Defendants have exchanged multiple communications since the April 2, 2018 hearing regarding Plaintiff's outstanding discovery concerns.

6. Currently, Defendants provided Plaintiff with a letter response to Plaintiff's April 10, 2018 letter on April 19, 2018 and are formulating additional revised written responses to rectify multiple concerns addressed in the April 10, 2018 letter.

7. Plaintiff has agreed to, and this Court has granted, two extensions of time for Defendants to respond to Plaintiff's Motion for Sanctions that have extended this date to April 20, 2018 (Dkt. Nos. 75, 78).

8. Defense counsel has been dealing with an unexpected family medical emergency and is in need of additional time to finalize Defendants' revised discovery responses, Defendants' Opposition to Plaintiff's Motion for Sanctions, and prepare for other upcoming deadlines.

9. As a courtesy and accommodation, Plaintiff's counsel has agreed to extend to April 27, 2018, three deadlines that currently call for filings on April 20 and 23: the deadline for Defendants to file an opposition to Plaintiff's Motion for Sanctions, the deadline for both parties to file dispositive motions, and the deadline to file the joint status report on Defendants' responses to discovery addressed at the April 2, 2018 hearing.

10. If the requested extension is granted, the parties will file an initial joint status report on April 23, 2018 concerning the discovery addressed at the April 2, 2018 hearing (Dkt. No. 73).

11. This Stipulation is being made in good faith between and at the request of both Parties, and not for purposes of delay.

| | |
|---|---|
| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
| Dated this 20th day of April, 2017. | Dated this 20th day of April, 2017. |
| /s/ *D. Neal Tomlinson* | /s/ *Michael E. Tankersley* |
| D. NEAL TOMLINSON<br>Nevada Bar No. 06851<br>KRISTINA R. KLEIST<br>Nevada Bar No. 13520<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 | DAVID C. SHONKA<br>Acting General Counsel<br>GREGORY A. ASHE<br>MICHAEL E. TANKERSLEY<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **ORDER**

Pursuant to the stipulation of the parties, the deadline for Defendants to file an opposition to Plaintiff's Motion for Sanctions, the deadline for both parties to file dispositive motions, and the deadline for the parties' joint status report on Defendants' responses to discovery addressed at the April 2, 2018 hearing are hereby extended to April 27, 2018.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*

D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ *D. Neal Tomlinson*
Attorney for Defendants