1  D. NEAL TOMLINSON
   Nevada Bar No. 06851
2  neal@hyperionlegal.com
   KRISTINA R. KLEIST
3  Nevada Bar No. 13520
   kristina@hyperionlegal.com
4  Hyperion Advisors
   3960 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 990-3901
6  Fax: (702) 999-3501

7  *Attorneys for Defendants*

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8
9              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
10

11  FEDERAL TRADE COMMISSION,          Case No. 2:16-cv-02022-GMN-VCF

12          Plaintiff,                  ORDER

13      v.                              STIPULATION AND [PROPOSED]
                                        ORDER TO EXTEND RESPONSE
14  OMICS GROUP INC., et al.,           DEADLINE

15          Defendants.

16

17      Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC,

18  and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and

19  Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of

20  record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

21      1. On March 23, 2018, Plaintiff filed its Motion to for Sanctions Regarding Solicitation

22         Evidence (Dkt. No. 72).

23      2. On April 2, 2018, a hearing took place on Plaintiff's Motion to Compel (Dkt. No. 63)

24         and Motion to Compel to Determine the Sufficiency of Answers to Requests for

25         Admissions (Dkt. No. 66).

26      3. On April 4, 2018, a Minute Order was issued granting Plaintiff's Motions and

27         requiring Defendants to provide complete responses (Dkt. No. 73).

28

4. Additionally, pursuant to the Minute Order, the parties were required to file a joint status report concerning any outstanding discovery by April 23, 2018 and thereafter a hearing will be set on Plaintiff's Motion for Sanctions. The Scheduling Order in this action also provides that the deadline for dispositive motions is April 23, 2018. (Dkt. No. 57).

5. Counsel for Plaintiff and Defendants met following the April 2, 2018 hearing, and since that time have exchanged multiple communications regarding Plaintiff's outstanding discovery concerns.

6. On April 7, 2018, Defendants provided Plaintiff with revised discovery responses in follow up to their April 2, 2018 meeting.

7. On April 10, 2018, Plaintiff provided Defendants with a letter outlining remaining discovery issues.

8. On April 19, 2018, Defendants provided Plaintiff with a letter clarifying certain discovery responses in response to Plaintiff's April 10, 2018 letter.

9. On April 23, 2018, the parties filed their initial Joint Status Report (Dkt. No. 82).

10. On April 24, 2018, Defendants provided Plaintiff with revised discovery responses relating to the above-referenced April 10, 2018 discovery letter from Plaintiff and in follow up to Defendants' letter of April 19, 2018.

11. On April 26, 2018, Plaintiff sent Defendants a follow up discovery letter outlining its remaining discovery concerns, which has narrowed the outstanding discovery issues.

12. Plaintiff has agreed to, and this Court has granted, extensions of time for Defendants to respond to Plaintiff's Motion for Sanctions, the parties to file dispositive motions, and the parties' final joint status report on Defendants' responses to discovery that have extended this date to April 27, 2018 (Dkt. Nos. 75, 78, 80).

13. Defense counsel has been dealing with an unexpected family medical emergency which has required counsel to be out of the office, and additional time is needed to respond to Plaintiff's discovery letter of April 26, 2018, Defendants' Opposition to Plaintiff's Motion for Sanctions, and the parties' dispositive motion deadline.

14. As a courtesy and accommodation, Plaintiff's counsel has agreed to extend to May 1, 2018, three deadlines that currently call for filings on April 27: the deadline for Defendants to file an opposition to Plaintiff's Motion for Sanctions, the deadline for both parties to file dispositive motions, and the deadline to file the joint status report on Defendants' responses to discovery addressed at the April 2, 2018 hearing.

15. This Stipulation is being made in good faith between and at the request of both parties, and not for purposes of delay.

HYPERION ADVISORS

Dated this 26th day of April, 2017.

/s/ D. Neal Tomlinson
_____

D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA R. KLEIST
Nevada Bar No. 13520
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

*Attorneys for Defendants*

FEDERAL TRADE COMMISSION

Dated this 26th day of April, 2017.

/s/ Michael E. Tankersley
_____

DAVID C. SHONKA
Acting General Counsel
GREGORY A. ASHE
MICHAEL E. TANKERSLEY
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850

*Attorneys for Plaintiff*

## ORDER

Pursuant to the stipulation of the parties, the deadline for Defendants to file an opposition to Plaintiff's Motion for Sanctions, the deadline for both parties to file dispositive motions, and the deadline for the parties' final joint status report on Defendants' responses to discovery addressed at the April 2, 2018 hearing are hereby extended to May 1, 2018.

**IT IS SO ORDERED.**

Dated this 27ᵗʰ day of _____April_____, 2018.

_____

~~DISTRICT JUDGE~~

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*

D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ D. Neal Tomlinson
Attorney for Defendants