ALDEN F. ABBOTT
Acting General Counsel
MICHAEL E. TANKERSLEY
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-2991 (Tankersley)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: mtankersley@ftc.gov, gashe@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV-S-2:16-02022-GMN (VCF) |
| Plaintiff, | |
| v. | |
| OMICS GROUP INC., *et al*., | |
| Defendants. | |

**FTC'S MOTION COMPEL DEFENDANTS TO PRODUCE DOCUMENTS**

Plaintiff Federal Trade Commission ("FTC") hereby moves, pursuant to Federal Rule of Civil Procedure Rule 37(b)(2) to compel Defendants to produce documents. Specifically, the FTC requests that the Court direct Defendants to (a) produce, within seven days of the Court's ruling, all documents responsive to Request 1 concerning Editorial Manager, and Requests 6 and

1

8 of the FTC's Request for Production Regarding Codes/Substantiation (Feb. 16, 2018); and (b) provide a verified, detailed description of steps taken to locate and produce responsive records in their possession, custody or control.

The contested discovery responses, authorities supporting and grounds for this motion are set forth in the **FTC'S Motion for Discovery Sanctions Against Defendant Gedela and to Compel Defendants to Produce Documents** (ECF No. 92)

Dated:  May 9, 2018                              Respectfully submitted,

ALDEN F. ABBOTT
Acting General Counsel
*/s/ Michael E. Tankersley*
IOANA RUSU GORECKI
GREGORY A. ASHE
MICHAEL E. TANKERSLEY
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-2077 (Gorecki)
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-2991 (Tankersley)
Facsimile: 202-326-3768
Email: igorecki@ftc.gov, gashe@ftc.gov,
mtankersley@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2018, a true and correct copy of FTC'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/Michael E. Tankersley*_____
Attorney for Plaintiff Federal Trade Commission