# EXHIBIT 1

## EXCERPTS FROM DEPOSITION OF SRINUBABU GEDELA

Exhibit 1 - 1

```
 1                UNITED STATES DISTRICT COURT
 2                     DISTRICT OF NEVADA
 3
 4   FEDERAL TRADE COMMISSION,              )
 5              Plaintiff,                  )
 6        v.                                )
 7   OMICS GROUP INC., a Nevada             )   Case No.
 8   corporation, also d/b/a OMICS          )   2:16-CV-02022
 9   PUBLISHING GROUP, iMEDPUB LLC, a       )
10   Delaware corporation, CONFERENCE       )
11   SERIES LLC, a Delaware corporation,    )
12   and SRINUBABU GEDELA,                  )
13              Defendants.                 )
14
15
16                          Monday, March 12, 2018
17
18                          Room 1001
19                          Federal Trade Commission
20                          400 Seventh Street, SW
21                          Washington, DC 20024
22
23         The above-entitled matter came on for
24   deposition, pursuant to notice, at 11:46 p.m., Eastern
25   Standard Time.
```

Exhibit 1 - 2

```
                                                               2
                          Gedela
FTC v. OMICS Group, Inc., et al.                       3/13/2018

 1   APPEARANCES:
 2
 3   ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 4        MICHAEL E. TANKERSLEY, ESQ.
 5        GREGORY ASHE, ESQ.
 6        Federal Trade Commission
 7        600 Pennsylvania Avenue, NW
 8        Room H-238
 9        Washington, DC 20580
10        (202) 326-2991
11        mtankersley@ftc.gov
12        gashe@ftc.gov
13
14   ON BEHALF OF DEFENDANTS (Via Telephone):
15        NEIL TOMLINSON, ESQ.
16        Hyperion Advisors
17        Hughes Center
18        3960 Howard Hughes Parkway, Suite 500
19        Las Vegas, Nevada 89169
20        (702) 327-6859
21        neal@hyperionlegal.com
22
23   ALSO PRESENT:
24        Kishore Vattikoti
25        Soni Chidurala
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 1 - 3

```
 1                    FEDERAL TRADE COMMISSION
 2                           I N D E X
 3
 4     WITNESS:                                         EXAMINATION:
 5     Srinubabu Gedela
 6
 7
 8     EXHIBITS           DESCRIPTION                   FOR ID
 9     Number 1      Declaration of Srinubabu             52
                    Gedela
10
       Number 2      Supplemental Declaration of          53
11                  Srinubabu Gedela
12     Number 3      Introduction and Why OMICS           77
                    Started
13
       Number 5      Defendant Gedela's Revised          176
14                  Responses to FTC's First
                    Set of Interrogatories
15
       Number 6      Defendant Conference Series         152
16                  LLC Revised Responses to
                    FTC's First Set of
17                  Interrogatories
18     Number 8      OMICS Group - Organization          113
                    Structure
19
       Number 9      OMICS/PULSUS Structure With         125
20                  Roles, Responsibilities of
                    Senior Vice President
21
       Number 10     Structure with Roles,               127
22                  Responsibilities of Vice
                    President - (Journals
23                  Department - Operations)
24
25
```

4

Gedela

FTC v. OMICS Group, Inc., et al.                                       3/13/2018

| | EXHIBITS | DESCRIPTION | FOR ID |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| | Number 12 | OMICS Group Brochure | 134 |
| 3 | | | |
| | Number 13 | OMICS International conferenceseries.com with Gedela CEO's Statement | 140 |
| 4 | | | |
| 5 | | | |
| | Number 14 | OMICS International Brochure | 142 |
| 6 | | | |
| 7 | Number 15 | Cision PR Newswire 1/31/18 | 146 |
| 8 | Number 16 | 2nd World Congress on Midwifery and Women's Health | 149 |
| 9 | | | |
| 10 | Number 17 | Meetings International Snapshot | 168 |
| 11 | | | |
| | Number 18 | Trade Science Inc. Contact Us Page | 173 |
| 12 | | | |
| 13 | Number 19 | Attachment 6, Jeffrey Beall Blogs | 99 |
| 14 | | | |
| | Number 44 | Editorial Manager Service Agreement | 190 |
| 15 | | | |
| 16 | Number 46 | Attachment B Financial Statement of Corporate Defendant | 155 |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

```
 1              P R O C E E D I N G S
 2                   -   -   -   -   -
 3         MR. TANKERSLEY:  We are here in Washington for a
 4   telephonic deposition.  This is Michael Tankersley and
 5   Greg Ashe in Washington, D.C., counsel for the Federal
 6   Trade Commission in Federal Trade Commission versus
 7   OMICS Group Inc., pending in the United States District
 8   Court for the District of Nevada, Case Number 2:16-2022.
 9         Neal, would you like to give your location and
10   the appearances for your end of the telephone call?
11         MR. TOMLINSON:  Sure.  This is Neal Tomlinson,
12   I'm counsel for the Defendants in the matter referenced
13   by Mr. Tankersley.  I'm here with the deponent, Dr.
14   Gedela, and I'll have everybody here introduce
15   themselves, starting with the deponent.
16         THE WITNESS:  Yes.  This is Gedela, Srinubabu.
17   My first name is Srinubabu, and last name is Gedela.
18         MR. VATTIKOTI:  My name is Kishore Vattikoti,
19   I'm an attorney -- [indiscernible].
20         MR. TANKERSLEY:  And can you spell your name,
21   please.
22         MR. VATTIKOTI:  It is K I S H O R E, V A T T I K
23   O T I.
24         MR. TANKERSLEY:  And does that conclude the
25   appearances there, the people who are present there?
```

```
 1          MR. TOMLINSON:  Yes.
 2          MR. TANKERSLEY:  And can you tell us where
 3   you're located on your end of the phone call?
 4          MR. TOMLINSON:  Sure.  Can you just give the
 5   address?
 6          THE WITNESS:  Yes.  It is my building, Building
 7   Number 20, Ninth Floor, Pandu Properties Special
 8   Economic Joint Campus, Hitech-City, Mindspace, Hyderabad
 9   [phonetic].
10          MR. TANKERSLEY:  Mr. Gedela, I'm going to ask
11   the reporter to swear you as a witness for the
12   deposition.
13   Whereupon--
14                      SRINUBABU GEDELA
15   a witness, called for examination, having been first
16   duly sworn, was examined and testified as follows:
17          THE WITNESS:  Yes, this is true, whatever
18   testimony I am going to give is true.
19                         EXAMINATION
20          BY MR. TANKERSLEY:
21      Q.  Mr. Gedela, have you been deposed or given
22   testimony under oath before?
23      A.  No, this is my first time in my life.
24      Q.  Okay.  Then let me begin by just describing the
25   process today.  I'm going to be asking you questions,
```

1  and the reporter will be taking down your answers under
2  oath.  The testimony that you give is -- may be used as
3  evidence, just as if you were testifying in a court
4  proceeding.  Do you understand?
5       A.  Yes.
6       Q.  You will have an opportunity to review the
7  transcript of your answers today.  Do you understand
8  that?
9       A.  Yes, I do.
10      Q.  And the testimony that's given today may be used
11 as evidence in the Federal Trade Commission's case
12 against you and the other co-defendants.
13      A.  Okay.
14      Q.  Do you understand?
15      A.  Yes, I do.
16      Q.  In order to take down your answers, the court
17 reporter must be able to hear you, so it's important
18 that you give verbal answers.  Do you understand?
19      A.  Okay.
20      Q.  It's also important that you let me finish my
21 questions before you respond so the reporter can take
22 down everything that is said.  Do you understand that?
23      A.  So, can you explain what he means?
24          MR. TOMLINSON:  Yeah, he wants me to explain to
25 him.  This is Neal Tomlinson.

```
 1             What he's saying is, sometimes he will ask a
 2   question that will kind of go a long ways, you may want
 3   to answer before he's finished, but what he's saying is
 4   please wait until he's completely done.
 5             THE WITNESS:  Okay.
 6             MR. TOMLINSON:  Because the court reporter has
 7   to take down everything.
 8             THE WITNESS:  Okay.  So I do understand that,
 9   fine.
10             BY MR. TANKERSLEY:
11        Q.   If during the course of the questions today you
12   don't understand one of my questions, please let me know
13   and I will repeat it or try to explain it better.  Do
14   you understand?
15        A.   Yes.  Definitely.
16        Q.   If you answer a question without asking for a
17   clarification, I take that to mean that you understood
18   the question and are able to answer it.  Do you
19   understand that?
20        A.   Okay.
21        Q.   If during the course of the testimony you don't
22   hear one of my questions, or don't recall it, you may
23   tell me to repeat it or ask me to rephrase it.  Do you
24   understand?
25        A.   Yes.  However, whenever if it is not possible to
```

```
 1   understand by me, I may ask you to repeat the question
 2   or rephrase the question.
 3        Q.   Yes.  That's correct.  If I start to ask you a
 4   question today and you have not yet finished your
 5   answer, please let me know and I will allow you to
 6   finish your response to the prior question.  Do you
 7   understand?
 8        A.   Yes.
 9        Q.   If I move on to the next question, I assume that
10   you have completed your answer to the prior question.
11   Do you understand that?
12        A.   Yes.
13        Q.   If you need to --
14        A.   It depends what you are telling me is, you are
15   going to decide I already answered the previous
16   question.  Am I right?
17        Q.   Yes.
18        A.   But you have to get an approval from my side
19   also whether it is answered by me completely or not.  Am
20   I right?
21             MR. TOMLINSON:  Well, if you give an answer and
22   then you stop with the answer, and he moves on, he's
23   going to assume that you were done.  So if you are not
24   done, and he moves to another question, you can say,
25   wait, I still have more of an answer to give.
```

```
 1              THE WITNESS:  Okay.
 2              MR. TOMLINSON:  Okay?
 3              THE WITNESS:  Yeah.
 4              BY MR. TANKERSLEY:
 5         Q.  If you need to take a break during the course of
 6    the day after you've finished an answer, let us know and
 7    you can take a break.  Do you understand?
 8         A.  Yes.
 9         Q.  Is there any reason that you know of that you
10    will not be able to give us accurate and truthful
11    answers in your testimony today?
12         A.  All the answers are truthful, as per my
13    knowledge.
14         Q.  Did you do anything to prepare for your
15    testimony today?
16         A.  I haven't prepared.  I have not prepared
17    anything, except to the printouts given by Neal
18    yesterday, I just go through it, glance it.
19         Q.  So you were presented with some documents
20    yesterday?
21         A.  Yeah.  So some printouts he has given, so today
22    I am just making a glance on those printouts.  Just five
23    minutes before.
24              MR. TOMLINSON:  So, Mr. Tankersley, this is Neal
25    Tomlinson.  Just for the record, the documents that he's
```

 1   Australia.  So I had a discussion with him after this --
 2   what was this, 2000 -- after this article, also, and he
 3   was sorry for that.
 4        Q.  Anything else?
 5        A.  Yeah.  That is the reason I am sure it was
 6   rectified.  I told you it was rectified.  That's it.
 7   Mike, have you got my answer?
 8        Q.  I do.
 9             Mr. Gedela, do you have a legal team that works
10   on your journal publishing and conference business?
11        A.  We did not have a separate legal team.  We have
12   only Mr. Kishore as our legal person.  He is the only
13   person doing it.
14        Q.  And how long has Mr. Kishore worked in that
15   capacity?
16        A.  From last four years.
17        Q.  And before Mr. Kishore, did someone else work in
18   that capacity?
19        A.  No, no.  No one is there, and we did not have
20   any legal team, but we have some IP, market supporting
21   members, who helped us with trademark issues and
22   [indiscernible].  We did not have any legal team because
23   we are doing anything -- anything illegal or something.
24   Why we need a legal team?
25             So Kishore, he was recruited for [indiscernible]

```
 1   transactional lawyer.  He was there for the
 2   transactional lawyer, so he knows better.  And he is
 3   there with us from last four years.  We did not have any
 4   internal legal team.
 5       Q.   What parts of the business does Kishore provide
 6   support for?
 7       A.   Any legal-related -- legally, it's the one
 8   thing, Federal Trade Commission.  We did not have any
 9   other legal.  So he is supporting to this drafting the
10   documents.
11       Q.   Before the suit from the Federal Trade
12   Commission, did he have any role in providing support to
13   your business?
14       A.   He is helping us with reference to the drafting
15   of some of the documents of trademark registrations,
16   trademark registrations and all, along with the IP
17   market scheme.
18       Q.   Does he provide any other services in connection
19   with the marketing of the business?
20       A.   (No response.)
21       Q.   Mr. Gedela, can you hear my question?
22   Mr. Gedela, can you hear my question?
23            MR. TOMLINSON:  Can you hear us now?
24            MR. TANKERSLEY:  Hello?  Can you hear us?
25            MR. TOMLINSON:  We have been able to hear you
```

```
 1   the whole time, but you haven't been able to hear us.
 2   Mike?
 3            MR. TANKERSLEY:  Yes, I can hear you now.
 4            MR. TOMLINSON:  Mike, we haven't been able to --
 5   we've been able to hear parts of you, but for some
 6   reason, it's not coming through.  We've been talking and
 7   talking, and you guys haven't responded.  So I think
 8   there might be a connection problem here.  Maybe we
 9   should take a break and then initiate a new call.
10            MR. ASHE:  We were going to suggest that as
11   well, just like hang up and then call you right back.
12   We didn't want to do that without you knowing that's
13   what we were doing.
14            MR. TOMLINSON:  Yes, okay.  So let's take a --
15   what, a ten-minute break?
16            MR. ASHE:  Sure.  How about five, because, you
17   know, so we can -- is five good?
18            MR. TOMLINSON:  Yep.
19            MR. TANKERSLEY:  We'll call you back in five
20   minutes.
21            MR. TOMLINSON:  Five is fine.  Just call back on
22   this line in five minutes.
23            MR. ASHE:  Will do.
24            (Whereupon, there was a recess in the
25   proceedings.)
```

```
 1            BY MR. TANKERSLEY:
 2       Q.   Mr. Gedela, can you describe for me what
 3   services Mr. Kishore provides to your businesses?
 4       A.   So Kishore is helping only to this Federal Trade
 5   Commission legal requirement, nothing else.
 6       Q.   All right.  Do your business --
 7       A.   And we did not have any internal legal team.
 8       Q.   Do your businesses have an organizational chart?
 9       A.   So this organization chart, the business is
10   changing.
11       Q.   And how long has it had an organizational chart?
12       A.   So I -- this organizational chart, again, it is
13   changing.  Now it is required.  They are changing this
14   organization chart also on the date -- what's the date
15   there?
16            MR. TOMLINSON:  I believe one of your exhibits,
17   Exhibit 8, is an organizational chart.
18            BY MR. TANKERSLEY:
19       Q.   Yes.  Before we go to the exhibit, let me just
20   ask some questions, Mr. Gedela.  When did your business
21   first have an organizational chart?
22       A.   That is a difficult question.  So organizational
23   chart means the initiation, grown by us only, so this
24   initial organization chart we prepared at the time of
25   initiation, but it is keep on changing.
```

```
 1   that's correct.
 2           Unless there is anything more to add, I think we
 3   are done, gentlemen, unless there is any other
 4   stipulations we need on the record.
 5           MR. ASHE:  I am not aware of any.
 6           MR. TOMLINSON:  Okay.  Thank you very much.
 7           THE WITNESS:  So thank you, Mike, for your time,
 8   and, Ashe, for your time.  I would be happy to support
 9   whatever is required.  If it is possible from my side, I
10   do support; if it is not possible from my side means I
11   can't do anything, but in this aspect, whatever the
12   information you got, I hope it is more than sufficient.
13   Thank you.
14           MR. ASHE:  Thank you.  Bye.
15           (Whereupon, at 6:27 a.m. EST the deposition was
16   concluded.)
17
18
19
20
21
22
23
24
25
```

Gedela

FTC v. OMICS Group, Inc., et al.                                3/13/2018

1  DISTRICT OF COLUMBIA, to wit:
2
3          I, Sally Jo Quade, CERT, the officer before whom
   the foregoing deposition was taken, do hereby certify
   that the within-named witness personally appeared before
4  me at the time and place herein set out, and after
   having been duly sworn by me, according to law, was
5  examined by counsel.
6          I further certify that the examination was
   recorded stenographically by me and this transcript is a
7  true record of the proceedings.
8          I further certify that I am not of counsel to
   any of the parties, nor an employee of counsel, nor
9  related to any of the parties, nor in any way interested
   in the outcome of this action.
10
           As witness my hand and notarial seal this 21st
11 day of March, 2018.
12
13
14
                           s/Sally Jo Quade
15                         Sally Jo Quade, CERT
                           Notary Public
16
17
18 MY COMMISSION EXPIRES:
19                  5/31/18
20
21 CERTIFICATE OF DEPONENT
22
23
           I hereby certify that I have read and examined
24 the foregoing transcript, and the same is a true and
   accurate record of the testimony given by me.
25

```
                                                                    202
                              Gedela
   FTC v. OMICS Group, Inc., et al.                          3/13/2018

    1
               Any additions or corrections that I feel are
    2    necessary, I will attach on a separate sheet of paper to
         the original transcript.
    3

    4
               I hereby certify, under penalty of perjury, that
    5    I have affixed my signature hereto
         on the date so indicated.
    6

    7

    8                         DATED:

    9

   10

   11

   12                                  _____
                                       SRINUBABU GEDELA
   13

   14

   15

   16

   17

   18

   19

   20

   21

   22

   23

   24

   25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 1 - 18

```
1   WITNESS:  SRINUBABU GEDELA

2   DATE:  MARCH 12, 2018

3   CASE:  FTC v. OMICS, et al.

4   Please note any errors and the corrections thereof on
    this errata sheet.  The rules require a reason for any
5   change or correction.  It may be general, such as "To
    correct stenographic error," or "To clarify the record,"
6   or "To conform with the facts."

7   PAGE LINE CORRECTION      REASON FOR CHANGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```