D. NEAL TOMLINSON
Nevada Bar No. 06851
neal@hyperionlegal.com
KRISTINA R. KLEIST
Nevada Bar No. 13520
kristina@hyperionlegal.com
Hyperion Advisors
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3901
Fax: (702) 999-3501

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. Plaintiff filed a Motion for Sanctions and Motion to Compel on May 9, 2018 (Dkt. Nos. 92, 94), responses due on May 23, 2018.

2. This Court granted a stipulation for an extension of time (Dkt. No. 98) extending the due date for the response to June 1, 2018.

3. Defense counsel has still been dealing with pressing family medical issues which has continued to require counsel to be out of the office, and additional time is needed to confer with Defendants and respond to Plaintiff's Motions.

4. Plaintiff's counsel has agreed to extend the response date to June 8, 2018.

5. This Stipulation is being made in good faith between and at the request of both parties, and not for purposes of delay.

| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
|---|---|
| Dated this 31st day of May, 2018. | Dated this 31st day of May, 2018. |
| /s/ *D. Neal Tomlinson* | /s/ *Gregory A. Ashe* |
| D. NEAL TOMLINSON<br>Nevada Bar No. 06851<br>KRISTINA R. KLEIST<br>Nevada Bar No. 13520<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 | ALDEN F. ABBOTT<br>General Counsel<br>GREGORY A. ASHE<br>MICHAEL E. TANKERSLEY<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## ORDER

Pursuant to the stipulation of the parties, the deadline for Defendants to file their responses to the Motion for Sanctions and Motion to Compel is hereby extended to June 8, 2018.

**IT IS SO ORDERED.**

Dated this  1st  day of  June , 2018.

Cam Ferenbach
United States Magistrate Judge

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*

D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 31, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                       /s/ *D. Neal Tomlinson*
                                                     Attorney for Defendants