1  D. NEAL TOMLINSON
   Nevada Bar No. 06851
2  neal@hyperionlegal.com
   KRISTINA R. KLEIST
3  Nevada Bar No. 13520
   kristina@hyperionlegal.com
4  Hyperion Advisors
   3960 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 990-3901
6  Fax: (702) 999-3501

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:16-cv-02022-GMN-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE |
| OMICS GROUP INC., et al., | |
| Defendants. | |

Defendants, OMICS GROUP INC., IMEDPUB LLC, CONFERENCE SERIES LLC, and SRINUBABU GEDELA, by and through counsel of record, D. Neal Tomlinson and Kristina R. Kleist, and Plaintiff, FEDERAL TRADE COMMISSION, by and through counsel of record, Gregory A. Ashe and Michael E. Tankersley, hereby agree and stipulate as follows:

1. Plaintiff filed a Motion for Sanctions and Motion to Compel on May 9, 2018 (Dkt. Nos. 92, 94), responses due on May 23, 2018.

2. This Court granted stipulations for extensions of time (Dkt. Nos. 98 and 100) extending the due date for the response to June 8, 2018.

3. Defense counsel has been dealing with multiple family medical issues that have required counsel to be out of the office, and additional time is needed to confer with Defendants and respond to Plaintiff's Motions.

4. In addition, additional time is necessary due to the fact that all Defendants are located in India, and that language, time zones and geographical barriers have presented significant challenges in that defense counsel has encountered difficulty explaining and communicating with the Defendants regarding the many issues and complexities of the pending motions.

5. Plaintiff's counsel has agreed to extend the response date to June 22, 2018.

6. This Stipulation is being made in good faith between and at the request of both parties, and not for purposes of delay.

| HYPERION ADVISORS | FEDERAL TRADE COMMISSION |
|---|---|
| Dated this 7th day of June, 2018. | Dated this 7th day of June, 2018. |
| /s/ *D. Neal Tomlinson* | /s/ *Gregory A. Ashe* |
| D. NEAL TOMLINSON<br>Nevada Bar No. 06851<br>KRISTINA R. KLEIST<br>Nevada Bar No. 13520<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 | ALDEN F. ABBOTT<br>General Counsel<br>GREGORY A. ASHE<br>MICHAEL E. TANKERSLEY<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20850 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## ORDER

Pursuant to the stipulation of the parties, the deadline for Defendants to file their responses to the Motion for Sanctions and Motion to Compel is hereby extended to June 22, 2018.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2018.

_____
United States Magistrate Judge

Respectfully submitted by:

HYPERION ADVISORS

/s/ *D. Neal Tomlinson*
D. NEAL TOMLINSON
Nevada Bar No. 06851
KRISTINA KLEIST
Nevada Bar No. 13520
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                        /s/ *D. Neal Tomlinson*
                                        Attorney for Defendants