# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMICS GROUP, INC., *et al.*,<br><br>                    Defendant. | 2:16-cv-02022-GMN-VCF<br>**ORDER** |

Before the Court are FTC's Motion for Discovery Sanctions Regarding Solicitation Evidence (ECF No. 72), Motion for Discovery Sanctions against Defendant Gedela (ECF No. 92), and Motion to Compel Defendants to Produce Documents (ECF No. 94).

Accordingly,

IT IS HEREBY ORDERED that a hearing on FTC's Motion for Discovery Sanctions Regarding Solicitation Evidence (ECF No. 72), Motion for Discovery Sanctions against Defendant Gedela (ECF No. 92), and Motion to Compel Defendants to Produce Documents (ECF No. 94) is scheduled for 1:00 PM, July 23, 2018, in Courtroom 3D.

DATED this 2nd day of July, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE